## Certification Pursuant to Federal Securities Laws

1. I, Maurice L. Twitchell, make this declaration pursuant to Section 27(a)(2) of the Securities act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Enovix Corp. ("Enovix" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3. I did not transact in Enovix Corp. securities at the direction of plaintiff's counsel, or in order to participate in any private action under the federal securities laws.

4. I am willing to serve as a representative party on behalf of a class of investors who purchased or otherwise acquired: Enovix securities during the Class Period, as specified in the Complaint; including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. Attached hereto as Exhibit 1 is a list of all of my transactions in Enovix Corp. securities during the Class Period, as specified in the Complaint.

6. During the past three years, I have not sought to serve as a representative party on behalf of a class under federal securities laws.

7. I will not accept payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except as ordered or approved by the Court in accordance with 15 U.S.C. 78u-4(a)(4).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    01 / 06 / 2023

*Maurice Twitchell*

Maurice L. Twitchell

# Exhibit 1

Doc ID: 4ee99898faf9700cfa507ff345a30f33a962d07d

| DATE | TRANSACTION | QUANTITY | PRICE |
|---|---|---|---|
| 9/13/22 | Bought | 20 | 20.46 |
| 9/14/22 | Bought | 200 | 22.57 |
| 9/14/22 | Bought | 150 | 22.93 |
| 9/15/22 | Bought | 50 | 23.48 |
| 9/15/22 | Bought | 300 | 23.48 |

Doc ID: 4ee99898faf9700cfa507ff345a30f33a962d07d