UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ROSIN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ENOVIX CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No.  23-cv-00372-VC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

　　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to Judge Susan Illston for consideration of whether the case is related to *Twitchell v. Enovix Corp.*, No. 23-cv-71.

　　　　**IT IS SO ORDERED.**

Dated: March 9, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　United States District Judge