UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE L. TWITCHELL, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ENOVIX CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-00071-SI<br><br>**ORDER FOR SUPPLEMENTAL DECLARATION FROM THE DISCOVERY FUNDS** |

On April 25, 2023, the Court held a hearing on the competing motions for appointment of lead plaintiff in this securities fraud action. As discussed at the hearing, the Court hereby ORDERS that Discovery Global Opportunity Master Fund Ltd. and Discovery Nymeria Master Fund, Ltd. (collectively, the "Discovery Funds") file a supplemental declaration explaining:

(1) who has the authority to bind the Discovery Funds, and who will be driving the litigation and making the decisions in this case, if the Discovery Funds is appointed lead plaintiff; and

(2) who at the Discovery Funds reviewed the complaint in this case, and when. *See* 15 U.S.C. § 78u-4(a)(2)(A)(i); Dkt. No. 49, Kung Resp. at 3 n.2.

The Discovery Funds shall file its supplemental declaration **no later than April 28, 2023.**

**IT IS SO ORDERED**.

Dated: April 25, 2023

_____
SUSAN ILLSTON
United States District Judge