Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Co-Lead Counsel for Plaintiffs and the Class*

*[Additional Counsel on Signature Page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE ENOVIX CORPORATION SECURITIES LITIGATION | Case No: 3:23-cv-00071-SI |
| | CLASS ACTION |
| | **DECLARATION OF JOSHUA BAKER** |
| | JUDGE:   Hon. Susan Illston |
| | DATE:    December 8, 2023 |
| | TIME:    10:00 a.m. |
| | CTRM:   Videoconference Only |
| This Document Relates To: All Actions | |

I, Joshua Baker, declare as follows:

1.      I am an attorney with The Rosen Law Firm, P.A., Court-appointed Co-Lead Counsel in the above-captioned Action. I am admitted *pro hac vice* before this Court. I have personal knowledge of the matters set forth herein and, if called upon, I could and would completely testify thereto.

2.      I submit this declaration in support of Plaintiffs' opposition to Defendants' motion to dismiss. The purpose of this declaration is to provide copies of public documents for the Court's convenience, in connection with Plaintiffs' opposition.

3.      Attached hereto as Exhibit A is a true and correct copy of the Consolidated Complaint for Violations of the Federal Securities Laws addressed in the motion to dismiss decision in *In re Rigel Pharms., Inc. Sec. Litig.*, No. C 09–00546 JSW, 2009 WL 5125344 (N.D. Cal. Dec. 21, 2009), filed as Docket No. 26 in that case.

4.      Attached hereto as Exhibit B is a true and correct copy of the Amended Class Action Complaint for Violations of the Federal Securities Laws addressed in the motion to dismiss decision in *3226701 Canada, Inc. v. Qualcomm, Inc.*, No.: 15cv2678-MMA (WVG), 2017 WL 971846 (S.D. Cal. Jan. 27, 2017), filed as Docket No. 26 in that case.

5.      Attached hereto as Exhibit C is a true and correct copy of the Consolidated Complaint for Violations of the Federal Securities Laws addressed in the motion to dismiss decision in *In re Fastly, Inc. Sec. Litig.*, No. 20-cv-06024-PJH, 2021 WL 5494249 (N.D. Cal. Nov. 23, 2021), filed as Docket No. 68 in that case.

6.      Attached hereto as Exhibit D is a true and correct copy of the Amended and Restated Employment Agreement dated May 27, 2021, between Enovix Corporation and Defendant Dales, filed as Exhibit 10.22 to Enovix's 2022 annual report filed on Form 10-K with the SEC, stating "You will be paid a base salary at the rate of $301,537.44 per year." *Available at* https://www.sec.gov/Archives/edgar/data/1828318/000119312521218701/d49082dex1021.htm.

- 1 -

DECLARATION OF JOSHUA BAKER; 3:23-cv-00071-SI

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 27, 2023.

/s/*Joshua Baker*

- 2 -

DECLARATION OF JOSHUA BAKER; 3:23-cv-00071-SI