Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Co-Lead Counsel for Plaintiffs*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ENOVIX CORPORATION SECURITIES LITIGATION | No: 3:23-cv-0071-SI<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ SCHEDULING ORDER** |

Lead Plaintiffs Discovery Global Opportunity Master Fund Ltd., Discovery Nymeria Master Fund, Ltd., and Gary Kung, and additional named Plaintiffs Robert G. Lee and Traci Selke (collectively, "Plaintiffs"), and Defendants Enovix Corporation, Harrold Rust, Steffen Pietzke, Cameron Dales, Thurman J. Rodgers, Emmanuel T. Hernandez, Lisan Hung, Steven J. Gomo, John D. McCranie, Joseph I. Malchow, Betsy S Atkins, Pegah Ebrahimi, and Gregory Reichow (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on July 7, 2023, Plaintiffs filed their Consolidated Class Action Complaint for Violations of the Federal Securities Laws (Dkt. No. 84, "FAC");

WHEREAS, on September 15, 2023, Defendants filed their motion to dismiss Plaintiffs' FAC (Dkt. No. 89, "Motion");

WHEREAS, on January 30, 2024, after Defendants' Motion was fully briefed, the Court entered an order granting Defendants' Motion, dismissing Plaintiffs' FAC without prejudice, and granting Plaintiffs leave to amend their complaint by February 16, 2024 (Dkt. No. 97, "Order");

WHEREAS, Plaintiffs intend to file a Second Amended Complaint ("SAC");

WHEREAS, Defendants will move to dismiss the SAC;

WHEREAS, Co-Lead Counsel and counsel for the Defendants have met and conferred on a proposed schedule for the filing of the SAC and briefing on Defendants' motion to dismiss;

NOW, THEREFORE, the Parties hereby stipulate and agree, through their undersigned counsel of record, and respectfully request that the Court enter an order, that:

1. Plaintiffs shall file their SAC on or before March 5, 2024.
2. Defendants shall file their motion to dismiss the SAC on or before April 19, 2024.
3. Plaintiffs will file their brief in opposition to the motion on or before May 24, 2024.
4. Defendants will file their reply brief in further support of the motion on or before June 21, 2024.

Dated: February 2, 2024

**THE ROSEN LAW FIRM, P.A.**

By: _/s/Laurence M. Rosen_
Laurence M. Rosen (SBN 219683)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Email: lrosen@rosenlegal.com

Phillip Kim (*pro hac vice*)
Joshua Baker (*pro hac vice*)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Email: pkim@rosenlegal.com
jbaker@rosenlegal.com

**ROLNICK KRAMER SADIGHI LLP**
Lawrence M. Rolnick
Marc B. Kramer (*pro hac vice*)
Brandon Fierro (*pro hac vice* forthcoming)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 597-2800
Email: lrolnick@rksllp.com
mkramer@rksllp.com
bfierro@rksllp.com

*Co-Lead Counsel for Plaintiffs*

Dated: February 2, 2024

**COOLEY LLP**

By: _/s/Brett De Jarnette_
Shannon M. Eagan (212830)
Brett De Jarnette (292919)
Sam Blankenship (339905)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone: +1 650 843 5000
Facsimile: +1 650 849 7400
Email: seagan@cooley.com
bdejarnette@cooley.com
sblankenship@cooley.com

Sarah M. Lightdale (*pro hac vice*)
55 Hudson Yards
New York, New York 10001
Telephone: + 212 479 6000

Facsimile: + 212 479 6275
Email: slightdale@cooley.com

*Attorneys for Defendants*

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Laurence M. Rosen, hereby attest that concurrence in the filing of this document has been obtained.

Dated: February 2, 2024

THE ROSEN LAW FIRM, P.A.

*/s/Laurence M. Rosen*
Laurence M. Rosen

*Co-Lead Counsel for Plaintiffs*

* * *

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: February 5, 2024

The Honorable Susan Illston
United States District Judge