COOLEY LLP
SHANNON M. EAGAN (212830)
(seagan@cooley.com)
BRETT H. DE JARNETTE (292919)
(bdejarnette@cooley.com)
AMIE L. SIMMONS (336356)
(asimmons@cooley.com)
3175 Hanover Street
Palo Alto, California  94304-1130
Telephone:     +1 650 843 5000
Facsimile:     +1 650 849 7400

SARAH M. LIGHTDALE (*pro hac vice*)
(slightdale@cooley.com)
55 Hudson Yards
New York, New York 10001
Telephone:     +1 212 479 6000
Facsimile:     +1 212 479 6275

Attorneys for Defendants
*Enovix Corporation, Harrold Rust, Steffen Pietzke,*
*Thurman J. Rodgers, Emmanuel T. Hernandez, Lisan*
*Hung, Steven J. Gomo, John D. McCranie, Joseph I.*
*Malchow, Betsy Atkins, Pegah Ebrahimi, and Gregory*
*Reichow*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ENOVIX CORPORATION SECURITIES LITIGATION<br><br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Civil Action No. 3:23-cv-00071-SI<br><br>CLASS ACTION<br><br>**STATEMENT OF RECENT DECISION IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT** |

**STATEMENT OF RECENT DECISION**

Pursuant to Civil Local Rule 7-3(d)(2), Defendants Enovix Corporation, Harrold Rust, Steffen Pietzke, Thurman J. Rodgers, Emmanuel T. Hernandez, Lisan Hung, Steven J. Gomo, John D. McCranie, Joseph I. Malchow, Betsy Atkins, Pegah Ebrahimi, and Gregory Reichow (collectively, the "Defendants"), respectfully submit this Statement of Recent Decision to bring to the Court's attention a recent decision from this District involving claims brought under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934: *Retail Wholesale Dep't Store Union Loc. 338 Ret. Fund v. Stitch Fix, Inc.*, No. 22-CV-04893-PCP, (N.D. Cal. July 16, 2024).  This decision relates to arguments made in Defendants' Motion to Dismiss the Second Amended Class Action Complaint (Dkt. No. 105 ("Motion to Dismiss")) and Reply in Support of the Motion to Dismiss (Dkt. No. 111.)  A copy of the decision is attached for the Court's reference as **Exhibit A**.

Dated: July 17, 2024                          COOLEY LLP

                                              By:  _____/s/ Shannon M. Eagan_____
                                                        Shannon M. Eagan

                                              Attorneys for Defendants
                                              *Enovix Corporation, Harrold Rust, Steffen Pietzke, Thurman J. Rodgers, Emmanuel T. Hernandez, Lisan Hung, Steven J. Gomo, John D. McCranie, Joseph I. Malchow, Betsy Atkins, Pegah Ebrahimi, and Gregory Reichow*