COOLEY LLP
SHANNON M. EAGAN (212830)
(seagan@cooley.com)
BRETT H. DE JARNETTE (292919)
(bdejarnette@cooley.com)
AMIE L. SIMMONS (336356)
(asimmons@cooley.com)
3175 Hanover Street
Palo Alto, California  94304-1130
Telephone:     +1 650 843 5000
Facsimile:     +1 650 849 7400

SARAH M. LIGHTDALE (*pro hac vice*)
(slightdale@cooley.com)
55 Hudson Yards
New York, New York 10001
Telephone:     +1 212 479 6000
Facsimile:     +1 212 479 6275

Attorneys for Defendants
*Enovix Corporation, Harrold Rust, Steffen Pietzke,*
*Thurman J. Rodgers, Emmanuel T. Hernandez, Lisan*
*Hung, Steven J. Gomo, John D. McCranie, Joseph I.*
*Malchow, Betsy Atkins, Pegah Ebrahimi, and Gregory*
*Reichow*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ENOVIX CORPORATION SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Civil Action No. 23-cv-00071-SI<br><br>CLASS ACTION<br><br>**STIPULATION AND [Proposed] ORDER TO DISMISS DEFENDANTS LISAN HUNG, STEVEN J. GOMO, JOSEPH I. MALCHOW, AND PEGAH EBRAHIMI** |

Lead Plaintiffs Gary Kung, Discovery Global Opportunity Master Fund Ltd., and Discovery Nymeria Master Fund, Ltd., and named Plaintiffs Robert G. Lee and Traci Selke (collectively, "Plaintiffs"), and Defendants Enovix Corporation, Harrold Rust, Steffen Pietzke, Thurman J. Rodgers, Emmanuel T. Hernandez, Lisan Hung, Steven J. Gomo, John D. McCranie, Joseph I. Malchow, Betsy Atkins, Pegah Ebrahimi, and Gregory Reichow (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on March 19, 2024, Plaintiffs filed a Second Amended Class Action Complaint (Dkt. No. 102, the "SAC");

WHEREAS, on May 3, 2024, Defendants filed a Motion to Dismiss the SAC (Dkt. No. 105, the "Motion to Dismiss");

WHEREAS, on July 23, 2024, the Court issued an Order granting in part and denying in part Defendants' Motion to Dismiss (Dkt. No. 116, the "Order").  The Order found that Plaintiffs sufficiently stated claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act") for Statements 4, 6, and 7.  The Order held that for the remainder of the claims, where no Section 10(b) violation is sufficiently alleged, Plaintiffs failed to state a claim under Section 20(a) of the Exchange Act.  Order at 24.

WHEREAS, the Parties met and conferred and agreed that the Order reflects that the Plaintiffs failed to state a claim under Section 20(a) against Defendants Lisan Hung, Steven J. Gomo, Joseph I. Malchow, and Pegah Ebrahimi, who were not Enovix officers or directors at the time Statements 4, 6 and 7 were made.

NOW, THEREFORE, the Parties agree and stipulate to the following, subject to the Court's approval:

1.  Defendants Lisan Hung, Steven J. Gomo, Joseph I. Malchow, and Pegah Ebrahimi are dismissed without prejudice.

**IT IS SO STIPULATED.**

Dated: August 8, 2024                **COOLEY LLP**

By:  */s/ Shannon M. Eagan*
        Shannon M. Eagan (212830)

Brett De Jarnette (292919)
Amie L. Simmons (336356)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone: +1 650 843 5000
Facsimile: +1 650 849 7400
Email: seagan@cooley.com
bdejarnette@cooley.com
asimmons@cooley.com

Sarah M. Lightdale (*pro hac vice*)
55 Hudson Yards
New York, New York 10001
Telephone: + 212 479 6000
Facsimile: + 212 479 6275
Email: slightdale@cooley.com

*Attorneys for Defendants*

Dated: August 8, 2024                **THE ROSEN LAW FIRM, P.A.**

By: */s/ Laurence M. Rosen*
        Laurence M. Rosen (SBN 219683)

355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Email: lrosen@rosenlegal.com

Phillip Kim (*pro hac vice*)
Joshua Baker (*pro hac vice*)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Email: pkim@rosenlegal.com
jbaker@rosenlegal.com

**ROLNICK KRAMER SADIGHI LLP**
Lawrence M. Rolnick
Marc B. Kramer (*pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 597-2800
Email: lrolnick@rksllp.com
mkramer@rksllp.com
bfierro@rksllp.com

*Co-Lead Counsel for Plaintiffs*

\*        \*        \*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

COOLEY LLP

Dated: August 8, 2024

By:  */s/ Shannon M. Eagan*
Shannon M. Eagan (212830)

*Attorneys for Defendants*

# [PROPOSED] ORDER

## PURSUANT TO THE STIPULATION, THE COURT ORDERS AS FOLLOWS:

1. Defendants Lisan Hung, Steven J. Gomo, Joseph I. Malchow, and Pegah Ebrahimi are dismissed without prejudice.

Dated:  August 8, 2024

_____
The Honorable Susan Illston
United States District Judge