UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE ENOVIX CORPORATION
SECURITIES LITIGATION

This Document Relates To: All Actions

No: 3:23-cv-71-SI

CLASS ACTION

**[PROPOSED] LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE EVIDENCE CONVENTION**

The United States District Court for the Northern District of California (the "Court") presents its compliments to the People's Republic of China ("China") and requests assistance in obtaining documentary evidence to be used in the above-captioned civil proceeding before this Court. Specifically, the Court requests assistance in obtaining written documents in the possession, custody, or control of Shenzhen Yinghe Technology Co. Ltd. ("Yinghe") that this Court has determined are relevant to the issues in this case and should be produced in the interest of justice. This request is made pursuant to, and in conformity with, Chapter I of the Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters ("Hague Evidence Convention"), to which both the United States and China are parties.

## SECTION I

1.    **SENDER:**

The Honorable Susan Illston
United States District Court for the Northern District of California
San Francisco Courthouse, Courtroom 1 – 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102
United States of America

2.    **CENTRAL AUTHORITY OF REQUESTED STATE:**

Ministry of Justice of China
International Legal Cooperation Center (ILCC)
33, Pinganli Xidajie
Xicheng District
Beijing 100035
China

3.    **PERSON TO WHOM THE EXECUTED REQUEST IS TO BE RETURNED:**

The Honorable Susan Illston
United States District Court for the Northern District of California
San Francisco Courthouse, Courtroom 1 – 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102
United States of America

2

*With a Copy to Plaintiffs' Legal Representatives and Co-Lead Counsel:*

Phillip Kim, Esq.
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, New York, 10016
United States of America
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

AND

Lawrence M. Rolnick, Esq.
ROLNICK KRAMER SADIGHI LLP
PENN 1, Suite 3401
One Pennsylvania Plaza
New York, New York 10019
United States of America
Telephone: (212) 597-2800
Email: lrolnick@rksllp.com

**4.    SPECIFICATION OF THE DATE BY WHICH THE REQUESTING JUDICIAL AUTHORITY REQUIRES RECEIPT OF THE RESPONSE TO THE LETTER OF REQUEST:**

The Requesting Judicial Authority would greatly appreciate a response to the Letter of Request and production of documents requested in Exhibit A hereto within thirty (30) days or as soon as is practicable, to ensure that evidence is received in a timely manner for use in the civil proceeding described below.

## SECTION II

In conformity with Article 3 of the Hague Evidence Convention, the undersigned applicant has the honor to submit the following information regarding the instant request:

**5.    (a) REQUESTING JUDICIAL AUTHORITY (Article 3(a)):**

The Honorable Susan Illston
United States District Court for the Northern District of California
San Francisco Courthouse, Courtroom 1 – 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102
United States of America

3

**(b) TO THE COMPETENT AUTHORITY OF (Article 3(a)):**

Ministry of Justice of China
International Legal Cooperation Center (ILCC)
33, Pinganli Xidajie
Xicheng District
Beijing 100035
China

**(c) NAME OF THE CASE AND ANY IDENTIFYING NUMBER:**

*In re Enovix Corporation Securities Litigation*, Case No. 3:23-cv-71-SI, United States District Court for the Northern District of California.

**6.    NAMES AND ADDRESSES OF THE PARTIES AND THEIR REPRESENTATIVES (Article 3(b)):**

**(a) Plaintiffs:**

Discovery Global Opportunity Master Fund Ltd., Discovery Nymeria Master Fund, Ltd., Gary Kung, Robert G. Lee, and Traci Selke.

*Legal Representatives and Co-Lead Counsel:*

Phillip Kim, Esq.
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, New York, 10016
United States of America
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

AND

Lawrence M. Rolnick, Esq.
ROLNICK KRAMER SADIGHI LLP
PENN 1, Suite 3401
One Pennsylvania Plaza
New York, New York 10019
United States of America
Telephone: (212) 597-2800
Email: lrolnick@rksllp.com

4

**(b) Defendants:**

Enovix Corporation, Harrold Rust, Steffen Pietzke, Thurman J. Rodgers, Emmanuel T. Hernandez, John D. McCranie, Betsy Atkins, and Gregory Reichow.

