UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE ENOVIX CORPORATION
SECURITIES LITIGATION

This Document Relates To: All Actions

No: 3:23-cv-71-SI

CLASS ACTION

**[PROPOSED] ORDER GRANTING MOTION FOR ISSUANCE OF LETTER OF REQUEST PURSUANT TO THE HAGUE EVIDENCE CONVENTION**

The Court having considered Plaintiffs' motion ("Motion") for issuance of the Letter of Request pursuant to the Hague Evidence Convention as attached as Exhibit 1 to Plaintiffs' Motion, and good cause appearing therefor, the Court hereby GRANTS Plaintiffs' Motion and ORDERS, pursuant to 28 U.S.C. § 1781(b), that the Letter of Request, signed and sealed by the Court, is issued herewith.

SO ORDERED.

DATED: _____, 2024

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE