UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE ENOVIX CORP. SECURITIES LITIGATION

Case No. 23-cv-00071-SI

**ORDER TO SUPPLEMENT MOTION RE: LETTERS ROGATORY**

On October 22, 2024, plaintiffs filed a motion for issuance of a letter of request pursuant to the Hague Evidence Convention. Dkt. No. 137. Plaintiffs seek to obtain production of documents from third party Shenzhen Yinghe Technology Co. Ltd., which is based in China. The motion indicates that defendants take no position on the motion. *Id.* at 2.

The Court has reviewed the request and is inclined to grant the motion due to the relevance of the information sought. However, there are several errors that plaintiffs must correct before the Court can rule on the motion:

- The Motion states that "Exhibit A to the Letter of Request includes a certified Chinese translation of the requests for production[,]" but no such translation is attached. Plaintiffs shall re-file Exhibit A with the certified Chinese translation. *See* Dkt. No. 137 at 2.
- The Proposed Letter at ¶ 6(b) lists prior defense counsel. Defendants have recently had a change of counsel, and Cooley LLP no longer represents defendants in this case. Plaintiffs must correct ¶ 6(b) with current defense counsel's contact information.

**No later than November 1, 2024**, plaintiffs shall re-file the motion on the docket, correcting

the above.

Should defendants wish to file a response, they shall do so **no later than November 8, 2024.** The Court intends to rule on the motion without the need for a hearing. The Court will notify the parties if a hearing is needed.

To the extent that plaintiffs' motion sets a hearing for November 29, 2024, that hearing date is VACATED.

**IT IS SO ORDERED**.

Dated: October 25, 2024

_____
SUSAN ILLSTON
United States District Judge