UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE ENOVIX CORPORATION
SECURITIES LITIGATION

This Document Relates To: All Actions

No: 3:23-cv-71-SI

CLASS ACTION

**[PROPOSED] LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE EVIDENCE CONVENTION**

The United States District Court for the Northern District of California (the "Court") presents its compliments to the People's Republic of China ("China") and requests assistance in obtaining documentary evidence to be used in the above-captioned civil proceeding before this Court. Specifically, the Court requests assistance in obtaining written documents in the possession, custody, or control of Shenzhen Yinghe Technology Co. Ltd. ("Yinghe") that this Court has determined are relevant to the issues in this case and should be produced in the interest of justice. This request is made pursuant to, and in conformity with, Chapter I of the Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters ("Hague Evidence Convention"), to which both the United States and China are parties.

## SECTION I

1.    **SENDER:**

The Honorable Susan Illston
United States District Court for the Northern District of California
San Francisco Courthouse, Courtroom 1 – 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102
United States of America

2.    **CENTRAL AUTHORITY OF REQUESTED STATE:**

Ministry of Justice of China
International Legal Cooperation Center (ILCC)
33, Pinganli Xidajie
Xicheng District
Beijing 100035
China

3.    **PERSON TO WHOM THE EXECUTED REQUEST IS TO BE RETURNED:**

The Honorable Susan Illston
United States District Court for the Northern District of California
San Francisco Courthouse, Courtroom 1 – 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102
United States of America

2

*With a Copy to Plaintiffs' Legal Representatives and Co-Lead Counsel:*

Phillip Kim, Esq.
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, New York, 10016
United States of America
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

AND

Lawrence M. Rolnick, Esq.
ROLNICK KRAMER SADIGHI LLP
PENN 1, Suite 3401
One Pennsylvania Plaza
New York, New York 10019
United States of America
Telephone: (212) 597-2800
Email: lrolnick@rksllp.com

**4.     SPECIFICATION OF THE DATE BY WHICH THE REQUESTING JUDICIAL AUTHORITY REQUIRES RECEIPT OF THE RESPONSE TO THE LETTER OF REQUEST:**

The Requesting Judicial Authority would greatly appreciate a response to the Letter of Request and production of documents requested in Exhibit A hereto within thirty (30) days or as soon as is practicable, to ensure that evidence is received in a timely manner for use in the civil proceeding described below.

## SECTION II

In conformity with Article 3 of the Hague Evidence Convention, the undersigned applicant has the honor to submit the following information regarding the instant request:

**5.     (a) REQUESTING JUDICIAL AUTHORITY (Article 3(a)):**

The Honorable Susan Illston
United States District Court for the Northern District of California
San Francisco Courthouse, Courtroom 1 – 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102
United States of America

3

**(b) TO THE COMPETENT AUTHORITY OF (Article 3(a)):**

Ministry of Justice of China
International Legal Cooperation Center (ILCC)
33, Pinganli Xidajie
Xicheng District
Beijing 100035
China

**(c) NAME OF THE CASE AND ANY IDENTIFYING NUMBER:**

*In re Enovix Corporation Securities Litigation*, Case No. 3:23-cv-71-SI, United States District Court for the Northern District of California.

**6.    NAMES AND ADDRESSES OF THE PARTIES AND THEIR REPRESENTATIVES (Article 3(b)):**

**(a) Plaintiffs:**

Discovery Global Opportunity Master Fund Ltd., Discovery Nymeria Master Fund, Ltd., Gary Kung, Robert G. Lee, and Traci Selke.

*Legal Representatives and Co-Lead Counsel:*

Phillip Kim, Esq.
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, New York, 10016
United States of America
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

AND

Lawrence M. Rolnick, Esq.
ROLNICK KRAMER SADIGHI LLP
PENN 1, Suite 3401
One Pennsylvania Plaza
New York, New York 10019
United States of America
Telephone: (212) 597-2800
Email: lrolnick@rksllp.com

**[PROPOSED] LETTER OF REQUEST**
**PURSUANT TO THE HAGUE EVIDENCE CONVENTION**
CASE NO. 3:23-CV-71-SI

**(b) Defendants:**

Enovix Corporation, Harrold Rust, Steffen Pietzke, Thurman J. Rodgers, Emmanuel T. Hernandez, John D. McCranie, Betsy Atkins, and Gregory Reichow.

