UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ENOVIX CORPORATION SECURITIES LITIGATION** | Case No. 23-cv-00071-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  6/24/2025

FURTHER CASE MANAGEMENT: 8/15/2025 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

CLASS CERTIFICATION MOTION **SHALL** be filed by:  5/23/2025;
     Opp. Due:  7/23/2025; Reply Due:  8/29/2025;
     And set for hearing no later than 9/19/2025 at 10:00 AM.

**IT IS SO ORDERED**.

Dated: March 18, 2025

_____
SUSAN ILLSTON
United States District Judge