UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ENOVIX CORP. SECURITIES LITIGATION | Case No. 23-cv-00071-SI<br><br>**ORDER TO FILE DECLARATIONS RE: DISCOVERY DISPUTE** |

Defendants have filed a discovery letter brief asking the Court to compel plaintiffs to produce documents related to the case investigation. Dkt. No. 164. Plaintiffs have filed a letter brief in response.[1] Dkt. No. 166.

Having reviewed the letters, Court finds it would be helpful to see the sworn declarations from the five confidential witnesses that defendants say have "disavow[ed]" the allegations attributed to them in the Second Amended Complaint. *See* Dkt. No. 164 at 1. The Court would also be assisted by reviewing the declaration plaintiffs say they have proffered "from the investigator directly refuting those allegations." Dkt. No. 166 at 1 n.2. Accordingly, **the Court ORDERS the parties to file these declarations no later than June 13, 2025.** Defendants shall confer with plaintiffs regarding the best method for filing these declarations while maintaining the witnesses' confidentiality.

The Clerk shall terminate the motion at Dkt. No. 163, which is a duplicate of the filing at

///

///

---

[1] Neither side's filing complies with the undersigned's Standing Order limiting separately filed discovery briefs to 2 pages or less. *See* Judge Illston's Standing Order ¶ 3.

Dkt. No. 164 and which defendants erroneously filed as a motion to compel.

**IT IS SO ORDERED**.

Dated: June 6, 2025

SUSAN ILLSTON
United States District Judge