**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100

WRITER'S EMAIL ADDRESS
**emilykapur@quinnemanuel.com**

WRITER'S DIRECT DIAL NO.
**(650) 801-5122**

June 9, 2025

Honorable Susan Illston
United States District Court for the Northern District of California
San Francisco Courthouse
Courtroom 1 – 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:     *In re Enovix Corporation Securities Litigation*, Case No. 23-cv-00071-SI

Dear Judge Illston:

We write on behalf of Defendants in the above-referenced action. Pursuant to the Court's order dated June 6, 2025, ECF No. 167, Defendants attach to this letter as Exhibits A-E the five former employee declarations referenced in Defendants' letter motion to compel, ECF No. 164.

The Parties have conferred and agreed to file these declarations with the former employees' names redacted in the first instance, as that information has been designated "Attorneys' Eyes Only" by Plaintiffs pursuant to the Parties' Stipulated Protective Order, ECF No. 155. As such, pursuant to Civil L.R. 79-5(f), Defendants will file the unredacted declarations under seal as exhibits to a Motion to Consider Whether Another Party's Material Should be Sealed.

We are available at the Court's convenience should the Court wish to discuss.

Sincerely,

*/s/ Emily Kapur*

Emily Kapur

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH