# Exhibit B

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| IN RE ENOVIX CORPORATION SECURITIES LITIGATION | Civil Action No. 3:23-cv-00071-SI<br><br>CLASS ACTION<br><br><br>Case No.  3:19-CV-01372-JD |

**DECLARATION OF** ▮▮▮▮▮▮▮▮▮▮▮▮.

I, ▮▮▮▮▮▮▮▮▮ declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a former employee of Enovix.  I worked for the company as a Senior Director of Equipment Engineering from October 2018 to August 2021.

2. I have reviewed the Second Amended Complaint ("Complaint") in the above-captioned action and understand that I have been identified as the former employee designated as "FE8" in the Complaint.  In particular, I have reviewed the allegations apparently attributed to me in the Complaint, at paragraphs 57, 111, and 112.

3. Plaintiffs' counsel attributed these allegations to me without my knowledge or consent.

4. Prior to speaking with counsel for Enovix on January 24, 2025, I had never seen the Complaint and did not know that there was a securities fraud case against Enovix.

5. I was surprised and concerned to learn that information attributed to me had been used in a legal complaint against Enovix.  Prior to being so informed by counsel for Enovix, I was not aware that information attributed to me had been used in such a way.

6. I never spoke with any individual about Enovix who identified themselves as a lawyer or as working with a lawyer, or who explained that their purpose was to investigate potential legal claims against the company.

7. I also never spoke with anyone about Enovix who represented that their purpose was to gather information generally on my time at the company.

8. Had I known that any information that I purportedly shared during any discussion was going to be used in a legal complaint against Enovix, including for allegations of securities fraud, I would not have participated.

9. Furthermore, some of the allegations attributed to me in the Complaint are incorrect.

10. Paragraph 111 alleges that I stated no Envoix engineers had travelled to China prior to April 2021 to conduct the FAT.

11. This statement is incorrect to the extent it suggests there were no Enovix engineers present at Yinghe's factory in China during the FAT. While true that no one could travel to China from the United States due to COVID restrictions, an Enovix engineer was physically present at Yinghe's factory during the FAT, as was an Enovix contractor.

12. Paragraph 112 alleges that I confirmed that as of the time I left Enovix in August 2021, no one from Yinghe had travelled to the United States to help conduct the SAT.

13. I would not have confirmed Paragraph 112 because that statement is false. Prior to my departure in 2021, a team of Yinghe engineers from China arrived at the Fab-1 facility in Fremont to assist with the SAT and I had participated in multiple meetings with those Yinghe engineers.

14. To the extent the allegations attributed to me in the Complaint are used to suggest that Enovix lied to investors about the status of Fab-1, that suggestion is false. During my time at Enovix, my impression was that Enovix management believed Fab-1 would reach the output goals the company set for it. I shared that belief and, at the time I left Enovix in August 2021, the company was on track to reach those output goals. No technical challenges experienced with Fab-1 struck me as at all out of the ordinary for a startup engaged in the process of developing a novel and complex production line.

15. I have significant respect for the founders of Enovix, including Harrold Rust. I am proud of the work we did together.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.



Executed on: January 28th , 2025 in Västerås, Sweden.