# Exhibit C

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| IN RE ENOVIX CORPORATION SECURITIES LITIGATION | CLASS ACTION<br><br>Case No. 3:23-cv-00071-SI |

**DECLARATION OF** ████████████████

I, ████████████████ declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a former employee of Enovix. I worked for the company as a Senior Logistics Manager from October 2021 to December 2023.

2. I have reviewed the Second Amended Complaint ("Complaint") in the above-captioned action and understand that I have been identified as the former employee designated as "FE9" in the Complaint. In particular, I have reviewed the allegations apparently attributed to me in the Complaint, at paragraphs 58, 87, 90. 97, 98, 99, 103, 111, 114, 115, 117, 118, 124, 192, and 213.

3. Plaintiffs' counsel attributed these allegations to me without my knowledge or consent.

4. Prior to speaking with counsel for Enovix on January 15, 2024, I had never seen the Complaint and did not know that there was a securities fraud case against Enovix.

5. I was surprised and concerned to learn that information attributed to me had been used in a legal complaint against Enovix. Prior to being so informed by counsel for Enovix, I was not aware that information attributed to me had been used in such a way.

6. I never spoke with any individual about Enovix who identified themselves as a lawyer, working with a lawyer, or who explained that their purpose was to investigate potential legal claims against the company.

7. I also never spoke with anyone about Enovix who represented that their purpose was to gather information generally on my time at the company for the purposes of a lawsuit against Enovix. I did discuss my time at Enovix with potential employers and recruiters.

8. Had I known that any information that I purportedly shared during any discussion was going to be used in a legal complaint against Enovix, including for allegations of securities fraud, I would not have participated.

9. Furthermore, some of the allegations attributed to me in the Complaint are incorrect.

10. Paragraph 98 alleges that I reported that Enovix had an EPR (Equipment Procurement Review) in place with Yinghe long before the Yinghe equipment was delivered and that my supervisor, Tae Chang, likely drafted the EPR.

11. I would not have reported that Enovix had an EPR in place with Yinghe long before the equipment was delivered because I do not know that information. I joined Enovix in October 2021, long after the Yinghe equipment was delivered in April 2021. Accordingly, I have no knowledge of whether there was an EPR in place with Yinghe in April 2021 or earlier, and I would not have asserted otherwise.

12. I also would not have asserted that Tae Chang drafted the EPR because that contradicts my understanding. I do not know who drafted the EPR.

13. Paragraph 114 alleges that I usually attended daily meetings during August 2021 with members of Enovix's management and senior leadership, but I did not join the company until October 2021 and thus was not attending Enovix meetings in August 2021.

14. Paragraph 124 quotes me as describing the equipment received from Yinghe as a "piece of junk." I would not have described the Yinghe equipment as a "piece of junk." Though I do not believe it ever achieved the output requirements that Enovix set, I do not consider the Yinghe equipment to be a "piece of junk."

15. To the extent that allegations attributed to me in the Complaint are used to suggest that Enovix lied to investors about the status of Fab-1, that suggestion is false. During my time at the company in 2021, my impression was that Enovix management believed that Fab-1 would reach the output goals the company set for it.

16. During this time, I also believed that Fab-1 would reach the output goals the company set for it. Further, for purposes of managing duty payments as part of my role at Enovix, I told the U.S. government the same—that any issues with Fab-1 were temporary and Enovix was focused on solving them.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on: January 29, 2025 in San Jose, California.

2