# Exhibit D

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| | Civil Action No. 3:23-cv-00071-SI |
| IN RE ENOVIX CORPORATION SECURITIES LITIGATION | CLASS ACTION |
| | Case No. 3:19-CV-01372-JD |

**DECLARATION OF** █████████████

I, █████████████ declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a former employee of Enovix. I worked for the company as a Senior Program Manager – New Product Information from August 2021 to September 2022.

2. I have reviewed the Second Amended Complaint ("Complaint") in the above-captioned action and understand that I have been identified as the former employee designated as "FE4" in the Complaint. In particular, I have reviewed the allegations apparently attributed to me in the Complaint, at paragraphs 53, 84, 113, and 123.

3. Plaintiffs' counsel attributed these allegations to me without my knowledge or consent.

4. Prior to receiving a subpoena from counsel for Enovix demanding production of documents in February 2025, I had never seen the Complaint and did not know that there was a securities fraud case against Enovix.

5. I was surprised and concerned to learn that information attributed to me had been used in a legal complaint against Enovix. Prior to being so informed by counsel for Enovix, I was not aware that information attributed to me had been used in such a way.

6. I never spoke with any individual about Enovix who identified themselves as a lawyer or as working with a lawyer, or who explained that their purpose was to investigate potential legal claims against the company.

7. Had I known that any information that I purportedly shared during any discussion was going to be used in a legal complaint against Enovix, including for allegations of securities fraud, I would not have participated.

8. My role at Enovix was focused on interfacing with clients. I did not work on any of the manufacturing equipment at Enovix's Fab-1 facility in Fremont, California.

9. To the extent the Complaint suggests that I had knowledge of events at Enovix prior to the time that I joined the Company in August, such suggestions are false. Contrary to the allegation in paragraph 113 of the Complaint, I do not know how long Enovix had been working on its Fab-1 equipment. Further, I have no firsthand knowledge of executive management-level decision-making at the Company.

10. My impression was that Enovix's executive management endeavored to make the best decisions it could in light of the limitations resulting from the Covid-19 pandemic and the typical challenges facing a start-up.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on: April 11, 2025 in San Jose, California.

2