# Exhibit E

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| IN RE ENOVIX CORPORATION SECURITIES LITIGATION | Civil Action No. 3:23-cv-00071-SI<br><br>CLASS ACTION<br><br><br>Case No. 3:19-CV-01372-JD |

**DECLARATION OF** ███████████████

I, ████████████ declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a former employee of Enovix. I worked for the company as a Production Manager from October 2020 to December 2021.

2. I have reviewed the Second Amended Complaint ("Complaint") in the above-captioned action and understand that I have been identified as the former employee designated as "FE1" in the Complaint. In particular, I have reviewed the allegations apparently attributed to me in the Complaint, at paragraphs 50, 208, and 209.

3. Plaintiffs' counsel attributed these allegations to me without my knowledge or consent.

4. Prior to receiving a subpoena from counsel for Enovix demanding production of documents in February 2025, I had never seen the Complaint and did not know that there was a securities fraud case against Enovix.

5. I was surprised and concerned to learn that information attributed to me had been used in a legal complaint against Enovix. Prior to being so informed by counsel for Enovix, I was not aware that information attributed to me had been used in such a way.

6. I never spoke with any individual about Enovix who identified themselves as a lawyer or as working with a lawyer, or who explained that their purpose was to investigate potential legal claims against the company.

7. Had I known that any information that I purportedly shared during any discussion was going to be used in a legal complaint against Enovix, including for allegations of securities fraud, I would not have participated.

8. At Enovix, I was a Production Manager for the pilot line in the Research & Development segment of the Company. I did not work at all with Fab-1 and I was not otherwise involved with Fab-1.

9. To the extent Paragraph 209 suggests that I participated in meetings about Fab-1 and that Mr. Rust attended those meetings, that is false. I participated in separate operations meetings about the pilot line. Fab-1 was not discussed during those meetings. I have no knowledge of whether or not Mr. Rust participated in meetings about Fab-1.

10. Further, I was only at Enovix's facilities on Sundays, Mondays, Tuesdays, and every other Wednesday. There was a second Production Manager responsible for managing the pilot line for the remainder of the time.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.



Executed on: May 13, 2025 in Livermore California.