

**The Rosen Law Firm**
INVESTOR COUNSEL

Joshua Baker<br>jbaker@rosenlegal.com

June 13, 2025

<u>**VIA ECF**</u>

Honorable Susan Illston
United States District Judge
United States District Court for the Northern District of California
San Francisco Courthouse
Courtroom 1 – 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

> Re:    *In re Enovix Corporation Securities Litigation*, Case No. 3:23-cv-71-SI

Dear Judge Illston:

We write on behalf of Plaintiffs in the above-referenced action. Pursuant to the Court's Order dated June 6, 2025 (Dkt. No. 167), Plaintiffs attach as exhibits to this letter: (A) a declaration from Stephanie Stanley of On Point Investigations, one of Plaintiffs' investigators in this action; and (B) the declaration of Joshua Baker ("Baker Declaration") regarding the investigation by Plaintiffs' other investigator, Grapevine Asia Partners, and attaching as Exhibits 1-5 thereto memoranda from both investigators memorializing their respective conversations with the relevant witnesses.

As noted in Defendants' letter dated June 9, 2025 (Dkt. No. 168), the Parties have conferred and agreed to file these declarations (and exhibits thereto) with the witnesses' names redacted. Plaintiffs will submit a declaration pursuant to Civil Local Rule 79-5(f) and (c)(1) supporting the redaction and sealing of the witnesses' names throughout all exhibits to both this letter and Defendants' letter.

Beyond the witnesses' names, Exhibit 5 to the Baker Declaration (the only investigator memorandum that has portions concerning FE2) has further redactions. Plaintiffs maintain that the investigators' memoranda are all protected from disclosure as attorney work product. *See* Dkt. No. 166 (Plaintiffs' discovery dispute statement). Plaintiffs agreed to limited waivers of that protection for only the memoranda (or parts thereof) concerning the FEs from whom Defendants submitted declarations. Plaintiffs shared the memoranda attached as Exhibits 1-4 to the Baker Declaration with Defendants in full because those memoranda do not have contents outside the scope of Plaintiffs' limited waiver. *See id.* The redacted portions of Exhibit 5 to the Baker Declaration, however, do not concern FE2, the investigator's conversation with FE2, or any other witness cited in the complaint. Plaintiffs have not waived work product protection over those parts of the memorandum, nor have they shared those parts with Defendants. Plaintiffs are willing to submit

THE ROSEN LAW FIRM, P.A. ♦ 275 MADISON AVENUE, 40TH FLOOR ♦ NEW YORK, NY 10016 ♦ TEL: (212) 686-1060 ♦ FAX: (212) 202-3827

an unredacted version of this memorandum for *in camera* review in connection with the instant discovery dispute at the Court's request.

Respectfully submitted,

*/s/Joshua Baker*

Joshua Baker

THE ROSEN LAW FIRM, P.A. ♦ 275 MADISON AVENUE, 40TH FLOOR ♦ NEW YORK, NY 10016 ♦ TEL: (212) 686-1060 ♦ FAX: (212) 202-3827