# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

IN RE ENOVIX CORPORATION
SECURITIES LITIGATION

This Document Relates To: All Actions

Case No: 3:23-cv-00071-SI

CLASS ACTION

# DECLARATION OF STEPHANIE STANLEY

I, Stephanie Stanley, under penalty of perjury, declare as follows:

1.      I am a private investigator licensed in the state of California. I have worked for On Point Investigations, LLC ("On Point") since 2013.

2.      I understand that On Point was retained by The Rosen Law Firm, P.A. and Rolnick Kramer Sadighi LLP (together, "Lead Counsel") to assist with the investigation of the plaintiffs' securities fraud claims against Enovix Corporation ("Enovix") and certain of its officers and directors. In connection with this investigation, On Point was tasked with contacting former employees of Enovix and providing memoranda to Lead Counsel memorializing the conversations I had with such former employees.

3.      I spoke with several former Enovix employees via phone during the course of the investigation, including ███████████████████████████████ ████████████████████.

4.      At the beginning of each of my phone calls with every former Enovix employee that I spoke with in connection with this investigation, as is my standard practice with On Point, I identified myself as an investigator with On Point and explained that I was working for a law firm representing shareholders in a class action case against Enovix. In none of these calls did I ever misrepresent my identity or the purpose of the call. Each who spoke with me did so willingly. I did not offer or promise any compensation to anyone I spoke with. I made no promises or assurances that the information discussed on these calls would be kept confidential.

5.      After each conversation that progressed to any substantive discussion about Enovix or the subject matter of the investigation, I prepared a written memorandum memorializing the substance of the conversation. These memoranda included all matters discussed on the call that were pertinent to the investigation, regardless of whether it was supportive of Plaintiffs' allegations or not. I understand that On Point promptly sent those memoranda to Lead Counsel. Those memoranda represent true and accurate accounts of the conversations I had with the former employees.

- 1 -

6.    Neither my compensation nor On Point's was tied in any way to the amount of information I collected, or whether or how strongly the information supported Plaintiffs' allegations.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed: __5 - 23 - 25__

Stephanie Stanley

- 2 -

DECLARATION OF STEPHANIE STANLEY; 3:23-cv-00071-SI