**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE ENOVIX CORPORATION SECURITIES LITIGATION | Case No: 3:23-cv-00071-SI |
| | CLASS ACTION |
| This Document Relates To: All Actions | |

**DECLARATION OF JOSHUA BAKER**

I, Joshua Baker, declare as follows:

1.    I am an attorney admitted *pro hac vice* before this Court. I am an attorney with The Rosen Law Firm, P.A. ("Rosen"), Court-appointed Co-Lead Counsel for Lead Plaintiffs Gary Kung, Discovery Global Opportunity Master Fund Ltd., and Discovery Nymeria Master Fund, Ltd., and named Plaintiffs Traci Selke and Robert G. Lee (collectively, "Plaintiffs") and proposed Co-Class Counsel. I have personal knowledge of the facts set forth herein and if called upon to testify, I could and would do so truthfully and accurately.

2.    Rosen, together with Co-Lead Counsel Rolnick Kramer & Sadighi LLP (collectively "Lead Counsel"), used On Point Investigations, LLC ("On Point") and Grapevine Asia Partners ("Grapevine Asia") as investigators in connection with Plaintiffs' and Lead Counsel's investigation of the allegations set forth in Plaintiffs' first and second amended complaints in this Action.[1] Lead Counsel tasked On Point and Grapevine with contacting former employees of Enovix Corporation ("Enovix") with inquiries prepared by Lead Counsel and preparing memoranda memorializing any substantive conversations with such persons for Lead Counsel and Plaintiffs.

3.    Neither On Point's compensation nor Grapevine's was tied in any way to the amount of information they collected or provided to Lead Counsel, or whether or how strongly the information supported Plaintiffs' allegations.

4.    Attached hereto as Exhibit 1 is a true and correct copy of a memorandum prepared by On Point for Lead Counsel dated June 15, 2023, memorializing On Point's conversation with ███████████.

5.    Attached hereto as Exhibit 2 is a true and correct copy of a memorandum prepared by On Point for Lead Counsel dated June 5, 2023, memorializing On Point's conversation with ████████████████.

---

[1] Grapevine Asia was used only for the operative second amended complaint.

6.      Attached hereto as Exhibit 3 is a true and correct copy of a memorandum prepared by On Point for Lead Counsel dated June 10, 2023, memorializing On Point's conversation with ████████████████.

7.      Attached hereto as Exhibit 4 is a true and correct copy of a memorandum prepared by On Point for Lead Counsel dated February 23, 2024, memorializing On Point's conversation with ████████████.

8.      Attached hereto as Exhibit 5 is a true and correct copy of a memorandum prepared by Grapevine Asia for Lead Counsel dated March 13, 2024, memorializing Grapevine Asia's conversation with ████████. The redacted portions of this memorandum concern other aspects of Plaintiffs' and Lead Counsel's investigation and do not concern Grapevine Asia's conversation with ████████.

9.      After reviewing Defendants' anticipated Rule 11 motion and the declarations they provided from former and current Enovix employees, I spoke with the supervising partner from Grapevine Asia. During that conversation, the Grapevine Asia partner confirmed the following facts:

a.      Grapevine Asia spoke with ████████ via phone in Mandarin. Grapevine Asia told ████████ during the conversation that they represented a client who was interested in Enovix. Grapevine Asia did not misrepresent to ████████ that they worked for customers who were interested in doing business with Yinghe. Grapevine Asia did not offer any consulting fee or other form of payment to ████████. During the conversation with Grapevine Asia, ████████ did not express that he did not consent to sharing the information discussed. He did not express that the information discussed could be shared only with his permission.

b.      During Grapevine Asia's conversation with ████████, ████████ never used the phrase "conditionally pass," or any equivalent, to describe the results of the testing of the Enovix equipment at Yinghe's facility.

c.      The memorandum provided to Lead Counsel (Exhibit 5) contains a true and accurate account of the conversation that Grapevine Asia had with ▮▮▮▮▮.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed: May 27, 2025 in Jenkintown, Pennsylvania      */s/Joshua Baker*
Joshua Baker

# EXHIBIT 1



INVESTIGATIVE MEMORANDUM

Confidential & Privileged

June 15, 2023

TO:    Phillip Kim, Esq. and Josh Baker, Esq., The Rosen Law Firm and Lawrence Rolnick, Esq., Rolnick Kramer Sadighi, LLP

FR:    Chris Szechenyi and Stephanie Stanley, On Point Investigations LLC

RE:    Enovix – ███████████

---

This memorandum summarizes a June 14, 2023 interview with ████████ ████████ pursuant to your request and at your direction to assist you in the course of litigation. We did not ask the witness for privileged or confidential information, and we did not tell him his statements would remain confidential.


