QUINN EMANUEL URQUHART & SULLIVAN, LLP
Emily C. Kapur (Cal. Bar No. 306724)
emilykapur@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Tel: (650) 801-5000
Fax: (650) 801-5100

Michael Ethan Liftik (Cal. Bar No. 232430)
michaelliftik@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, DC 20005
Tel: (202) 538-8000
Fax: (202) 538-8100

Andrew J. Rossman (*pro hac vice*)
Courtney C. Whang (*pro hac vice*)
Brenna D. Nelinson (*pro hac vice*)
andrewrossman@quinnemanuel.com
courtneywhang@quinnemanuel.com
brennanelinson@quinnemanuel.com
295 5th Avenue
New York, NY 10016
Tel: (212) 849-7000
Fax: (212) 849-7100

Attorneys for Defendants
*Enovix Corporation, Harrold Rust, Steffen Pietzke,*
*Thurman J. Rodgers, Emmanuel T. Hernandez, John D.*
*McCranie, Betsy Atkins, and Gregory Reichow*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ENOVIX CORPORATION SECURITIES LITIGATION | Case No. 23-cv-00071-SI |
| | **DECLARATION OF EMILY C. KAPUR IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS** |
| | Judge:  Hon. Susan Illston |
| | Hearing Date:  August 15, 2025 |
| | Hearing Time: 10:00 AM |

I, Emily C. Kapur, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I am a Partner at Quinn Emanuel Urquhart & Sullivan, LLP and a member in good standing of the bar of the State of California.  I represent Defendants Enovix Corporation, Harrold Rust, Steffen Pietzke, Thurman J. Rodgers, Emmanuel T. Hernandez, John D. McCranie, Betsy Atkins, and Gregory Reichow ("Defendants") in the above-captioned action.

2.    I respectfully submit this declaration in support of Defendants' Motion for Partial Judgment on the Pleadings.  I have knowledge of the matters stated herein and, should I be called upon, I could and would competently testify thereto.

3.    Attached to this Declaration as **Exhibit A** is a true and correct copy of a February 22, 2021 Investor Presentation attached to Enovix's Current Report on Form 8-K as Exhibit 99.2, filed with the SEC on February 22, 2021. The Investor Presentation is publicly available on the SEC's website at www.sec.gov/Archives/edgar/data/1828318/000110465921026022/tm217461d1_ex99-2.htm.  The Exhibit is cited in the Second Amended Complaint (ECF No. 102, "Complaint") at ¶¶ 64, 77, 126-32, and 198.  The Court has already found this Exhibit incorporated by reference into the Complaint and proper to consider.  *See* Dkt. No. 116 at 14-15.

4.    Attached to this Declaration as **Exhibit B** is a true and correct copy of excerpts from Enovix's Proxy Statement and Prospectus on Form 424B3, filed with the SEC on June 24, 2021. The Form 424B3 is publicly available on the SEC's website at www.sec.gov/Archives/edgar/data/1828318/000110465921085122/tm217682-15_424b3.htm.  The Exhibit is cited in the Complaint at ¶¶ 39-40, 43, 45, 47, 63, 65-67, 72, 74 n.2, 76, 95, 125, 130-136, 199, and 204.  The Court has already found the full Proxy Statement incorporated by reference into the Complaint and proper to consider.  Dkt. No. 116 at 14-15.

5.    Attached to this Declaration as **Exhibit C** is a true and correct copy of Enovix's Q2 2021 "Letter to Our Shareholders," filed with the SEC on August 10, 2021 as Exhibit 99.1 to Form 8-K. The "Letter to Our Shareholders" is publicly available on the SEC's website at www.sec.gov/Archives/edgar/data/1828318/000095017021001171/envx-20210810ex99_1.htm. The Exhibit is cited in the Complaint at ¶¶ 137-39 and contains Statement 4.  Defendants previously

requested the Court consider **Exhibit C** in connection with their Motion to Dismiss the consolidated complaint. The Court found no need to do so given the consolidated complaint was "deficient on its face." Dkt. No. 97 at 26.

6.    Attached to this Declaration as **Exhibit D** is a true and correct copy of a transcript of Enovix's earnings call for the second quarter of its fiscal year 2021, which occurred on August 10, 2021, published by FactSet CallStreet, LLC. The Exhibit is cited in the Complaint at ¶¶ 140-43 and contains Statements 5 and 6. Defendants previously requested the Court consider **Exhibit D** in connection with their motion to dismiss the Complaint. *See* Dkt. No. 105-4. The Court made no decision as to whether the Exhibit was properly considered. *See* Dkt. No. 116 at 10-12.

7.    Attached to this Declaration as **Exhibit E** is a true and correct copy of a transcript of Defendant Harrold Rust's remarks at the September 8-10, 2021 TD Cowen Global Transportation and Sustainable Mobility Conference, published by FactSet CallStreet, LLC. The Exhibit is cited in the Complaint at ¶¶ 144-45 and contains Statement 7.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 23, 2025 in Woodside, California.

*/s/ Emily C. Kapur*
Emily C. Kapur

DECLARATION ISO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS