# EXHIBIT D

C Corrected Transcript

10-Aug-2021

# Enovix Corp. (ENVX)

**Q2 2021 Earnings Call**



Total Pages: 11
Copyright © 2001-2021 FactSet CallStreet, LLC

# CORPORATE PARTICIPANTS

**Charles Anderson**
*Vice President - Investor Relations, Enovix Corp.*

**Harrold Jones Rust**
*Chief Executive Officer, Co-Founder & Director, Enovix Corp.*

**Steffen Pietzke**
*Chief Financial Officer, Enovix Corp.*

# OTHER PARTICIPANTS

**Colin Rusch**
*Analyst, Oppenheimer & Co., Inc.*

**Derek Soderberg**
*Analyst, Colliers Securities LLC*

**Gus Richard**
*Analyst, Northland Securities, Inc.*

**Sean Milligan**
*Analyst, Williams Trading LLC*

# MANAGEMENT DISCUSSION SECTION

**Operator**: Thank you for standing by welcome to the Enovix Corporation's Second Quarter 2021 Earnings Conference Call. At this time all participants are in listen-only mode. After the speaker's presentation there will be a question and answer session. [Operator Instructions] As a reminder today's program maybe recorded. And now I'd like to introduce your host for today's program, Charles Anderson, Vice President of Investor Relations. Please go ahead sir.

## Charles Anderson
*Vice President - Investor Relations, Enovix Corp.*

Thank you. Hello everyone and welcome to Enovix Corporation's second quarter 2021 results conference call. With us today our President Chief Executive Officer and Co-founder, Harrold Rust and Chief Financial Officer Steffen Pietzke. Harrold and Steffen will review the operating and financial highlights and then we will take questions. After the Q&A session, we'll conclude the call. Before we continue, let me kind of remind you that we released a shareholder letter after the market closed today. It's available on our website at ir.enovix.com. A replay of this conference call will be available later today on the Investor Relations page of our website. Please note that our shareholder letter, press release, and this conference call all contain forward-looking statements that are subject to risks and uncertainties.

These forward-looking statements are only predictions and may differ materially from actual future events or results due to a variety of factors. Enovix can give no assurance that these statements will prove to be correct, and we do not intend and undertake no duty to update these statements. We will also discuss certain forward-looking now get financial measures which are not prepared in accordance with generally accepted accounting principles. We urge you to review the discussion of our non-GAAP financial measures and the risks uncertainties associated with our business that are described in the safe harbor provision for forward-looking statements in our shareholder letter and in our filings with the Securities Exchange Commission.

# Enovix Corp. *(ENVX)*
Q2 2021 Earnings Call

 Corrected Transcript
10-Aug-2021

I will now turn the call over to Harrold to begin. Harrold.

## Harrold Jones Rust
*Chief Executive Officer, Co-Founder & Director, Enovix Corp.*

Thank you, Charlie. I want to welcome everyone to our first results call as a public company. In mid-July, we completed our business combination with Rogers Silicon Valley Acquisition Corp. This is a major development for us and for the whole lithium ion battery industry. The net proceeds of $382 million from this transaction provides us with a capital to fund the scale up of two advanced lithium ion battery cell production facilities and commercialize our breakthrough 3D silicon lithium ion battery technology. I want to thank everyone involved for their intense effort over the past few months to get the deal done.

I also want to highlight that on our first trading day, we hosted our Advanced Battery Production Showcase. Over 60 investors and analysts attended in person and more than 300 joined the live webcast. Since then, over 2,000 have watched the webcast replay. We are humbled and excited by the interest in our story which we think is one of the most compelling in our industry today.

Now, let's discuss our second quarter and touch on the highlights of our shareholder letter which discusses in depth our results, strategy, progress around validation of production and supply chain. After I am finished, Steffen will cover our financial performance and outlook. A key highlight is our go-to-market strategy. We remain committed to our strategy of initially focusing on the premium mobile computing battery market, which we forecast to be $13 billion by 2025. This market encompasses computing, mobile communications and wearables including smart watches, headsets and the emerging markets of augmented reality and virtual reality also known as ARVR.

