# EXHIBIT E

C Corrected Transcript

**FACTSET: call**street

10-Sep-2021

# Enovix Corp. (ENVX)

## Cowen Global Transportation and Sustainable Mobility Conference

Total Pages: 12
Copyright © 2001-2021 FactSet CallStreet, LLC

## Enovix Corp. (ENVX)
Cowen Global Transportation and Sustainable Mobility Conference

Corrected Transcript
10-Sep-2021

# CORPORATE PARTICIPANTS

**Harrold Jones Rust**
*Chief Executive Officer, Co-Founder & Director, Enovix Corp.*

**Steffen Pietzke**
*Chief Financial Officer, Enovix Corp.*

# OTHER PARTICIPANTS

**Gabriel J. Daoud**
*Analyst, Cowen & Co. LLC*

# MANAGEMENT DISCUSSION SECTION

### Gabriel J. Daoud
*Analyst, Cowen & Co. LLC*

Good afternoon, everyone. Thanks for sticking with us here at Day 3 of Cowen's Global Transportation and Sustainable Mobility Conference. This is Gabe Daoud here, Cowen's Charging, Battery and Energy Analyst. Next up, we're delighted to host Enovix. And joining us from Enovix, we have CEO, Harrold Rust; CFO, Steffen Pietzke; and Head of IR, Charlie Anderson, for what we hope to be is a pretty good discussion. Enovix is a silicon-anode battery manufacturer that did recently close their merger with SPAC just a couple of months ago, so excited to get an update on the story. And guys, thanks for joining us.

### Harrold Jones Rust
*Chief Executive Officer, Co-Founder & Director, Enovix Corp.*

Thanks so much, Gabe. And thanks everybody for participating today. We appreciate everybody's time. And before we get started, I just want to remind everybody that our remarks today may contain forward-looking statements. And these are subject to various risks and uncertainties and reflect our current expectations based on our information that we know today. For further information and our latest investor presentation and SEC filings, you can go to ir.enovix.com.

So, with that out of the way, let me – I thought maybe I'll just give you guys a little background on the company and where we are five minutes or so, and then we can dig into questions. So, as Gabe mentioned, we became a public company a little over a month ago. We've been at this battery business for quite a while. And we're trying to do something pretty disruptive here. The company started in 2007. Our approach to the lithium-ion battery company is actually quite different than many others. We've approached lithium-ion battery problem from an architecture standpoint rather than a material standpoint, although the architecture ends up being very key to the materials at the end of the day.

As Gabe mentioned, we're a silicon-anode company. We are one of the very few companies that can actually really get the full use out of silicon. The silicon and our anodes today is essentially 100% from an active silicon



# Enovix Corp. *(ENVX)*
Cowen Global Transportation and Sustainable Mobility Conference

 Corrected Transcript
10-Sep-2021

standpoint. The battery world is driving to get silicon into batteries, but for the most part, they end up only using about 5% to 7% silicon mixed in with graphite, which is the current anode of choice and almost every battery. And the reason for that is that despite silicon's fantastic energy density, it has four kind of killer problems that prevent using much of it.

The most notable of those is a swelling problem where the lithium when it goes into the silicon makes a silicon expand by 100%. We solve that problem architecturally and allows us to basically build a cell that we can go to 100% active silicon and not have any swelling and get the full benefit of the silicon itself. Now that allows us to make batteries that have somewhere between 30% and 110% more energy than competitive cells.

If you look at the 30-year track record of lithium-ion batteries, they typically improve about 4.5% per year. And so, even something like a 30% improvement is a quantum leap, something like 110% is beyond quantum leap. We're not just an architecture company. We're manufacturing company. We developed the architecture over many years, and over the last three years, we really have developed the manufacturing process. We started ordering our manufacturing line in February of 2020 just before the pandemic hit, thankfully.

