QUINN EMANUEL URQUHART & SULLIVAN, LLP
Emily C. Kapur (Cal. Bar No. 306724)
emilykapur@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Tel: (650) 801-5000
Fax: (650) 801-5100

Michael Ethan Liftik (Cal. Bar No. 232430)
michaelliftik@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, DC 20005
Tel: (202) 538-8000
Fax: (202) 538-8100

Andrew J. Rossman (*pro hac vice*)
Courtney C. Whang (*pro hac vice*)
Brenna D. Nelinson (*pro hac vice*)
andrewrossman@quinnemanuel.com
courtneywhang@quinnemanuel.com
brennanelinson@quinnemanuel.com
295 5th Avenue
New York, NY 10016
Tel: (212) 849-7000
Fax: (212) 849-7100

Attorneys for Defendants
*Enovix Corporation, Harrold Rust, Steffen Pietzke,*
*Thurman J. Rodgers, Emmanuel T. Hernandez, John D.*
*McCranie, Betsy Atkins, and Gregory Reichow*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ENOVIX CORPORATION SECURITIES LITIGATION | Case No. 23-cv-00071-SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**<br><br>Judge: Hon. Susan Illston<br><br>Hearing Date: August 15, 2025<br><br>Hearing Time: 10:00 AM |

Case No. 23-cv-00071-SI

Pending before the Court is Defendants Enovix Corporation, Harrold Rust, Steffen Pietzke, Thurman J. Rodgers, Emmanuel T. Hernandez, John D. McCranie, Betsy Atkins, and Gregory Reichow's Motion for Partial Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure 12(c).

Having considered the moving, opposition, and reply papers, Defendants' Request for Judicial Notice and Consideration of Documents Incorporated by Reference in Support of Defendants' Motion for Partial Judgment on the Pleadings, the argument of counsel, Plaintiffs' Second Amended Consolidated Class Action Complaint For Violations Of The Federal Securities Laws (ECF No. 102, the "Complaint"), other pleadings and filings in this action, and all other matters properly before the Court, the Court holds as follows:

Defendants' Request for Judicial Notice and Consideration of Documents Incorporated by Reference in Support of Defendants' Motion for Partial Judgment on the Pleadings is **GRANTED**. Exhibits A through E appended to the Declaration of Emily C. Kapur are hereby incorporated into the Complaint, which relies on each document to support its claims and allegations. The Court also takes judicial notice of Exhibits A through E pursuant to Federal Rule of Evidence 201.

Defendants' Motion for Partial Judgment on the Pleadings is **GRANTED** and Statements 6 and 7 in the Complaint are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
Hon. Susan Illston
United States District Judge

[PROPOSED] ORDER GRANTING DFTS' MOT. FOR PARTIAL JUDGMENT ON THE PLEADINGS