UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ENOVIX CORPORATION SECURITIES LITIGATION | Case No. 23-cv-00071-SI<br><br>**ORDER RE: RULE 12(C) AND CLASS CERTIFICATION DEADLINES AND DISCOVERY STAY**<br><br>Re: Dkt. Nos. 177 |

The parties have filed a stipulation regarding the deadlines on defendants' pending Rule 12(c) motion and plaintiffs' class certification motion. Dkt. No. 177. Defendants have also filed a letter requesting this Court confirm that there is a discovery stay in place in light of the Rule 12(c) motion. Dkt. No. 178. The Court now orders as follows:

Plaintiffs' opposition to Defendants' Rule 12(c) Motion is due no later than July 28, 2025. Defendants' reply in further support of its Rule 12(c) Motion is due no later than August 18, 2025. The Court will hold a hearing on the Rule 12(c) Motion on September 5, 2025, at 10:00 a.m. over Zoom videoconference.

Further briefing on the class certification motion is suspended until the Court has ruled on the Rule 12(c) motion. The parties may propose a briefing schedule at an appropriate time.

Plaintiffs shall file a response (in the form of a letter, not to exceed two pages) to defendants' discovery stay letter (Dkt. No. 178) no later than July 7, 2025.

**IT IS SO ORDERED**.

Dated: July 1, 2025

SUSAN ILLSTON
United States District Judge