UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Susan Illston, District Judge

IN RE: ENOVIX CORPORATION          )   Case No. C 23-00071-SI
SECURITIES LITIGATION.             )
_____)

San Francisco, California
Friday, October 17, 2025

TRANSCRIPT OF PROCEEDINGS OF THE OFFICIAL ELECTRONIC SOUND
RECORDING 3:14 - 3:22 = 8 MINUTES

APPEARANCES:

For Plaintiffs:                    Rolnick Kramer Sadighi, LLP
                                   300 Executive Drive
                                   Suite 275
                                   West Orange, New Jersey 07052
                              BY:  NICOLE CASTIGLIONE, ESQ.

                                   Rolnick Kramer Sadighi, LLP
                                   Penn 1, Suite 3401
                                   One Pennsylvania Plaza
                                   New York, New York 10119
                              BY:  SHANE KUNSELMAN, ESQ.

                                   The Rosen Law Firm, P.A.
                                   275 Madison Avenue
                                   40th Floor
                                   New York, New York 10116
                              BY:  PHILLIP C. KIM, ESQ.

(APPEARANCES CONTINUED ON NEXT PAGE)

2

For Defendants:
                        Quinn Emanuel Urquhart &
                          Sullivan, LLP
                        555 Twin Dolphin Drive
                        5th Floor
                        Redwood Shores, California
                          94065
                   BY:  EMILY C. W. KAPUR, ESQ.

                        Quinn Emanuel Urquhart &
                          Sullivan, LLP
                        295 5th Avenue
                        New York, New York 10016
                   BY:  BRENNA D. NELINSON, ESQ.

Transcribed by:         Echo Reporting, Inc.
                        Contracted Court Reporter/
                        Transcriber
                        echoreporting@yahoo.com

3

Friday, October 17, 2025                                3:22 p.m.

P-R-O-C-E-E-D-I-N-G-S

--oOo--

THE CLERK:  Now calling Civil Matter 23-CV-71, In Re: Enovix Corporation Securities Litigation.

Counsel, please state your appearances for the record, starting with Plaintiffs.

MS. CASTIGLIONE (via Zoom):  Good afternoon, your Honor.  Nicole Castiglione of Rolnick Kramer Sadighi, co-lead counsel for the Class, and I'm joined here by Shane Kunselman, also of Rolnick Kramer Sadighi, on behalf of the Class.

THE COURT:  Good afternoon.

MR. KIM (via Zoom):  Good afternoon, your Honor.  Phillip Kim, Rosen Law Firm, co-lead counsel for the Plaintiffs.

THE COURT:  Okay.  Good afternoon.

MS. KAPUR (via Zoom):  Good afternoon, your Honor.  Emily Kapur and Brenna Nelinson of Quinn Emanuel Urquhart and Sullivan, on behalf of Defendants.

THE COURT:  Good afternoon.

Okay.  So, we are back for status.  I looked at your papers.  I think the sensible thing to do is to refile the class certification motion limited to the things that are now in the case and set a new schedule for briefing.

4

Does that make sense?

MS. KAPUR:  That makes sense to Defendants, your Honor.

THE COURT:  Who's going to speak for Plaintiffs?

MS. CASTIGLIONE:  I will be speaking, Judge.

THE COURT:  Okay.  So, Ms. Castiglione?  Cast -- how do you say it?

MS. CASTIGLIONE:  Castiglione.  Close enough.

THE COURT:  Castiglione.  Is that okay?

MS. CASTIGLIONE:  Yes.

THE COURT:  Okay.  When can you be prepared to file?

MS. CASTIGLIONE:  So, your Honor, I think we would have to revisit our expert report because he did opine and render an opinion based on the three misstatements that were in the case at the time.  That's obviously now been narrowed down to one.  So, we would need a bit of time for him to -- I don't think a ton of time to revisit his opinions, but we would need a little bit.  Would -- would a month or a few weeks be acceptable to the Court?

THE COURT:  Let's see where we are now.

(Pause.)

THE COURT:  We are the 17th, right?

MS. CASTIGLIONE:  Yes, your Honor.

THE COURT:  What -- what kind of a briefing

5

schedule are you folks going to suggest, one of those really long drawn out ones or something more expeditious?

