QUINN EMANUEL URQUHART & SULLIVAN, LLP
Emily C. Kapur (Cal. Bar No. 306724)
emilykapur@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Tel: (650) 801-5000
Fax: (650) 801-5100

Andrew J. Rossman (*pro hac vice*)
Jesse Bernstein (*pro hac vice*)
Courtney C. Whang (*pro hac vice*)
Brenna D. Nelinson (*pro hac vice*)
Sasha Boutilier (*pro hac vice*)
W. Jackson Vallar (Cal. Bar No. 341861)
andrewrossman@quinnemanuel.com
jessebernstein@quinnemanuel.com
courtneywhang@quinnemanuel.com
brennanelinson@quinnemanuel.com
sashaboutilier@quinnemanuel.com
jackvallar@quinnemanuel.com
295 5th Avenue
New York, NY 10016
Tel: (212) 849-7000
Fax: (212) 849-7100

Attorneys for Defendants
*Enovix Corporation, Harrold Rust, Steffen Pietzke,*
*Thurman J. Rodgers, Emmanuel T. Hernandez, John D.*
*McCranie, Betsy Atkins, and Gregory Reichow*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ENOVIX CORPORATION SECURITIES LITIGATION | Case No. 23-cv-00071-SI |
| | **DECLARATION OF EMILY C. KAPUR IN SUPPORT OF DEFENDANTS' OPPOSITION TO LEAD PLAINTIFFS' AMENDED MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL** |
| This Document Relates To: All Actions | |
| | Judge: Hon. Susan Illston |
| | Hearing Date: January 23, 2026 |
| | Hearing Time: 10:00 AM |
| | Courtroom 1, 17th Floor |

Case No. 23-cv-00071-SI

DECLARATION ISO DEFENDANTS' OPPOSITION TO AMENDED MOTION FOR CLASS CERTIFICATION

I, Emily C. Kapur, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a Partner at Quinn Emanuel Urquhart & Sullivan, LLP and a member in good standing of the bar of the State of California.  I represent Defendants Enovix Corporation, Harrold Rust, Steffen Pietzke, Thurman J. Rodgers, Emmanuel T. Hernandez, John D. McCranie, Betsy Atkins, and Gregory Reichow ("Defendants") in the above-captioned action.

2.      I respectfully submit this declaration in support of Defendants' Memorandum of Points and Authority in Opposition to Plaintiffs' Amended Motion for Class Certification and Appointment of Class Representative and Class Counsel (Dkt. No. 208) ("Opposition").  I have knowledge of the matters stated herein and, should I be called upon, I could and would competently testify thereto.

3.      Attached as **Exhibit 1** is a true and correct copy of the Expert Report of Dr. Christopher James on behalf of Defendants, dated December 12, 2025 and prepared for this matter in accordance with the applicable rules and orders governing disclosure of testimony and opinions by expert witnesses in this action.

4.      Attached as **Exhibit 2** is a true and correct copy of a February 15, 2021 Investor Presentation, which Defendant Enovix Corporation ("Enovix") filed with the SEC on February 22, 2021 on Form 8-K as Exhibit 99.2 and is publicly available on the U.S. Securities and Exchange Commission's                    ("SEC")                    website                    at www.sec.gov/Archives/edgar/data/1828318/000110465921026022/tm217461d1_ex99-2.htm.  The Court previously incorporated Exhibit 2 by reference into the Complaint.  Dkt. No. 193 at 11 n.2. Defendants previously submitted Exhibit 2, Dkt. No.  175-2, and now re-submit Exhibit 2 for the Court's convenience.