*Legal Representatives:*

Shannon M. Eagan, Esq.
COOLEY LLP
3175 Hanover Street
Palo Alto, California 94304-1130
United States of America
Telephone: +1 650 843 5000
Facsimile: +1 650 849 7400
Email: seagan@cooley.com

**7.    NATURE AND PURPOSE OF THE PROCEEDINGS AND SUMMARY OF THE FACTS (Article 3(c)):**

**(a) Nature of the Proceeding**

This is a civil proceeding in which Plaintiffs bring claims against Defendants for alleged violations of the Securities Exchange Act of 1934 ("Exchange Act") of the United States of America.

**(b) Summary of the Allegations**

Enovix Corporation ("Enovix") is a technology company based in Fremont, California. Enovix developed a new lithium-ion battery technology. Plaintiffs allege that Enovix and its CEO, Harold Rust, among others, made false and misleading statements and omissions of material fact in public statements to investors, in violation of Section 10(b) of the Exchange Act. Specifically, Plaintiffs allege that in 2020, Enovix sought to expand its manufacturing operations to support commercial production of its batteries for the first time. Enovix contracted with equipment vendors to make custom-designed manufacturing equipment for its "Fab-1" facility in Fremont. One of those vendors was Yinghe. Enovix's Equipment Procurement Review ("EPR") required that the equipment made by Yinghe pass certain Factory Acceptance Testing ("FAT") at Yinghe's facility in China before Enovix acquired the equipment. Plaintiffs allege that the equipment repeatedly failed the FAT, but Enovix waived the EPR requirement and took delivery of the equipment.

5

Plaintiffs allege that Defendants made false and misleading statements implying the equipment had passed the FAT.

**8.      EVIDENCE TO BE OBTAINED (Article 3(d)):**

**(a) Evidence to be obtained:**

The assistance requested of China consists of obtaining written documents as described in Exhibit A attached hereto.

**(b) Purpose of the Documents Sought:**

Yinghe contracted with Enovix to build and test critical sections of the equipment for Enovix's Fab-1 factory. The building and testing of the equipment happened at Yinghe's facilities in China. The status, capabilities, quality, and testing of the Fab-1 equipment by Yinghe at Yinghe's facilities, and the communication of that information to Enovix and the individual Defendants, are central to the claims in this action. The documents requested in Exhibit A to this Letter of Request are highly relevant to the issues in this litigation, and it will further the interest of justice. The documents sought in this Letter of Request are to be used only in this litigation.

<u>**SECTION III**</u>

**9.      IDENTITY AND ADDRESS OF ANY PERSON TO BE EXAMINED (Article 3(e)):**

Shenzhen Yinghe Technology Co. Ltd.
No. 301 Huize Avenue
Dongjiang Science Park
Huicheng District
Huizhou City
Tel.: +86-0752-7388333

**10.      DOCUMENTS REQUESTED**

All inquiries and instructions are annexed to this Letter of Request at Exhibit A.

**11.      REQUEST FOR NOTIFICATION**

This Court respectfully requests that the documents sought by this Letter of Request be produced to the above listed legal representatives for Plaintiffs on a date as soon as practicable, and in all events, within thirty (30) days from when the Chinese central authority gives effect to this Letter of Request.

6

**12.    THE FEES AND COSTS INCURRED WHICH ARE REIMBURSABLE UNDER THE SECOND PARAGRAPH OF ARTICLE 14 OR UNDER ARTICLE 26 OF THE CONVENTION WILL BE BORNE BY:**

Phillip Kim, Esq.
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, New York, 10016
United States of America
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

AND

Lawrence M. Rolnick, Esq.
ROLNICK KRAMER SADIGHI LLP
PENN 1, Suite 3401
One Pennsylvania Plaza
New York, New York 10019
United States of America
Telephone: (212) 597-2800
Email: lrolnick@rksllp.com

**13.    DATE OF REQUEST**

Dated: October 3, 2024

San Francisco, California, United States of America

**14.    SIGNATURE OF THE REQUESTING AUTHORITY**

WITNESS, the Honorable Susan Illston of the United States District Court for the Northern District of California, this ____ day of _____, 2024.