*Legal Representatives:*

Emily Casey Warren Kapur (306724)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: emilykapur@quinnemanuel.com

**7.    NATURE AND PURPOSE OF THE PROCEEDINGS AND SUMMARY OF THE FACTS (Article 3(c)):**

**(a) Nature of the Proceeding**

This is a civil proceeding in which Plaintiffs bring claims against Defendants for alleged violations of the Securities Exchange Act of 1934 ("Exchange Act") of the United States of America.

**(b) Summary of the Allegations**

Enovix Corporation ("Enovix") is a technology company based in Fremont, California. Enovix developed a new lithium-ion battery technology. Plaintiffs allege that Enovix and its CEO, Harold Rust, among others, made false and misleading statements and omissions of material fact in public statements to investors, in violation of Section 10(b) of the Exchange Act. Specifically, Plaintiffs allege that in 2020, Enovix sought to expand its manufacturing operations to support commercial production of its batteries for the first time. Enovix contracted with equipment vendors to make custom-designed manufacturing equipment for its "Fab-1" facility in Fremont. One of those vendors was Yinghe. Enovix's Equipment Procurement Review ("EPR") required that the equipment made by Yinghe pass certain Factory Acceptance Testing ("FAT") at Yinghe's facility in China before Enovix acquired the equipment. Plaintiffs allege that the equipment repeatedly failed the FAT, but Enovix waived the EPR requirement and took delivery of the equipment.

Plaintiffs allege that Defendants made false and misleading statements implying the equipment had passed the FAT.

**8.     EVIDENCE TO BE OBTAINED (Article 3(d)):**

**(a) Evidence to be obtained:**

The assistance requested of China consists of obtaining written documents as described in Exhibit A attached hereto.

**(b) Purpose of the Documents Sought:**

Yinghe contracted with Enovix to build and test critical sections of the equipment for Enovix's Fab-1 factory. The building and testing of the equipment happened at Yinghe's facilities in China. The status, capabilities, quality, and testing of the Fab-1 equipment by Yinghe at Yinghe's facilities, and the communication of that information to Enovix and the individual Defendants, are central to the claims in this action. The documents requested in Exhibit A to this Letter of Request are highly relevant to the issues in this litigation, and it will further the interest of justice. The documents sought in this Letter of Request are to be used only in this litigation.

<u>**SECTION III**</u>

**9.     IDENTITY AND ADDRESS OF ANY PERSON TO BE EXAMINED (Article 3(e)):**

Shenzhen Yinghe Technology Co. Ltd.
No. 301 Huize Avenue
Dongjiang Science Park
Huicheng District
Huizhou City
Tel.: +86-0752-7388333

**10.     DOCUMENTS REQUESTED**

All inquiries and instructions are annexed to this Letter of Request at Exhibit A.

**11.     REQUEST FOR NOTIFICATION**

This Court respectfully requests that the documents sought by this Letter of Request be produced to the above listed legal representatives for Plaintiffs on a date as soon as practicable, and in all events, within thirty (30) days from when the Chinese central authority gives effect to this Letter of Request.

6

12.   **THE FEES AND COSTS INCURRED WHICH ARE REIMBURSABLE UNDER THE SECOND PARAGRAPH OF ARTICLE 14 OR UNDER ARTICLE 26 OF THE CONVENTION WILL BE BORNE BY:**

Phillip Kim, Esq.
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, New York, 10016
United States of America
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

AND

Lawrence M. Rolnick, Esq.
ROLNICK KRAMER SADIGHI LLP
PENN 1, Suite 3401
One Pennsylvania Plaza
New York, New York 10019
United States of America
Telephone: (212) 597-2800
Email: lrolnick@rksllp.com

13.   **DATE OF REQUEST**

Dated: October 3, 2024

San Francisco, California, United States of America

14.   **SIGNATURE OF THE REQUESTING AUTHORITY**

WITNESS, the Honorable Susan Illston of the United States District Court for the Northern District of California, this ___ day of _____, 2024.