██████████████████

████████████ was Senior Program Manager – New Product Introduction from August 2021 to September 2022. He worked at the Fremont facility and reported to Florence Chen, Senior Director New Product Introduction.

████████ was reached at ██████████. The following is a summary of his comments made during the phone interview:


**SUMMARY**

- Several workers from Asia who were trying to qualify the Fab-1 equipment left the Fremont facility in about the fall of 2021 before the job was complete.
- After the foreign workers left, Enovix was trying to find contractors and/or in-house employees to complete the job.
- Fab-1 was able to produce small quantities of batteries that met specs to pass a first stage of qualification for some but not all customers.
- Fab-1 was never able to pass a later stage of qualification for any of its customers that involved ramping up to larger production levels.
- As Enovix consistently failed to meet its production number milestones for customers, employees began to realize that the Fab-1 was not going to be able to hit "the numbers that they initially advertised."

**Job description**

███████ was the liaison between Enovix and prospective customers during the qualification process for battery products.

He communicated with the prospective customers about their custom battery products, reviewing their applications, overseeing experiments for their applications, and going over the results of those applications with the customer.

**Several workers from Asia who were trying to qualify the Fab-1 equipment left the Fremont facility in about the fall of 2021 before the job was complete**

When ███████ started at Enovix in August 2021, the equipment for Fab-1 was already at the Fremont factory.

He did not know if the Site Acceptance Test was done when the equipment was delivered.

At that time, there were "a lot of foreign workers" from Asia at the Fremont factory working on getting the manufacturing equipment qualified and working.

But not long after ███████ arrived, he said the workers were "sent back" by Enovix.

"The skilled workers who were supposed to be there to kind of complete it left before the job was done," ███████ said.

He did not know why the workers were sent back. He thought it might have been a budget issue or possibly due to the pandemic.

"For whatever reason…they left when the job was not complete," he said. "There were a lot of open items. The equipment was not fully qualified. It was not fully accepted."

███████ was not sure, but he thinks the foreign workers were from the company that made the equipment.

**After the foreign workers left, Enovix was trying to find contractors and/or in-house employees to complete the job**

When the Asian workers left, Enovix needed to find people to complete the job that the departing workers had not finished, ███████ said.

Initially, ███████ said the company tried to use in-house workers, but he then recalled that the company was trying to "get a contractor" to do the work.

The company then struggled for months to get its manufacturing equipment to work as it was supposed to, he said.

"In my opinion, we didn't have the right people working on those machines to get it to where it needed to be in the time it needed to be done," he

2    *Confidential & Privileged | Attorney Work Product*



said.

**Fab-1 was able to produce small quantities of batteries that met specs to pass a first stage of qualification for some but not all customers**

███████ said during his employment the Fab-1 line was producing batteries but only at small quantities.

The company was working with customers towards manufacturing large quantities of custom designed batteries to meet the specs required by the customer, ███████ said.

The qualification process involved a number of steps.

An early step was to prove to the customer that the Fab-1 line could manufacture a batch of batteries to meet that customer's custom-designed specs for the battery.

███████ said the Fab-1 line successfully did that for some customers but not all.

A next step then involved ramping up manufacturing to prove that Enovix could produce large quantities of the battery that also met specs, ███████ said.

For example, a customer would ask Enovix to produce 10,000 or 20,000 batteries by a certain date that the customer would then test themselves to ensure the products met specs, he said.

"You pass this first stage, now we (the customer) want to focus on, 'Can you give us 10,000 batteries in this month.'" ███████ said. "We would just not be able to do it."

███████ said Enovix was unable to successfully meet the high-volume production stage for any of its potential customers.

"We were not able to produce the required quantities," he said.

**Employees began to realize that the Fab-1 was not going to be able to hit "the numbers that they initially advertised."**

As the company consistently failed to miss production volume numbers for customers, it began to become clear to employees that the Fab-1 was not going to be successful as a commercial scale manufacturing line, ███████ said.

"The manufacturing line was just never really capable of doing the numbers that they (Enovix) initially advertised," he said. "We would have goals, and we would miss those goal. We kind of realized this was not going to happen."

███████ does not recall a point at which the company officially decided to



stop trying to make the Fab-1 a mass volume line.

"There wasn't anything formal, at least that I was a part of," he said. "It was sort of we kind of knew that we just won't hit our numbers."

Basically, he said it became obvious to everyone that the equipment was not going to work or produce as intended.

████████ was somewhat cooperative, but he had to end the interview before it was complete. He said we could call him another day for more information.