In the second quarter, we began shipping technology qualification samples from our pilot line to our initial launch customers in these markets. Additionally, we have met key battery performance specifications for our initial customers. We anticipate shipping final customer qualification samples from our first production line by year-end with production following in the first quarter of 2022 and revenue in the second quarter of 2022.

Customer demand today remains a very high for our products. At the end of Q2 the potential annual revenue of all programs either in the active design or design win phase reached $292 million. These represent programs that are through technology evaluation and design work has begun.

In the case of design wins, the customers funding a custom battery design or qualifying one of our standard batteries for a formally approved product. We have also identified an incremental $881 million of engaged opportunities which we define as a potential annualized value of projects where a customer has deemed our battery a match for their product and is evaluating our technology. Altogether our revenue funnel is $1.17 billion. To meet this growing demand, we are accelerating efforts throughout the company to scale.

For example, we have accelerated hiring. In the first half of the year, we grew our head count by 43% to 184 employees which included several key additions to the leadership team. Now I'd like to discuss our progress on our first production line. As many of you saw during our showcase last month, we are on-track to start production at fab 1 in the first quarter of 2022 resulting in product revenue in the second quarter of 2022.

Last quarter we were able to navigate the global supply chain constraints and receive all key equipment for our post-production line. This required heroic efforts including a critical decision to charter Antonov An-124 one of the world's largest cargo planes to fly over 60 tons of manufacturing equipment from Asia to San Francisco. We manage industry wide supply chain challenges and installed and started qualifying our equipment in the midst of a global pandemic.

# Enovix Corp. *(ENVX)*
Q2 2021 Earnings Call

 Corrected Transcript
10-Aug-2021

Now, let me turn the call over to Steffen, our CFO, who will discuss our financial results. Steffen.

## Steffen Pietzke
*Chief Financial Officer, Enovix Corp.*

Thank you, Harrold. Our detailed financials can be found in our shareholder letter. I will focus on a few high level topics. Before I do I want to remind everyone that our business combination was Rodgers Silicon Valley Acquisition Corp. closed on July 14. As a result, our second quarter financials presented today do not include the updated cash position or share count reflecting the business combination.

On cash, we raised net proceeds of $382 million from this transaction which we've received on July 14. The same day we repaid our $15 million bridge loan. Our balance sheet post business combination is very strong, and we believe allows us to fund the scale up of two advanced lithium battery production facilities. On share count, there were 145.2 million shares outstanding as of July 14. This does not include 17.5 million warrants with an exercise price of $11.50.

Turning to the second quarter results, we did not recognize product revenue in the quarter, but we do expect to begin recognizing product revenue from the sale of our batteries in the second quarter of 2022. Our operating expenses in the second quarter were $14.2 million excluding stock based com our non-GAAP operating expenses in the quarter were $12.1 million up from non-GAAP operating expenses of $9.8 million in the first quarter of 2021, which also exclude stock based comp. We are accelerating our efforts throughout the company to scale given the tremendous demand we are experiencing for our products. Through June 30th we have used $35.7 million of free cash flow, $20.6 million of which was used for CapEx. For full year 2021, we expect to use between $110 million and $120 million of free cash flow. Of which roughly half would be CapEx.

Beyond hiring, we are also adding factory capacity, design capacity, investing in intellectual property, and creating a global footprint to support our customers. To summarize, we enter the second half of 2021 with a strong balance sheet, and we are investing to establish a leadership position in our industry. We are now focused on executing our plan, which we believe will drive shareholder value.

I'll now turn it back to Harrold for closing remarks. Harrold?