That line is slowly installed at our factory now in Fremont, California. It's in qualification. We expect to be shipping qualification samples to customers by the end of this year, starting up production in Q1 of next year and then beginning revenue in second quarter of 2022. Our customers are the biggest names in consumer electronics. That is our initial focus as a commercial company. We believe that starting in that space is the smart thing to do. It's a very big market, $13 billion by 2025. There is a very significant premium one can get with higher energy in those devices.

Batteries end up being a very small fraction of a device cost, and a cell phone example, it's a $5 battery, which kind of limits all the experience. And so, if you can make a better battery, you can charge a premium for that. And our plan is to become a very notable supplier in the consumer electronics space over the next several years, grow to a billion-dollar run rate company by 2025 with a 52% gross margin and a 32% EBIT. And during that time also develop our engagements in the EV space, working with existing EV companies, doing development programs, and we're in the middle of it with the Department of Energy and that having EV being a big part of our expansion story as we get to 2025 and beyond.

So that's a little bit about us. The company is about 190 people, the founding team, our people that came from other industries but were experts and architectures. We've brought that knowledge and people to this company and that resulted in our novel solution of the battery problem that at the end of the day has really enabled us to be the company that can make silicon really work and to really drive these unheralded energy densities.

So with that, maybe I'll stop and take any questions you, Gabe, or anybody might have.

Copyright © 2001-2021 FactSet CallStreet, LLC

 Corrected Transcript
10-Sep-2021

# QUESTION AND ANSWER SECTION

**Gabriel J. Daoud**  Q
*Analyst, Cowen & Co. LLC*

Great. Perfect. So, Harrold, that was a great overview. And maybe we are getting too much in the weeds, could you maybe just explain a bit on how your design and technology is able to avoid some of the pitfalls that have traditionally impacted going to silicon-based anodes and specifically 100% silicon-based anodes? Maybe just a little color on that I think it would be helpful.

**Harrold Jones Rust**  A
*Chief Executive Officer, Co-Founder & Director, Enovix Corp.*

Yes. I mean the right way to think about silicon, it's – it has about twice the lithium capacity of graphite, the incumbent anode. So, obviously, that would be wonderful. If you could go to silicon, you could have [indiscernible] (00:06:28) anode and accomplish the same thing as if it was graphite. The challenge is that when that silicon [ph] sees (00:06:33) lithium it will swell 100% or double in thickness. So in a normal battery, what happens is that swelling creates an internal pressure in the battery of about 1,500 psi, and that pressure is acting on the large surface of the battery and effectively it makes a battery swell.

And for you to keep it from swelling, the amount of force you would have to apply is almost like two tons. It's a very high number. It's about like putting a car on your battery, right, which is not practical to do. The way we get around that is that rather than having the pressure act on the large surface of the battery, our electrodes oriented differently. In a normal battery, the electrodes are kind of wound in this direction. And so they're kind of – they're parallel to the large surface, in our battery the electrodes are very short in one dimension and are stacked in the horizontal plane.

So in our battery, the pressure is acting on the sides of the battery, not the top and the bottom of the battery, and because of that, that same 1,500 psi only creates about 200 pounds of force. And we're able to laminate on a very thin stainless steel constraint layer on the top and the bottom. And then effectively can withstand the 200 pounds of force and keeps the silicon behaving and not allowing the battery to grow microscopically, and it's really that architecture change of the wound things in this direction to a precisely stacked thing in the other direction that enables that.

**Gabriel J. Daoud**  Q
*Analyst, Cowen & Co. LLC*

Great. That's really helpful. So it's the architecture and then the stainless steel [indiscernible] (00:08:07), and can you maybe talk about how, if at all, that, that changes the cost side equation and then how that impacts manufacturing? Is it pretty similar to traditional lithium-ion batteries?

**Harrold Jones Rust**  A
*Chief Executive Officer, Co-Founder & Director, Enovix Corp.*

Yeah. So, on your first question on cost, there are some elements which are different, that piece of stainless is obviously different. There's a cost element there. It's not too expensive. But the benefit you get is that for the same sized battery you're making, you're getting on the order of 50% maybe 100% more energy in that same package, that same volume, right. And so if you look at the cost, cost is measured in dollars per watt hour or dollars per energy, you have a very huge advantage in the energy. And so even though your cost is a bit higher,



Copyright © 2001-2021 FactSet CallStreet, LLC

you're dividing by a much higher energy density. So you end up being way ahead on the cost side, right, at the end of the day. So that's the advantage of that.