MS. CASTIGLIONE:  So, I think certainly the parties are cognizant of -- of the language in your decision on the motion for judgment on the pleadings of -- of not wanting to enter a schedule that is -- is too long.  And I think if the Court would like for Plaintiffs to refile their motion for class certification, the other thing that is outstanding is the depositions of Plaintiffs' expert and the individuals, as well as the representatives of the Fund in this case.  And I think having Plaintiffs refile their moving brief would allow us for some time to schedule those depositions.  We actually have been able to schedule already three of the seven outstanding depositions.  Of course, we would have to now push back the deposition of Plaintiffs' expert since he'll be rendering a new opinion in the case, but I don't think we need something extraordinarily elongated, but we do need time to have the Plaintiffs, the individuals and the representatives of the Fund sit for their deposition.  So, that is a bit of a gating issue before Defendants can file their opposition brief.

THE COURT:  Well, I mean, those -- those things can start now, as you say.  Except the expert, all the rest of them can go forward, right?

MS. CASTIGLIONE:  Certainly, your Honor.  And we

6

have two scheduled for mid November, and I think our -- our belief and firm hope is that the remainder can be scheduled before Thanksgiving.  So -- so, I don't think that that should be a barrier or unnecessarily hold up Defendant's opposition, and we can certainly and will certainly get our moving brief in filed before the -- each of the individuals and the Fund Plaintiffs sit for their depositions.

(Pause.)

THE COURT:  So -- so, roughly when?  When are you looking at filing based on what you just said?

MS. CASTIGLIONE:  I think we can refile our moving brief in a few weeks or a month if that is acceptable to the Court.  I know --

THE COURT:  Let's say you filed on the 14th of November.

MS. CASTIGLIONE:  Okay.

THE COURT:  Then how long do the Defendants need?

MS. KAPUR:  Ideally, your Honor, we would appreciate about 45 days.  Of course, by mid November we're then getting into the holidays.  So, maybe if we could just bump it to -- to right after, in early January.

THE COURT:  Well, I mean, the motion has been on file since April, and it's only going to be like one-third of what it was before, perhaps less.  So, how in the world can it take that long?

7

MS. KAPUR:  We -- we can -- we can expedite.

THE COURT:  Okay.  Good.

MS. KAPUR:  And --

THE COURT:  How about -- how about the Defendants file their oppo's by -- by December 12th.  How about Plaintiffs file a reply by January 5th -- no, January 9th, and then the hearing would be January 23rd?

Would that work?

MS. CASTIGLIONE:  That would work for Plaintiffs, your Honor.

MS. KAPUR:  That should work for Defendants as well.

THE COURT:  Okay.  Great.

MS. KAPUR:  Thank you, your Honor.

THE COURT:  So, we'll say file -- what did I just set -- file by November 14th.  Oppo by --

THE CLERK:  December 12.

THE COURT:  -- December 12th.  Reply by January --

THE CLERK:  January 9th.

THE COURT:  -- 9th.  And then the hearing would be on Friday, January 23rd at 12.

THE CLERK:  12?

THE COURT:  I mean 10, at 10.  What I was thinking of is I am confident -- I'm not confident.  We are currently in a government shutdown of extraordinary and unprecedented

8

type, and I expect it will be done by then.  And, so, these -- the schedule is being set based on that expectation.  It wouldn't affect you folks maybe so much, but it certainly affects us if the Government remains shut down all that time.  So, we'll let you know if anything changes on that.  But that will be the schedule until you hear from us to the contrary.

And discovery is open.  I would urge you to hustle up and get the things done that you can done -- get done in time then that we can have that hearing.  Once we have the hearing, then we can discuss further scheduling.  We need -- I think we need to know whether there's a class before we decide when we'll try -- try the case.

So, if we -- at the class hearing, we can talk about next steps and whether that's setting a further CMC or the schedule, but we can bring that up at the hearing.

Okay.  Anything else for today?

MS. CASTIGLIONE:  Nothing on behalf of Plaintiffs, your Honor.

MS. KAPUR:  Nothing on behalf of Defendants.  Thank you.

THE COURT:  All right.  Thank you all.

MS. CASTIGLIONE:  Thank you.

(Proceedings adjourned at 3:22 p.m.)

9

CERTIFICATE OF TRANSCRIBER

I certify that the foregoing is a true and correct transcript, to the best of my ability, of the above pages of the official electronic sound recording provided to me by the U.S. District Court, Northern District of California, of the proceedings taken on the date and time previously stated in the above matter.

I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this hearing was taken; and, further, that I am not financially nor otherwise interested in the outcome of the action.

Echo Reporting, Inc., Transcriber

Friday, October 24, 2025

*Echo Reporting, Inc.*