5.      Attached as **Exhibit 3** is a true and correct copy of excerpts from Enovix's Proxy Statement and Prospectus, which Enovix filed with the SEC by Enovix on June 24, 2021 on Form 424B3 and is publicly available on the SEC's website at www.sec.gov/Archives/edgar/data/ 1828318/000110465921085122/tm217682-15_424b3.htm.   The Court previously incorporated Exhibit 3 by reference into the Complaint.  Dkt. No. 193 at 11 n.2.  Defendants previously submitted Exhibit 3, Dkt. No.  175-3, and now re-submit Exhibit 3 for the Court's convenience.

DECLARATION ISO DEFENDANTS' OPPOSITION TO AMENDED MOTION FOR CLASS CERTIFICATION

6. Attached as **Exhibit 4** is a true and correct copy of Enovix's second quarter of 2021 "Letter to Our Shareholders," which Enovix filed with the SEC by Enovix on August 10, 2021 on Form 8-K as Exhibit 99.1 and is publicly available on the SEC's website at www.sec.gov/Archives/edgar/data/1828318/000095017021001171/envx-20210810ex99_1.htm. The Court previously incorporated Exhibit 4 by reference into the Complaint. Dkt. No. 193 at 11 n.2. Defendants previously submitted Exhibit 4, Dkt. No. 175-4, and now re-submit Exhibit 4 for the Court's convenience.

7. Attached as **Exhibit 5** is a true and correct copy of an internal Enovix slide deck containing Enovix confidential information, which Enovix produced in this case in native format at Bates number Enovix_0097795.

8. Attached as **Exhibit 6** is a true and correct copy of excerpts from Enovix's first quarter of 2022 Form 10-Q, which Enovix filed with the SEC on May 18, 2022 and is publicly available on the SEC's website at https://www.sec.gov/ix?doc=/Archives/edgar/data/1828318/000095017022010240/envx-20220403.htm.

9. Attached as **Exhibit 7** is a true and correct copy of excerpts from the transcript of Enovix's presentation at the June 22, 2022 J.P. Morgan Energy Power & Renewable Conference, a full version of which is publicly available from industry analysis subscription service S&P Global Market Intelligence.

10. Attached as **Exhibit 8** is a true and correct copy of excerpts from Enovix's second quarter of 2022 "Letter to Our Shareholders," which Enovix filed with the SEC on August 10, 2022 on Form 8-K as Exhibit 99.1 and is publicly available on the SEC's website at https://www.sec.gov/Archives/edgar/data/1828318/000182831822000015/envx8k-q220220810ex991.htm.

11. Attached as **Exhibit 9** is a true and correct copy of excerpts from Enovix's third quarter of 2022 "Letter to Our Shareholders," which Enovix filed with the SEC on November 1, 2022 on Form 8-K as Exhibit 99.1 and is publicly available on the SEC's website at https://www.sec.gov/Archives/edgar/data/1828318/000182831822000059/envx8k-q320221101ex991.htm.

DECLARATION ISO DEFENDANTS' OPPOSITION TO AMENDED MOTION FOR CLASS CERTIFICATION

12.     Attached as **Exhibit 10** is a true and correct copy of an internal email containing Plaintiffs' confidential information, which Plaintiffs produced in this case at Bates number DISCAP_ENVX00018045.

13.     Attached as **Exhibit 11** is a true and correct copy of an internal email containing Plaintiffs' confidential information, which Plaintiffs produced in this case at Bates numbers DISCAP_ENVX00027722 – DISCAP_ENVX00027724.

14.     Attached as **Exhibit 12** is a true and correct copy of a November 7, 2022 Press Release that Enovix published, titled "T.J. Rodgers Appointed Enovix Executive Chairman," and is publicly available on Enovix's website at https://ir.enovix.com/node/8521/pdf.

15.     Attached as **Exhibit 13** is a true and correct copy of excerpts from Enovix's January 3, 2023 Special Presentation to Shareholders, which Enovix filed with the SEC on January 5, 2023 on Form 8-K as Exhibit 99.1 and is publicly available on the SEC's website at https://www.sec.gov/Archives/edgar/data/1828318/000119312523001980/d443209dex991.htm.