By the Court,

_____
Honorable Susan Illston
United States District Judge

[Seal of Court]

7

[PROPOSED] LETTER OF REQUEST
PURSUANT TO THE HAGUE EVIDENCE CONVENTION
CASE NO. 3:23-CV-71-SI

## EXHIBIT A

### Directed to Shenzhen Yinghe Technology Co. Ltd.

### DEFINITIONS

The rules of construction and definitions set forth in FRCP 26 and 34, as well as in Local Civil Rules 26.2 and 26.3 of the United States District Court for the Southern District of New York, are incorporated as if set forth fully herein. In addition, the following definitions shall apply to the above Requests and shall be considered as part of each Request:

1. "Action" means the above-captioned civil action, styled *In re Enovix Corporation Securities Litigation*, Case No. 3:23-cv-71-SI, pending in the United States District Court for the Northern District of California.

2. "Enovix" or the "Company" refer to Enovix Corporation and, where applicable, any present or former officers, directors, partners, employees, contractors, sponsors, representatives or agents, and any other person or entity acting or purporting to act on its behalf.

3. "Fab-1 Equipment" means the manufacturing equipment that Yinghe produced, procured, or assembled for Enovix's "Fab-1" battery manufacturing facility in Fremont, California.

4. "Yinghe," "You," and "Your" refer to Shenzhen Yinghe Technology Co. Ltd., together with all of its respective present and former officers, directors, committees, employees, partners, corporate parents, predecessors, successors, direct and indirect subsidiaries, affiliates, divisions, branch offices, agents, representatives, and all other persons acting, or purporting to act, on behalf of any of the foregoing.

### INSTRUCTIONS

1. You shall respond to each Document Request separately. You shall produce any responsive Documents as they are kept in the ordinary course of Your business.

### RELEVANT PERIOD

Unless otherwise indicated, the time period covered by these Requests is from January 1, 2020 through and including December 31, 2023, and shall include all events or circumstances

8

which occurred during such period, as well as related documents and information produced or created during that period. However, if a document prepared prior to January 1, 2020, or after December 31, 2023, is necessary for a correct or complete understanding of any document covered by a Request, the document shall be produced. If any document is undated and the date of its preparation cannot be determined, the document shall be produced if otherwise responsive to the Request.

## REQUESTS FOR PRODUCTION

**REQUEST NO. 1:**

All documents and communications concerning contracts or agreements for equipment procurement between Enovix and Yinghe.

**REQUEST NO. 2:**

All documents and communications concerning criteria or specifications provided by Enovix for the Fab-1 Equipment, including any measurements of capacity, yield, performance, or quality.

**REQUEST NO. 3:**

All documents and communications concerning the procedures and protocols for performing Factory Acceptance Testing of the Fab-1 Equipment, or any comparable testing of criteria or specifications provided by Enovix for the Fab-1 Equipment.

**REQUEST NO. 4:**

All documents and communications concerning the results of any testing performed by Yinghe on the Fab-1 Equipment in connection with criteria or specifications provided by Enovix, including documents concerning the procedures and protocols for measuring and reporting such results.

**REQUEST NO. 5:**

All documents and communications concerning the consideration or making of any decision to modify or waive any aspect of Enovix's equipment procurement requirements or testing requirements for the Fab-1 Equipment.

9

**REQUEST NO. 6:**

All documents and communications concerning the transportation of the Fab-1 Equipment from Yinghe's facilities in China to Enovix's facilities in California.

**REQUEST NO. 7:**

All documents and communications concerning Enovix employees or contractors traveling to China in connection with the testing of the Fab-1 Equipment at Yinghe's facilities.

**REQUEST NO. 8:**

All documents and communications concerning Yinghe employees or contractors traveling to the United States in connection with the testing of the Fab-1 Equipment at Enovix's facilities.

**REQUEST NO. 9:**

All documents and communications concerning attempts by Yinghe employees or contractors to fix or improve the performance of the Fab-1 Equipment, at either Yinghe's or Enovix's facilities.

**REQUEST NO. 10:**

All documents concerning communications between Yinghe and Enovix relating to the procurement, production, testing, or improvement of the Fab-1 Equipment.

**[PROPOSED] LETTER OF REQUEST
PURSUANT TO THE HAGUE EVIDENCE CONVENTION**
CASE NO. 3:23-CV-71-SI