By the Court,

_____
Honorable Susan Illston
United States District Judge

[Seal of Court]

7

## EXHIBIT A

### Directed to Shenzhen Yinghe Technology Co. Ltd.

### DEFINITIONS

The rules of construction and definitions set forth in FRCP 26 and 34, as well as in Local Civil Rules 26.2 and 26.3 of the United States District Court for the Southern District of New York, are incorporated as if set forth fully herein. In addition, the following definitions shall apply to the above Requests and shall be considered as part of each Request:

1.    "Action" means the above-captioned civil action, styled *In re Enovix Corporation Securities Litigation*, Case No. 3:23-cv-71-SI, pending in the United States District Court for the Northern District of California.

2.    "Enovix" or the "Company" refer to Enovix Corporation and, where applicable, any present or former officers, directors, partners, employees, contractors, sponsors, representatives or agents, and any other person or entity acting or purporting to act on its behalf.

3.    "Fab-1 Equipment" means the manufacturing equipment that Yinghe produced, procured, or assembled for Enovix's "Fab-1" battery manufacturing facility in Fremont, California.

4.    "Yinghe," "You," and "Your" refer to Shenzhen Yinghe Technology Co. Ltd., together with all of its respective present and former officers, directors, committees, employees, partners, corporate parents, predecessors, successors, direct and indirect subsidiaries, affiliates, divisions, branch offices, agents, representatives, and all other persons acting, or purporting to act, on behalf of any of the foregoing.

### INSTRUCTIONS

1.    You shall respond to each Document Request separately. You shall produce any responsive Documents as they are kept in the ordinary course of Your business.

### RELEVANT PERIOD

Unless otherwise indicated, the time period covered by these Requests is from January 1, 2020 through and including December 31, 2023, and shall include all events or circumstances

8

which occurred during such period, as well as related documents and information produced or created during that period. However, if a document prepared prior to January 1, 2020, or after December 31, 2023, is necessary for a correct or complete understanding of any document covered by a Request, the document shall be produced. If any document is undated and the date of its preparation cannot be determined, the document shall be produced if otherwise responsive to the Request.

## REQUESTS FOR PRODUCTION

**REQUEST NO. 1:**

All documents and communications concerning contracts or agreements for equipment procurement between Enovix and Yinghe.

**REQUEST NO. 2:**

All documents and communications concerning criteria or specifications provided by Enovix for the Fab-1 Equipment, including any measurements of capacity, yield, performance, or quality.

**REQUEST NO. 3:**

All documents and communications concerning the procedures and protocols for performing Factory Acceptance Testing of the Fab-1 Equipment, or any comparable testing of criteria or specifications provided by Enovix for the Fab-1 Equipment.

**REQUEST NO. 4:**

All documents and communications concerning the results of any testing performed by Yinghe on the Fab-1 Equipment in connection with criteria or specifications provided by Enovix, including documents concerning the procedures and protocols for measuring and reporting such results.

**REQUEST NO. 5:**

All documents and communications concerning the consideration or making of any decision to modify or waive any aspect of Enovix's equipment procurement requirements or testing requirements for the Fab-1 Equipment.

**[PROPOSED] LETTER OF REQUEST
PURSUANT TO THE HAGUE EVIDENCE CONVENTION
CASE NO. 3:23-CV-71-SI**

**REQUEST NO. 6:**

All documents and communications concerning the transportation of the Fab-1 Equipment from Yinghe's facilities in China to Enovix's facilities in California.

**REQUEST NO. 7:**

All documents and communications concerning Enovix employees or contractors traveling to China in connection with the testing of the Fab-1 Equipment at Yinghe's facilities.

**REQUEST NO. 8:**

All documents and communications concerning Yinghe employees or contractors traveling to the United States in connection with the testing of the Fab-1 Equipment at Enovix's facilities.

**REQUEST NO. 9:**

All documents and communications concerning attempts by Yinghe employees or contractors to fix or improve the performance of the Fab-1 Equipment, at either Yinghe's or Enovix's facilities.

**REQUEST NO. 10:**

All documents concerning communications between Yinghe and Enovix relating to the procurement, production, testing, or improvement of the Fab-1 Equipment.