*Confidential & Privileged | Attorney Work Product*

# EXHIBIT 2



INVESTIGATIVE MEMORANDUM

Confidential & Privileged

June 5, 2023

TO:    Phillip Kim, Esq. and Josh Baker, Esq., The Rosen Law Firm and Lawrence Rolnick, Esq., Rolnick Kramer Sadighi, LLP

FR:    Chris Szechenyi and Stephanie Stanley, On Point Investigations LLC

RE:    Enovix – ██████████████████

---

This memorandum summarizes an interview with ██████████ ████████ on June 1, 2023 pursuant to your request and at your direction to assist you in the course of litigation. We did not ask the witness for privileged or confidential information, and we did not tell him his statements would remain confidential.

██████████████████████████

██████████████████ was a Production Manager at Enovix from October 2020 to December 2021. He worked at the Fremont, CA facility, and reported to Dan Kistner, Director of Manufacturing Operations.

████████ was reached at ██████████. The following is a summary of his comments.

**SUMMARY**

- The pilot line assembled the lithium-ion batteries mostly by hand.
- CEO Harrold Rust was "deeply involved" in operations at the Fremont facility and was regularly "out on the floor" of the factory checking in with employees on how things were going.
- Rust attended 9 a.m. operations meetings every day at the Fremont plant.
- The General Manager of the Fremont facility and the company's Chief Commercial Officer was Cameron Dales.
- Neal Sarswat, Engineering Director (May 2017 – Sept. 2022) and VP of Manufacturing (Sept. 2022 – present) oversaw the Fab 1 program.
- Sarswat report to Rust.

**Job description**

████████ was in charge of the pilot line that assembled prototypes of the lithium-ion batteries.

He said he had no involvement in the Fab 1 line.

He appeared reticent to discuss his job at Enovix and insisted he had no knowledge of events regarding the Fab 1 line.

### Pilot line mostly manual

█████ said the pilot line for assembling the lithium-ion batteries was done mostly by hand.

"It was a lot of manual labor," he said.

He said the batteries that came off the pilot line were "basically prototypes."

Once the batteries were completely assembled, they were given to the company engineers to test.

He said the pilot line produced batteries that were "five times better" in terms of lifetime energy production than the batteries currently on the market.

He said the company had potential customers highly interested in the product. He did not know which customers.

### CEO Harrold Rust was "deeply involved" in operations at Fremont

Asked about CEO Harrold Rust's awareness of operations at the Fremont facility, █████ said, "He was deeply involved in the process."

"He was actually over there every day," █████ said. "He rarely missed a day."

█████ said Rust regularly went out on the factory floor and talked with employees.

"He was out on the floor, checking with people, asking how things are going," █████ said.

### Rust attended daily 9 am operations meetings

█████ said Rust always attended the 9am daily operations meeting at the facility.

█████ said the meeting was also attended by himself; Cameron Dales, the GM of the plant; Neal Sarswat, who oversaw the Fab 1 program; and Dan Kistner, Director of Manufacturing Operations.

Initially, █████ seemed to indicate this operations meeting was for the whole facility. When questioned more about Rust's involvement and awareness of the Fab 1 problems, however, █████ said the 9am meeting was only for R&D

2    *Confidential & Privileged | Attorney Work Product*



and the pilot line.

Asked if there was a separate meeting that Rust attended for operations of the Fab 1 line, ▮▮▮▮▮ said he did not know, but that probably there was.

### Leadership at the Fremont plant

▮▮▮▮▮ said he did not have any knowledge of the problems with the Fab 1 line and equipment. He could not recall when the equipment was delivered.

He said he did not know that the company was giving up on Fab 1 to focus on Fab 2 until I told him.

He provided the names of people who were in leadership positions at the company when he was there.

Cameron Dales was the General Manager of the Fremont facility and the company's Chief Commercial Officer. (*Dales left Enovix in February this year*.)

Neal Sarswat was Director of Engineering (May 2017 – Sept. 2022) during ▮▮▮▮▮'s tenure and was later promoted to VP of Manufacturing (Sept. 2022 – present).

"I believe Neal was overseeing the Fab line," ▮▮▮▮▮ said. "He was in charge of the whole (Fab 1) operation basically."

▮▮▮▮▮ said Sarswat reported to Rust.

Dan Kistner was Director of Manufacturing (May 2022 – present).

▮▮▮▮▮ was reticent and possibly has more information than he was willing to share yesterday. He wanted to end the call after providing the above details. He potentially might provide more information in a follow-up call after doing his own research on what has happened at the company and what's been publicly announced since he left.

# EXHIBIT 3



INVESTIGATIVE MEMORANDUM

Confidential & Privileged

July 10, 2023

TO:    Phillip Kim, Esq. and Josh Baker, Esq., The Rosen Law Firm and Lawrence Rolnick, Esq., Rolnick Kramer Sadighi, LLP

FR:    Chris Szechenyi and Stephanie Stanley, On Point Investigations LLC

RE:    Enovix – ██████████████

---

This memorandum summarizes an interview with ██████████████ pursuant to your request and at your direction to assist you in the course of litigation. We did not ask the witness for privileged or confidential information, and we did not tell him his statements would remain confidential.