## Harrold Jones Rust
*Chief Executive Officer, Co-Founder & Director, Enovix Corp.*

Thanks, Steffen. To recap, we made considerable progress in the first half of 2021 equipping our first advanced 3D silicon lithium ion battery production facility. I want to thank our entire team for their dedication and effort. We are singularly focused in bringing our first of a kind manufacturing line to volume production. We enter the second half of 2021 with significant financial resources, strong customer demand, a world class team, and a breakthrough technology in a critical market that picks all of our lives every day and is strategically important to the global economy.

I want to close by welcoming all our new shareholders. We appreciate your support and your dedicated driving shareholder value.

With that we are ready to take your questions. Operator?



Copyright © 2001-2021 FactSet CallStreet, LLC

# QUESTION AND ANSWER SECTION

**Operator**: Certainly. [Operator Instructions] Our first question comes from the line of Colin Rusch from Oppenheimer. Your question please.

**Colin Rusch**
*Analyst, Oppenheimer & Co., Inc.*

Q

Thanks so much, guys. I realize that you just finished installing all the equipment on fab-1. But I am curious about [indiscernible] (10:24) if you can give us a sense of where you're out with site selection and any sort of deposits that you've been able to put down on long term items

**Harrold Jones Rust**
*Chief Executive Officer, Co-Founder & Director, Enovix Corp.*

A

Yeah, Colin. This is Harrold. Thanks for that question. So, as you know we've gone through a down selection process over the last six months or so. I mean we are progressing in due diligence with some opportunities there that we think are good choices. I think those discussions are going quite well. And we believe that there is a deal to be had that will be good for the company, good for our shareholders. We need to be hording equipment for that factory in the first half of next year. And I would expect that sometime before then, you'll see some public announcements about what that deal will look like.

**Colin Rusch**
*Analyst, Oppenheimer & Co., Inc.*

Q

Okay. That's helpful. And then in terms of the number of customers that are in that funnel that are testing at this point. Can you give us a total number of customers and how many are testing at this point?

**Harrold Jones Rust**
*Chief Executive Officer, Co-Founder & Director, Enovix Corp.*

A

Yeah. I would say there is roughly 20 customers or so maybe north of that we're actively engaged with right now. We're actively sampling two additional customers beyond that. The funnel is pretty broad. We're not short at all for people that want to test ourselves. And so, we're actively trying to increase the diversity of that funnel and customers and products.

**Colin Rusch**
*Analyst, Oppenheimer & Co., Inc.*

Q

And then just the final one around the customers is getting reserving slots in the factory is actually at the pivot benchmark in our view. And can you just give us a sense of how many other folks are looking at considering those sorts of commitments to you guys on the sales side.

**Harrold Jones Rust**
*Chief Executive Officer, Co-Founder & Director, Enovix Corp.*

A

Well, you know we made an announcement, you probably saw it today with a customer in the wearable space that's put down capacity reservation. That's worth up to about $20 million and I think we're starting to have discussions with other customers as well. And I don't think I can comment specifically about others that might be getting closer or not close to that.

# Enovix Corp. *(ENVX)*
Q2 2021 Earnings Call

Corrected Transcript
10-Aug-2021

I think certainly our view is we've got a technology and energy density advantage that you can't find anywhere else. And so, I think over time you know we may see people more motivated to try to lock up capacity because I do think we'll be a scarce commodity.

### Colin Rusch
*Analyst, Oppenheimer & Co., Inc.*

**Q**

Great. Thanks so much, guys.

### Harrold Jones Rust
*Chief Executive Officer, Co-Founder & Director, Enovix Corp.*

**A**

Thanks Colin.

**Operator**: Thank you. Our next question comes in the line of Derek Soderberg from Colliers securities. Your question please.

### Derek Soderberg
*Analyst, Colliers Securities LLC*

**Q**

Hi guys thanks for taking my questions. I want to start with the qualification and the commentary around that. It looks like you know you guys have plans to shift production qualification samples in Q4. So, it sounds like we should expect that entire assembly line to be operational by then, is that correct. And you know our – are the production qualification samples you expect to ship. Are those going to be based on production that's fully automated or we still sort of rely on quite a bit of manual labor there.