From a manufacturing standpoint, we share a lot in common with conventional batteries, all the coating processes, the packaging, the testing, very much the same. What's different about us is we do not do the winding processes, instead of that we do the laser patterning and stacking process. So if you look at an end-to-end manufacturing line, we view we're about 70% common and 30% different, right. And so the nice thing about that is it lends itself to kind of a retrofit model where you could envision working with existing players that are making batteries and retrofit align that today maybe is making a very [indiscernible] (00:09:38) that's making a battery that's 50% better or 100% better tomorrow, right.

And one of our growth paths and our optionalities going forward is actually do that is to find assets out there that we can maybe purchase and do that retrofit with, or working with other companies and partnerships, licensing JVs, where we can retrofit lines. We don't have to invest the capital for an entire line or maybe any part of that, but we can share in the benefit of that transition of making a truly revolutionary battery both in our own facilities and also at other people places.

### Gabriel J. Daoud
*Analyst, Cowen & Co. LLC*

Q

Okay. That's really helpful. Maybe a good segue into just the current facility that you have and the timeline [indiscernible] (00:10:26) first revenue, could you just give us an update there and then also an update on the Fab 2 site selection, if there's anything you could talk to that?

### Harrold Jones Rust
*Chief Executive Officer, Co-Founder & Director, Enovix Corp.*

A

Sure. So, as I mentioned at the outset, we started ordering equipment for this factory in Fremont. We've got a roughly 50,000 square foot building here, where we're putting on our first production lines. That equipment has been all installed for the last several months, the last pieces came in. We're in the middle of qualifying, which means basically testing out each piece of equipment, making sure it's operating at its optimum operating point, making sure we understand where the process windows are. That's going on quite well. We expect that that work will take us into the fourth quarter to finish that work.

Once we're done with our internal qualification, we will then build large runs of qualification [indiscernible] (00:11:23) our initial launch customers. They will then validate those in the first quarter of next year and we will at the same time start ramping production in the first quarter of next year and then the goal as those things [indiscernible] (00:11:39) revenue production in the second quarter of next year. So from a factory standpoint, I think good progress in terms of bringing the lineup within that qualification work. We're not dependent on any supply shortages now because everything is here, right. And so that's, that's all great behind us. As a company, we are 100% at work, we're 100% vaccinated. Unfortunately, you can't make batteries remotely. So, we're all hands on deck and we're just super excited about now commercializing this technology we've been working on for quite a few years.

### Gabriel J. Daoud
*Analyst, Cowen & Co. LLC*

Q

Yeah. That's helpful. And maybe just back to the technology side just for a minute, and so, you're going 100% to silicon-based anodes, that doesn't impact the type of cathode you could use, right. It's cathode agnostic. And I

# Enovix Corp. (ENVX)
Cowen Global Transportation and Sustainable Mobility Conference

 Corrected Transcript
10-Sep-2021

think you're using an LCO cathode for consumer electronics but you could scale that or swap to something like NMC for EV applications, right?

### Harrold Jones Rust
*Chief Executive Officer, Co-Founder & Director, Enovix Corp.*



Yeah. Absolutely. Yeah. We've tried not to be experts on cathodes and we've shown numerous times where we compare our silicon anode with different cathodes. So we fully believe that in other spaces we can have the cathode that's a right cathode for the space, the NMCs you mentioned for EV. LCO is kind of the cathode of choice in consumer electronics, but we've built cells with multiple cathode materials in the past.

### Gabriel J. Daoud
*Analyst, Cowen & Co. LLC*

Q

And I think you've shown and from you materials the cycle life and hitting, I think, greater than 500 cycles or 540 cycles maybe was the number. What kind of number do you think you need for EV applications on the cycle life?