16.     Attached as **Exhibit 14** is a true and correct copy of transcript excerpts from the Deposition of Named Plaintiff Robert G. Lee, taken for this matter on November 12, 2025 and containing Plaintiffs' confidential information.

17.     Attached as **Exhibit 15** is a true and correct copy of transcript excerpts from the Deposition of Named Plaintiff Traci Selke, taken for this matter on November 19, 2025 and containing Plaintiffs' confidential information.

18.     Attached as **Exhibit 16** is a true and correct copy of transcript excerpts from the 30(b)(6) Deposition of Andrew Fruchter, taken for this matter on November 21, 2025 and containing Plaintiffs' confidential information.  Plaintiffs Discovery Global Opportunity Master Fund, Ltd. and Discovery Nymeria Master Fund, Ltd. (collectively, the "Funds Plaintiffs") designated Mr. Fruchter as their corporate witness.

19.     Attached as **Exhibit 17** is a true and correct copy of transcript excerpts from the Deposition of Lead Plaintiff Gary Kung, taken for this matter on December 1, 2025 and containing Plaintiffs' confidential information.

20.     Attached as **Exhibit 18** is a true and correct copy of transcript excerpts from the Deposition of Ian Lieberman, taken for this matter on December 5, 2025 and containing Plaintiffs' confidential information.  Mr. Lieberman is a former employee of the Funds Plaintiffs.

21.     Attached as **Exhibit 19** is a true and correct excerpt from Enovix's Form S-1 Registration Statement, which Enovix filed with the SEC on August 2, 2021 and is publicly available on the SEC's website at https://www.sec.gov/ix?doc=/Archives/edgar/data/1828318/000119312521233225/d114866ds1.htm.

22.     Attached as **Exhibit 20** is a true and correct copy of transcript excerpts from the Deposition of Plaintiffs' Expert Dr. David I. Tabak, taken for this matter on November 25, 2025.

23.     Attached as **Exhibit 21** is a true and correct copy of an internal document containing Plaintiffs' confidential information, which Plaintiffs produced in this case at Bates numbers DISCAP_ENVX00025426 – DISCAP_ENVX00025435.

24.     Attached as **Exhibit 22** is a true and correct copy of an internal email containing Plaintiffs' confidential information, which Plaintiffs produced in this case at Bates numbers DISCAP_ENVX00021822 – DISCAP_ENVX00021824.

25.     Attached as **Exhibit 23** is a true and correct copy of an internal email containing Plaintiffs' confidential information, which Plaintiffs produced in this case at Bates numbers DISCAP_ENVX00019286 – DISCAP_ENVX00019288.

26.     Attached as **Exhibit 24** is a true and correct copy of an internal document containing Plaintiffs' confidential information, which Plaintiffs produced in this case at Bates numbers DISCAP_ENVX00019037 – DISCAP_ENVX00019039.

27.     Attached as **Exhibit 25** is a true and correct copy of an internal email containing Plaintiffs' confidential information, which Plaintiffs produced in this case at Bates numbers DISCAP_ENVX00021095 – DISCAP_ENVX00021097.

28.     Attached as **Exhibit 26** is a true and correct copy of an internal email containing Plaintiffs' confidential information, which Plaintiffs produced in this case at Bates numbers DISCAP_ENVX00026880 – DISCAP_ENVX00026885.

DECLARATION ISO DEFENDANTS' OPPOSITION TO AMENDED MOTION FOR CLASS CERTIFICATION

29.     For the Court's convenience, Defendants have applied yellow highlighting to indicate the portions of Exhibits 2 through 26 that are cited in the Opposition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 12, 2025 in Miami, Florida.

*/s/ Emily C. Kapur*
Emily C. Kapur

Case No. 23-cv-00071-SI

DECLARATION ISO DEFENDANTS' OPPOSITION TO AMENDED MOTION FOR CLASS CERTIFICATION