**附录 A**

**送达至深圳市赢合科技股份有限公司 (Shenzhen Yinghe Technology Co.)**

**定义**

《美国联邦民事诉讼法典》(FRCP) 第 26 和 34 条，以及美国纽约南区地方法院地方民事规则第 26.2 和 26.3 条中规定的解释规则和定义均已纳入本文件，如同已完整阐述。此外，下列定义应适用于上述请求，并应视为每项请求的一部分：

1. "诉讼" 是指上述民事诉讼，案件名称：*针对 Enovix Corporation 的证券诉讼*，案件编号：3:23-cv-71-SI，该案件在美国加利福尼亚州北区地方法院待审。

2. "Enovix" 或 "公司" 是指 Enovix Corporation 以及（如适用）任何现任或前任高管、董事、合作伙伴、员工、承包商、赞助商、代表或代理人，以及代表或声称代表其行事的任何其他个人或实体。

3. "Fab-1 设备" 是指赢合为 Enovix 位于加利福尼亚州弗里蒙特的 "Fab-1" 电池制造工厂所生产、采购或组装的制造设备。

4. "赢合"、"贵方" 和 "贵方的" 是指深圳市赢合科技股份有限公司 (Shenzhen Yinghe Technology Co.) 及其所有现任和前任高管、董事、委员、员工、合

[拟议] 请求书
根据 《海牙取证公约》
案件编号 3:23-cv-71-SI

作伙伴、母公司、前任者、继任者、直接和间接子公司、附属公司、部门、分公司、代理人、代表，以及代表或声称代表上述任何一方的所有其他人员。

**说明**

1.    贵方应分别回应每项文件请求。贵方应提供在贵方正常业务过程中保留的任何相关文件。

**相关期限**

除非另有说明，这些请求所涵盖的时间段为 2020 年 1 月 1 日至 2023 年 12 月 31 日（含当日），并应包含在此期间发生的所有事件或情况，以及在此期间制作或创建的相关文件和信息。但是，如果在 2020 年 1 月 1 日之前或 2023 年 12 月 31 日之后编制的文件对于正确或完整理解请求所涵盖的任何文件是必要的，则应提交该文件。如果任何文件未注明日期，且无法确定其编制日期，则应在该文件以其他方式符合请求的情况下予以出示。

**生产请求**

**第 1 项请求：**

有关 Enovix 与赢合之间设备采购合同或协议的所有文件和通信。

**第 2 项请求：**

有关 Enovix 为 Fab-1 设备提供的标准或规格的所有文件和通信，包括任何容量、产量、性能或质量测量数据。

**第 3 项请求：**

有关对 Fab-1 设备执行工厂验收测试的程序和协议，或 Enovix 为 Fab-1 设备提供的标准或规格的任何同等测试的所有文件和通信。

**第 4 项请求：**

有关赢合根据 Enovix 提供的标准或规格对 Fab-1 设备执行的任何测试结果的所有文件和通信，包括有关测量和报告此类结果的程序和协议的文件。

**第 5 项请求：**

有关考虑或决定修改或放弃 Enovix 设备采购要求或 Fab-1 设备测试要求的任何方面的所有文件和通信。

**第 6 项请求：**

有关将 Fab-1 设备从中国赢合工厂运至加利福尼亚州 Enovix 工厂的所有文件和通信。

**第 7 项请求：**

有关 Enovix 员工或承包商因在赢合工厂测试 Fab-1 设备而前往中国的所有文件

和通信。

**第 8 项请求：**

有关赢合员工或承包商因在 Enovix 工厂测试 Fab-1 设备而前往美国的所有文件

和通信。

**第 9 项请求：**

有关赢合员工或承包商在赢合或 Enovix 工厂中试图修复或改进 Fab-1 设备性能

的所有文件和通信。

**第 10 项请求：**

赢合与 Enovix 之间有关 Fab-1 设备的采购、生产、测试或改进的所有通信文

件。



## Certificate of Accuracy

| Original File Name | Translated File Name |
|---|---|
| Enovix - Ex A.pdf | Enovix - Ex A_zh-CN.pdf |

October 31, 2024

We, Translate.One, hereby certify that to the best of our knowledge and belief the document attached to this letter is a true and accurate translation of the original document.

For all certified translations, Translate.One follows an ISO 9001:2015 certified process. A fully vetted professional translator who is a native speaker of the target language and expert in the subject matter translates the documents. Thereafter, an equally qualified linguist edits the translations, which are then sent back to the lead translator for finalization. As a final step, the project manager and quality control specialist review the final translation for completeness.

*Zhanna Sprow*

Zhanna Sprow
Project Manager
Translate.One

Translate.One
3200 Cobb Galleria Parkway
Suite 200
Atlanta, GA 30339
412.261.1101
translate.one