██████████████████

██████████████ was Senior Director Equipment Engineering at Enovix from October 2018 to mid-2021. He worked at the Fremont, CA facility, and most recently reported to Neal Sarswat, who was Director of Engineering at the time.

██████████ can be reached at ██████████. The following is a summary of his comments made during the phone interview:

**SUMMARY**

- The equipment for Area 3 came from China and was flown in by Enovix in 2021.
- Enovix did not do a Factory Acceptance Test on the equipment in China because Enovix employees could not travel there due to the pandemic, and Enovix could not do a typical Site Acceptance Test because the supplier's employees could not travel to the U.S.
- Equipment for Area 2 passed some of the tests for the FAT and SAT.
- Fab-1 was going to provide sample batteries to OEMs to test for their products and function as a "stepping stone to get to full production."
- The Fab-1 line was never going to have the capacity to fulfill large commercial product orders. Fab-1 would only have been able to do small production runs.
- When ██████████ left the company in mid-2021, they were still waiting for some equipment for Fab-1.



**Job description**

███████'s job involved sourcing of the manufacturing equipment, the construction of Fab-1 at Fremont, and overseeing the remodeling of the 70,000 square foot building in preparation for the Fab-1 line.

He said Area 1 was for "electrode fabrication" using lasers. Area 2 was for assembling the battery. Area 3 was for final casing and packaging of the battery. And Area 4 was for testing the battery.

**The equipment for Area 3 came from China and was flown in by Enovix in 2021**

███████ agreed with other former employees that the equipment for Area 2 involved Enovix's propriety technology and was made by DWFritz Automation in Wilsonville, OR.

He said the equipment for Area 3 was made in China that was flown in on a chartered plane by Enovix due to pandemic shipping delays.

He said at the time, no one from Enovix was permitted to travel to China to conduct a Factory Acceptance Test, which is why it was not done.

Further, no one from the equipment supplier in China was able to travel to the U.S. at that time to conduct the Site Acceptance Test once the equipment arrived at Enovix's Fremont plant, he said.

"We were on our own," he said.

**Equipment for Area 2 passed some of the tests for the FAT and SAT**

When asked if the machinery for Area 2 underwent a FAT and SAT, ███████ said Enovix did conduct those tests on the equipment.

The machinery "passed some aspects," but "some of them we had to work through issues," he said.

He said that issues were expected because Area 2 had the most customized equipment.

He said Enovix entered into an agreement with DWFritz to "jointly develop this piece of machinery."

He said the equipment was late by a couple of weeks or a month, and that DWFritz delivered it in pieces.

"They would deliver pieces and segments," he said. "Some key process steps – that equipment would show up earlier."

The pieces that connected the different processes together came later and were installed later, he said.

2    *Confidential & Privileged | Attorney Work Product*



When he left Enovix, they were still waiting for pieces of the equipment for Area 2 to arrive.

**Fab-1 was going to provide sample batteries to OEMs to test for their products and function as a "stepping stone to get to full production."**

█████████ said Fab-1 was mainly to serve as a pilot manufacturing line to provide potential customers with samples to test and qualify for use in their electronic products.

He said once samples are delivered to a potential customer, that customer typically takes 6 to 12 months to qualify it before deciding on if they want submit an order.

█████████ said the idea was for Enovix to provide the samples for qualification from Fab-1, then by the time they were qualified, Enovix would have Fab-2 up and running to fulfill large order.

"It's a stepping stone to get to full production," he said of Fab-1.

While █████████ was at Enovix, he said the company was already scoping out sites for Fab-2, which would be the manufacturing facility that could fulfill the large commercial size orders.

He said Fab-1 was "going to get us through a certain amount of through-put to satisfy" a qualification process with customers.

But at 70,000 square feet, the "building itself was not large" and would not have the room to house enough equipment to manufacturing large scale amounts.

When asked if Fab-1 would have been able to fulfill any size order for commercial use, he said, "You could fulfill small orders, but if you get an order with a high-volume commercial product, that would not be enough."

He noted that Enovix "was going after niche products initially," such as smart watches, but Fab-1 "could not serve an (order for) iPhone(s) – that's way too many."

█████████ was cooperative, but he ran out of time to talk. He said we could call him back another time for more information. He was supportive of the company's efforts and did have any criticism of them.