### Harrold Jones Rust
*Chief Executive Officer, Co-Founder & Director, Enovix Corp.*

**A**

Yeah, thanks for that. Thanks for the question. So, you're right. fourth quarter of this year is when we start delivering qualification samples. At that point those products will be made in an entire automated fashion. So, there will not be humans actually doing any of the processing. The line that we put together here is essentially set up that way. So, what we're delivering to customers will be the same thing they'll be receiving next year when we are in volume production.

### Derek Soderberg
*Analyst, Colliers Securities LLC*

**Q**

Got it. So, it sounds like you guys haven't been able to do sort of a full dry run of production yet, but I guess, you've probably been testing you know the individual steps on the production line I guess as you look at the latest capacity test, how is your proprietary equipment sort of stacking up against your expectations on capacity. You know better or worse any detail around that would be great.

### Harrold Jones Rust
*Chief Executive Officer, Co-Founder & Director, Enovix Corp.*

**A**

Yeah, I think we're pleased overall in terms of the equipment and its ability to do its intended function. You know we actually started working on the equipment probably two years ago in some ways. And so, there's been a lot of work that's gone do with a lot of proof of concept work some pilot tools that we did. So, we had pretty high confidence going in. And I think in general the tools that perform to specifications you know we have a pretty rigorous set of both factor inside acceptance things we have to go through. And you know I would say there's no

## Enovix Corp. *(ENVX)*
### Q2 2021 Earnings Call

Corrected Transcript
10-Aug-2021

red flags there. We're pretty excited about the tools being able to deliver to the intended specs. And you know it's a real significant improvement from as you mentioned you know stuff in R&D is a bit more manual in nature. And I think the level of quality of the parts we're going to make is going to be quite high out of this new line. So, we're pretty excited about it.

### Derek Soderberg
*Analyst, Colliers Securities LLC*

Q

Awesome, thanks.

**Operator**: Thank you. Our next question comes from the line of Gus Richard from Northland. Your question please.

### Gus Richard
*Analyst, Northland Securities, Inc.*

Q

Yes, thanks for taking the questions. Just real quick on the sales funnel, you've got $292 million of in actives, designs, and design wins. Can you give us a sense of how much is active and how much is design wins?

### Harrold Jones Rust
*Chief Executive Officer, Co-Founder & Director, Enovix Corp.*

A

You know I don't have the breakout right in front of me I think, there's significant amounts in both of those sections and obviously what we're trying to do is push those down from design wins to into the actual purchase orders and that's really the focus of the company. And I think you know over the next six months that's probably what you should look from us as we convert these things into for purchase orders, we'll make some announcements around that.

### Gus Richard
*Analyst, Northland Securities, Inc.*

Q

Got it. That makes sense. And the $292 million is above the revenue capacity of Fab 1. We need Fab 2 to realize that revenue or can you get that out of Fab 1?

### Harrold Jones Rust
*Chief Executive Officer, Co-Founder & Director, Enovix Corp.*

A

Well, Fab 1 and Fab 2 both grow in size over time. I mean the nameplate capacity of Fab 1 when it's slowly ramp. I think is $228 million or something like that. So, in principle we have more demand that we can satisfy. I would expect that some of that demand in that part of the funnel will come out of Fab 2 and that's why that project is super important and we're spending a lot of resource on it as well as Fab 1.

### Gus Richard
*Analyst, Northland Securities, Inc.*

Q

Got it. And then just in terms of Fab 2 what we're seeing is people go to more regional supply chains because of pandemics and trade wars and natural disasters. I was wondering if you're giving any consideration to how you set up your capacity globally you need – Fab 2 is it more important for you to be in Asia or any color on that'd be helpful?