### Harrold Jones Rust
*Chief Executive Officer, Co-Founder & Director, Enovix Corp.*



It depends on the customer. I think there's a lot of games that you play in the EV space in terms of the depth of discharge in batteries that maybe govern that a little bit. I mean, I think we see a clear path on ourselves quickly as we move to some of the EV chemistries to get over a thousand, right. And we think that that's well in the sweet spot for what's needed for that space. So we don't really see any issue there.

### Gabriel J. Daoud
*Analyst, Cowen & Co. LLC*

Q

[indiscernible] (00:13:49). Yeah. And then just generally scaling, size of the cells to EV applications, is there any risk you foresee with that or anything we should watch out for as you execute on that?

### Harrold Jones Rust
*Chief Executive Officer, Co-Founder & Director, Enovix Corp.*



No, I think in general our lines are pretty flexible in terms of cell size and we have cell lines today that we will be able to make wearables up the cell phone slightly larger batteries. I think depending on the customer we work in the EV space we might need a bit larger. It's really nothing magical all about. We might have to change some fixtures or some of the tools to do larger cells. But the basic architecture and the manufacturing process doesn't limit us to go to larger cells, just for our first target markets that was a requirement to go maybe as large as we might need to, and so, one of our plans would be to start working on some of those designs for those products and the tooling as we get into the later part of this year or next year.

### Gabriel J. Daoud
*Analyst, Cowen & Co. LLC*

Q

Okay. Then from a timing standpoint, if you anticipate earning first revenue from EV application by 2025, like how soon would you have to identify potential customers coming out of that, that segment of the market coming out of EV – for EV applications? What's the lead time?

### Harrold Jones Rust
*Chief Executive Officer, Co-Founder & Director, Enovix Corp.*



# Enovix Corp. *(ENVX)*

Cowen Global Transportation and Sustainable Mobility Conference

 Corrected Transcript

10-Sep-2021

Yeah. I mean we're kind of – we're actively sampling some of our standard – some of our consumer cells that people need these days now. Our thought is that some of those engagements will turn into something more [ph] substantive (00:15:23) as we get into next year, right. And there'll be some down selection of that in which case we'll probably start working on some more custom cell stuff for people in that space by next year. And I think that's enough time, ahead of 2025 to still make that a possibility.

---

**Gabriel J. Daoud**

*Analyst, Cowen & Co. LLC*

**Q**

Okay. That's helpful. And then, as the company matures and progresses, initially you've certainly highlighted, Harrold, making American cells is obviously critical to remission. But, do you contemplate manufacturing capacity abroad? And I guess, would you have to if you [indiscernible] (00:16:04) with a global OEM?

---

**Harrold Jones Rust**

*Chief Executive Officer, Co-Founder & Director, Enovix Corp.*

**A**

I think just given a lot of end products are in Asia. I think at some point in our future that's probably likely. It maybe – we'll have to see, right. I mean it may not be an Enovix owned facility. It could be a partnership arrangement with some existing player there, right. But I do think at some point in our future, having some presence in Asia is probably going to happen. It's not in our [indiscernible] (00:16:30) obviously, but we actually think about that a lot as we contemplate kind of the follow-on factories.

---

**Gabriel J. Daoud**

*Analyst, Cowen & Co. LLC*

**Q**

[indiscernible] (00:16:36). Can you just talk about the potential with providing or selling batteries to the military? You talked about that I think on the last call and even at the [indiscernible] (00:16:50) potential – potentially attractive opportunity. Is there anything else that you can talk to today [indiscernible] (00:16:57) bit more color on that?

---

**Harrold Jones Rust**

*Chief Executive Officer, Co-Founder & Director, Enovix Corp.*

**A**

Yeah. So, this is a [indiscernible] (00:17:01) we have to work on a battery for what's called soldier power, which is it's basically the – it's the power source that powers most field soldiers. So, imagine in your vest you've got 15 pounds of batteries and multiple cells, right. And so, this is a cell that would be in that thing. Obviously, super important to the military. Soldiers today are very much electronic [indiscernible] (00:17:27). It potentially is a great opportunity for us because the demand is actually pretty significant.