ON POINT
INVESTIGATIONS

*Confidential & Privileged | Attorney Work Product*

# EXHIBIT 4



INVESTIGATIVE MEMORANDUM

Confidential & Privileged

Feb. 23, 2024

TO:    Phillip Kim, Esq. and Josh Baker, Esq., The Rosen Law Firm and Lawrence Rolnick, Esq., Rolnick Kramer Sadighi, LLP

FR:    Chris Szechenyi and Stephanie Stanley, On Point Investigations LLC

RE:    Enovix – ████████████

---

This memorandum summarizes a Feb. 21, 2024 interview with █████ ██████████ pursuant to your request and at your direction to assist you in the course of litigation. We did not ask the witness for privileged or confidential information, and we did not tell him his statements would remain confidential.

████████████████████

██████████████ was a Senior Logistics Manager at Enovix from October 2021 to December 2023. He worked at the Fremont, CA facility, and reported to Tae Chang, Senior Director of Procurement.

██████████ was laid off late last year when the company shut down the Fab-1 line in Fremont.

██████████ can be reached at ███████████. The following is a summary of his comments made during the phone interview with On Point PI Stanley:

**SUMMARY**

- Yinghe Technology is the Chinese vendor that supplied manufacturing equipment for a large portion of the Fab-1 line.
- Due to Covid travel restrictions, Enovix was unable to send its engineers to Yinghe to conduct a FAT.
- Typically, if the manufacturing equipment fails a FAT, the equipment is not shipped to the customer.
- Enovix spent $1.3 million to fly the manufacturing equipment from China to California.
- If Enovix had done a FAT on the equipment before it left China, the problems with the machinery would have been discovered then.
- Enovix attempted to do the FAT on the equipment once it was in Fremont.

ON POINT
INVESTIGATIONS

- The equipment was never assembled end-to-end at Yinghe for any tests.
- During ████████'s tenure, Chinese engineers from Yinghe were often at the Fremont site trying to make the equipment perform to specifications, but they were never successful.
- The key parameter for the FAT was capacity per hour.
- The equipment from China was never able to perform to spec.
- Co-founder and CTO Ashok Lahiri over saw the FAT and other tests of the equipment from China that were conducted at the Fremont plant.
- The company had a standing 9am meeting each weekday to discuss operations, including production metrics of Fab-1 and problems with the equipment.
- CEO Harrold Rust attended about 80 percent of the 9am meetings.
- Anyone who regularly attended the 9am meetings knew about the equipment problems of Fab-1 and that it was not performing to spec.
- The Equipment Procurement Review (EPR) is a document that authorizes the purchase of manufacturing equipment from a specific vendor.
- The EPR includes information about vendor, due diligence conducted on the vendor, and a set of parameters that are to be met as part of the purchase agreement.
- The EPR also states that the equipment must meet parameters of a FAT and SAT.
- Fab-1 was shut down because it would never meet production capacity and quality levels required to meet customer needs.

### Job description

████████'s job involved management of shipping and receiving logistics for the Fremont plant, which included manufacturing equipment as well as materials for producing the batteries and the batteries themselves.

### Yinghe Technology is the Chinese vendor that supplied manufacturing equipment for a large portion of the Fab-1 line

████████ said the Chinese supplier for a large portion of the Fab-1 line in Fremont was a company named Yinghe Technology. He recalled that the Yinghe equipment was for Zone 2 and Zone 4 of the Fab-1 line.

Zone 2 was part of assembling the batteries, and Zone 4 was for packaging and shipping, he said.

████████ confirmed that another vendor, DWFritz Automation, supplied a smaller portion of the Fab-1 line. He said DWFritz provided laser equipment, which was installed in Zone 1 of the Fab-1 line.

He was not aware of another equipment vendor for the Fab-1 line.

*Confidential & Privileged | Attorney Work Product*

ON POINT
INVESTIGATIONS

██████ said the bulk of the Yinghe equipment arrived at Fremont before he started working for the company.

He thinks the equipment arrived as much as a year before he started in October 2021.

He said additional pieces of equipment from Yinghe arrived via ocean shipping containers at Fremont while he was working at the company.

**Due to Covid travel restrictions, Enovix was unable to send its engineers to Yinghe to conduct a FAT**

██████ noted he was not at Enovix when the company decided to fly the equipment from Yinghe before conducting the factory acceptance test (FAT).

He was aware, however, that Covid travel restrictions at the time prevented Enovix employees from traveling to China to conduct the FAT.

██████ said that due to the travel restrictions, Enovix leadership decided to charter a plane that could carry a significant portion of the equipment Yinghe made for Enovix.

He said the cost to fly the equipment to California was $1.3 million.

██████ did not know if Enovix considered conducting the FAT remotely from California.

**Typically with manufacturing equipment, if the equipment fails a FAT, the equipment is not shipped to the customer**

██████ said in a typical FAT scenario, the customer sends its engineers to the supplier's factory to be present when they run the assembled machinery and ensure it meets the parameters of the FAT.