### Harrold Jones Rust
*Chief Executive Officer, Co-Founder & Director, Enovix Corp.*

A

# Enovix Corp. *(ENVX)*
Q2 2021 Earnings Call

Yeah. I mean it's kind of a multidimensional problem right. I mean there's a bunch of considerations from cost of workforce to security of your intellectual property to trade issues. One of the things that we've done for Fab 1 which might also help us in Fab 2 depending on where you're located, is we've built a company with a foreign trade zone. So essentially from kind of a tariff and duty standpoint, we're you know we're exempt from those to the extent those products leave the US and go back and so that give us a lot of flexibility in terms of where we locate Fab 2. But you know there's a matrix of parameters we're looking at in the final selection for Fab 2. And you know it's hard to handicap those because each option has got different attributes. But I think you know we're pretty firm in picking what we think is the best choice for the shareholders.

### Gus Richard
*Analyst, Northland Securities, Inc.*

Q

Got it. And then last one from me. On the work you're doing with the military. Can you give a little bit more color to that? Is this just investigating higher capacity batteries for military applications? Can, obviously there are an expectation that that will ultimately lead to revenue down the road?

### Harrold Jones Rust
*Chief Executive Officer, Co-Founder & Director, Enovix Corp.*

A

Yeah, I think we're pretty excited about that program and I think we kind of view that as a new market for us outside of our initial markets. You know soldiers themselves carry about 15 pounds of batteries each. There's kind of a standard building block battery. Obviously having a battery of higher energy density allows them to carry probably, they'll carry the same weight but they're going to have more time so that you know so much of what they do is there are sensors and they're, everything about them is electrified. So that supercritical you know we actually see this being a very important market for us going forward. And you know this is more than evaluation, this is really you know delivering cells to them that you know we hope will turn into and we spec will turn into a significant amount of revenue for the company as we get into the middle years.

### Gus Richard
*Analyst, Northland Securities, Inc.*

Q

Okay. And remind me, how long is that contract you signed?

### Harrold Jones Rust
*Chief Executive Officer, Co-Founder & Director, Enovix Corp.*

A

You know to be honest; I don't recall the length of the contract, but you know there's some near-term delivers over that deliverables – over the next year we're going to be building cells for them to try out. One other point I'll just mention, obviously if you're a soldier in the field and you're getting shot at you know the robustness of the batteries is also important. And one of the things you probably recall is our batteries encased in stainless steel and so there's some advantages from a robustness standpoint as well, that is very interesting to the army and in addition to obviously just the energy density.

### Gus Richard
*Analyst, Northland Securities, Inc.*

Q

Great. Thanks so much for taking the questions.

### Harrold Jones Rust
*Chief Executive Officer, Co-Founder & Director, Enovix Corp.*

A

You're welcome.

Copyright © 2001-2021 FactSet CallStreet, LLC

## Enovix Corp. *(ENVX)*
Q2 2021 Earnings Call

C Corrected Transcript
10-Aug-2021

**Operator**: Thank you. [Operator Instructions] Our next question comes from the line of Sean Milligan from Williams Trading. Your question please.

### Sean Milligan
*Analyst, Williams Trading LLC*

Q

Hey thanks for taking the questions. Good afternoon. I think in the shareholder letter, you mentioned some advancements you've made on the EV front. And I was wondering if you could expand on that in terms of maybe discussion about the types of partners that you're working with, are they automakers or pack and n module players – and how do you see that progressing over the next several years.

### Harrold Jones Rust
*Chief Executive Officer, Co-Founder & Director, Enovix Corp.*

A

Yeah, thanks for – thanks for that question. You know I think we've got a multi-pronged approach there. You know we are engaged with actual auto companies as well. We're also talking with component suppliers, parts suppliers like you said into that space. You know it's – you know there's multiple ways to enter that market. And we want to basically engage with all those. So, we're sampling cells into various parties along those spaces to have them evaluate our technology. And we're also in parallel executing a three year program with the Department of Energy which revolves around essentially building ourselves with the more standard EV chemistries materials that are in their batteries to demonstrate the performance for the actual materials that you would use. And we're pretty bullish and optimistic about that. You know our view is that we'll push both these efforts over the next year. And our goal is that by you know sometime next year, we'll announce some development agreements with specific companies in those spaces. And that leads to you know obviously more serious engagements and supporting us you know becoming a supplier into that space by 2025.