And as you mentioned, there is a real desire to have those batteries be made domestically for obvious reasons. Today, most of those batteries, if not all, are coming from Asia. And we've heard that if that supply got cut off, within 45 days the military is out of batteries, right. So that's – that would be a problem. So, we just feel that's a great opportunity. I think it really gets our sweet spot really well in terms of what we're making today. And, obviously, it would be very long tail kind of program where you can [indiscernible] (00:18:04) for a number of years.

So I think it's a great fit. We're happy to be in the US. There's also a big push within the current administration to kind of become a manufacturer again in this country. Our view is the way you do that is by having the best product that no one else can make, be great at manufacturing it, automate that line as much as you can. And we think we're a bit of a poster child for kind of that initiative or what new US manufacturing needs to be or excited to be in that position.

---

# Enovix Corp. *(ENVX)*
Cowen Global Transportation and Sustainable Mobility Conference

 Corrected Transcript
10-Sep-2021

### Gabriel J. Daoud
*Analyst, Cowen & Co. LLC*

Q

Great. No, it's definitely something exciting. Well, how about we – maybe just talk a little bit about the revenue funnel that you've identified. I think it's almost $1.2 billion of revenue potential. Could you just talk a little bit about the customer makeup of those opportunities, and how you just define like the difference between active designs and design wins and then the engaged opportunities? And I guess, when you think engaged opportunities can end up becoming active designs and design wins?

### Harrold Jones Rust
*Chief Executive Officer, Co-Founder & Director, Enovix Corp.*

A

Yeah. I would say, as a general comment, there is no [indiscernible] (00:19:18) they won't talk to us today if not interested in our technology, right. So we have been very active sampling the customers over the last several years. We are not demand challenged. We're going to just be challenged on how fast we grow as a company, right. And so we'll be as aggressive as we can about that. In terms of our funnel which you mentioned is about $1.17 billion, I think we divide that into engaged opportunities which are people that we're talking with, say, they're interested. They may be sampled our cells, right.

Yeah. And the second part of our funnel we call design wins and active designs, that is around $292 million. And those represent customers that have already made the decision that they want to put our battery in one of their products. That could be one of our standard batteries. We have a handful of standard sizes they could use or it could be a custom design, where it's a tweak on one of our standard cells [indiscernible] (00:20:14), right.

And so, we think that's pretty good. We haven't shipped our first product yet. And we've got $292 million of opportunities that people want our battery in their products that will carry us for a little while. That's resulted in some agreements around a number of those. We've announced in two cases. We've already had hit all the specs for what those customers want that the key specs and this is not just energy density. It's like [ph] all of other things that are key (00:20:40).

So, they already checked that box. And all that remains really is to ship them production-level quantities for qualification of our production line, which we're targeting for at the end of the year. And then, relative to kind of how do you drop the top part of the funnel into the bottom part, I think to some extent that drop [indiscernible] (00:21:02) will be strong. And it's just really governed by – we're trying to add resources in terms of the design team to be able to bring that new stuff in and just engage more people.

And also, obviously, we want to make sure we're matching the intake [indiscernible] (00:21:18) factories too, right. So, there's a bit of a natural governor there. But my sense is that that funnel on the top end will grow over time as we just – we haven't even reached out to a lot of customers in the world. And I think the [ph] drop to (00:21:31) the bottom part will be strong. And we'll be more than – the limiting factor will not be that [indiscernible] (00:21:40) just how fast can we get our production lines over the next several years.

### Gabriel J. Daoud
*Analyst, Cowen & Co. LLC*

Q

Great. Great. That's helpful. And maybe let's talk a little bit more about Fab 1 and Fab 2, and could you just – maybe a question for Steffen, could you just remind us that the capital requirements, I guess, for the rest of this year and just to get Fab more enough to – up to nameplate capacity, and then, what do you think the capital requirements could be on Fab 2 to get to above 1.5 gigawatt hour a year in terms of the capacity?