The parameters of a FAT are set at the time of the purchase agreement, and basically the FAT is done to show that the machinery is performing to specifications of the purchase contract.

In a typical FAT, if the machinery fails to meet the specs, the equipment is not shipped to the customer, ██████ said.

**If Enovix had done a FAT on the equipment before it left the Chinese vendor, the problems with the machinery would have been discovered earlier**

Asked how conducting a FAT before the equipment left Yinghe would have altered what happened, ██████ said:

"That was the common understanding – if we had been able to do the FAT, we would have found out these things (problems) sooner," ██████ said. "But

ON POINT
INVESTIGATIONS

we didn't, so we didn't stumble across them until later, and we had to try to bring them up to specification (at Fremont)."

He also stated, "It would have saved $1.3 million in air freight and a year's worth of work."

Asked if the equipment could have been brought up to specifications by Yinghe if it had remained at their factory in China, ▮▮▮▮▮▮ was doubtful.

He noted that during the two years he worked at Enovix, Yinghe was sending batches of engineers back and forth to Fremont trying to get the equipment performing to spec. Yinghe also sent additional equipment and parts.

"I can't see what the difference would be in (working on the equipment) in Fremont or China," he said. "It was a piece of junk either way."

### Enovix attempted to do the FAT on the equipment once it was in Fremont, but the machinery never passed

When ▮▮▮▮▮▮ joined Enovix, the equipment flown in from China was already at the Fremont plant, and the Chinese engineers from Yinghe were already onsite trying to get the equipment to perform to spec.

▮▮▮▮▮▮ said Enovix purchased the equipment from Yinghe on the promise that that the machinery would meet a specified production capacity, "which would have been proven or disproven by a FAT done in China."

"But the test wasn't done (in China)," he said. "And it was shipped on the assumption that the FAT would be passed."

▮▮▮▮▮▮ noted that the equipment was never even assembled end-to-end while it was at the factory in China.

When ▮▮▮▮▮▮ arrived at the company in October 2021, in-house engineers, contract employees and Chinese engineers from Yinghe were working on the equipment in an effort to get it performing to spec, ▮▮▮▮▮▮ said.

He did not know when the Chinese engineers arrived at Enovix compared to when the equipment arrived. (*Other CWs have told us the Chinese engineers arrived four to six months after the equipment was flown in.*)

▮▮▮▮▮▮ said Enovix (via the group of engineers) tried to conduct the FAT on the equipment after it was at Fremont, but the equipment failed the tests and continued to fail.

When asked what the parameters were for the FAT, he said, in essence, the only real parameter for the FAT was capacity – how many units the equipment could produce per hour.

   *Confidential & Privileged | Attorney Work Product*



Asked if the company also was attempting to do a site acceptance test (SAT) on the equipment, ▮▮▮▮▮▮▮ said if equipment doesn't pass the FAT, you don't even get to the point of conducting a SAT – which was the case with the Yinghe equipment.

The intention of a SAT, he said, is to prove that the equipment – after passing the FAT – can be disassembled and reassembled at the customer's facility and continue to meet specs.

The Yinghe equipment never met specs once it was assembled at Fremont, he said.

He could not recall what the specs were for the units per hour, but he said the equipment was never able to do more than about 100 per hour, which was far below where it needed to be.

▮▮▮▮▮▮▮ said Enovix co-founder and CTO Ashok Lahiri oversaw the FAT and other tests of the equipment from China that were conducted at the Fremont plant.

He could not recall the names of engineers that worked on the equipment and/or conducted tests.

▮▮▮▮▮▮▮ also said that the Chinese engineers, Enovix engineers, and the local contract engineers continued to work on the equipment for years trying to improve the performance, but never succeeded.

▮▮▮▮▮▮▮ recalled that efforts to fix the equipment included Yinghe building and sending additional equipment to Fremont. He said the additional equipment required eight ocean shipping containers.

He thinks the additional equipment arrived in about the summer of 2022.

**The company had a standing 9am meeting each weekday to discuss operations, including production metrics of Fab-1 and problems with the equipment**

Every weekday at the Fremont factory, management and senior leadership got together at 9am to report on operations of the Fab-1 line, ▮▮▮▮▮▮▮ confirmed.

▮▮▮▮▮▮▮ usually attended the meetings himself.

He said CEO Harrold Rust attended the meetings about 80 percent of the time. ▮▮▮▮▮▮▮ recalled CFO Steffen Pietzke also occasionally attended the meetings.

▮▮▮▮▮▮▮ said the meetings always included reports about Fab-1 production numbers – the goals vs. real numbers – from the day before and discussions about ongoing efforts to try to get the equipment performing to spec.