### Sean Milligan
*Analyst, Williams Trading LLC*

Q

Okay, great. And also, if we spend a second talking about ARVR, you have the customer that's trying to reserve or has reserved capacity in the plan. And just curious within the $13 billion TAM, you know what percentage of that is ARVR and just based on discussions you're having with people in that space. Is there upside to that figure when do we start to realize the upside to that figure, over the next couple of years?

### Harrold Jones Rust
*Chief Executive Officer, Co-Founder & Director, Enovix Corp.*

A

Yeah, I would say that AR space is interesting right. It's an early stage technology now but one that kind of the maven's and consumer electronics believed could be huge. And actually, you know essentially almost be as ubiquitous as cell phones down the road. The timing of that I think is not completely certain. Even from those maven's and so you know what they're doing now is essentially the groundwork to build those development products and platforms. Batteries are super challenged in that area and a number of players have said the only battery that they see that gets them to where they need to be is ours. And so, we're super excited you know to be working with people on that space. In terms of you know the $13 billion that AR is, AR is probably it is a pretty small portion of that. My guess is probably going into being a lot higher. The question is you know how soon before 2025 does it happen. And I think that's maybe anybody's call. I would say that – you know these customers and these spaces are making some pretty big bets and investing lots and lots of money to make that happen and so it's quite possible that could pull in and be a significant portion of the market and also a significant business for us in the years ahead.

## Enovix Corp. *(ENVX)*
Q2 2021 Earnings Call

### Sean Milligan
*Analyst, Williams Trading LLC*

Q

Great. And just one more, earlier you answered questions about the timing of equipment for Fab-2 and when that needs to be ordered. In terms of the ramp that you're projecting on the raw material side, have you signed takeaway agreements with suppliers of raw materials and how should we think about that in terms of the supply chain.

### Harrold Jones Rust
*Chief Executive Officer, Co-Founder & Director, Enovix Corp.*

A

Yeah so, we've been pretty active executing supply agreements this year and our general philosophy is a multiple supply agreement, so that we've got some redundance of supply on our critical materials. And so, we've been pretty successful at that. You know and these are staggered over time in terms of how much material we need. You know we're not a huge consumer in 2021. We get to be more significant – sorry in 2022, we're a bigger consumer in 2023 and I don't I don't foresee any issues getting access to those materials over that timeframe. And certainly, we'll continue to negotiate those into bigger supply agreements as Fab-2 comes online. And I think we're pretty happy with that – we've picked I think – had industry leaders and we pick materials which are very high volume runners. So, we're trying to some extent kind of ride coattails what the industry is using and not try to be trailblazing in that respect.

### Sean Milligan
*Analyst, Williams Trading LLC*

Q

Great. Great. Thank you for taking the questions.

### Harrold Jones Rust
*Chief Executive Officer, Co-Founder & Director, Enovix Corp.*

A

My pleasure.

**Operator**: Thank you. [Operator Instructions] And I'm not showing any further questions in the queue at this time. I'd like to hand the program back to Harrold Rust for any further remarks.

### Harrold Jones Rust
*Chief Executive Officer, Co-Founder & Director, Enovix Corp.*

Well, thank you for everyone attending our earnings call today. And we appreciate your attendance. We're super excited about the company, the direction we're heading and the progress we're making. We are singularly focused on bringing up this first of a kind battery line to satisfy our customer needs, and we're excited to share with you all the progress towards that end as the year progresses and create shareholder value for everyone. So, thanks again for your attendance.

**Operator**: Thank you, ladies and gentlemen for your participation in today's conference. This does conclude the program. You may now disconnect. Good day.

Disclaimer

The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2021 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.