# Enovix Corp. *(ENVX)*
Cowen Global Transportation and Sustainable Mobility Conference


Corrected Transcript
10-Sep-2021

### Steffen Pietzke
*Chief Financial Officer, Enovix Corp.*

A

Happy to do that. So for both fabs combined, we still anticipate a combined capital investment of $500 million. For this year, we guided the Street to spend $110 million to $120 million in cash, half of that is CapEx that we're putting into the facility and the other half is OpEx.

### Gabriel J. Daoud
*Analyst, Cowen & Co. LLC*

Q

Great. Okay. Okay. That's helpful. And then – so you've also estimated that the revenue potential coming out of those two factories or coming out of Fab 1 and Fab 2 is $220 million in Fab 1 and almost $600 million in Fab 2. Then maybe just talk a little bit about – and some of the biggest utilization or uptime assumptions embedded in those numbers. And then, whether or not, or I guess just for Fab 1, [indiscernible] (00:23:10) that revenue potential today, I guess the timeline through which you see kind of locking up that revenue potential over the next like call it 6 to 12 months. I think you kind of hit on this a little bit in the previous question but [indiscernible] (00:23:25) little bit more specifically on Fab 1?

### Steffen Pietzke
*Chief Financial Officer, Enovix Corp.*

A

Sure. So you're right on the Fab 1 at full scale the facility will be able to produce around $220 million of revenue and Fab 2 is around a little bit shy of $600 million. So that's why we're forecasting in 2025 $1 billion revenue run rate. Harrold talked about the funnel of $1.2 billion of engaged opportunities, design wins, design opportunities, when you translate that, both facilities have around a capacity of 1.8 gigawatts. So that's...

### Harrold Jones Rust
*Chief Executive Officer, Co-Founder & Director, Enovix Corp.*

A

Combined.

### Steffen Pietzke
*Chief Financial Officer, Enovix Corp.*

A

...combined. Both Fab 1 and Fab 2, and the funnel is around 2.1 gigawatts when you consider the projection. So specifically like from ramp perspective for Fab 1, we will certainly be underutilized in the earlier years, and as we ramp and add additional lines in 2022 and 2023, 2023 is probably the point of inflection where the Fab 1 will hit its strides, where the utilization and the units are going to improve, and that's why we see the uptake in the revenue in [ph] earlier years (00:24:51).

### Gabriel J. Daoud
*Analyst, Cowen & Co. LLC*

Q

That's helpful. And then actually there are a couple of questions that come in. Could you – Harrold, maybe just talk about specifically what the cell phone opportunity could be? So not just – within consumer electronics, not just wearables but maybe cell phone potential?

### Harrold Jones Rust
*Chief Executive Officer, Co-Founder & Director, Enovix Corp.*

A

Yeah. It's interesting. If you look at batteries, the cell phone size battery is also – it's kind of ubiquitous. It ends up also being kind of similar size as you find in a laptop. You put [ph] three or four that size (00:25:24) battery in a laptop. You also put that similar sized cell in like a land mobile radio for firelight safety, firemen, [ph] policemen

# Enovix Corp. *(ENVX)*
Cowen Global Transportation and Sustainable Mobility Conference

 Corrected Transcript
10-Sep-2021

and stuff (00:25:33), right. So, there's definitely a massive demand around that kind of size battery, and we're engaged with Tier 1 customers across all three of those markets including cell phones, right.

So, obviously, there are certain products in that segment which would outpace our capacity in the short term in order to supply that. So, one of the things are, if you are going forward is as we get into some of these larger markets, one of our growth paths is also potentially working with existing players in this space, in partnerships, licensing, JVs, right. Because it's unlikely if you're – at the end of the day servicing a product that's got 100 millions of units that, that customer will say, I'll take out my batteries from one company. They're going to probably want a second source. And so I think in our future we have the opportunity and the whole way our line is built to think about working with customers and retrofit their lines with our technology and our equipment, so that we can have a very beneficial return for our shareholders and also create a win-win with some of the other players in the space that allow us to tackle the biggest markets that are out there.