ON POINT
INVESTIGATIONS

"When you have 20 to 30 managers in a room on a daily basis, it's a big thing," he said. "Problems get reviewed, action items get assigned."

█████████ said reports were made during the meetings with written documents, charts, graphs, etc.

He said the company also had an in-house computer data system that could compile reports about production numbers.

█████████ agrees that anyone who attended the meetings was aware that the equipment was not performing to specs.

"Everyone was concerned," he said. "It was common knowledge we weren't meeting the output requirements and quality requirements in customer deliveries."

█████████ agreed that Rust was aware that the equipment from China was not and had never performed to spec.

"He was not happy," █████████ said about Rust and his knowledge of the equipment problems.

He said Rust was a "consummate engineer" and "had the optimism we could work our way out of it."

Asked if he thought Rust and/or the company issued statements about production capacity that did not match what was happening at Fremont, █████████ said he'd described the statements as, "More optimistic than realistic."

### The Equipment Procurement Review (EPR) is a document that authorizes the purchase of manufacturing equipment from a specific vendor

█████████ was familiar with Equipment Procurement Reviews (EPR). He said they are basically a document that authorizes the funding to purchase equipment from a supplier.

He said the document lays out a set of parameters that must be met as part of the purchase. He agreed that EPR included the requirement that the equipment pass a FAT and SAT.

For the EPR regarding the Yinghe equipment, █████████ said, "obviously, the specs in place for the EPR were never met."

█████████ said the Enovix's EPR for the Yinghe equipment was in place long before the equipment was delivered to Enovix, but he did not know when it was approved.

He thinks his boss, Tae Chang, likely drafted the EPR for the Yinghe equipment and that the "entire C-suite" would have been involved in approving it.

Asked if Enovix tried to get its money back for the purchase of equipment

6      *Confidential & Privileged | Attorney Work Product*



that never performed to specs, ████████ said, "They tried to say (the equipment) was defective, but it would have had to be returned to China."

**Fab-1 was shut down because it would never meet production capacity and quality levels required to meet customer needs**

████████ was laid off when Enovix shut down the Fab-1 line in Fremont late last year.

He said the company decided that the Fab-1 would never be able to meet a capacity and quality level that customers were demanding, and that the pilot line could do the work that Fab-1 was doing, which made Fab-1 "redundant."

████████ was very cooperative. He volunteered that he was willing to talk to me despite receiving an email from Enovix "reminding me of my agreement" when he left the company. He did not elaborate on what that agreement was, but he said he was not providing any proprietary information, so he felt comfortable sharing the above information.

# EXHIBIT 5



PRIVILEGED AND CONFIDENTIAL
ATTORNEY CLIENT AND/OR
WORK PRODUCT COMMUNICATION

## MEMORANDUM

From: Grapevine Asia Partners
Subject: Enovix's outsourcing operations in Mainland China
Date: March 13, 2024

This memorandum summarizes the results to date of the research conducted pursuant to your request concerning Enovix's outsourcing operations in Mainland China. The information contained in this memo is not to be released or shared with others without the prior written permission of Grapevine Asia Partners Limited ("GVP").

Please note that this memo is composed based on information collected on a rolling basis. As such, there may be inconclusive and or unverified statements, and notes for ongoing research. Please also kindly excuse any typographical and grammatical errors. Grapevine Asia Partners Limited has made its best effort to ensure the accuracy of the information. This memo may have been orally modified with additional information. The clients agrees to indemnify Grapevine Asia Partners Limited and hold it harmless against any damage or claims resulting from the use of the information contained in this memo. This report does not purport to render legal advice and counsel, and does not constitute a legal opinion on any of the matters discussed herein.

## Table of Content

MEMORANDUM...................................................................................................................1

Key Findings......................................................................................................................2

Source Inquiries................................................................................................................3

  Source 1.........................................................................................................................3

Grapevine Asia Partners Limited

1



PRIVILEGED AND CONFIDENTIAL
ATTORNEY CLIENT AND/OR
WORK PRODUCT COMMUNICATION

## Key Findings

In search of potential knowledgeable sources for interviews, researches were conducted with main focus on former employees affiliated with the following three groups:

➢ Enovix team in Mainland China;

➢ Enovix's outsourced production partner in China, Shenzhen Yinghe Technology Co. Ltd. ("Yinghe" or "Yinghe Technology", 深圳市赢合科技股份有限公司);

➢ ███████████████████████████████

Considering ███████████████████████████████████████████, our searches concentrated on employees from Enovix and Yinghe.

We successfully conducted discreet source inquiries with several former staff members from both companies, including a former Enovix project specialist responsible for overseeing the entire outsourcing process to Yinghe, as well as ███████████████████, from whom we gathered case-related information.