### Gabriel J. Daoud
*Analyst, Cowen & Co. LLC*

Q

Got it. Makes sense. [indiscernible] (00:26:56), earlier Harrold you mentioned the manufacturing process being very similar. If you were to fit or retrofit an existing lithium-ion battery facility, you have an enhancement on what that may be capital costs would be to retrofit to fit Enovix process?

### Harrold Jones Rust
*Chief Executive Officer, Co-Founder & Director, Enovix Corp.*

A

Well, Steffen mentioned the number $500 million over the next – to get to $1 billion run rate. I would say we're about – and I don't know the exact number you're looking for but we're about 70% common and 30% different, right. So to the extent you could find assets out there that have the 70% you could reuse, right. I mean, you could save a significant fraction of that capital, right. I mean it's basically we're spending $500 million to generate $1 billion run rate company.

It would be a very small – a much smaller fraction of that if you were kind of expanding and run [ph] through, so potentially would be no capital alone (00:27:54) because one of our expectations is you could find a partner where they put in a capital for the retrofit, which is not a huge number for them. And then we just share in the benefit of a line which is making 50% or 100% better battery, right. And so that would be a win-win for all the players.

### Gabriel J. Daoud
*Analyst, Cowen & Co. LLC*

Q

Okay. And then you hone in on the EV potential with the preference there be the – bring in a JV partner and help with some of that burden or maybe even [indiscernible] (00:28:26) the technology, or what is the preference today if you had [ph] a big one (00:28:32)?

### Harrold Jones Rust
*Chief Executive Officer, Co-Founder & Director, Enovix Corp.*

A

Yeah. I think I don't know if I would handicap the JV versus the license. I think in any scenario is likely we'll try to find someone that's already poised or is working on their Gigafactory already, right, just because of that massive scale. And then we'll figure out arrangement where we could have our technology be in that factory. Maybe it's a JV, maybe it's a straight license, those things I think are both doable and could both generate great return for our shareholders. I don't – I think until we probably get to those opportunities, we probably won't make any decisions about which way to go.



# Enovix Corp. (ENVX)
Cowen Global Transportation and Sustainable Mobility Conference

 Corrected Transcript

10-Sep-2021

## Gabriel J. Daoud
*Analyst, Cowen & Co. LLC*

Q

Yeah. Okay. That's helpful. And then one other one that came up just, you've talked about increasing the energy density potential going from 900 watt hours per liter all the way to over 1,200 watt hour per liter. Is there anything specifically that that's getting you there, or is it just kind of benefiting from general industry trends in terms of energy density to generally improving a percentage every single year?

## Harrold Jones Rust
*Chief Executive Officer, Co-Founder & Director, Enovix Corp.*

A

Yeah. So, certainly, there is ongoing advancements that industry had better cathodes. We'll take those in a week and leverage those advancements more than others because of our silicon anode, right. So, we get a bigger bump. We also fully expect as we get our first lines up, we'll get better manufacturing, be able to do some geometric tightening of things to drive up energy density. And between I think both of those things, I think we see a pretty decent path to get to these higher numbers. And that allows us to maintain if not extend our advantage over where we think the world's going to be.

## Gabriel J. Daoud
*Analyst, Cowen & Co. LLC*

Okay. Great. Well, with that, looks like we're at 30 minutes and we're out of time. So, guys, thanks so much for joining us this afternoon. It was good to get an update on the story and all the best to you the rest of the year and looking forward to watching your progress.

## Harrold Jones Rust
*Chief Executive Officer, Co-Founder & Director, Enovix Corp.*

Thanks, [ph] everybody, for your time (00:30:28). We appreciate it.

## Gabriel J. Daoud
*Analyst, Cowen & Co. LLC*

All right. Thanks, guys.



Copyright © 2001-2021 FactSet CallStreet, LLC

Enovix Corp. *(ENVX)*
Cowen Global Transportation and Sustainable Mobility Conference



Corrected Transcript
10-Sep-2021

Disclaimer
The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2021 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.