**Source 1** was identified through a database in Mainland China, where his resume listed experience with Enovix. He served as the Enovix Project Manager in Huizhou Guangdong Province, with a tenure from September 2020 to early 2024 (3+ years).

➢ According to Source 1, the project began in early 2020 and completely failed by mid-2022 (possibly in September). With FAT failures, Enovix requested the equipment be shipped to the United States for assembly and SAT, paying a significant premium for this. Subsequently, Enovix sought other suppliers.

 Source 1 declined to disclose his supervisors or details about other suppliers.

████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
███████████████████████████████████

████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████

Both sources provided limited information on the involvement and awareness of Enovix's top executives, including Rodger, Rust, and Dales, in the FAT/SAT process. There were no specific mentions of meetings where these issues were discussed, nor confirmation of the attendance of these executives or the sources themselves at such meetings.

Grapevine Asia Partners Limited



PRIVILEGED AND CONFIDENTIAL
ATTORNEY CLIENT AND/OR
WORK PRODUCT COMMUNICATION

## Source Inquiries

### *Source 1, a former specialist of Enovix in China, from 2020 to early 2024*

Source 1 served as a specialist at Enovix in China, overseeing the comprehensive outsourcing process from production to FAT. The daily responsibilities included conducting daily teleconferences with Enovix to provide updates on the assembly and tuning progress of lithium battery packaging and formation production lines in Huizhou, Guangdong province. The responsibilities also included summarizing technical issues, facilitating communications between Chinese and American engineers, and ensuring the timely delivery of machinery by suppliers to enhance project efficiency.

Below is a summary of key information provided by Source 1:

➢ At the beginning of 2020, Enovix placed an equipment order with Yinghe for production, originally scheduled for FAT testing at the beginning of September 2020. However, due to the complexity of production and the difficulties brought by the COVID-19 pandemic, the project went unsuccessful. The source believed the pandemic was a major set-back.

➢ The first FAT took place around November to December 2020, with about 3 to 4 iterations, spaced half a month to a month apart. The last FAT in April 2021 was also unsuccessful.

➢ FAT results: The tolerance band was not completed, and the yield was very low. Causes are as below:

- Enovix's standards are stringent.
- Yinghe initially quoted a low price but later found that costs had increased. Adhering strictly to requirements would lead to a loss.
- Yinghe requested higher investment from Enovix, which was compromised by increasing the investment by 10% to 20% over the original contract price.

➢ SAT was conducted abroad (the source refused to specify the location).

➢ Yinghe used the pandemic as grounds for not fulfilling its obligation to provide SAT services as outlined in the contract, thereby necessitating financial assistance from Enovix. Following a 3 to 5 months negotiation period, Enovix ultimately agreed to cover all expenses related to flights and accommodations for over 20 individuals traveling from China to the United States. This arrangement lasted for nearly a year, which was said to end by September 2022.

➢ After SAT failed to meet requirements, no further orders were placed from Enovix to Yinghe. Given the unsatisfactory outcome of SAT, Enovix decided to change suppliers.

➢ The source described that the subsequent supplier was not from China and refused to disclose specific details.



PRIVILEGED AND CONFIDENTIAL
ATTORNEY CLIENT AND/OR
WORK PRODUCT COMMUNICATION

➢ The FAT tests were based on a checklist provided by Enovix, including testing with material, output requirements within a specified time, overall OEE, and the frequency of the system crashing, etc. Early FAT tests failed to complete all checklist items.

➢ The production line was designed to manufacture two distinct product specifications, yet it failed to effectively produce either specification, whether individually or simultaneously.

➢ The tests were conducted by Yinghe.

➢ Source 1 declined to disclose his supervisors, and did not provide detailed descriptions of Enovix's management

Grapevine Asia Partners Limited



PRIVILEGED AND CONFIDENTIAL
ATTORNEY CLIENT AND/OR
WORK PRODUCT COMMUNICATION

Grapevine Asia Partners Limited



PRIVILEGED AND CONFIDENTIAL
ATTORNEY CLIENT AND/OR
WORK PRODUCT COMMUNICATION

Grapevine Asia Partners Limited



PRIVILEGED AND CONFIDENTIAL
ATTORNEY CLIENT AND/OR
WORK PRODUCT COMMUNICATION

Grapevine Asia Partners Limited

PRIVILEGED AND CONFIDENTIAL
ATTORNEY CLIENT AND/OR
WORK PRODUCT COMMUNICATION



Grapevine Asia Partners Limited



PRIVILEGED AND CONFIDENTIAL
ATTORNEY CLIENT AND/OR
WORK PRODUCT COMMUNICATION

- End -

Grapevine Asia Partners Limited