# EXHIBIT 1

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE ENOVIX CORPORATION SECURITIES LITIGATION | Case No. 3:23-cv-00071-SI |

**EXPERT REPORT OF PROFESSOR CHRISTOPHER JAMES, PH.D.**

**December 12, 2025**

# Table of Contents

I.    Qualifications ............................................................................................... 1

II.   Assignment and Compensation....................................................................... 2

III.  Summary of Opinions ................................................................................... 3

IV.   Summary of Allegations ................................................................................ 6

    A.   Plaintiffs' Alleged Misstatement and the Alleged Truth ........................ 6

    B.   Alleged Corrective Disclosures ........................................................... 9

        1.   November 1, 2022:  Q3 2022 Letter to Our Shareholders....................... 10

        2.   January 3, 2023:  Special Presentation ...................................... 11

        3.   October 3, 2023:  Strategic Realignment Press Release .......................... 13

V.    Background on Enovix .................................................................................. 14

    A.   Enovix Before the Start of the Putative Class Period ........................... 14

    B.   Enovix at the Time of the Alleged Misstatement ................................. 19

    C.   Enovix from the Time of the Alleged Misstatement Until the November 1, 2022 Q3 2022 Earnings Release ................................................................. 21

    D.   The November 1, 2022 Q3 2022 Earnings Release............................... 27

    E.   The November 7, 2022 Press Release.................................................. 31

    F.   Securities Analysts Substantially Reduced Their FY 2023–FY 2025 Revenue Forecasts from the Start of the Putative Class Period Through the November 7, 2022 Press Release................................................................................ 32

VI.   Economic Evidence Is Consistent with the Alleged Misstatement Having Had No Price Impact After November 7, 2022................................................................. 33

    A.   By November 7, 2022, the Information Comprising the Alleged Truth Was Publicly Available and, in an Efficient Market, Such Information Would Have Been Fully Incorporated into the Price of Enovix's Stock........................... 35

        1.   Implications of Market Efficiency ............................................. 35

        2.   Statement A of the Alleged Truth Was Publicly Available by November 7, 2022................................................................... 37

        3.   Statement B of the Alleged Truth Was Publicly Available by November 7, 2022................................................................... 38

        4.   The Implications of the Alleged Truth Regarding Enovix's Revenue and Production Ramp-up Were Superseded, by November 7, 2022, by the Disclosure of Challenges with Fab-1 Equipment Throughputs and Yields and Downward Revisions of Revenue Guidance ........................ 42

B.      In an Efficient Market, the Enovix Stock Price Declines on January 4, 2023 and on October 3, 2023, Following the Release of Allegedly Corrective Information, Were Not Caused by Revelation of Any New Information Underlying the Alleged Truth ............................................................................. 46

      1.     January 3, 2023 Special Presentation ........................................................ 46

      2.     October 3, 2023 Press Release ................................................................. 54

VII.   Dr. Tabak Fails to Put Forth a Class-Wide Methodology to Reliably Measure Damages Consistent with Plaintiffs' Theory of Liability ................................................. 60

      A.      Dr. Tabak's Opinions on Damages ....................................................... 60

      B.      Dr. Tabak Fails to Put Forth a Damages Methodology Consistent with Plaintiffs' Theory of Liability That Can Account for the Materialization of an Allegedly Understated Risk ........................................................................ 63

            1.     Dr. Tabak's Proposed Event Study Damages Methodology Cannot Reliably Measure Inflation, If Any, Caused by an Allegedly Understated Risk ........................................................................ 63

            2.     Dr. Tabak Has Not Identified an Alternative to His Proposed Event Study Methodology That Can Reliably Quantify Inflation While Taking into Account Publicly Available Information Regarding the Allegedly Understated Risk ........................................................ 67

VIII.  Dr. Tabak Fails to Establish That the Market for Enovix Stock Was Efficient Before January 11, 2022, Which Is the Portion of the Putative Class Period When the Bulk of Enovix Shares Were Subject to Lock-up Restrictions ................................................. 69

      A.      Dr. Tabak Fails to Consider That a Significant Number of Shares Were Subject to a Lock-up Before January 11, 2022, Which Could Hinder Market Efficiency During This Period ............................................................. 70

      B.      Dr. Tabak's "Price Response to News" Analysis Restricted to the Lock-up Period Does Not Show a Statistically Significant Difference Between the Price Movements on News Days and Those on No-News Days ........................... 74

**I.      Qualifications**

1.      I am the William H. Dial/Sun Bank Eminent Scholar and Professor of Finance and Economics at the University of Florida.  I have previously taught at Cambridge University, the University of Oregon, and the University of Michigan.  I have also held positions at the Federal Reserve Bank of San Francisco, the Federal Deposit Insurance Corporation ("FDIC"), and the U.S. Department of the Treasury Office of the Comptroller of the Currency.  Additionally, I have served as the Securities and Exchange Commission ("SEC")-approved independent distribution consultant for the Janus Mutual Fund complex.

2.      My academic research has been in the areas of corporate finance, securities markets, private equity investments, and financial institutions.  I have published numerous articles on issues related to corporate finance, market efficiency, the information content of corporate disclosures, and the impact of disclosures of regulatory actions on securities prices.

3.      I served on the Board of Directors and the Advisory Board to the SunTrust Bank of Florida (subsidiary of SunTrust Banks) between 1989 and 2006.  As part of my Board duties, I served on the executive committee of the Bank.  The executive committee approved all major investment activities (e.g., credit extensions, mortgages, and loan restructurings).  From 1990 to 2002, I also served on the Academic Board of the Turnaround Management Association.

4.      I serve or have served on the editorial boards of eight scholarly journals in financial economics.  I served as an associate editor of the *Journal of Financial Economics* between 1993 and 2016, as associate editor of the *Journal of Finance* from 1988 through 2000, and as a founding co-editor of the *Journal of Financial Intermediation* from 1988 through 1999.  I currently serve as an advisory editor to the *Journal of Banking and Finance* and the *Journal of Risk and Financial Management* as well as an associate editor at three other journals.

5.      My curriculum vitae, which includes a list of the publications I have authored, is included as **Appendix A**.  A list of my deposition and trial testimony over the last four years is included as **Appendix B**.

## II.    Assignment and Compensation

6.    I have been retained by counsel for defendants Enovix Corporation ("Enovix" or the "Company"), Emmanuel T. Hernandez, John D. McCranie, Betsy S. Atkins, Gregory Reichow, Harrold Rust, Steffen Pietzke, and Thurman J. ("T.J.") Rodgers (collectively, "Defendants") to (i) analyze economic evidence regarding the impact, if any, of the sole remaining actionable alleged misstatement ("Alleged Misstatement") on Enovix's stock price after November 7, 2022, assuming the market for Enovix stock is efficient; (ii) evaluate whether Dr. Tabak provided in his amended expert report dated November 14, 2025 ("Tabak Report") a methodology to measure class-wide damages in a manner consistent with Plaintiffs' theory of liability in this matter; and (iii) evaluate Dr. Tabak's analysis of market efficiency for Enovix common stock. The class period considered in the Tabak Report extends from August 11, 2021 through October 2, 2023 ("Putative Class Period").[1]

7.    In formulating the conclusions and opinions set forth in this report, I have relied on my knowledge, my prior experience, my academic research on relevant topics, and my formal training in economics and finance as well as the analyses set forth in this report.  A list of documents, data, and other information that I have considered in forming the opinions set forth in this report is attached hereto as **Appendix C**.  I reserve the right to revise my opinions in light of my ongoing review of the materials I have considered as well as additional materials, including data, documents, and deposition or other testimony, that may subsequently come to light, or if I am asked to perform further research or analysis.

8.    I am being compensated for my work in connection with this report at a rate of $1,150 per hour.  I have been assisted in this matter by staff of Cornerstone Research, who worked under my direction.  I receive compensation from Cornerstone Research based on its collected staff billings for its support of me in this matter.  Neither my compensation nor the compensation of Cornerstone Research staff who assisted me is affected by the outcome of this matter.

---

[1] Amended Expert Report of David I. Tabak, Ph.D., November 14, 2025 ("Tabak Report"), ¶ 1.

### III.    Summary of Opinions

9.    I have reached the following opinions in this matter.  The bases for these opinions are discussed in detail in the sections that follow.[2]

10.    In **Section VI**, I show that the economic evidence is consistent with the Alleged Misstatement having had no impact on the price of Enovix common stock after November 7, 2022, assuming the market for Enovix stock was efficient during the Putative Class Period as Plaintiffs allege and Dr. Tabak claims.[3]

    a.  I understand that Plaintiffs allege the following allegedly concealed truth ("Alleged Truth") should have been disclosed at the beginning of the Putative Class Period in order to make the Alleged Misstatement not misleading:

        i.  Enovix had waived the requirement that the Gen1 equipment purchased from Chinese vendor Shenzen Yinghe Technology Co. Ltd. ("Yinghe" and the "Yinghe Equipment") pass the Factory Acceptance Test ("FAT") before it was shipped to Fab-1 ("Statement A"); and

        ii.  Prior to the waiver, Enovix had identified problems with the equipment, as a result of which it had not passed the FAT—specifically, equipment capacity (throughputs) and quality (yields) were not meeting desired specifications during the FAT ("Statement B").[4]

    b.  In **Section V**, I discuss that, prior to the beginning of the Putative Class Period, Enovix disclosed that "operat[ing] at large-scale manufacturing volumes" and "scaling up of production" relied on successfully developing and executing on its "new and complex manufacturing process."[5]  Moreover, from before the start of the Putative Class Period until November 1, 2022, the day Enovix announced its Q3 2022 financial results, the Company made numerous disclosures about risks and issues relating to its manufacturing and production scale-up, and securities analysts discussed these risks and issues that Enovix disclosed.

---

[2] These findings are based on the information available to me to date.  I reserve the right to supplement my current analysis if additional information becomes available.

[3] Second Amended Class Action Complaint, *In Re Enovix Corporation Securities Litigation*, March 19, 2024 ("Complaint"), ¶ 225; Tabak Report, ¶ 2.

[4] *See* **Section IV.A**.

[5] Enovix Corporation, Form S-1, Filed on August 2, 2021 ("August 2, 2021 Form S-1"), p. 7.

c.  As discussed in **Section VI.A.2** and **Section VI.A.3**, given the disclosures made by Enovix from before the start of the Putative Class Period through November 7, 2022, information comprising the Alleged Truth had become publicly available by November 7, 2022.  In an efficient market, this information would have been fully incorporated into the Company's stock price by November 7, 2022 and the price of Enovix stock would no longer have been impacted by the alleged failure to disclose the Alleged Truth, even assuming it had been so previously.[6]

d.  Moreover, as shown in **Section VI.A.4**, an additional reason why the disclosure after November 7, 2022 of any information underlying the Alleged Truth would not have further affected Enovix's stock price is that, in an efficient market, information cannot affect stock price if its implications for the value of the stock have been superseded by the implications of information that was already publicly available and, thus, fully reflected in the stock price.  As an economic matter, the disclosure of the Alleged Truth in August 2021 combined with the reiteration of then-outstanding financial targets would have at most informed investors that:  (i) there was a greater risk that Enovix might not be able to achieve its outstanding financial targets due to the Yinghe Equipment's throughputs and yields not meeting desired specifications, and (ii) this incremental risk did not (a) prevent management from indicating that it expected to exit 2025 with over a billion dollars in annualized revenue, or (b) cause management to withdraw any financial targets.  By November 7, 2022, that same risk of not achieving the financial targets in place in August 2021 had already materialized.  Specifically, between the start of the Putative Class Period and November 7, 2022, Enovix disclosed issues with the Fab-1 equipment—including challenges in improving its throughputs and yields—and downward revisions in guidance for FY 2022 and FY 2023 revenue.  Securities analysts reacted to this information accordingly, and revised downward their forecasts of revenue for fiscal years through FY 2025 substantially over time.  As an economic matter, the fact that the allegedly

---

[6] I have not been asked to analyze economic evidence as to whether the price of Enovix stock was impacted by the Alleged Misstatement prior to November 7, 2022.  This should not be construed as a concession that economic evidence is consistent with a finding of price impact prior to November 7, 2022.

concealed risk had already materialized by November 7, 2022 means that the implications of the Alleged Truth for Enovix's revenue and production ramp-up were superseded by more negative information that was public by November 7, 2022. Thus, after November 7, 2022, no Enovix stock price declines can be attributed to the disclosure of any information underlying the Alleged Truth.

e. Finally, as I show in **Section VI.B**, subsequent price declines associated with the alleged corrective disclosures on January 3, 2023 and on October 3, 2023 are consistent with declines due to factors other than new, value-relevant information about the Alleged Truth. Thus, those price declines do not provide economic evidence that the price of Enovix stock was impacted by the Alleged Misstatement after November 7, 2022.

11.    In **Section VII**, I explain that Dr. Tabak fails to provide a class-wide damages methodology that could reliably estimate damages in this matter consistent with Plaintiffs' theory of liability. As noted above, the stock price declines on January 4, 2023 and on October 3, 2023 were not caused by revelation of information underlying Statements A and B, since such information was already publicly available and superseded by more negative information that was also publicly available. However, Plaintiffs may claim that the earliest alleged corrective disclosure, which occurred on November 1, 2022, represents the materialization of the risk that Enovix might not be able to achieve the production and financial targets it had outstanding at the start of the Putative Class Period. Under such a theory, and if Plaintiffs' allegations are true, any estimate of inflation using Dr. Tabak's proposed event study analysis of residual stock price declines following the alleged corrective disclosure on November 1, 2022 would measure the effect on the stock price of the materialization of the risk (i.e., a risk turning into a certainty). As an economic matter, all else being equal, the effect on stock price of the materialization of the risk of an adverse outcome exceeds the effect on stock price, if any, of the disclosure of a greater risk that the adverse outcome might occur. Dr. Tabak fails to provide a damages methodology that could address this economic difference. I also note that Dr. Tabak testified at deposition that he may need the assistance of a battery manufacturing expert to provide inputs to his damages methodology. However, Dr. Tabak did not provide any information or analysis to show that a battery manufacturing expert (or any other type of technical expert) could provide a reliable

methodology to assess the incremental risk associated with the disclosure of the allegedly concealed truth (e.g., how the market would have updated its estimate of the probability that Enovix may not be able to scale up production at Fab-1).

12.    In **Section VIII**, I explain that Dr. Tabak fails to establish that the market for Enovix stock was efficient before January 11, 2022.  Specifically, he fails to consider that more than half of Enovix's outstanding shares were subject to lock-up restrictions that made those shares non-tradeable from July 15, 2021 until before January 11, 2022, when an early release condition was met.  Because the lock-up restrictions could have hindered market efficiency prior to January 11, 2022, during the portion of the Putative Class Period prior to January 11, 2022 (the "Lock-Up Period"), Enovix stock prices may not have quickly and fully adjusted to publicly available information.  I find economic evidence consistent with a potential difference in the degree of market efficiency in the Lock-Up Period and the remainder of the Putative Class Period (the "Post-Lock-Up Period"), including that the cost of borrowing Enovix shares and several other metrics Dr. Tabak points to as support for his finding of market efficiency—such as fails-to-deliver, bid-ask spreads, and analyst coverage—differed between the Lock-Up Period and the Post-Lock-Up Period.  Moreover, when Dr. Tabak's "Price Response to News" analysis—which he claims supports a finding of market efficiency for the Putative Class Period—is restricted to the Lock-Up Period, it does not show a statistically significant difference between the proportion of statistically significant residual returns for Enovix stock on news days and that proportion for no-news days identified by Dr. Tabak.  For these reasons, Dr. Tabak has failed to establish market efficiency for Enovix stock before January 11, 2022.

## IV.    Summary of Allegations

### A.    Plaintiffs' Alleged Misstatement and the Alleged Truth

13.    I understand that Plaintiffs allege Defendants misled investors about certain equipment purchased from Chinese vendor Yinghe that was installed in Enovix's first manufacturing

location in Fremont, California ("Fab-1"),[7] where the Company identified the first production lines as "Gen1" production lines.[8]

14.     Following the Court's Order Granting Motion for Partial Judgment on the Pleadings dated October 7, 2025 ("MPJOP Order"), only one alleged misstatement remains at issue in this litigation (i.e., the Alleged Misstatement):[9]

> *Letter to Our Shareholders, August 10, 2021*:  "In the quarter we were able to install and begin qualifying our first production line at our headquarters in Fremont.…  With the equipment for Line 1 installed, our factory is now undergoing qualification.  <u>The first step in this process is a site acceptance test to confirm the individual pieces of equipment are meeting performance requirements.  This follows factory acceptance testing already performed at the vendor's facility before taking delivery.…</u>"[10]

15.     Plaintiffs allege this statement "concealed" the actual level of risk that Fab-1 would not perform consistently with projections provided by Defendants.[11]

16.     The Court stated in its Order Granting in Part and Denying in Part Motion to Dismiss SAC dated July 23, 2024 ("MTD Order") that "if the [Yinghe] equipment never passed the FAT, it was false and misleading for Enovix to state that the site acceptance would 'confirm' the equipment was meeting performance requirements and to state that the FAT was 'already performed' without revealing that the equipment had failed the FAT."[12]  I understand that Plaintiffs allege "the primary parameters the equipment had to meet under the FAT were capacity – how many units the equipment could fabricate in a certain time (i.e., [units per hour ('UPH') which is, according to Enovix, the measure of throughput[13]]) – and quality, including

---

[7] Complaint, ¶¶ 5, 155.

[8] Enovix Corporation, Form 8-K, Filed on May 11, 2022, EX-99.1 ("Q1 2022 Letter to Our Shareholders") ("To equip Fab-2, we've begun placing equipment orders for our next-generation ('Gen2') manufacturing line, which is designed to be faster and require less space than our existing lines at Fab-1 in Fremont ('Gen1')."). Enovix also identified its first production line as "Gen 1." *See*, *e.g.*, Enovix Corporation, Form 8-K, Filed on April 26, 2023, EX-99.1 ("Q1 2023 Letter to Our Shareholders"), p. 9.

[9] Order Granting Motion for Partial Judgment on the Pleadings, *In Re Enovix Corporation Securities Litigation*, October 7, 2025 ("MPJOP Order"), pp. 6–7.

[10] Order Granting in Part and Denying in Part Motion to Dismiss SAC, *Maurice L. Twitchell et al. v. Enovix Corporation et al.*, July 23, 2024 ("MTD Order"), p. 12 (emphasis in original); MPJOP Order, p. 6 (emphasis in original).

[11] Complaint, ¶ 155.

[12] MTD Order, p. 12.

[13] Enovix Corporation, Form 10-K for the Fiscal Year Ended January 1, 2023, Filed on March 1, 2023, p. 41 ("throughput as measured by units per hour ('UPH').").

industry standard measures of production efficiency that measure how often good units are produced at the maximum speed without interruption."[14]  Plaintiffs further allege that "the Fab-1 equipment made by Yinghe never performed close to the required capacity or quality specifications after several months of testing in China"[15] and that "the production yield that the equipment was able to muster was very low."[16]  Plaintiffs allege that "'[y]ield' refers to the number of batteries that meet specifications out of the total number of batteries produced."[17]

17.    Plaintiffs reiterated these allegations in their Amended Motion for Class Certification, stating:

> The development and production of a large portion of the Fab-1 equipment was outsourced to Shenzhen Yinghe Technology Co. Ltd. ("Yinghe"), in China. ([Complaint], ¶ 97.)  Enovix's agreement with Yinghe required that the equipment pass critical performance testing before Enovix would accept delivery: known as the Factory Acceptance Test ("FAT").  (*Id.* ¶ 99.)  The cornerstone FAT criteria were capacity—how many units the equipment could fabricate within a certain time (*i.e.*, UPH)—and quality, including industry standard measures of production efficiency.  (*Id.* ¶¶ 101-03.)  Through late 2020 and early 2021, the Fab-1 equipment was repeatedly tested but never passed the FAT.  (*Id.* ¶¶ 100-10.)  By April 2021, Defendants were concerned that, without the Fab-1 equipment delivered and installed, the Merger would be in jeopardy.  (*Id.* ¶ 201.)  So, Defendants decided to take a "massive shortcut": they waived the requirement that the equipment pass the FAT before Enovix accepted delivery, and they air-lifted the equipment to Fremont.  (*Id.* ¶¶ 105, 206.)[18, 19]

18.    In summary, my understanding is that Plaintiffs allege the following Alleged Truth should have been disclosed in order to make the Alleged Misstatement not misleading:  Enovix had waived the requirement that the Gen1 equipment purchased from Yinghe pass the FAT before it was shipped to Fab-1 (i.e., Statement A) and, prior to the waiver, Enovix had identified

---

[14] Complaint, ¶ 7.

[15] Complaint, ¶ 152.

[16] Complaint, ¶ 9.

[17] Complaint, ¶ 56.

[18] Lead Plaintiffs' Notice of Amended Motion and Amended Motion for Class Certification and Appointment of Class Representative and Class Counsel; Lead Plaintiffs' Memorandum of Points and Authorities, *In Re Enovix Corporation Securities Litigation*, November 14, 2025 ("Amended Class Certification Motion"), pp. 4–5 (emphasis removed from original).

[19] I understand that, according to Enovix's investment presentation dated February 22, 2021, by the time the Yinghe Equipment was transported to Fab-1 in an airplane in April 2021, the FAT for Zone 3 equipment (where the Yinghe Equipment was used; *see* footnote 50 below) had been ongoing since the middle of Q4 2020.  *See* Rodgers Silicon Valley Acquisition Corp., Form 8-K, Filed on February 22, 2021, EX-99.2 ("Merger Investor Presentation"), pp. 47–48.

problems with the equipment, as a result of which it had not passed the FAT—specifically, equipment capacity (throughputs) and quality (yields) were not meeting desired specifications during the FAT (i.e., Statement B). Consistent with my understanding of the Alleged Truth, Plaintiffs state in their declaration in support of Plaintiffs' Amended Class Certification Motion:

> In truth, a large part of the equipment had not passed the requisite tests at the vendor's facility, which were actually waived so that Enovix could ship the equipment from China to California before the Company went public.[20]

## B.    Alleged Corrective Disclosures

19.    Plaintiffs allege as corrective "a series of partial disclosures beginning in late 2022, revealing substantial delays in production and projected revenue timelines, the shortcomings of the Fab-1 equipment, and ultimately resulting in the Company abandoning Fab-1 as a commercial production facility."[21]  As explained by the Court in the MTD Order, Plaintiffs allege that "disclosures caused Enovix's share price to fall on November 1, 2022; January 3, 2023; and October 3, 2023."[22, 23]

---

[20] Declaration of Lead Plaintiff Gary Kung in Support of Plaintiffs' Motion for Class Certification, *In Re Enovix Corporation Securities Litigation*, November 14, 2025, ¶ 9. *See also* Declaration of Adam Schreck in Support of Plaintiffs' Motion for Class Certification, *In Re Enovix Corporation Securities Litigation*, November 14, 2025, ¶ 11; Declaration of Plaintiff Robert G. Lee in Support of Plaintiffs' Motion for Class Certification, *In Re Enovix Corporation Securities Litigation*, November 14, 2025, ¶ 8; Declaration of Plaintiff Traci Selke in Support of Plaintiffs' Motion for Class Certification, *In Re Enovix Corporation Securities Litigation*, November 14, 2025, ¶ 8.

[21] Complaint, ¶ 155.

[22] MTD Order, pp. 22–23.

[23] I am not aware of specific allegations from Plaintiffs that there were direct disclosures on any of the alleged corrective disclosures dates (i.e., November 1, 2022, January 3, 2023, and October 3, 2023) of any particular connection between problems identified during the FAT of the Yinghe Equipment and broader problems at Fab-1. Nonetheless, I understand Plaintiffs' general theory to be that problems at Fab-1 disclosed on the alleged corrective disclosure dates were attributable, at least in part, to problems identified during the FAT of the Yinghe Equipment and, for purposes of my assignment, I do not evaluate whether such claim is true. I offer no opinion as to the legal questions of whether (i) Plaintiffs have adequately pled that problems at Fab-1 disclosed on any of the alleged corrective disclosure dates were in fact attributable to problems identified during the FAT of the Yinghe Equipment, or (ii) whether disclosures regarding Fab-1 as a whole are sufficiently matched to the Alleged Truth under the legal "mismatch" inquiry that I understand from Counsel to be relevant at this stage.

### 1.    November 1, 2022:  Q3 2022 Letter to Our Shareholders

20.     On November 1, 2022, after market close, Enovix released its "Letter to Our Shareholders" for the third quarter of 2022 (the "Q3 2022 Letter to Our Shareholders").[24] Plaintiffs allege that, on this day:

> [The Q3 2022 Letter to Our Shareholders stated that] Enovix's revenues for the third quarter were just eight thousand dollars.  The letter explained that the revenue came from "a modest number of batteries shipped to customers for qualification programs and pre-production and end-product builds."  Enovix was not, in fact, manufacturing or delivering batteries on a commercial scale, but rather "[t]he majority of batteries shipped during the quarter were samples that did not generate revenue."

> Although not yet fully disclosing the nature and extent of its manufacturing problems, the letter cryptically disclosed that the "improvements" that Enovix had partially shut down Fab-1 to implement had been "slower-than-expected," and that the Company was now engaged in a major strategic shift:  prioritizing the development of its next generation manufacturing lines, to be installed in future planned production facilities, over maximizing the output from the existing production lines at Fab-1….[25]

> The November 1, 2022 letter further stated that the total production run rate for 2023 would be under one million battery cells—less than 10% of the production that would result from producing a battery every two seconds as originally specified….[26]

> The news that there would be dramatically lower output from Fab-1 in 2023 and that the Company would "redirect resources" to Gen2 lines suddenly and dramatically changed the perceived timeline for Enovix to commercialize its batteries and achieve revenue….  The November 1, 2022 letter also told investors: "We expect that certain customers may require up to several months to qualify the Gen2 line before accepting product that is manufactured on that line."  Enovix did not expect to even receive the new manufacturing equipment for its Gen 2 lines until the second half of 2023.  On this news, Enovix's share price fell 41%, from a

---

[24] Enovix Corporation, Form 8-K, Filed on November 1, 2022, EX-99.1 ("Q3 2022 Letter to Our Shareholders"). According to the SEC EDGAR website, the Q3 2022 Letter to Our Shareholders filed on November 1, 2022 was accepted by the SEC at 4:12 PM ET.  *See* "Filing Detail: Enovix Corporation Form 8-K," *SEC EDGAR*, November 1, 2022, https://www.sec.gov/Archives/edgar/data/1828318/000182831822000059/0001828318-22-000059-index.htm.

[25] Complaint, ¶¶ 160–161 (emphasis removed from original).

[26] Complaint, ¶ 162.

close of $17.99 per share on November 1, 2022 to $10.53 per share by close of trading on November 2, 2022….[27]

21.      Plaintiffs allege that the Q3 2022 Letter to Our Shareholders "did not fully reveal to the market the extent of the undisclosed risks:  the Company's continuing failure to achieve anywhere close to commercial production capacity and quality with its long-touted Fab-1 equipment."[28]

### 2.      January 3, 2023:  Special Presentation

22.      On January 3, 2023, after market close, Enovix held a special presentation for shareholders ("January 3, 2023 Special Presentation").[29]  Plaintiffs point to various pieces of information in connection with this alleged corrective disclosure.

23.      Regarding Fab-1 equipment, Plaintiffs claim that:

> [Defendant T.J.] Rodgers … provided more information on the first production line at Fab-1 and its disappointing output:  Line 1 is the one we brought in the airplane, it's a Fremont wearables line, meaning make small batteries, uses the same heads, but it's nonfunctional for automation point of view.  That means its rated capacity of 550 UPH is really more like 100.  Obviously that wreaks havoc with output and promises.  Line 2, meanwhile, was incomplete according to Rodgers.  "It's only a partial line.  We only built half the line," he told investors on the January 3, 2023 call, "we didn't want to commit to the second half of the Line 2, until Line 1 worked."  Rodgers went on:  If we run [the second line] at high OEE [(Overall Equipment Effectiveness)] and high UPH, it then goes to 22.5 seconds when we lost the automation and the UPH dropped from 550 to 100.  And it then went to 72 seconds when the OEE dropped because of the lack of automation and the need to do manual stuff in the yield problem.  So what we started out is the battery every 2 seconds, ended up battery every 72 seconds, a battery 1 minute roughly.  That's been the problem and it's got multiple causes.  According to Rodgers, the equipment was "rated at 550" UPH, but Rodgers admitted that "we don't think that machine if we worked on it forever would be over 200 [UPH]…."[30]

---

[27] Complaint, ¶¶ 163–165.
[28] Complaint, ¶ 167.
[29] *See* Enovix Corporation, Form 8-K, Filed on January 3, 2023, EX-99.1 ("January 3, 2023 Special Presentation"); Enovix Corporation Special Call Transcript, January 3, 2023, 5:00 PM ET ("January 3, 2023 Special Presentation Transcript").
[30] Complaint, ¶¶ 176–178.

24.     With respect to the production lines of the planned second manufacturing location ("Fab-2"), Plaintiffs allege that:

> Rodgers also announced further delays to the Gen2 manufacturing lines, which could be traced back to the problems with Fab-1 and its "Gen1" production lines…. Rodgers acknowledged that the buildout of the Gen2 lines would be delayed by several months, to the end of 2023 or beginning of 2024. The revenues from the Gen2 lines that investors had previously been told to expect in early 2024 were therefore no longer possible.[31]

25.     With respect to the role of the FAT, Plaintiffs allege that:

> [Enovix COO Ajay] Marathe confirmed the critical importance of passing the FAT, explaining that the Company's confidence in its production lines "becomes at the very high point when we finish doing the factory acceptance test. When we're actually at the vendor, the machine is working, is running. It's running both the sprint UPH. It's running the uptime, it's running those types of things improved, actually seeing it. That's when typically the confidence is high and you start triggering the long lead time items." In other words, successful completion of the FAT provides a company with the confidence necessary to support significant investments of time and money into the equipment installation and qualification process. When Enovix waived the requirement that its Fab-1 manufacturing equipment pass the FAT, it lacked the necessary confidence to make these major investments and foreseeably ran into serious delays and operating problems when attempting to ramp up the Fab-1 equipment for commercial scale production. Accordingly, waiving successful completion of the FAT after months of failed tests was a material fact that Defendants failed to disclose to investors until November 2022.[32]

26.     Finally, Plaintiffs assert that:

> In response to the news disclosed in the January 2023 special presentation, Enovix's share price dropped 41%, from a close of $12.12 per share on January 3, 2023 to a close of $7.15 on January 4, 2023, on unusually high trading volume. This decline was caused, at least in part, by the disclosure of new information revealing to a larger extent the scope of the materialized risks concealed by Defendants' misrepresentations and omissions….[33]

---

[31] Complaint, ¶¶ 179–180.
[32] Complaint, ¶¶ 183–184.
[33] Complaint, ¶¶ 185–186.

27.    Plaintiffs allege that "the January 3, 2023 presentation also did not fully reveal to the market the extent of the undisclosed risks, which continued to materialize,"[34] and claim one additional alleged corrective disclosure, discussed next.

### 3.    October 3, 2023:  Strategic Realignment Press Release

28.    On October 3, 2023, before market open, Enovix issued a press release announcing a strategic realignment of Fab-1.[35]  Plaintiffs allege that Enovix announced that it was "abandoning commercial production operations at Fab-1 altogether"[36] and that the realignment was designed to "refocus the facility from a manufacturing hub to its 'Center for Innovation,' focused on new product development."[37]  In addition, Plaintiffs quote Enovix as stating that this realignment would "result in a reduction of the workforce in Fremont that had been dedicated to supporting 24/7 manufacturing by approximately 185 personnel, including over 125 contractors."[38]

29.    Plaintiffs allege that, on this day:

> In response to this news, Enovix's share price fell 13%, from a close of $11.81 per share on October 2, 2023 to a close of $10.30 on October 3, 2023, on unusually high trading volume.  This decline was caused at least in part by the revelation that Enovix had completely given up on Fab-1's ability to achieve commercial production capacity.  After years of failed testing and attempted improvements, the Company was finally forced to pull the plug on the long-touted revenue-generating, commercial production prospects of its production lines at Fab-1.  As a result, the Company [would need] to write off $36 million of Fab-1 equipment and lay off 185 people at its Fremont facility.[39]

---

[34] Complaint, ¶ 188.
[35] Enovix Corporation Press Release, "Enovix Announces Strategic Realignment of Fab1 to Improve Operational Efficiency and Enhance Technology Development," *GlobeNewswire,* October 3, 2023 ("October 3, 2023 Press Release").  The October 3, 2023 Press Release was published at 7:30 AM ET.
[36] Complaint, ¶ 23.
[37] Complaint, ¶ 189.
[38] Complaint, ¶ 189.
[39] Complaint, ¶¶ 190–191.

## V.    Background on Enovix

### A.    Enovix Before the Start of the Putative Class Period

30.    Prior to the beginning of the Putative Class Period, Enovix described itself as designing and developing "an advanced silicon-anode lithium-ion battery" using a proprietary technology that the Company had developed, and announced its intention to commercially manufacture these batteries.[40]  Enovix stated that it was a "development stage company that had no product revenue to date" and that it had "sampled batteries to multiple customers that ha[d] validated the performance of [its] products."[41]  However, these samples had been manufactured using its "pilot production equipment,"[42] which did not allow for production at scale.[43]  As part of the plan to "commercially manufacture" these batteries, Enovix was developing Fab-1, its planned first manufacturing location, and the first phase of its growth strategy to scale production.[44]  At the time, Enovix stated it was in the process of equipping its first Gen1 production line with a combination of industry-standard equipment and proprietary equipment developed by Enovix.[45]

31.    According to Enovix, each of the planned Gen1 production lines to be installed at Fab-1 was segmented into four zones—"Zone1 – Electrode Fabrication," "Zone2 – Battery Assembly,"

---

[40] August 2, 2021 Form S-1, p. 33 ("We design, develop, and plan to commercially manufacture an advanced silicon-anode lithium-ion battery using proprietary 3D cell architecture that increases energy density and maintains high cycle life.").

[41] August 2, 2021 Form S-1, p. 1 ("Between 2012 and 2017, we procured and installed pilot production equipment, representative of the equipment set that would be used in manufacturing.  In 2018, we altered our manufacturing approach to a mechanical stacking platform that improved the manufacturability of our products.  Since 2018, we have sampled batteries to multiple customers that have validated the performance of our products.…  We are a development stage company that has no product revenue to date…").

[42] August 2, 2021 Form S-1, p. 1 ("Between 2012 and 2017, we procured and installed pilot production equipment, representative of the equipment set that would be used in manufacturing.  In 2018, we altered our manufacturing approach to a mechanical stacking platform that improved the manufacturability of our products.  Since 2018, we have sampled batteries to multiple customers that have validated the performance of our products.…  We are a development stage company that has no product revenue to date…").

[43] August 2, 2021 Form S-1, p. 35 ("[O]ur pilot plant that is not of a scale economically feasible to us for commercial production.").

[44] August 2, 2021 Form S-1, pp. 31, 61 (emphasis in original) ("**Our Growth Strategy** — We have developed and are now executing a three-phase growth strategy that will first commercialize the silicon anode Li-ion battery in the mobile device market in Fab-1 by Q2 2022, then scale production to penetrate multiple mobile device markets profitably in Fab-2 by 2023 and, finally, enter the EV market in the mid-2020s. ***Phase One: Production and Commercialization*** — We have completed construction and are now equipping our initial Fab-1 production facility in Fremont, California.").

[45] August 2, 2021 Form S-1, p. 56 ("Our team has developed an innovative low-cost approach that uses the conventional Li-ion battery cell manufacturing equipment on approximately 70% of the manufacturing process, while using our own proprietary tools on the approximately 30% of the processes focused on laser patterning and stacking of electrodes.").

"Zone3 – Battery Packaging," and "Zone4 – Formation & Test."[46]  Enovix stated prior to the start of the Putative Class Period that (i) electrode fabrication would use industry-standard equipment, (ii) cell assembly would use a combination of industry-standard and proprietary equipment, (iii) packaging would use industry-standard equipment, and (iv) formation and testing would use a combination of industry-standard and proprietary equipment.[47]  At the start of the Putative Class Period, Enovix specified that its proprietary equipment was procured from U.S.-based factory automation vendors and that some of its industry-standard equipment had been shipped from Asia.[48]  I understand that Yinghe supplied certain industry-standard equipment for the first Gen1 production line ("Gen1 production line 1").[49]  I further understand that the equipment supplied by Yinghe was only used in Zone 3 of the production line.[50]

32.     In an investment presentation dated February 22, 2021 ("Merger Investor Presentation"), Enovix disclosed that its process to reach manufacturing scale at Fab-1 included two acceptance testing stages—the FAT and the site acceptance test ("SAT")—which would be followed by "months" of work "bringing up and qualifying and characterizing the tools, so that they're optimally set up before you start actually building customer qualification samples."[51]  At the time, Enovix stated in a footnote that the FAT required that the procured equipment "perform to specification" at the vendor's facility before being shipped to Enovix.[52]  Enovix disclosed at the

---

[46] Merger Investor Presentation, p. 39.  In its SEC filings, Enovix referred to different zones as, for example, "Zone 1" or "Zone1" and appeared to use these terms interchangeably.  *See*, *e.g.*, Enovix Corporation, Form 8-K, Filed on December 7, 2021, EX-99.2 ("December 7, 2021 Form 8-K, Exhibit-99.2"), p. 21.

[47] August 2, 2021 Form S-1, pp. 57–58; Merger Investor Presentation, p. 53.

[48] Enovix Corporation, Form 8-K, Filed on August 10, 2021, EX-99.1 ("Q2 2021 Letter to Our Shareholders"), pp. 2–3 ("During the quarter, we were able to take receipt of the key equipment for our first production line at our Fab-1 facility in Fremont, California … [including] over 60 tons of manufacturing equipment from Asia….  In the quarter we were able to install and begin qualifying our first production line at our headquarters in Fremont.  This line includes a combination of Enovix-designed proprietary equipment from tier one U.S.-based factory automation vendors as well as standard battery industry production equipment.").

[49] *See* Enovix Corporation Presentation, "Supply Chain Overview by Region," Enovix_0097795, p. 4.

[50] *See* Email dated November 18, 2020, "RE: Transpak / Enovix Project Review," with attachment "Tool Delivery Date Status 20201117.xlsx," Enovix_0177094–108 at 108.  *See also* Enovix Corporation Presentation, "Supply Chain Overview by Region," Enovix_0097795, pp. 10–11.  The Complaint alleges that "[a]ccording to both FE9 and FE2, the production of a large portion of the Fab-1 equipment, the critical areas of the production lines used for battery Assembly and Packaging, were outsourced to Yinghe."  *See* Complaint, ¶ 97.  I therefore understand Plaintiffs' allegations to be that equipment supplied by Yinghe was used in both Zone 2 and Zone 3.  I have been instructed by counsel to assume that, consistent with my review of Enovix internal documents, equipment supplied by Yinghe was only used in Zone 3.

[51] Merger Investor Presentation, pp. 41, 48; Enovix Corporation Rodgers SVAC Merger Presentation Transcript, February 22, 2021 ("Merger Investor Presentation Transcript"), p. 10.

[52] Merger Investor Presentation, p. 41, footnote 1 ("Factory Acceptance Test.  Equipment must perform to specification at the vendor's factory before shipment to Enovix and must pass another test after installation at the

start of the Putative Class Period that the SAT required confirming individual pieces of equipment met performance requirements after being installed in Fab-1.[53]

33.     Prior to the beginning of the Putative Class Period, Enovix publicly announced production and financial targets.  The Company's production targets related to both Fab-1 and its second planned manufacturing facility, Fab-2.  In the Merger Investor Presentation on February 22, 2021, Enovix disclosed the following production targets:  (i) beginning Fab-1 production by Q1 2022; (ii) acquiring and retrofitting Fab-2; (iii) first revenue for Fab-1 and Fab-2 in Q2 2022 and Q2 2023, respectively; and (iv) production capacities for Fab-1 and Fab-2 of 45 million battery cells (254 megawatt-hours) and 89 million battery cells (1.53 gigawatt-hours), respectively.[54]  In the same presentation, Enovix provided revenue targets of $176 million in FY 2023, $410 million in FY 2024, and $801 million in FY 2025.[55]  Enovix also filed a transcript of the February 22, 2021 investor presentation (the "Merger Investor Presentation Transcript") with the SEC, in which the Company stated it would "exit 2025 at a $1 billion [revenue] run rate."[56] On August 2, 2021 Enovix re-iterated some of these prior production targets—specifically, (i) beginning Fab-1 production by Q1 2022 and commercial delivery by Q2 2022, (ii) a maximum FY 2025 production capacity for Fab-1 of "approximately 254 megawatt-hours," (iii) acquiring and retrofitting Fab-2, and (iv) achieving total production capability of "1.78 gigawatt-hours" across both Fab-1 and Fab-2.[57]

34.     In addition, prior to the start of the Putative Class Period, Enovix disclosed numerous risks related to production plans.  These included risks related to improving the energy density of its battery cells, the sourcing of necessary components and supplies, controlling costs, and

---

Enovix site.").  I understand that, in its MTD Order, the Court declined to rely upon this footnote in interpreting later-in-time statements made by the Company and did not view the footnote as an actionable misstatement.  *See* MTD Order, p. 15 (describing it as a "small footnote at slide 41 of a presentation containing more than 60 slides," noting that later statements made by the Company did "not reference the footnote," and concluding "liability [could not] attach to a statement contained in a footnote of a presentation given four months before the start of the class period").

[53] Q2 2021 Letter to Our Shareholders, p. 3 ("With the equipment for Line 1 installed, our factory is now undergoing qualification.  The first step in this process is a site acceptance test to confirm the individual pieces of equipment are meeting performance requirements.").

[54] Merger Investor Presentation, pp. 17, 51.

[55] Merger Investor Presentation, p. 55.

[56] Merger Investor Presentation Transcript, p. 11.

[57] August 2, 2021 Form S-1, p. 61.

achieving and scaling up production.[58]  With respect to Enovix's manufacturing process, the

Company identified numerous risks that could delay or otherwise negatively impact production:

> Although we have developed our Li-ion battery technology, we rely heavily on a new and complex manufacturing process for the production of our lithium-ion battery cells, all of which has not yet been developed or qualified to operate at large-scale manufacturing volumes.  This will require us to bring up a first-of-its-kind automated production line to produce our batteries.  **It may take longer than expected to install, qualify and release this line and require modifications to the equipment to achieve our goals for throughput and yield**.  The work required to develop this process and integrate equipment into the production of our lithium-ion battery cells is time intensive and requires us to work closely with developers and equipment providers to ensure that it works properly for our unique battery technology.  **This integration work will involve a significant degree of uncertainty and risk and may result in the delay in the scaling up of production or result in additional cost to our battery cells**.
> …
> **Unexpected malfunctions of our production equipment may significantly affect the intended operational efficiency.  The people needed to remedy these malfunctions may not be readily available.**  In addition, because this equipment has not been used to build lithium-ion battery cells, **the operational performance and costs associated with this equipment can be difficult to predict and may be influenced by factors outside of our control, such as, but not limited to**, failures by suppliers to deliver necessary components of our products in a timely  manner and at prices and volumes acceptable to us, environmental hazards and remediation, difficulty or delays in obtaining governmental permits, **damages or defects in systems**, industrial accidents, fires, seismic activity and other natural disasters.
> …
> Even if we are able to successfully develop this new and complex manufacturing process **we may not be able to produce our lithium-ion batteries in commercial volumes in a cost-effective manner**.
> …
> **If we are unable to cost-efficiently manufacture, market, sell and distribute our lithium-ion batteries and services, our margins, profitability and prospects would be materially and adversely affected.**  We have not yet produced any lithium-ion battery cells at volume and **our forecasted cost advantage for the production of these cells at scale**, compared to conventional lithium-ion cells, **will require us to achieve rates of throughput**, use of electricity and consumables, **yield and rate of automation** demonstrated for mature battery, battery material **and manufacturing processes, that we have not yet achieved**.  We are planning on improving the productivity and reducing the cost of our production lines relative to the first line we build.  In addition, we are

---

[58] August 2, 2021 Form S-1, pp. 7–9.

planning on continuous productivity improvements going forward. **If we are unable to achieve these targeted rates or productivity improvements, our business will be adversely impacted**.[59]

35.    Securities analysts covering Enovix prior to the start of the Putative Class Period commented on Enovix's manufacturing risks.  For example:

**Colliers Securities, July 7, 2021**
We consider manufacturing to be the greatest remaining challenge for the company.  Enovix today is qualifying customers and equipping their first fabrication plant.  Enovix uses a "roll-to-stack" assembly process that was designed to be more precise, less expensive and faster than other methods that existed at the time.  The novel assembly process is automated, and uses 30% proprietary/70% industry-standard equipment.  We acknowledge the risks associated with implementing a new assembly process at scale.[60]

**Colliers Securities, July 16, 2021**
While investors beg the question on why [large battery incumbents] have yet to acquire Enovix, our response would be that the company still needs to prove out its manufacturing processes.…  While we acknowledge that Enovix has proven its EX-1 battery as a formidable technology in terms of cost and density, it has not yet been manufactured at scale.  Moreover, the architecture of the EX-1 is entirely new, and requires a unique manufacturing process that was developed internally. Enovix employs a mostly automated manufacturing assembly that involves a high-precision, laser-cutting and stacking process.  Thus, there are a multitude of potential setbacks to consider before Enovix can scale manufacturing.  Moreover, manufacturing problems could lower the estimated output of fab-1, negatively impacting the cost structure of the business and/or revenue capacity.[61]

**Northland, July 16, 2021**
Risks to the achievement of price target:  Fab Ramp — The company's ability to ramp its three Fab facilities is crucial for them to execute their business plan.[62]

---

[59] August 2, 2021 Form S-1, pp. 7–9 (emphasis added).  Enovix had previously disclosed the same risks in its May 10, 2021 Registration Statement.  *See* Rodgers Silicon Valley Acquisition Corp., Form S-4/A, Filed on May 10, 2021, pp. 32–34.

[60] "Coming to a Battery Near You. Initiating Coverage with a $32PT and Buy Rating," *Colliers Securities*, July 7, 2021.

[61] "Notes from the Enovix Advanced Battery Production Showcase," *Colliers Securities*, July 16, 2021.

[62] "Enovix Analyst Day: Disruptive Technology on Display," *Northland Capital Markets*, July 16, 2021 (emphasis removed from original).  *See also* "RSVA/Enovix Powering Wearables," *Northland Capital Markets*, April 7, 2021; "Why a Better Battery is Needed, Captain We Don't Have Enough Power," *Northland Capital Markets*, May 10, 2021; "Enovix Re-inventing the Li-Ion Battery," *Northland Capital Markets*, June 1, 2021.

**B.    Enovix at the Time of the Alleged Misstatement**

36.    After market close on August 10, 2021, the start of the Putative Class Period, Enovix issued its "Letter to Our Shareholders" for the second quarter of 2021 ("Q2 2021 Letter to Our Shareholders") and held an earnings call with securities analysts.[63]  The Q2 2021 Letter to Our Shareholders contained the Alleged Misstatement.  According to my event study model, the residual return (-2.76%) on August 11, 2021, the trading day following the August 10, 2021 Alleged Misstatement, is not statistically significant (t-statistic = -0.60).[64]

37.    In the Q2 2021 Letter to Our Shareholders, Enovix discussed the delivery, installation, and qualification of Fab-1 equipment:

> During the quarter, we were able to take receipt of the key equipment for our first production line at our Fab-1 facility in Fremont, California, despite the current global supply chain disruptions.  This required a heroic effort on the part of our team, including a crucial decision to charter an Antonov An-124, one of the world's largest cargo planes, to fly over 60 tons of manufacturing equipment from Asia to San Francisco International Airport.  We believe that this decision may have avoided delays of up to three months in the buildout of our Fremont production facility.  Going the extra mile to stay on schedule has been extremely well received by our customers….
>
> In the quarter we were able to install and begin qualifying our first production line at our headquarters in Fremont.
> …
> With the equipment for Line 1 installed, our factory is now undergoing qualification.  The first step in this process is a site acceptance test to confirm the individual pieces of equipment are meeting performance requirements.  This follows factory acceptance testing already performed at the vendor's facility before taking delivery.[65]

38.    In the Q2 2021 Letter to Our Shareholders, the Company reiterated its Fab-1 production targets of beginning production by Q1 2022 and first product revenue by Q2 2022.[66]  Enovix also

---

[63] According to the SEC EDGAR website, the Q2 2021 Letter to Our Shareholders filed on August 10, 2021 was accepted by the SEC at 4:05 PM ET.  The Q2 2021 Letter to Our Shareholders announced the earnings call was on August 10, 2021 at 5:00 PM ET.  *See* Q2 2021 Letter to Our Shareholders; "Filing Detail: Enovix Corporation Form 8-K," *SEC EDGAR*, August 10, 2021,
https://www.sec.gov/Archives/edgar/data/1828318/000095017021001171/0000950170-21-001171-index.htm.
[64] *See* **Appendix D**.
[65] Q2 2021 Letter to Our Shareholders, pp. 2–3.
[66] Q2 2021 Letter to Our Shareholders, p. 2.

noted a Fab-2 production target of first product revenue by Q2 2023 and a revenue target of over $1 billion of annualized revenue by Q4 2025.[67]  In the same letter, Enovix wrote that "[s]caling production is no small task and requires continuous improvement in throughput and yield."[68] Consistent with this, the Company disclosed the same risk factors it had stated before the start of the Putative Class Period, including the numerous risks that could delay or otherwise negatively impact production.[69]

39.     Following the release of the Q2 2021 Letter to Our Shareholders, securities analysts continued to discuss the complexity and novelty of Enovix's manufacturing process and risks related to reaching manufacturing scale.  For example:

> **Colliers Securities, August 11, 2021**
> We reiterate our belief that the **final remaining challenge is manufacturing at scale**.  …[O]ur attention is solely on 1) Enovix proving the EX-1 performance/specifications are met when produced by their fully automated assembly line (we should know by the end of the year) and 2) Fab-1 can achieve their target capacity of 45 million battery cells annually.[70]

> **Oppenheimer, August 16, 2021**
> **Manufacturing Risk:**  Enovix relies on a complex and novel manufacturing process for its operations, and, as such, ramping production involves a significant degree of risk as well as uncertainty in terms of resulting operational performance and associated costs.
> …
> **Execution Risk:**  Enovix has not yet produced any lithium ion battery cells at scale and its inability to do so in a manner that allows it to achieve its forecast cost advantage for those cells, through the realization of rates of throughput, use of electricity and consumables, yield and rate of automation of mature battery, battery material, and manufacturing process, relative to conventional lithium-ion cells, would adversely impact its business.[71]

Securities analysts also repeated commentary related to these risks that had been included in reports prior to the start of the Putative Class Period.  For example:

---

[67] Q2 2021 Letter to Our Shareholders, p. 3.
[68] Q2 2021 Letter to Our Shareholders, p. 5.
[69] Enovix Corporation, Form 8-K, Filed on August 10, 2021, EX-99.3, pp. 2–4.
[70] "One Step Closer to Production and First Commercial Revenue. Reiterate Buy and $32PT," *Colliers Securities*, August 11, 2021 (emphasis added).
[71] "ENVX: Scaling Disruptive Battery Tech; Initiating with Outperform and $32 PT," *Oppenheimer*, August 16, 2021 (emphasis in original).

**Northland, August 11, 2021**
Risks to the achievement of price target:  Fab Ramp — The company's ability to ramp its three Fab facilities is crucial for them to execute their business plan.[72]

40.     Following the Q2 2021 Letter to Our Shareholders, although securities analysts discussed manufacturing risks, they did not discuss in their reports the FAT for Fab-1 equipment (including Fab-1 equipment supplied by Yinghe), the Alleged Misstatement, or any connection between FAT results for Fab-1 equipment and their views as to the manufacturing risks Enovix faced.[73]

C.    **Enovix from the Time of the Alleged Misstatement Until the November 1, 2022 Q3 2022 Earnings Release**

41.     Between August 10, 2021, the time of the Alleged Misstatement, and November 1, 2022, the day Enovix announced its Q3 2022 financial results, the Company made numerous disclosures about issues relating to its manufacturing and scale-up.  For example, Enovix disclosed in May and June 2022 that it "ha[d] experienced challenges associated with building out Fab-1 including technical issues negatively impacting yield and volume production"[74] and that "improvement on yields and throughput … [was] going to be a task that [it would be] working on all of [2022] and to some part of [2023]."[75]  Notably, in the August 10, 2022 Q2 2022 Letter to Our Shareholders, Enovix stated it was "prioritizing manufacturing improvements over shipments.  This includes taking portions of [its] first production line down to install planned automated conveyance and implementing throughput and reliability enhancements for multiple process modules."[76]  This and other examples are provided with additional detail below:

---

[72] "Many Milestones Met in the Quarter," *Northland Capital Markets*, August 11, 2021 (emphasis removed from original).

[73] Based on my review of all securities analyst reports that I was able to obtain and that were published on the day of and in the seven calendar days after the Alleged Misstatement.  I note that one analyst report in this period included a table from the Merger Investor Presentation of the Fab-1 schedule that included the FAT.  *See* "ENVX: Scaling Disruptive Battery Tech; Initiating with Outperform and $32 PT," *Oppenheimer*, August 16, 2021, p. 21.  However, I did not identify any analyst reports that included discussion or otherwise addressed the FAT for Fab-1 equipment.

[74] Enovix Corporation, Form 10-Q for the Quarterly Period Ended April 3, 2022, Filed on May 18, 2022 ("Q1 2022 Form 10-Q"), p. 16.

[75] Enovix Corporation (J.P. Morgan Energy, Power & Renewables) Conference Presentation Transcript, June 22, 2022, 3:05 PM ET ("J.P. Morgan Energy, Power & Renewables Conference Presentation Transcript"), p. 10.

[76] Enovix Corporation, Form 8-K, Filed on August 10, 2022, EX-99.1 ("Q2 2022 Letter to Our Shareholders"), p. 1.

**Q4 2021 "Letter to Our Shareholders," March 3, 2022**
**Our team has identified opportunities for manufacturing performance improvements as we have brought up the first production line.**

…

We have commenced deliveries from Fab-1 to our lead customers.  Getting to this point was not easy.  **We have overcome obstacles such as extended shipping times and intermittent vendor support during equipment bring-up resulting from COVID travel restrictions to/from Asia.**  Fab-1 features a first-of-its-kind line for battery production.  **As a result, every day we solve problems needed to improve yield and output.**

…

In 2022, we plan to incrementally scale up output from Fremont line 1 to produce batteries for the wearables market while bringing up line 2 in Fremont to make larger cells for customer qualification in the mobile communications and laptop markets.[77]

**Q1 2022 "Letter to Our Shareholders," May 11, 2022**
With production underway, our focus in Fab-1 is on increasing volumes and yields.  The large majority of the process steps that make up Fab-1 operate today at very high yields.  **A small number are yielding below 95%, and we have a documented plan to drive these to their targeted yields.  Delivering to plan is a journey of many incremental improvements that our operations team undertakes daily.**

…

During the first quarter we continued to enhance the throughput and automation of Fab-1.

…

**Our goals in the second quarter are to 1) continue to drive improvement in output and yield at Fab-1…**[78]

---

[77] Enovix Corporation, Form 8-K, Filed on March 3, 2022, EX-99.1 ("Q4 2021 Letter to Our Shareholders"), pp. 1, 3 (emphasis added).  *See also* Enovix Corporation, Form 424B3, Filed on June 17, 2022 ("June 17, 2022 Form 424B3"), p. 31 ("Fab-1 features a first-of-its-kind line for battery production.  As a result, we regularly face and overcome new challenges to improve yield and output.").

[78] Q1 2022 Letter to Our Shareholders, pp. 2, 5 (emphasis added).  *See also* Q1 2022 Form 10-Q, p. 16 ("With production underway, our focus in Fab-1 is on increasing volumes and yields.  The large majority of the process steps that make up Fab-1 operate today at very high yields.  A small number are yielding below 95%, and we have a documented plan to drive these to their targeted yields.").  *See also* June 17, 2022 Form 424B3, p. 31 ("With production underway, our focus in Fab-1 is on increasing volumes and yields.  The large majority of the process steps that make up Fab-1 operate today at very high yields.  A small number are yielding below 95%, and we have a documented plan to drive these to their targeted yields.  Delivering to plan is a journey of many incremental improvements that our operations team undertakes daily.").

**Q1 2022 Form 10-Q, May 18, 2022**
We have **experienced challenges associated with building out Fab-1** including **technical issues negatively impacting yield and volume production**.[79]

**J.P. Morgan 2022 Energy, Power and Renewables Conference, June 22, 2022**
We're going to be working -- while we've seen great improvement on **yields and throughput** this year, that's actually going to be a task that **we are working on all of this year and to some part of next year**.[80]

**Q2 2022 "Letter to Our Shareholders," August 10, 2022**
**To meet our projected future demand, we need to increase our manufacturing throughput and yield metrics.  Meeting our goals will be a multi-quarter endeavor.**  In the third quarter we are prioritizing manufacturing improvements over shipments.  **This includes taking portions of our first production line down** to install planned automated conveyance and **implementing throughput and reliability enhancements for multiple process modules.**
…
We expect to exit 2023 producing annualized output of single-digit millions of units from both manufacturing lines combined in Fab-1.
…
We now **expect between $6 million and $8 million of revenue for full-year 2022 based on our prioritization of improvement activities in the Fab-1 during the current quarter over shipments.**[81]

**Q2 2022 Earnings Call, August 10, 2022**
I've got pretty high expectations for what I think manufacturing … needs to be.  And [being] frank, **we're not to those expectations yet**.
…
**We have in-line deals issues that we're working on**, right?  And these end up being primarily things where you're working on tweaking equipment throughout the line to make the product run better and to reduce fallout throughout the line.
…
And I'm seeing we're making those improvements.  **It's just going to take**

---

[79] Q1 2022 Form 10-Q, p. 16 (emphasis added).  *See also* June 17, 2022 Form 424B3, p. 31.

[80] J.P. Morgan Energy, Power & Renewables Conference Presentation Transcript, p. 10 (emphasis added).

[81] Q2 2022 Letter to Our Shareholders, pp. 1, 5 (emphasis added).  *See also* Enovix Corporation FQ2 2022 Earnings Call Transcript, August 10, 2022, 4:00 PM ET ("Q2 2022 Earnings Call Transcript"), p. 5 ("We are prioritizing Fab 1 improvements in the third quarter.  This includes taking the line down for portions of the quarter to improve individual process modules and install planned battery conveyor.  Our goal is to do the needed work in Q3 to position us for the start of our production ramp to close the year.").  *See also* Enovix Corporation, Form 10-Q for the Quarterly Period Ended July 3, 2022, Filed on August 16, 2022, p. 35 ("Although we have developed our Li-ion battery technology, we rely heavily on a new and complex manufacturing process for the production of our lithium-ion battery cells, all of which has not yet been qualified to operate at large-scale manufacturing volumes.  To meet our projected future demand, we believe we need to increase our manufacturing throughput and yield metrics.  Meeting our goals will be a multi-quarter endeavor.").

**several quarters time to get that stuff done.**

…

I would view that **the production output is pretty low in Q3 [2022]**.[82]

42.     Throughout this period, securities analysts discussed the issues Enovix disclosed relating to its manufacturing and scale-up, including in connection with analysts' reduction of their revenue forecasts for the Company.  For example:

**Colliers Securities, March 18, 2022**
It would certainly make sense to deploy cash now to ramp capacity.  However, the pace of improvement Enovix is achieving is leading us to believe there is substantial long term value to be had in pursuing further technology advancements -- before ramping to full fab-1/fab-2 capacity.  We agree with management that it's not yet the time to go all-in on expanding capacity.  Thus, we are resetting our 2023-2025 estimates lower.  Our new 2023 revenue/EPS estimate of $80MM/$(0.74) compares to our prior $170MM/$(0.66) estimate and consensus $147.4MM/$(0.62).[83]

**Northland, July 6, 2022**
We are trimming estimates.  We believe ENVX only shipped batteries for revenue in the last couple of weeks in the quarter.  Moreover, the Company is being exceedingly cautious to ensure product quality.

…

We also slip out the company's product revenue a quarter and reduce the rate of increase.  This is not due to a lack of demand, the capability of ENVX technology, or our confidence in the Company.  It is a function of the complexity of ramping up a new manufacturing process, and the Company's aspiration of being a reliable supplier with 0 defects.[84]

**Craig-Hallum, July 20, 2022**
[S]ucceeding as a disruptor takes time and making sure first product from volume production is defect free cannot be understated.  We are adjusting our estimates lower to account for longer time to ramp production and ensuring product testing before shipping.

…

As for manufacturing, initial shipments to the company's first smartwatch

---

[82] Q2 2022 Earnings Call Transcript, pp. 8–9, 13 (emphasis added).
[83] "Notes from Factory Visit," *Colliers Securities*, March 18, 2022.
[84] "Rome Wasn't Built in a Day, neither Is a New Battery MFR Process," *Northland*, July 6, 2022.

customer come out of Fab-1 and came later than we expected (late June, implying only 1-2 weeks of contribution in Q2).[85]

**J.P. Morgan, August 5, 2022**
The challenge Enovix faces is not generating demand but meeting demand[.] Thus, one of the company's primary points of focus is scaling up their manufacturing, beginning with Fab-1.  Most production processes undergone in Fab-1 have yields >95%, and Enovix has plans to improve the yields of the remaining processes.  In Q1, Enovix was able to enhance the throughput and automation of Fab-1[.]
…
Due to the current scaling up of production, Enovix will likely be experiencing lower yields in its factories and suboptimal utilization, which combined with depreciation will likely translate to negative gross margins.[86]

**Cowen, August 10, 2022**
FY22 revenue guidance of $6-8MM sits +3% vs. consensus at the midpoint, and implies little contribution in 2H22 with planned downtime on line 1 to add automated conveyance and improve throughput/yield.[87]

**J.P. Morgan, August 11, 2022**
Enovix is slowing the pace of cell shipments to customers, making a prudent choice, in our view, to focus on improving yields and debottlenecking Fab-1 and determining the right process and equipment choices for future lines in order to better meet future demand.  As a result, full-year 2022 revenues at the midpoint of revised guidance will likely come well below prior expectations.
…
The reduced revenue guide for the full year is due to the company focusing on making manufacturing improvements, most of which will likely occur in 3Q.[88]

**Oppenheimer, August 11, 2022**
ENVX indicated that retooling for yield and capacity improvements would see the Fab 1 taken offline for part of 3Q22, with production ramp beginning in 4Q22 and reaching run rate by YE23.
…

---

[85] "Volume Production + Revenue Ramp a Matter of Timing.  Confidence in Overall Game Changing Technology Remains.  Fab-2 Location Coming Soon. Reducing Estimates but Reiterating Buy Rating, $20 Price Target," *Craig-Hallum*, July 20, 2022.

[86] "Emerging Leader of the (Battery Startup) Pack - Initiating at Overweight," *J.P. Morgan*, August 5, 2022 (emphasis removed from original).

[87] "2Q22 Recap:  Funnel Growing and Lt Potential Well Intact," *Cowen*, August 10, 2022.

[88] "2Q Review:  Growing Customer Interest Outshines N-T Growing Pains - Poised to Capitalize on Demand for Advanced Batteries," *J.P. Morgan*, August 11, 2022.

ENVX lowered the top end of FY22 revenue guidance, now expecting $6-8M in sales … vs. prior guidance of $6-12M…[89]

43.     Securities analysts also continued to discuss the risks related to Enovix's ability to manufacture at scale, including reiterating statements from reports published prior to the start of the Putative Class Period.  For example:

**Cowen, February 1, 2022**
Scaling new battery technologies to volume production levels carries execution risk, and we expect management to comment on utilization/yield achieved in the early days of Fab-1.[90]

**Colliers Securities, April 14, 2022**
While we acknowledge that Enovix has proven its EX-1 battery as a formidable technology in terms of cost and density, it has not yet been manufactured at scale.[91]

**Loop Capital, August 8, 2022**
[W]e see the following as the key risk hurdles we see that ENVX must traverse: … Scalability – the ability to produce batteries at scale may be [the] most currently prominent unknown.[92]

44.     Over this period, although securities analysts discussed manufacturing risks, they did not discuss in their reports either the FAT for Fab-1 equipment (including Fab-1 equipment supplied

---

[89] "ENVX:  Capacity Update Provides Ramp Clarity," *Oppenheimer*, August 11, 2022.

[90] "4Q21 EV Charging & Battery Preview: Volatility Creates Opportunity," *Cowen*, February 1, 2022, pp. 21–22; "1Q22 EV Charging & Battery Preview:  Disruptions in Focus," *Cowen*, April 20, 2022, p. 25.

[91] "Dropping Coverage," *Colliers Securities*, April 14, 2022, p. 2.  *See also* "Colliers Securities Investor Conference Preview," *Colliers Securities*, August 26, 2021, p. 3; "Key Milestone Achieved. First Batteries Produced from Fab-1 Automated Line. Reiterate Buy Rating and $32PT," *Colliers Securities*, September 22, 2021, p. 4; "Another Example Why Enovix Technology is Well-Suited for Electric Vehicles," *Colliers Securities*, September 30, 2021, p. 2; "Progress Across the Board. Disruptive Potential Still Underappreciated. Raising PT to $65. Reiterate Buy," *Colliers Securities*, November 9, 2021, p. 4; "EV Battery Update," *Colliers Securities*, December 8, 2021, p. 2; "Our Answer to 'Why Enovix, Why Now?'," *Colliers Securities*, January 20, 2022, p. 6; "Still on Track. Revenue Funnel Continues to Grow. Next-generation Production Lines on Deck. Tweaking Estimates. Reiterate Buy Rating and $65PT," *Colliers Securities*, March 4, 2022, p. 5; "Notes from Factory Visit," *Colliers Securities*, March 18, 2022, p. 5; "Notes from Factory Visit," *Colliers Securities*, April 12, 2022, p. 5.

[92] "Initiating Coverage:  'Enovix Inside' - Welcome To 'Battery Wars,'" *Loop Capital*, August 8, 2022 (emphasis removed from original).

by Yinghe) or the Alleged Misstatement, or any connection between FAT results for Fab-1 equipment and their views as to the manufacturing risks Enovix faced.[93]

### D.    The November 1, 2022 Q3 2022 Earnings Release

45.    After market close on November 1, 2022, Enovix issued its Q3 2022 Letter to Our Shareholders and then held an earnings call with securities analysts ("Q3 2022 Earnings Call").[94] According to my event study model, the residual return (-38.47%) on November 2, 2022, the trading day following the Q3 2022 Letter to Our Shareholders, was negative and statistically significant (t-statistic = -7.20).[95]

46.    In the Q3 2022 Letter to Our Shareholders, Enovix announced its Q3 2022 financial results and reaffirmed FY 2022 revenue guidance.[96]  Enovix stated that during the quarter it had focused on "manufacturing improvements over shipments in Fab-1" and that while it had "made encouraging progress on yields" the progress was "slower-than-expected."[97]  Enovix also noted that its work on manufacturing improvements in Fab-1 was "proving invaluable to the parallel activity of designing [its] first Gen2 Autoline," which Enovix "expected to result in higher speed manufacturing of [its] battery (up to 10x)."[98]  Enovix announced that as a result of these factors, it was "dialing back Gen1 throughput enhancement activities and anticipate[d] achieving lower overall output from Fab-1 in 2023 in favor of focusing on the Gen2 Autoline, which is the engine for [its] future scaling."[99]  Enovix stated that this would result in the Gen1 equipment "expect[ing] to exit 2023 at a run rate of under one million battery cells," with production increasing in 2024 as Gen2 Autolines would be brought up.[100]

---

[93] Based on my review of all available securities analyst reports that I was able to obtain and that were published between August 10, 2021 and October 31, 2022.  I note that some analyst reports in this period included a table from the Merger Investor Presentation of the Fab-1 schedule that included the FAT.  However, I did not identify any analyst reports that included discussion or otherwise addressed the FAT for Fab-1 equipment.

[94] According to the SEC EDGAR website, the Q3 2022 Letter to Our Shareholders filed on November 1, 2022 was accepted by the SEC at 4:12 PM ET.  The Q3 2022 Letter to Our Shareholders announced the earnings call was on November 1, 2022 at 5:00 PM ET.  *See* Q3 2022 Letter to Our Shareholders; "Filing Detail: Enovix Corporation Form 8-K," *SEC EDGAR*, November 1, 2022, https://www.sec.gov/Archives/edgar/data/1828318/000182831822000059/0001828318-22-000059-index.htm.

[95] *See* **Appendix D**.

[96] Q3 2022 Letter to Our Shareholders, pp. 5–12; Q2 2022 Letter to Our Shareholders, p. 5.

[97] Q3 2022 Letter to Our Shareholders, p. 1.

[98] Q3 2022 Letter to Our Shareholders, p. 1.

[99] Q3 2022 Letter to Our Shareholders, p. 1.

[100] Q3 2022 Letter to Our Shareholders, pp. 1–2.

47.     During the Q3 2022 Earnings Call, the Company discussed several aspects of its Gen2 Autoline that "illustrate[d] why and how Gen2 is such an improvement" relative to Gen1.[101]  In particular, Enovix identified improvements to laser patterning, stacking automation, the transportation and processing of batteries, and inspection and metrology.[102]  Enovix did not specify the supplier of any of the equipment for which significant improvements had been made or were expected to be made between Gen1 and Gen2.[103]  Enovix disclosed that it had already placed both initial and follow-on orders for Gen2 packaging equipment, but had not yet completed ordering Gen2 laser patterning systems and assembly equipment.[104]

48.     Following the Q3 2022 Letter to Our Shareholders and Q3 2022 Earnings Call, securities analysts discussed Enovix's slower-than-expected revenue ramp, with some of them attributing the Company's stock price decline on November 2, 2022 to this disclosure.  For example:

**Cowen, November 1, 2022**
Expect a negative knee-jerk reaction as the decision to place more effort on Gen2 improvements v Gen1 (makes sense for [long-term ("LT")]), slower-than-expected Gen1 improvements, and time required for Gen2 Autoline to scale to 9MM units/yr likely drives '23 / '24 revenue significantly lower.  LT still intact supported by 6 SAs >$200B in mkt cap with attractive gross/EBIT margin targets reiterated.[105]

**Piper Sandler, November 1, 2022**
The stock was indicated lower by ~8% in after-hours trading, presumably due to forward-looking comments that imply a slower revenue ramp in 2023 and beyond.[106]

**Loop Capital, November 2, 2022**
Stock was off 8-9% after-market as the decision to shift resources in 2023 from Fab 1 to Fab 2 / Gen 2 will have an impact on 2023 revenue.…  Shifting "resources" really means putting some of ENVX's best engineers more

---

[101] Enovix Corporation FQ3 2022 Earnings Call Transcript, November 1, 2022, 4:00 PM ET ("Q3 2022 Earnings Call Transcript"), p. 5.

[102] Q3 2022 Earnings Call Transcript, p. 5.

[103] *See* Q3 2022 Letter to Our Shareholders; Q3 2022 Earnings Call Transcript.  I further understand that the "laser patterning" and "stacking automation" improvements Enovix identified during the Q3 2022 Earnings Call concern Zones 1 and 2 of the production lines.  *See* December 7, 2021 Form 8-K, Exhibit-99.2, pp. 19–21; January 3, 2023 Special Presentation, pp. 39–40.

[104] Q3 2022 Letter to Our Shareholders, p. 1.

[105] "3Q22 Recap:  Attractive Gen-2 Economics; Slower Ramp Clears the Deck," *Cowen*, November 1, 2022.

[106] "Comments Imply Slower Ramp, but We're Unconcerned by Optics; Reiterate OW Rating," *Piper Sandler*, November 1, 2022.

exclusively on the Gen 2 case.  This pulls them away from continuing to tune up Fab 1, which will impact production.[107]

**Cowen, November 4, 2022**
We had a significant number of investor conversations since Wednesday and clearly a -40% day left many bulls puzzled and frustrated as the inflection in significant revenue is pushed again.  Investors are no doubt reticent as it's tough to call a floor (we'd argue it's $8/shr), questions around messaging/execution persist, and there's also concern around the stock remaining in the penalty box for the next several months.[108]

**Janney Montgomery Scott, November 4, 2022**
ENVX shares have sold off more than 40% since the 3Q22 earnings call Tuesday (11/1) after the close.  We think this is a result of an updated timeline regarding the manufacturing ramp and updated production line capex estimates.[109]

49.    Certain securities analysts further lowered their revenue forecasts given the change in expectations regarding the ramp-up timeline.  For example:

**Piper Sandler, November 1, 2022**
The stock was indicated lower by ~8% in after-hours trading, presumably due to forward-looking comments that imply a slower revenue ramp in 2023 and beyond. In response to the results, **we are essentially pushing out our estimates by one year**, and as a result, our price target is moving slightly lower (from $29 to $26.50).[110]

**Cantor Fitzgerald, November 2, 2022**
Given the commentary around redirecting investment away from Fab-1 and other commentary that Enovix is taking time to improve Gen2 equipment, **we are taking our estimates down across the board**.  Prior to the quarter, we expected Fab-1 improvements to drive cell output in 2023, however we now expect Fab-1 to only contribute modestly to growth.  Additionally, we are taking a **more conservative approach to modeling the ramp of live production lines in Fab-2**.  Thus, we are **taking our revenue/non-GAAP EPS estimate in FY 2023 to**

---

[107] "ENVX Is Talkin' 'Bout Their Generation (2)," *Loop Capital*, November 2, 2022 (emphasis removed from original).

[108] "Weekly Recharge:  New Initiations and Lib Deep Dive; ENVX Post Mortem; EVGO EPS," *Cowen*, November 4, 2022.

[109] "Initiating Coverage with a BUY Rating and $23 Fair Value as Recent Sell-Off Creates Opportunity Following 3Q22," *Janney Montgomery Scott*, November 4, 2022.

[110] "Comments Imply Slower Ramp, but We're Unconcerned by Optics; Reiterate OW Rating," *Piper Sandler*, November 1, 2022 (emphasis added).

**$6.5M/$(0.67) from $16.0M/$(0.67) and lowering our FY 2024 and FY 2025 estimates**.[111]

**Craig-Hallum, November 2, 2022**

ENVX announced it is shifting resources and effort into critical yield and productivity learning vital to their launch of the Gen2 Autoline, which will allow ENVX to scale production.  We estimate the **shift in resources has pushed ENVX's revenues back approximately one year** as there is more work ahead.[112]

**EF Hutton, November 2, 2022**

Estimate Changes.  Our **estimates [of revenue and adjusted earnings per share] adjust to reflect reported results and a much more conservative ramp of production as follow**s:  FY2022 to $6.0/$(0.59) from $6.1M/$(0.56)); F2023 to $9.1M/$(0.69) from $18.3M/$(0.67)); F2024 to $24.5M/$(0.69) from $120.5M(0.60); F2025 to $105.5M/$(0.56) from $324.6M/$(0.13).[113]

**Northland Capital Markets, November 2, 2022**

ENVX expects up to a 10x improvement in the throughput of GEN2 versus GEN1.  Due to the expected improvement in the GEN2 equipment set and the slower-than-expected progress in GEN1 equipment, the Company is shifting resources to GEN2 equipment development.  This will limit the output of fab 1 to less than a 1M unit quarterly run rate exiting CY23.
…
We cut our CY23 estimate as the Company pivots to focus on the GEN2 manufacturing line that will be used by ENVX and its partners to scale up production of its battery.  We think this will drive significant earnings growth in CY24 and beyond while minimizing capital spending.[114]

50.    Following the Q3 2022 Letter to Our Shareholders and Q3 2022 Earnings Call, securities analysts made no reference at all in their reports to the FAT for Fab-1 equipment, let alone any reference to the FAT of the equipment supplied by Yinghe, the Alleged Misstatement, or any

---

[111] "Mega-Cap Companies Might Have to Wait a Bit Longer.  Resetting Expectations Lower.  Thesis Remains Intact.  Reiterate Overweight Rating and $25PT," *Cantor Fitzgerald*, November 2, 2022 (emphasis added).

[112] "Rome Wasn't Built in a Day.  Revenues Pushed Out a Year as Gen 2 Plant Needs More Yield Work.  Reiterate Buy Rating, Lowering Price Target to $23," *Craig-Hallum*, November 2, 2022 (emphasis added and removed from original).

[113] "ENVX:  A 'Megacap' MoU, But Ramp Gets Rebooted for Next-Gen Equipment; Maintain Buy, Target to $23," *EF Hutton*, November 2, 2022 (emphasis added and removed from original).

[114] "ENVX Batteries Best Invention Since Sliced Bread," *Northland Capital Markets*, November 2, 2022.

connection between FAT results for Fab-1 equipment and their views as to the manufacturing risks Enovix faced.[115]

### E.    The November 7, 2022 Press Release

51.    Before market open on November 7, 2022, Enovix issued a press release announcing the appointment of T.J. Rodgers as Executive Chairman and discussing execution issues related to Fab-1 ("November 7, 2022 Press Release").[116]  According to my event study model, the residual return (7.34%) on November 7, 2022, the impact date of the November 7, 2022 Press Release, was not statistically significant (t-statistic = 1.40).[117]

52.    In the November 7, 2022 Press Release, Enovix disclosed information related to the Fab-1 equipment that had been shipped from China, including equipment problems and that it had waived the FAT to avoid shipping delays:

> Our revenue projections were lowered because our Fab-1 manufacturing ramp was delayed in our first year of production.  This is an unacceptable execution problem which I will discuss.
> …
> However, as I look back on the decisions the company made, I would make the same calls again.  For example, when Harrold Rust called me and said that Enovix Fab-1 would be delayed by at least three months due to the COVID-related shipping malaise unless we spent $1.4 million to charter the world's largest airplane, a Ukrainian AN-124, to fly over 55 tons of Fab-1 equipment to Silicon Valley in one shot, I said, "Brilliant, do it."  Our decision violated our sacred Equipment Procurement Review (EPR) specification by waiving a key milestone called **Factory Acceptance Test (FAT)**, which **required that a team of Enovix engineers fly to multiple Chinese factories, and personally observe each piece of Fab-1 equipment running at full speed before we approved shipment**.  But those factories stopped receiving guests due to COVID, and **we decided to waive the FAT milestone and catch up later**.
>
> **The catch up would have occurred at the Site Acceptance Test (SAT) milestone, which required their engineers to come to Enovix to demonstrate**

---

[115] Based on my review of all available securities analyst reports that I was able to obtain and that were published between November 1, 2022, the day the November 1, 2022 Q3 2022 Earnings Press Release was issued, and November 6, 2022, the day before the November 7, 2022 Press Release was issued.

[116] Enovix Corporation Press Release, "T.J. Rodgers Appointed Enovix Executive Chairman," *GlobeNewswire*, November 7, 2022 ("November 7, 2022 Press Release").  The November 7, 2022 Press Release was published at 7:30 AM ET.

[117] *See* **Appendix D**.

**full functionality, but the equipment vendors were not allowed to travel and we installed our equipment with our employees and local contractors. We are still paying for the months we gained and then gave back due to equipment problems.**[118]

F.    **Securities Analysts Substantially Reduced Their FY 2023–FY 2025 Revenue Forecasts from the Start of the Putative Class Period Through the November 7, 2022 Press Release**

53.    Securities analysts reduced their revenue forecasts for FY 2023, FY 2024, and FY 2025 substantially from August 10, 2021, the start of the Putative Class Period, through November 7, 2022, the day on which Enovix issued the November 7, 2022 Press Release.

54.    As discussed in **Section V.A**, Enovix announced revenue targets on February 22, 2021, some of which it later reiterated. These revenue targets included $176 million in FY 2023, $410 million in FY 2024, $801 million in FY 2025,[119] and a $1 billion run-rate at the end of Q4 2025.[120] Analyst consensus revenue estimates at the start of the Putative Class Period were generally in line with Enovix's targets. The median (mean) analyst revenue estimates on August 11, 2021 were $173 million ($173 million) for FY 2023, $405 million ($405 million) for FY 2024, and $801 million ($801 million) for FY 2025.[121] As I show in **Exhibit 1**, securities analysts lowered their revenue forecasts from the start of the Putative Class Period through November 2022. On November 7, 2022, the median (mean) analyst revenue estimates were $8 million ($9 million) for FY 2023, $33 million ($53 million) for FY 2024, and $187 million ($264 million) for FY 2025—or 95.5% (94.8%), 92.1% (87.0%), and 76.7% (67.1%) reductions in forecasted revenue relative to the Company's FY 2023, FY 2024, and FY 2025 revenue targets disclosed in its Merger Investor Presentation, respectively.[122]

---

[118] November 7, 2022 Press Release (emphasis added).

[119] Merger Investor Presentation, p. 55. Prior to the beginning of the Putative Class Period, Enovix appears to have reiterated revenue targets for FY 2023 and FY 2025, and to have slightly adjusted the FY 2024 revenue target to $409 million. *See* Enovix Advanced Battery Production Showcase Supporting Materials, July 15, 2021, p. 33.

[120] Merger Investor Presentation Transcript, p. 11; Q2 2021 Letter to Our Shareholders, pp. 3–4.

[121] *See* **Exhibit 1**. I was unable to identify analyst consensus estimates for run-rate revenue at the end of Q4 2025.

[122] *See* **Exhibit 1**.

**VI.     Economic Evidence Is Consistent with the Alleged Misstatement Having Had No Price Impact After November 7, 2022**

55.     I have been asked to analyze whether the Alleged Misstatement impacted the price of Enovix's stock after November 7, 2022, assuming this security traded in an efficient market as Plaintiffs allege and Dr. Tabak claims.[123]  I conclude that the economic evidence is consistent with the Alleged Misstatement having had no impact on the price of Enovix stock after November 7, 2022.  As a result, any subsequent stock price declines (including the price declines on January 4, 2023 and October 3, 2023) provide no economic evidence that the price of Enovix stock was impacted by the Alleged Misstatement after November 7, 2022.

56.     In **Section VI.A.1**, I provide background information about market efficiency.  I explain that, in an efficient market, stock prices rapidly and fully reflect public information that is relevant to assessing future cash flows from holding the stock.  Market efficiency implies that reiterating information that is already public does not affect stock prices, that is, it does not cause additional price changes.  Market efficiency also implies that disclosing new information after information that supersedes it has already been disclosed does not affect stock prices.  That is because that new information is no longer relevant to assessing future cash flows since the information that supersedes it is already reflected in the stock price.

57.     In **Section VI.A.2** and **Section VI.A.3**, I show that information comprising the Alleged Truth was already publicly available by November 7, 2022.  Enovix's disclosures from the start of the Putative Class Period through November 7, 2022 made public by that date both Statement A and Statement B of the Alleged Truth—namely, that the Company had waived the requirement that the Gen1 equipment purchased from Yinghe pass the FAT before it was shipped to Fab-1, and that, prior to the waiver, Enovix had identified problems with the equipment, as a result of which it had not passed the FAT—specifically, equipment capacity (throughputs) and quality (yields) were not meeting desired specifications during the FAT.[124]  Thus, if the market for Enovix stock was efficient during the Putative Class Period, this information was fully

---

[123] Complaint, ¶ 225 ("The market for the Company's common stock was an efficient market at all times during the Class Period…"); Tabak Report, ¶ 2 ("Counsel for Plaintiffs in this matter have asked me to examine whether Enovix's common stock traded in an efficient market during the Class Period.  As discussed below, the analyses demonstrate that Enovix's common stock traded in an efficient market.").

[124] This finding is consistent with Plaintiffs' statement that "waiving successful completion of the FAT after months of failed tests was a material fact that Defendants failed to disclose to investors until November 2022."  *See* Complaint, ¶ 184.

incorporated in the Company's stock price by November 7, 2022 and the price of Enovix stock would no longer have been impacted by the alleged failure to disclose Statements A and B, even assuming it had been so previously.

58.      Moreover, I show in **Section VI.A.4** that, as an economic matter, the implications of the Alleged Truth for Enovix's ability to attain the revenue and production ramp-up goals it reiterated at the time of the Alleged Misstatement were superseded by the implications of more negative information that had become publicly available by November 7, 2022, when analyst forecasts of Enovix's future revenue ramp-up had been drastically reduced.  Taken together, the public availability of the Alleged Truth and of superseding information show that, in an efficient market, the Alleged Truth had become value irrelevant by November 7, 2022—meaning that the disclosure of any information underlying Statements A and B of the Alleged Truth after November 7, 2022 would not affect the price of Enovix stock.  Therefore, no Enovix stock price declines after November 7, 2022 can be attributed to the disclosure of any information underlying Statements A and B of the Alleged Truth.

59.      In **Section VI.B**, I examine the information disclosed on January 3, 2023 and on October 3, 2023, and show that the Enovix stock price declines upon the release of this information do not provide economic evidence that the Alleged Misstatement impacted Enovix's stock price after November 7, 2022.  In an efficient market, only new and value-relevant information (i.e., new information that affects the market's view of expected future cash flows from holding the stock and/or their associated market risk) can cause stock price movements.  As a result, any information underlying the Alleged Truth— or concerning its implications for Enovix's ability to attain the revenue and production ramp-up goals that it had reiterated at the time of the Alleged Misstatement and that may have been discussed on January 3, 2023 and on October 3, 2023— was either (i) not new, as it had been publicly disclosed by November 7, 2022; or (ii) not value relevant, because it was superseded by more negative publicly available information in the market by November 7, 2022.  Instead, Enovix price declines following the alleged corrective disclosures on January 3, 2023 and on October 3, 2023 are consistent with declines due to factors other than new, value-relevant information about Statements A and B of the Alleged Truth. Thus, those price declines do not provide economic evidence that the price of Enovix stock was impacted by the Alleged Misstatement after November 7, 2022.

**A.      By November 7, 2022, the Information Comprising the Alleged Truth Was Publicly Available and, in an Efficient Market, Such Information Would Have Been Fully Incorporated into the Price of Enovix's Stock**

### 1.      Implications of Market Efficiency

60.      In an efficient market, the price of a stock reacts quickly and fully to new, value-relevant public information.[125]  This means that in an efficient market, security prices always "fully reflect" the total mix of publicly available information relevant to a company's expected future cash flows and the risk associated with these cash flows, whether that information is company-specific, or related to the industry or the market.[126]

61.      Plaintiffs allege that the market for Enovix stock was efficient throughout the Putative Class Period.[127]  Dr. Tabak agrees with this assertion, opining that his "analyses demonstrate that Enovix's common stock traded in an efficient market."[128]

62.      Counsel for Defendants likewise asked me to assume, for purposes of my analysis of price impact, that the market for Enovix's common stock was efficient during the Putative Class Period.  I discuss two important implications of an assumption of market efficiency.

63.      First, in an efficient market, only new, value-relevant information causes changes in stock prices.  That is because only new, value-relevant information changes the market's view on expected future cash flows from holding the stock and/or their associated market risk.  As a result, the reiteration of information that is already public cannot affect stock prices because the implications of this information for expected future cash flows from holding the stock and/or their associated market risk, if any, are already incorporated in the stock price.

64.      Second, in an efficient market, new information that is not value relevant does not cause stock prices to change when it becomes publicly available.  One type of information that is not value relevant (i.e., it is value irrelevant), even if it is new, is information whose value implications have been superseded by the value implications of information that is already

---

[125] Unless otherwise specified, any references to market efficiency and efficient markets in this report refer to the semi-strong form of market efficiency.  Dr. Tabak states that "[w]hen discussing the 'Efficient Market Hypothesis' with regard to publicly traded securities such as Enovix's, financial economists (and, in my understanding, the courts) are typically referring to the semi-strong form of market efficiency."  *See* Tabak Report, ¶ 9.

[126] Fama, Eugene F. 1991. "Efficient Capital Markets: II." *The Journal of Finance* 46 (5): 1575–1617 ("Fama (1991)").

[127] Complaint, ¶ 225.

[128] Tabak Report, ¶ 2.

available. The disclosure of such new information does not affect stock prices in an efficient market. Moreover, to the extent there is a stock price decline, at a later date, upon the revelation of new information potentially related to the value-irrelevant information, such price decline provides no evidence that the value-irrelevant information was value relevant.

65.    To illustrate this economic concept, consider the example of hypothetical Company X, whose stock traded in an efficient market. Company X announced a plan to launch a new product in two years. Unbeknownst to the market, the development of this new product relied on multiple suppliers. A year after the announcement, one of the suppliers ("Supplier A") experienced financial challenges and faced the risk of going bankrupt. If that risk were to materialize—that is, if Supplier A did go bankrupt—it would prevent Company X from launching the new product on time. After analyzing Supplier A's finances and learning that it had received ample funding from key investors, Company X became confident that the supplier would be able to overcome its financial challenges. On that basis, Company X decided to help Supplier A manage its operations and finances and continue relying on it for the product launch. However, Company X disclosed none of this information to the market. Two years after the announcement, Company X disclosed that the launch would be delayed by a year because Supplier A had gone bankrupt. As a result of the announcement, Company X's stock price declined, as market participants changed their assessment of Company X's expected future cash flows to reflect the delayed product launch.

66.    Suppose in this example that, months after the announcement of the delayed product launch, Company X announced that it had been confident a year earlier that it could help the supplier avoid bankruptcy. In an efficient market, this second announcement would have caused no changes in the price of Company X's stock, because this information had become value irrelevant by the time it was disclosed. The price of Company X's stock already reflected the market's knowledge that the product launch was going to be delayed by a year. Thus, the subsequent announcement indicating that, prior to the announcement of the delay, Company X had been confident that it could help the supplier avoid bankruptcy and the launch would happen on time, would not have changed the fact that the launch had already been delayed. In other words, the second announcement was rendered value irrelevant by existing publicly available information that superseded it.

67.    Suppose further that, six months after the announcement of the one-year delay in product launch, Company X disclosed problems with another of its suppliers ("Supplier B") and that, as a result, it would have to abandon the product launch entirely.  Upon this announcement, Company X's stock price declined.  In an efficient market, although this decline was caused by new negative information about the product launch, it was not caused by Company X's failure to disclose that Supplier A had experienced financial challenges and faced the risk of going bankrupt.  Thus, this price decline provides no evidence that the failure to disclose that Supplier A had experienced financial challenges and had faced the risk of going bankrupt was value-relevant information after the time Company X disclosed the one-year delay in product launch.

### 2.    Statement A of the Alleged Truth Was Publicly Available by November 7, 2022

68.    As explained above in **Section IV.A**, Statement A of the Alleged Truth is that Enovix had waived the requirement that the equipment purchased from Yinghe (a Chinese vendor) pass the FAT before it was shipped to Fab-1.

69.    As discussed above in **Section V.E**, T.J. Rodgers stated in the November 7, 2022 Press Release issued on November 7, 2022 at 7:30 AM ET:

> [W]hen Harrold Rust called me and said that Enovix Fab-1 would be delayed by at least three months due to the COVID-related shipping malaise unless we spent $1.4 million to charter the world's largest airplane, a Ukrainian AN-124, to fly over 55 tons of Fab-1 equipment to Silicon Valley in one shot, I said, "Brilliant, do it."  **Our decision violated our sacred Equipment Procurement Review (EPR) specification by waiving a key milestone called Factory Acceptance Test (FAT)**, which **required that a team of Enovix engineers fly to multiple Chinese factories, and personally observe each piece of Fab-1 equipment running at full speed before we approved shipment**.  But those factories stopped receiving guests due to COVID, and **we decided to waive the FAT milestone and catch up later**.[129]

70.    Thus, in the November 7, 2022 Press Release, Mr. Rodgers explained that Enovix had waived the FAT for the Fab-1 equipment produced in China and shipped in the Ukrainian

---

[129] November 7, 2022 Press Release (emphasis added).

airplane AN-124 (which was the Yinghe Equipment).[130]  The FAT was described as a key milestone of Enovix's Equipment Procurement Review ("EPR") specification, and Mr. Rodgers stated that the FAT had been waived in order to avoid a delay in the delivery of Fab-1 equipment due to consequences of the COVID-19 pandemic.[131]  Thus, by November 7, 2022, Statement A of the Alleged Truth was publicly available information.

71.    Because Statement A of the Alleged Truth was publicly available as of November 7, 2022, in an efficient market it would have been fully incorporated into the price of Enovix stock by November 7, 2022.  Thus, any subsequent Enovix stock price declines—including declines following later alleged corrective disclosures—cannot serve as evidence of price impact from the alleged failure to disclose Statement A of the Alleged Truth.

### 3.    Statement B of the Alleged Truth Was Publicly Available by November 7, 2022

72.    As previously indicated in **Section IV.A**, Statement B of the Alleged Truth is that, prior to the waiver of the requirement that the Yinghe Equipment pass the FAT before it was shipped to Fab-1, Enovix had identified problems with the equipment, as a result of which it had not passed the FAT—specifically, equipment capacity (throughputs) and quality (yields) were not meeting desired specifications during the FAT.

73.    From the beginning of the Putative Class Period and through November 7, 2022, Enovix provided information to the market about the challenges it was facing with respect to Fab-1—including information regarding efforts to improve the throughputs and yields of the Gen1 equipment installed at Fab-1.  Therefore, it informed the market that Fab-1 equipment was not meeting the levels of throughput and yield required in order to scale up production.

74.    As detailed in **Section V.B** above, on August 10, 2021, at the beginning of the Putative Class Period, Enovix explained that "[s]caling production is no small task and requires

---

[130] I understand that Fab-1 equipment produced in China included equipment supplied by Yinghe as well as equipment supplied by a different Chinese company.  *See* Email dated November 18, 2020, "RE: Transpak / Enovix Project Review," with attachment "Tool Delivery Date Status 20201117.xlsx," Enovix_0177094–108 at 108.  I further understand that the Fab-1 equipment shipped by the airplane AN-124 was the Yinghe Equipment.  *See* Email dated April 19, 2021, "FW: [EXTERNAL] RE: Form 214 & PPT MBL:SHZ3363929," Enovix_0225770–88 at 70–71; Email dated April 19, 2021, "Sunday Delivery from Yinghe – Air Delivery AN-124(ACS) Received," Enovix_0225793.
[131] November 7, 2022 Press Release.

continuous improvement in throughput and yield."[132]  Securities analysts, such as the Colliers Securities analysts, concurred at the time that "there [were] a multitude of potential setbacks to consider before Enovix can scale manufacturing."[133]

75.    As detailed in **Section V.C** above, as the Putative Class Period progressed, Enovix regularly informed investors about issues it experienced in improving throughputs and yields.  In March 2022, Enovix announced that it needed to focus on "prioritizing customer qualification and manufacturing improvements ahead of scaling capacity."[134]  It also indicated that it was still working on improving throughputs and yields:  "every day [it] solve[d] problems needed to improve yield and output."[135]  In May 2022, Enovix stated that it "ha[d] experienced challenges associated with building out Fab-1 including technical issues negatively impacting yield and volume production."[136]  In August 2022, Enovix explained that throughputs and yields still needed to be improved.  Specifically, the Company stated that its "challenge now [was] improving [its] manufacturing output"[137] and that Enovix "need[ed] to increase [its] manufacturing yield metrics" but "[t]here [would be] no easy path when bringing up a first-of-a-kind manufacturing line.  It [would be] a relentless effort of continuous improvement."[138]  Also in August 2022, Enovix management stated during its Q2 2022 earnings call that "the production output [was] pretty low in Q3.  [The Company] really [was] focused on getting all the improvements done to start to ramp in Q4."[139]  Enovix also announced at the time that meeting its throughput and yield goals would take multiple quarters, and that it needed to take down a portion of the Gen1 line to "implement[] throughput and reliability enhancements for multiple process modules.[140]

76.    On November 1, 2022, Enovix informed market participants that additional work was needed to improve the levels of throughput and yield for Fab-1 equipment, but given "slower-than-expected improvements," it would re-direct its resources toward "critical yield and

---

[132] Q2 2021 Letter to Our Shareholders, p. 5.
[133] "One Step Closer to Production and First Commercial Revenue. Reiterate Buy and $32PT," *Colliers Securities*, August 11, 2021.
[134] Q4 2021 Letter to Our Shareholders, p. 3.
[135] Q4 2021 Letter to Our Shareholders, p. 3.
[136] Q1 2022 Form 10-Q, p. 16.
[137] Enovix Corporation, Form 8-K, Filed on August 10, 2022, EX-99.2.
[138] Q2 2022 Earnings Call Transcript, p. 5.
[139] Q2 2022 Earnings Call Transcript, p. 13.
[140] Q2 2022 Letter to Our Shareholders, p. 1.

productivity learning" for Gen2.[141]  Specifically, Enovix stated in the Q3 2022 Letter to Our

Shareholders:

> [W]e made a conscious decision to focus on manufacturing improvements over shipments in Fab-1 during the third quarter.  **We conducted numerous yield optimization experiments and projects.  We made encouraging progress on yields but there is more work to be done** in the coming quarters….  **Given the** wide gap in expected performance between our Gen1 and Gen2 and **the slower-than-expected improvements on our Gen1 manufacturing equipment, we have now concluded that the incremental effort necessary to drive higher throughput on Gen1 technology is better spent on the critical yield and productivity learning necessary for a strong launch of our Gen2 Autoline.**[142]

77.     With the backdrop of these various disclosures throughout the Putative Class Period

regarding the challenges it was facing with respect to improving the Gen1 equipment installed at

Fab-1—including its throughputs and yields—on November 7, 2022, Enovix disclosed that the

Fab-1 equipment that had been transported from China had problems that had not been resolved

by the time the equipment was shipped.  As discussed above, T.J. Rodgers stated in the

November 7, 2022 Press Release:

> Our revenue projections were lowered because our Fab-1 manufacturing ramp was delayed in our first year of production. This is an unacceptable execution problem which I will discuss.
> …
> However, as I look back on the decisions the company made, I would make the same calls again.  For example, when Harrold Rust called me and said that Enovix Fab-1 would be delayed by at least three months due to the COVID-related shipping malaise unless we spent $1.4 million to charter the world's largest airplane, a Ukrainian AN-124, to fly over 55 tons of Fab-1 equipment to Silicon Valley in one shot, I said, "Brilliant, do it."  Our decision violated our sacred Equipment Procurement Review (EPR) specification by waiving a key milestone called Factory Acceptance Test (FAT), which required that a team of Enovix engineers fly to **multiple Chinese factories**, and personally observe each piece of Fab-1 equipment running at full speed before we approved shipment.  **But those factories stopped receiving guests due to COVID, and we decided to waive the FAT milestone and catch up later.**

---

[141] Q3 2022 Letter to Our Shareholders, p. 1.
[142] Q3 2022 Letter to Our Shareholders, p. 1 (emphasis added).

**The catch up would have occurred at the Site Acceptance Test (SAT) milestone, which required their engineers to come to Enovix to demonstrate full functionality, but the equipment vendors were not allowed to travel and we installed our equipment with our employees and local contractors. We are still paying for the months we gained and then gave back due to equipment problems. In my new position, I will have the time to create better strategic decisions.** I cannot promise that we will not be surprised technically, but **I can promise there will be fewer unforced execution errors**.[143]

78.     Thus, in the November 7, 2022 Press Release, Mr. Rodgers explained that the Fab-1 equipment that was transported from China had problems that had not been resolved at the time the equipment was shipped to Fremont—"we decided to waive the FAT milestone and catch up later….  The catch up would have occurred at the [SAT] milestone.…  We are still paying for the months we gained and then gave back due to equipment problems."[144]  After this press release, Cowen analysts, in a report released on the same day, stated that Enovix "explained [that] the company's Equipment Procurement Review (EPR) process and COVID related impacts … led to delays in Fab-1."[145]

79.     Thus, by November 7, 2022, Statement B of the Alleged Truth was publicly available information because it was publicly available information that (i) Fab-1 was experiencing challenges, including that the levels of throughput and yield of some modules of the Fab-1 equipment needed to be improved; and (ii) parts of the Fab-1 equipment that had come from China had problems that had not been resolved by the time the equipment was shipped.

80.     Because Statement B of the Alleged Truth was publicly available as of November 7, 2022, in an efficient market it would have been fully incorporated into the price of Enovix stock by November 7, 2022.  As a result, any subsequent Enovix stock price declines—including declines following later alleged corrective disclosures—cannot serve as evidence of price impact from the alleged failure to disclose Statement B of the Alleged Truth.

---

[143] November 7, 2022 Press Release (emphasis added and removed from original).
[144] November 7, 2022 Press Release.
[145] "3Q Post Mortem Continues; TJ Named Executive Chair," *Cowen*, November 7, 2022.

**4.    The Implications of the Alleged Truth Regarding Enovix's Revenue and Production Ramp-up Were Superseded, by November 7, 2022, by the Disclosure of Challenges with Fab-1 Equipment Throughputs and Yields and Downward Revisions of Revenue Guidance**

81.    As explained above, in an efficient market, information cannot affect stock price if its implications for the value of the stock have been superseded by the implications of information that was already publicly available and fully reflected in the stock price.  I show in this section that, as an economic matter, the implications of Statements A and B for Enovix's revenue and production ramp-up were superseded by the implications of more negative information—namely, (i) continuing challenges with the Fab-1 equipment, including with its yields and throughputs; and (ii) downward revisions of revenue guidance for FY 2022 and FY 2023—that was publicly available by November 7, 2022.

82.    A disclosure of the Alleged Truth at the time of the Alleged Misstatement (i.e., that the Company had waived the requirement that the equipment purchased from Yinghe pass the FAT before it was shipped to Fab-1, and that prior to the waiver, Enovix had identified problems with the equipment, as a result of which it had not passed the FAT—specifically, equipment capacity (throughputs) and quality (yields) were not meeting desired specifications during the FAT) would have been evaluated by market participants—and, in an efficient market, would have been incorporated into Enovix's stock price—taking into account the economic context in which it was made.  As discussed in **Section V.B** above, at the time of the Alleged Misstatement, Enovix stated that "[b]ased on the strength of [its] revenue funnel, [it saw] a favorable demand picture supporting [its] goal to exit 2025 with over $1 billion of annualized revenue."[146]  Enovix had likewise disclosed an annualized run-rate revenue target of over $1 billion by the end of 2025 in February 2021.[147]

---

[146] Q2 2021 Letter to Our Shareholders,  p. 4.  On August 10, 2021, Enovix also noted Fab-1 and Fab-2 production targets of first product revenue by Q2 2022 and Q2 2023, respectively.  *See* Q2 2021 Letter to Our Shareholders, p. 3.  I also note that a month after the Alleged Misstatement, on September 10, 2021, Enovix explained that SAT, the milestone that followed FAT, was ongoing and that it was "going on quite well."  Specifically, Enovix stated on September 10, 2021 that Fab-1 "equipment ha[d] been all installed for the last several months, the last pieces came in," and that it was "in the middle of qualifying, which means basically testing out each piece of equipment, making sure it's operating at its optimum operating point, making sure [the Company] understand[s] where the process windows are.  That's going on quite well.  [The Company] expect[s] that that work will take [it] into the fourth quarter to finish that work."  *See* Enovix Corporation Cowen Global Transportation and Sustainable Mobility Conference Transcript, September 10, 2021, p. 5.  In addition, I understand that, in the MPJOP Order, the Court found that this statement made during this conference was not actionable.  *See* MPJOP Order, pp. 13–14.
[147] *See* Merger Investor Presentation Transcript, p. 11; Q2 2021 Letter to Our Shareholders, p. 4.

83.     Thus, as an economic matter, a disclosure of the Alleged Truth at the time of the Alleged Misstatement combined with a reiteration of financial targets would have, at most, informed investors of two things.  First, there was a greater risk that Enovix might not be able to achieve its outstanding financial targets due to throughputs and yields not meeting desired specifications. Second, this incremental risk neither (a) prevented management from indicating that it expected to exit 2025 with over a billion dollars in annualized revenue, nor (b) caused management to withdraw any financial targets.

84.     However, by November 7, 2022, that same risk had already materialized.  As discussed above, by November 7, 2022, Enovix had disclosed challenges in improving the Fab-1 equipment—in particular, its throughputs and yields—as well as downward revisions in guidance for FY 2022 and FY 2023 revenue.  As discussed in **Section V.F** above, securities analysts reacted to this information and revised their revenue forecasts over time.  By November 7, 2022, the median (mean) analyst estimates of Enovix's FY 2023, FY 2024, and FY 2025 revenues represented reductions of 95.5% (94.8%), 92.1% (87.0%), and 76.7% (67.1%) relative to the Company's revenue targets disclosed in its Merger Investor Presentation, respectively.[148]  Thus, by November 7, 2022, the risk that Enovix might not be able to achieve the financial targets it had outstanding at the start of the Putative Class Period had already materialized.  Therefore, after November 7, 2022, no Enovix stock price declines can be attributed to the disclosure of any information underlying Statements A and B of the Alleged Truth.

85.     As an example of the reduction in Enovix's guidance due to challenges associated with throughputs and yields, on August 10, 2022, Enovix revised downward its revenue guidance for FY 2022 from $6–12 million to $6–8 million.[149]  Enovix stated that this reduction was due to the Company's "prioritization of improvement activities in the Fab-1 during the current quarter over shipments."[150]  More specifically, Enovix explained that one of the Company's goals in Q3 2022 was to implement "planned improvements in Fab-1 to enhance yield and throughput…."[151]

86.     Securities analysts discussed this reduction to FY 2022 revenue guidance:

---

[148] *See* **Exhibit 1**.
[149] Q1 2022 Letter to Our Shareholders, p. 4; Q2 2022 Letter to Our Shareholders, p. 5.
[150] Q2 2022 Letter to Our Shareholders, p. 5.
[151] Q2 2022 Letter to Our Shareholders, p. 5.

**Cowen, August 10, 2022**
FY22 year revenue … guidance [was] tweaked -22%… to reflect a focus on production line optimization both at Fab-1 and Fab-2…[152]

**J.P. Morgan, August 11, 2022**
Enovix is slowing the pace of cell shipments to customer[s] … to focus on improving yields and debottlenecking Fab-1…  As a result, full-year 2022 revenues at the midpoint of revised guidance will likely come well below prior expectations.[153]

**Oppenheimer, August 11, 2022**
ENVX indicated that retooling for yield and capacity improvements would see the Fab 1 taken offline for part of 3Q22.…  ENVX lowered the top end of FY22 revenue guidance, now expecting $6-8M in sales … vs. prior guidance of $6-12M…[154]

87.     Moreover, on November 1, 2022, Enovix disclosed in the Q3 2022 Letter to Our Shareholders that it expected to achieve a lower battery cell production run rate exiting 2023 than it had previously guided the prior quarter:

[W]e made a conscious decision to focus on manufacturing improvements over shipments in Fab-1 during the third quarter.  We conducted numerous yield optimization experiments and projects [and] made encouraging progress on yields but there is more work to be done in the coming quarters….

Given … the slower-than-expected improvements on our Gen1 manufacturing equipment … [we] anticipate achieving lower overall output from Fab-1 in 2023.…

We expect Fab-1 improvement activities to extend into 2023, but at a slower rate given the decision to redirect resources to Gen2.  Given this, we expect to exit 2023 at a run rate of under one million battery cells produced.[155]

88.     This new expectation for FY 2023 to produce less than a million battery cells represented a downward revision of its previous disclosure on August 10, 2022 that it would "exit 2023

---

[152]"2Q22 Recap:  Funnel Growing and Lt Potential Well Intact," *Cowen*, August 10, 2022.
[153] "2Q Review:  Growing Customer Interest Outshines N-T Growing Pains – Poised to Capitalize on Demand for Advanced Batteries," *J.P. Morgan*, August 11, 2022.
[154] "ENVX:  Capacity Update Provides Ramp Clarity," *Oppenheimer*, August 11, 2022.
[155] Q3 2022 Letter to Our Shareholders, pp. 1–2.

producing annualized output of single-digit millions" of battery cells.[156]  Enovix disclosed that it could not meet its FY 2023 production target because it had not been able to address the issues of throughputs and yields related to the Fab-1 equipment.[157]

89.　　As discussed in **Section V.D** above, securities analysts discussed Enovix's slower-than-expected revenue ramp, with some of them attributing the Company's stock price decline on November 2, 2022 to this disclosure.  Securities analysts also noted that some investors questioned Enovix's ability to scale up production given that risks associated with scaling up production had materialized in the previous two quarters:

> **Cowen, November 1, 2022**
> Bears could characterize the print as a microcosm of the entire advanced battery landscape (great product that's tough to scale)….[158]
>
> **Janney Montgomery Scott, November 4, 2022**
> [T]he Street is appropriately trying to balance enthusiasm for the technology against risks to the manufacturing scale-up, which have now shown in consecutive quarters….[159]

90.　　Similarly, T.J. Rodgers indicated in the January 3, 2023 Special Presentation that a shareholder mentioned to him after the November 1, 2022 earnings release that "people are openly questioning if the product is manufacturable."[160]

91.　　This commentary from analysts and market participants is consistent with the implications of the Alleged Truth for Enovix's ability to attain the revenue and production ramp-up goals it reiterated at the time of the Alleged Misstatement (a risk) being superseded by the implications of more negative information that had become publicly available by November 7, 2022 (the materialization of that risk).

---

[156] Q2 2022 Letter to Our Shareholders, p. 1.
[157] Q3 2022 Letter to Our Shareholders, pp. 1–2.
[158] "3Q22 Recap:  Attractive Gen-2 Economics; Slower Ramp Clears the Deck," *Cowen*, November 1, 2022.
[159] "Initiating Coverage with a BUY Rating and $23 Fair Value as Recent Sell-Off Creates Opportunity Following 3Q22," *Janney Montgomery Scott*, November 4, 2022.
[160] January 3, 2023 Special Presentation Transcript, p. 4.  According to the January 3, 2023 Special Presentation Transcript, the presentation was held at 5:00 PM ET.

**B.**    **In an Efficient Market, the Enovix Stock Price Declines on January 4, 2023 and on October 3, 2023, Following the Release of Allegedly Corrective Information, Were Not Caused by Revelation of Any New Information Underlying the Alleged Truth**

92.    As discussed in the prior section, Statement A and Statement B of the Alleged Truth were publicly available by no later than November 7, 2022 and fully incorporated into the price of Enovix common stock by then, if the market for Enovix common stock was efficient.  Moreover, the implications of the Alleged Truth for Enovix's revenue and production ramp-up were superseded by the implications of more negative information publicly available by November 7, 2022.  Taken together, these findings imply that the Alleged Truth had become value irrelevant by November 7, 2022 and, in an efficient market, no Enovix stock price declines after this date can be attributed to the disclosure of any information underlying the Alleged Truth.  Instead, Enovix stock price declines after November 7, 2022 are consistent with factors other than new, value-relevant information underlying the Alleged Truth having impacted the price of Enovix stock.  Those factors include additional delays in the production ramp-up for Gen2 lines as announced on January 3, 2023 and the announcement on October 3, 2023 that Enovix would not meet its production guidance due to a shift in strategy.  In other words, the stock price declines on January 4, 2023 and October 3, 2023 do not provide economic evidence that the price of Enovix stock was impacted by the Alleged Misstatement after November 7, 2022.  Consistent with these considerations, on these two days, Enovix did not discuss the FAT of the Yinghe Equipment, let alone disclose any new information about it.

### 1.    January 3, 2023 Special Presentation

93.    After market close on January 3, 2023, Enovix held a special presentation for shareholders.[161, 162]  During the January 3, 2023 Special Presentation, Enovix discussed the performance of Gen1 equipment, improvements being incorporated into Gen2 equipment, and targets and timelines for production in Fab-1 and Fab-2.  Following the January 3, 2023 Special Presentation, securities analysts discussed the Company's disclosures, with certain analysts

---

[161] January 3, 2023 Special Presentation.  According to the January 3, 2023 Special Presentation Transcript, the presentation was held at 5:00 PM ET.

[162] According to my event study model, the residual return (-43.66%) on January 4, 2023, the trading day following the January 3, 2023 Special Presentation, was statistically significant (t-statistic = -8.50).  *See* **Appendix D**.

stating that the stock price decline on January 4, 2023 may have been caused by the additional delay in timeline for Fab-2.  Consistent with the lack of any new, value-relevant information regarding the FAT of the Yinghe Equipment (let alone any mention of it in the presentation), following the presentation, none of the securities analysts referred back to the Alleged Misstatement—let alone characterized the January 3, 2023 disclosures as inconsistent with the Alleged Misstatement.

a)    **Enovix disclosures during the January 3, 2023 Special Presentation**

94.    During the January 3, 2023 Special Presentation, Enovix provided detail regarding the status and performance of Gen1 equipment.

95.    Discussing "Line 1" in Fab-1 (i.e., its Gen1 production line 1), the Company disclosed that Line 1 (which I understand contained the Yinghe Equipment[163]) was an "[e]xisting" production line.[164]  By contrast, "Line 2" in Fab-1 was only a "partial line," which the Company had only "built half" of—specifically, the "laser cut and stack" portions of the line (i.e., Zones 1 and 2),[165] but not the "back end" of the line (including packaging (Zone 3) and formation and testing (Zone 4)).[166]  Consequently, I understand that Line 2 in Fab-1, as then-currently built, did not involve the Yinghe Equipment.[167]  As the Company disclosed, it had not ordered equipment for the "second half" of Line 2 given improvements and "redesign[s]" that needed to be made to "Zone 1 and Zone 2."[168]

96.    Enovix stated that Gen1 equipment would be unable to meet Enovix's throughput target of 550 UPH and that the Company did not anticipate that Gen 1 equipment, even "if [the

---

[163] *See* **Section V.A**.

[164] January 3, 2023 Special Presentation Transcript, p. 11; January 3, 2023 Special Presentation, p. 31.

[165] *See* December 7, 2021 Form 8-K, Exhibit-99.2, pp. 19–21; January 3, 2023 Special Presentation, pp. 39–40; January 3, 2023 Special Presentation Transcript, p. 11.

[166] January 3, 2023 Special Presentation Transcript, pp. 11–12; January 3, 2023 Special Presentation, pp. 39–40.  *See also* **Section V.A**.

[167] *See* **Section V.A**.

[168] January 3, 2023 Special Presentation Transcript, p. 13 ("Yellow indicates a minor change but a change and Red indicates a major redesign.  So in this section, Zone 1 and Zone 2 of the machine, these are all the steps.  The big one is a bus bar DSR.  I don't know that one a slot fill.  This is a section where the waves of the battery, the sections of the battery are connected.  And that's been redesigned.  There was nothing in Gen1.  The Gen1 equipment, we didn't know how to do it.  We didn't order it.  That's why we didn't order the second half of line to [*sic*].").  *See also* January 3, 2023 Special Presentation, pp. 39–40.

company] worked on it forever, would be over 200 [units per hour]."[169]  Enovix also added that "the total Fab-1 output" it was expecting "will basically take [it] right around 200,000 cells a year, 200,000 to 250,000 somewhere in there."[170]  The Company disclosed that it identified several manufacturing steps in Zone 2 of Gen1 (a zone that I understand did not include any equipment procured from Yinghe[171]) that it characterized as "manual" and requiring "major redesign."[172]

97.    The Company discussed improvements relative to Gen1 equipment that Enovix stated it planned to incorporate into Gen2 equipment in order to deliver higher levels of throughput (specifically, its Gen2 throughput target of 1350 UPH)[173] and yield.  Those improvements included, among other things, the use of higher-powered lasers[174] and automation.[175]  In discussing the changes between Gen1 and Gen2, Enovix stated that "the second half of the line, Zone 3, Zone 4[, and] Zone 5, you can see almost nothing has changed in the second half."[176]  The Company also showed that, for Gen2, the contact points in the manufacturing line (the "heads")[177] of Zone 3 (where the Yinghe Equipment was used[178]) required "no/small changes" or "minor redesign" relative to those of Gen1.[179]

98.    Enovix also announced certain targets, including for production and yield in Fab-1 and timeline for Gen2/Fab-2, during the January 3, 2023 Special Presentation.  With respect to Fab-1, Enovix announced that it had shipped 8,812 batteries through Q4 2022 and expected to "double

---

[169] January 3, 2023 Special Presentation Transcript, p. 12 ("The UPH was rated at 550 nameplate.  We don't think that machine, if we worked on it forever, would be over 200.").  *See also* January 3, 2023 Special Presentation, p. 38.

[170] January 3, 2023 Special Presentation Transcript, p. 18.

[171] *See* **Section V.A**.

[172] January 3, 2023 Special Presentation, p. 39.  Enovix also stated during the January 3, 2023 Special Presentation that "Line 1 is the one [Enovix] brought in the airplane … it's nonfunctional for automation point of view."  *See* January 3, 2023 Special Presentation Transcript, p. 11.  *See also* January 3, 2023 Special Presentation Transcript, pp. 12–13.

[173] January 3, 2023 Special Presentation, p. 38.

[174] January 3, 2023 Special Presentation Transcript, p. 13 ("We go from 3 to 5 lasers on Gen2, and we're also changing the laser power to a kilowatt, but it's the same laser from the same vendor with a souped-up engine inside of it."); January 3, 2023 Special Presentation, p. 39.

[175] January 3, 2023 Special Presentation Transcript, p. 13 ("And this will be the benefit, but the real benefit is Gen2 is going to work and Gen1 doesn't.  Gen1 is a manual system.").  *See also* January 3, 2023 Special Presentation, p. 39.

[176] January 3, 2023 Special Presentation Transcript, p. 13.

[177] January 3, 2023 Special Presentation Transcript, p. 12 ("First, a couple of terms….  So heads are the steel things that touch the product….  So you can think of a machine as being heads.").

[178] *See* footnote 50 above.

[179] January 3, 2023 Special Presentation, p. 40.

[its] shipments every quarter,"[180] targeting 180,000 units shipped in FY 2023.[181]  The Company also disclosed that it was targeting a yield of 60% for Line 1 at Fab-1 (which comprised Gen1 equipment), up from its current yield of 42.5%.[182]  With respect to Gen2/Fab-2, in addition to the throughput target of 1350 UPH for Gen2 equipment,[183] Enovix stated that it planned for installation to be completed in Fab-2 in Southeast Asia in Q1 2024, and that the line would produce samples by April 15, 2024.[184]  The Company also stated it would need to raise capital around Q4 2023 in order to purchase equipment for Fab-2.[185]

b)      **Analyst commentary following the January 3, 2023 Special Presentation**

99.      Analyst commentary following the January 3, 2023 Special Presentation is consistent with factors other than new, value-relevant information underlying the Alleged Truth causing the stock price decline following this alleged corrective disclosure.  Those factors include additional delays in the production ramp-up for Gen2 lines.  Thus, analyst commentary is consistent with the January 4, 2023 Enovix price decline not providing evidence of price impact from the Alleged Misstatement after November 7, 2022.

100.      Securities analyst reports published following the January 3, 2023 Special Presentation discussed some of Enovix's disclosures, with some describing the additional delay in timeline for Gen2/Fab-2, which was an unexpected negative development, as the cause of the stock price decline following the January 3, 2023 Special Presentation.

---

[180] January 3, 2023 Special Presentation Transcript, p. 6.

[181] January 3, 2023 Special Presentation, p. 61.

[182] January 3, 2023 Special Presentation Transcript, p. 11 ("Yield in Line 1 … It's 42.5% as we sit here, and that's the real number, a rolling average, and we're going to get to 60% by the end of the year.").

[183] January 3, 2023 Special Presentation, p. 38.

[184] January 3, 2023 Special Presentation, p. 61. *See also* January 3, 2023 Special Presentation Transcript, p. 16 ("Gen2 … will be installed in a Fab-2, will be in Southeast Asia where we plan to put 4 lines quarterly in '24.  And we'll have samples on 4/15/24.").

[185] January 3, 2023 Special Presentation Transcript, p. 20 ("[Q.]  Okay. And then you talked a bit about the capital need for Fab-2 and how much these lines are going to cost.  And certainly, I'm sure you've thought about where that capital is coming from, certainly, the customers are concerned about that and potentially can put some money out to help that process along.  But can you just give us an update in terms of the current thinking around the financing plan between now and the end of 2024 to get those lines up and running to the point where we'll see some operating cash flow?  [A.]  … [W]e will need to raise money.  It will be something around the fourth quarter of 2023.  And if we are raising money, it will be because we need machines.").

101.    Securities analysts noted that Line 1 at Fab-1 had become more manual than expected relative to the SPAC projections.  For example:

> **Cowen, January 4, 2023**
> As far as SPAC deck projections, recall once upon a time the company was expected to generate $176MM in '23 revenue under the assumptions of four lines running at Fab 1; however **line failures ultimately resulted in a more manual process that took efficiency to 1 battery produced every 72 seconds** (2 lines at 100 units per hour at only a 25% OEE) from the expectation of one battery produced every 2 seconds…..[186]

> **J.P. Morgan, January 4, 2023**
> Enovix's **lines became more manual and labor-intensive than expected** in 2022 with deferred capex spend pending large-scale improvements.[187]

> **Northland Capital Markets, January 4, 2023**
> Fab 1 Line 1: … Only one line has been fully installed, and due to lower yields **more process steps are being done manually**.[188]

102.    Securities analysts discussed the progress of Gen1 equipment and Enovix's goals of continuing to improve quality (yield) and increasing the number of batteries shipped from Fab-1 throughout FY 2023.  For example:

> **B. Riley Securities, January 4, 2023**
> Enovix shipped 8,812 cells from Fab1 in 2022, including 4,442 in the fourth quarter.  No shipments have been returned.  The company plans to double shipments every quarter going forward (e.g., 9k in 1Q23, 18k in 2Q23, etc.).  Yields at Fab1 one [*sic*] have risen from 0% to start 2022 to 42.5% currently, and with the recent 11% weekly learning rate and expected S curve, they are expected to reach 60% by the end of the year before continuing to rise thereafter.  Enovix plans to make 180,000 revenue-quality units in 2023 from Fab1.[189]

> **Cowen, January 4, 2023**
> Mr. Rodgers reiterated this and noted the company has shipped 8,812 units from

---

[186] "T.J. Rodgers Provides his Vision; Gen2 SOP 1Q24; Impressive Customer List," *Cowen*, January 4, 2023 (emphasis added).

[187] "Executive Chairman Special Presentation Illuminates the Opportunities (& Challenges) of Scaling a World Class Operation," *J.P. Morgan*, January 4, 2023 (emphasis added).

[188] "ENVX: The Greater the Challenge the Bigger the Reward and Si Anodes Ain't Easy," *Northland Capital Markets*, January 4, 2023 (emphasis added and removed from original).

[189] "From Rocky Execution to Executing Like Rocky; Business Update Pushes Timing Slightly, but Higher Confidence in Plan and Team; Maintain Buy, PT from $19 to $18," *B. Riley Securities*, January 4, 2023.

Fab 1 as this indeed remains critical to the company not only for production but also for continued R&D.  Yields critically have improved and currently sit at 42.5% with new COO Ajay Marathe targeting an increase to 60% by 4Q23.  Mr. Rodgers also [mentioned] Fab 1 must remain economically important with the capacity to generate at least ~$1MM in rev with ~186k units expected to ship (180k wearable units) this year.[190]

**J.P. Morgan, January 4, 2023**
Enovix had 8,812 units cumulatively shipped as of the end of 4Q22 and 4,442 shipped on an absolute basis in the quarter.  Enovix expects to at least double its shipments during every quarter of 2023, which would imply ~140,000+ units shipped by the end of 2023 (and actual target of 180,000 units cumulatively) and ~9,000 units shipped in 1Q23.  In terms of manufacturing milestones to monitor in 2023 and 2024, Enovix outlined the following expectations:  180,000 revenue-quality wearable units produced on Line 1 in 2023 and continued production of wearable units over time; yield increasing from 42.5% today to 60% by 4Q23; 5,688 cellphone units produced on Line 2 in 2023….[191]

103.    Securities analysts discussed the annual target capacity for Fab-1.  For example:

**Cowen, January 4, 2023**
Ultimately, Fab 1 will retain capacity to produce 200-250k wearable cells/year, with larger cells produced on the Gen2 line … (550 UPH but likely only 200 UPH achievable from Line 1 vs 1,350 UPH off Gen2)…[192]

**Janney Montgomery Scott, January 4, 2023**
Ultimately, Fab-1 annual output of ~200,000 - 250,000 cells (or ~$1 -$1.25 million in annual revenue assuming a $5/unit average selling price for wearable-sized cells) is expected.[193]

104.    Securities analysts discussed that the equipment redesign between Gen1 and Gen2 was limited to certain aspects of the manufacturing line.  In particular, some securities analysts mentioned that most of the planned changes would be made to equipment located in Zone 2[194]

---

[190] "T.J. Rodgers Provides his Vision; Gen2 SOP 1Q24; Impressive Customer List," *Cowen*, January 4, 2023.
[191] "Executive Chairman Special Presentation Illuminates the Opportunities (& Challenges) of Scaling a World Class Operation," *J.P. Morgan*, January 4, 2023.
[192] "T.J. Rodgers Provides his Vision; Gen2 SOP 1Q24; Impressive Customer List," *Cowen*, January 4, 2023.
[193] "ENVX: Takeaways from Special Presentation," *Janney Montgomery Scott*, January 4, 2023.
[194] I understand that the Court found that the proprietary equipment, which refers to "equipment 'from tier one U.S.-based factory automation vendors' which necessarily would have excluded equipment coming from Yinghe, based in China," was not at issue as the Complaint "lacks any allegations about the functionality of the equipment coming from U.S.-based vendors."  *See* MPJOP Order, p. 12.

(which did not include equipment supplied by Yinghe, as that equipment was located in Zone 3[195]) and that Gen2 lines were expected to deliver higher throughputs than Gen1 lines by using more heads in parallel and by increasing automation.  For example:

> **B. Riley Securities, January 4, 2023**
> Management was quite thorough with the 13 head changes out of the 120 total that present risks based on the new Gen2 design, which are **primarily around where the sections of the battery are connected in Zone 2 of the line**.[196]

> **Cowen, January 4, 2023**
> Gen2 will use a similar proof of concept process to make equipment heads compared to line 1 with other improvements including more parallelism and faster automation… though overall equipment redesign will be limited.…  Mr. Rodgers then articulated through a number of detailed slides the differences in Gen 2 vs Gen 1 which **for a number of manufacturing zones includes only either a small change or no change at all.  Zone 2 includes processes that require major redesign work**….[197]

> **J.P. Morgan, January 4, 2023**
> The Gen2 line design draws largely from Line 1, but with more parallel function and automation, and **major redesign in only 3 key areas** out of dozens of processes in total, allowing for output to reach 1,350 units per hour (UPH) vs. 550 or less with the Gen1 line.[198]

105.    Securities analysts also discussed the announced delay in the production ramp-up for Gen2 lines to be installed in Fab-2 as a negative development.  For example:

> **Cowen, January 4, 2023**
> [M]anufacturing **scale-up though Gen2 is pushed again to 1Q24 perhaps disappointing investors given some hope for an earlier [Start of Production]**….  Mgmt expects at least four Gen2 lines at Fab 2 by 4Q24….  This additional push to the right stems from a more careful scheduling process focused

---

[195] *See* footnote 50 above.

[196] "From Rocky Execution to Executing Like Rocky; Business Update Pushes Timing Slightly, but Higher Confidence in Plan and Team; Maintain Buy, PT from $19 to $18," *B. Riley Securities*, January 4, 2023 (emphasis added).

[197] "T.J. Rodgers Provides his Vision; Gen2 SOP 1Q24; Impressive Customer List," *Cowen*, January 4, 2023 (emphasis added).

[198] "Executive Chairman Special Presentation Illuminates the Opportunities (& Challenges) of Scaling a World Class Operation," *J.P. Morgan*, January 4, 2023 (emphasis added).

on quality at 1,350 UPH.  Tech qual samples are ultimately expected to come off Gen2 by 2Q24.[199]

**Craig-Hallum, January 4, 2023**
We were **hoping to hear that they have identified all the problems and had secured a location for plant 2** and equipment was about to be shipped to that location.  **Instead, it is going to take more time as the plant 2 location still has not been determined and the timeline seemed to have slipped about one quarter.**[200]

**Janney Montgomery Scott, January 4, 2023**
Gen-2 commercialization (**shifts to the right a couple quarters vs. our prior expectations**)….  **Initial Gen-2 line commercial production in 3Q24**, but ENVX expects to have **four Gen-2 lines at Fab-2 by year end 2024**.  Did not outline what stage of ramp Gen-2 lines 2-4 will be in by yearend 2024 (ie installed, site testing, etc.).[201]

106.    Some securities analysts described the announced delay to Fab-2 as the cause of the stock price decline on that day.  For example:

**Cowen, January 4, 2023**
**[M]anufacturing scale-up though Gen2 is pushed again to 1Q24 perhaps disappointing investors** given some hope for an earlier [Start of Production]….  Mgmt expects at least four Gen2 lines at Fab 2 by 4Q24….  This additional push to the right stems from a more careful scheduling process focused on quality at 1,350 UPH.  Tech qual samples are ultimately expected to come off Gen2 by 2Q24.[202]

**J.P. Morgan, January 4, 2023**
**Shares of ENVX underperformed aftermarket during the presentation, which we attribute to the admission that the team anticipates further delays in the Gen2 production ramp**, which, admittedly, we didn't anticipate, especially given our interactions with the company in November and early December.…[203]

---

[199] "T.J. Rodgers Provides his Vision; Gen2 SOP 1Q24; Impressive Customer List," *Cowen*, January 4, 2023 (emphasis added).
[200] "Update Call Both Instills Confidence and Rattles Investors as TJ Highlights Long List of Plant 1 Issues.  Plant 2 Ramp Likely One Quarter Later than Expected. November 2023 Equipment Installed in SE Asia. Reiterate Buy, $23 Price Target," *Craig-Hallum*, January 4, 2023 (emphasis added).
[201] "ENVX: Takeaways from Special Presentation," *Janney Montgomery Scott*, January 4, 2023 (emphasis added).
[202] "T.J. Rodgers Provides his Vision; Gen2 SOP 1Q24; Impressive Customer List," *Cowen*, January 4, 2023.
[203] "Executive Chairman Special Presentation Illuminates the Opportunities (& Challenges) of Scaling a World Class Operation," *J.P. Morgan*, January 4, 2023 (emphasis added).

107. Based on my review of analyst coverage of the January 3, 2023 Special Presentation, none of the analysts discussed new information underlying the Alleged Truth regarding the FAT of the Yinghe Equipment.[204] This is not surprising. As discussed above in **Section VI.A**, Statement A and Statement B of the Alleged Truth—that the Company had waived the requirement that the Gen1 equipment purchased from Yinghe pass the FAT before it was shipped to Fab-1, and that prior to the waiver, Enovix had identified problems with the equipment, as a result of which it had not passed the FAT—specifically, equipment capacity (throughputs) and quality (yields) were not meeting desired specifications during the FAT—were publicly available by no later than November 7, 2022. Moreover, the implications of the Alleged Truth for Enovix's revenue and production ramp-up were superseded, by November 7, 2022, by the disclosure of challenges about throughputs and yields regarding Fab-1 and by the disclosure of downward revised revenue guidance.

108. Further, consistent with the lack of any new, value-relevant information regarding the FAT of the Yinghe Equipment (let alone any mention of it in the presentation), following the presentation, none of the securities analysts referred back to the Alleged Misstatement—let alone characterized the January 3, 2023 disclosures as inconsistent with the Alleged Misstatement.

109. Accordingly, the Enovix stock price decline on January 4, 2023 does not provide evidence of price impact from the Alleged Misstatement after November 7, 2022.

### 2. October 3, 2023 Press Release

110. Before market open on October 3, 2023, Enovix issued a press release announcing a strategic realignment of Fab-1 and a reduction to the Company's production targets for Q3 2023

---

[204] I note that, among the securities analyst reports that I was able to obtain that were published on the day of and in the seven calendar days after the January 3, 2023 Special Presentation, a single analyst report referenced the waiver of the FAT for the Yinghe Equipment or the problems affecting the Yinghe Equipment at the time of the FAT. However, that analyst did not identify any new information released on January 3, 2023 regarding the Yinghe FAT, but rather pointed to the information already disclosed on November 7, 2022. Specifically, the Loop Capital analyst report on January 4, 2023 stated that "Gen 1/Fab 1 has had a velocity issue born from industry standard packaging tech, occurring as when they bought the tech they didn't have the $ or the customer backing to acquire higher quality tech. Additionally, they were faced with a 'take or wait' decision with China lockdowns, and as a result took the tech prior to doing typical efficacy testing. So bugs weren't worked out, and it has been buggy." *See* "We Love the Messaging ENVX Is Bringing into The New Year," *Loop Capital*, January 4, 2023. Based on my review of the January 3, 2023 Special Presentation, there was no discussion of "Gen 1/Fab 1 ha[ving] had a velocity issue born from industry standard packaging tech" as mentioned in the Loop Capital analyst report dated January 4, 2023. And as I previously explained, in an efficient market, the reiteration of information cannot have a price impact.

("October 3, 2023 Press Release").[205, 206]   In the October 3, 2023 Press Release, Enovix announced that Fab-1 had achieved its goals and would refocus from manufacturing to product development.  The Company also announced strategic changes, including shifting production away from small standard-sized cells before reaching its guided amount in order to prioritize larger custom cells.  The Company did not discuss the FAT of the Yinghe equipment or disclose any negative information regarding throughputs and yields of the Fab-1 equipment.  Following the October 3, 2023 Press Release, securities analysts generally reacted favorably to Enovix's strategic realignment, with certain analysts attributing the stock price decline on October 3, 2023 to the Company missing its production guidance due to its strategic shift.  Consistent with the lack of any new information regarding the FAT of the Yinghe Equipment, following the publication of the press release, none of the securities analysts referred back to the Alleged Misstatement, let alone characterized the October 3, 2023 disclosures as inconsistent with the Alleged Misstatement.

### a)    Enovix disclosures in the October 3, 2023 Press Release

111.    In the October 3, 2023 Press Release, Enovix announced that Fab-1 would become a "Center for Innovation" and would refocus from manufacturing to product development.  Under this new approach, high-volume manufacturing would occur in Fab-2, which would be located in Malaysia, and technology development would happen in Fab-1.[207]

112.    Enovix also disclosed that it was shifting Fab-1 activities from a horizontal business strategy (building standardized batteries for hundreds of customers) to a vertical business strategy (building custom battery cells for a small number of large customers) because "it allow[ed] [Enovix] the most efficient path to scale."[208]  Enovix attributed this change to its "strong engagement with leading smartphone OEMs who [it] anticipat[ed] having high volume needs for battery in 2025 and, in turn, qualification samples in the near-term."[209]  Due to the

---

[205] October 3, 2023 Press Release.  The October 3, 2023 Press Release was published at 7:30 AM ET.  *See* GlobeNewsWire.

[206] According to my event study model, the residual return (-9.13%) on October 3, 2023 was statistically significant (t-statistic = -2.03).  *See* **Appendix D**.

[207] October 3, 2023 Press Release.

[208] October 3, 2023 Press Release.

[209] October 3, 2023 Press Release.

near-term need and "the additional resources required to make custom batteries for the U.S. Army,"[210] Enovix disclosed in the October 3, 2023 Press Release that it chose to stop the production of small standard-sized cells before reaching its guided amount in order to prioritize making larger custom cells for these larger custom cell customers.[211]  The Company had previously stated on July 26, 2023 that it "want[ed] to focus on higher value projects … [like the] U.S. Army.…"[212]  Enovix also indicated that, even though it had limited the production of small cell units to 24,000 instead of 36,000 as previously guided, its expectation was that it had produced enough custom cells to recognize $200,000 in total revenue in Q3 2023 mainly from the U.S. Army program, above median (mean) analyst consensus revenue estimates of $102,500 ($115,500) as of October 2, 2023, the day before the announcement.[213]

113.    Enovix also explained that Fab-1 had reached its different goals:

> Fab1 ha[d] fulfilled its intended purpose in 2023, which was to 1) drive overall yield on the Gen1 equipment and generate the learning necessary to launch with Fab2/Gen2 yields at a high level 2) build enough small cells to fulfill customer qualification demand and 3) build enough standard small cells to support customer product launches to bridge over to production in Malaysia.[214]

The Company also disclosed restructuring charges and annualized savings resulting from this change.[215]

### b)    Analyst commentary following the October 3, 2023 Press Release

114.    Analyst commentary following the October 3, 2023 Press Release is consistent with factors other than new, value-relevant information underlying the Alleged Truth causing the stock price decline following this alleged corrective disclosure.  Those factors include the announcement that Enovix would not meet its production guidance due to a shift in strategy.

---

[210] October 3, 2023 Press Release.
[211] October 3, 2023 Press Release.
[212] Enovix Corporation FQ2 2023 Earnings Call Transcript, July 26, 2023, 4:00 PM ET, p. 8.
[213] October 3, 2023 Press Release; *LSEG Workspace*.
[214] October 3, 2023 Press Release.
[215] October 3, 2023 Press Release.

Thus, analyst commentary is consistent with the October 3, 2023 Enovix price decline not providing evidence of price impact from the Alleged Misstatement after November 7, 2022.

115.    Securities analysts generally reacted favorably to Enovix's strategic realignment and noted that the Company had achieved its manufacturing goals for Fab-1 such as the goal of achieving yields of 60% in Q4 2023 that was stated on January 3, 2023.[216]  For example:

> **Canaccord Genuity, October 3, 2023**
> The company **reduced manufacturing targets** for the year, but **for a good reason:  to end unprofitable cell production in Fremont, save money, and focus on high-volume growth in Malaysia**….  **We see this decision as bold, long-term oriented and made from a position of strength.  Fab 1 had accomplished its mission and proved a successful blueprint for Fab 2**.  1) **Yields above 60% have been achieved, and faster than expected**.  According to management at several industry events over the last couple of weeks, manufacturing yields in Fremont have surpassed their target of 60% earlier than expected … 2) Enovix has built enough small cells to meet customer qualification demand … 3) Enovix has manufactured a sufficient number of small cells to support customer product launches while bridging Malaysian production.[217]

> **J.P. Morgan, October 3, 2023**
> Enovix announced a **strategic realignment of its Fab-1** facility in Fremont, which **we think makes strategic sense** given that **Enovix has met its manufacturing improvement goals in terms of yields and output**.  …[T]he team **cut off production at ~24,000 cells** (below guidance of 36,000 cells) **to focus on custom deliverables for its US Army contract**, which should generate $200,000 of revenue this year.  In any case, **we think the choice to redirect output is more of a strategic decision than one reflective of capabilities, given that Fab-1 has seen significant yield improvements, ability to satisfy qualification demand, and support customer product launches until Fab-2 is running** in Malaysia next year, where the team envisions scaling to millions of cells.[218]

> **TD Cowen, October 3, 2023**
> ENVX announced it will perform a strategic realignment, turning its Fab1 into a R&D facility focused on new product development….  CEO Raj Talluri noted that due to realignment and additional resources required to make custom cells for the US Army, he directed manufacturing teams to reduce production of small

---

[216] January 3, 2023 Special Presentation, p. 31.

[217] "Making the Right, Albeit Unpopular, Decision," *Canaccord Genuity*, October 3, 2023 (emphasis added and removed from original).

[218] "Strategic Shift at Fab-1 Aligns with Company Goals; Fab-2 Ramp Key to Unlock Long-Term Opportunity – Remain OW," *J.P. Morgan*, October 3, 2023 (emphasis added).

standard-sized cells…. We note this **isn't that surprising** given mgmt noted in 2Q it would likely focus on higher value opportunities for larger cells, such as the U.S. Army, that bias the production figure lower. **Turning Fab1 into an R&D facility had always been the plan and after ENVX completed its manufacturing goals**, including enough inventory to support customer product launch of small cells and **reaching 60% yield** at the facility, the company decided to pull forward plans…[219]

116.    In addition, securities analysts discussed Enovix missing its production guidance due to this strategic change—as opposed to issues about throughputs and yields of the Fab-1 equipment. Some of them attributed the Company's stock price decline on October 3, 2023 to this disclosure. For example:

**Canaccord Genuity, October 3, 2023**
Enovix announce[ment] … conjured up memories of past miss-execution from previous management. **The company reduced manufacturing targets for the year, but for a good reason…. We understand investor reaction given previous manufacturing concerns**, but this announcement is not the same. …[I]n our opinion, [Enovix] provided good, not bad, news.[220]

**Janney Montgomery Scott, October 3, 2023**
We think the **negative focus today is on the company missing the 3Q production guidance of ~36,000 small cells**…[221]

**Cantor Fitzgerald, October 4, 2023**
**Enovix shares fell ~13% yesterday … on concerns around the production cut, in our opinion.** However, **we do not interpret the guide-down in production as a further push-out**, but rather an intentional move by Enovix to focus on their largest opportunity to scale: smartphones.
…
[W]e believe the negative sentiment surrounding the strategic realignment is unjustified.[222]

**TD Cowen, October 6, 2023**
**[B]ears were quick to react** as CEO Raj Talluri noted that due to [Fab-1] realignment and additional resources required to make custom cells for the US Army, he directed manufacturing teams to **reduce production of small**

---

[219] "Fab1 Strategic Realignment Announced; Not Surprising," *TD Cowen*, October 3, 2023 (emphasis added).

[220] "Making the Right, Albeit Unpopular, Decision," *Canaccord Genuity*, October 3, 2023 (emphasis added).

[221] "ENVX Announces Strategic Shift at Fab1," *Janney Montgomery Scott*, October 3, 2023 (emphasis added).

[222] "Strategic Realignment is Misunderstood. Enovix Thesis Continues to De-Risk Based on Gen2 Progress, Customer Engagements. Reiterate OW and $28PT," *Cantor Fitzgerald*, October 4, 2023 (emphasis added).

**standard-sized cells leading to 24k cells produced in 3Q.  …[T]his shouldn't come as much of a surprise** as mgmt noted during 2Q that it may focus on higher value opportunities such as the US Army that would likely bias production lower.[223]

117.    Based on my review of analyst coverage of the October 3, 2023 Press Release, none of the analysts discussed any new information underlying the Alleged Truth regarding the FAT of the Yinghe Equipment.[224]  As discussed above with respect to the January 3, 2023 Special Presentation, this is not surprising.  As discussed above in **Section VI.A**, by November 7, 2022, the information comprising the Alleged Truth—Statement A, that Enovix had waived the requirement that the Gen1 equipment purchased from Yinghe pass the FAT before it was shipped to Fab-1, and Statement B, that prior to the waiver, Enovix had identified problems with the equipment, as a result of which it had not passed the FAT—specifically, equipment capacity (throughputs) and quality (yields) were not meeting desired specifications during the FAT—was publicly available and, in an efficient market, would have been fully incorporated into the price of Enovix's stock.  Moreover, the implications of the Alleged Truth for Enovix's revenue and production ramp-up were superseded by the implications of more negative information publicly available by November 7, 2022.

118.    Further, consistent with the lack of any new information regarding the FAT of the Yinghe Equipment, following the publication of the press release none of the securities analysts referred back to the Alleged Misstatement, let alone characterized the October 3, 2023 disclosures as inconsistent with the Alleged Misstatement.

---

[223] "Weekly Recharge: ENVX, FREY, August EV Sales, Ionblox, AMPX Call," *TD Cowen*, October 6, 2023 (emphasis added).

[224] I note that, among the securities analyst reports that I was able to obtain that were published on the day of and in the seven calendar days after the October 3, 2023 Press Release, a single analyst report referenced the waiver of the FAT for the Yinghe Equipment or the problems affecting the Yinghe Equipment at the time of the FAT.  However, that analyst did not identify any new information released on October 3, 2023 regarding the Yinghe FAT, but rather pointed to the information already disclosed on November 7, 2022 regarding the FAT for Fab-1 equipment in the context of discussing the FAT for Fab-2.  Specifically, the TD Cowen analyst report on October 3, 2023 stated, "Recall, in early September, ENVX released the first episode of its Journey to Scale Podcast, highlighting the kick-off of factory acceptance testing for its Gen2 Autoline which began in August.…  Each zone will go through its own factory acceptance testing and then once completed the equipment will be shipped to Fab 2 in Malaysia where site acceptance testing will kick off.…  Recall the company violated its Equipment Procurement Review process in regard to Gen 1 equipment when equipment delivery was expedited via air freight and COVID restrictions prohibited engineers from flying to China to observe equipment running at full speed before approving delivery." *See* "Fab1 Strategic Realignment Announced; Not Surprising," *TD Cowen*, October 3, 2023.  As I previously explained, in an efficient market, the reiteration of information cannot have a price impact.

**VII.    Dr. Tabak Fails to Put Forth a Class-Wide Methodology to Reliably Measure Damages Consistent with Plaintiffs' Theory of Liability**

119.    I previously explained in **Sections VI.A.4** and **VI.B** that the risk associated with the Alleged Truth had materialized by November 7, 2022.  By then, Enovix had disclosed issues with the Fab-1 equipment—including challenges in improving its throughputs and yields—and downward revisions in guidance for FY 2022 and FY 2023 revenue.  Moreover, I discussed above that, in an efficient market, the Enovix stock price declines on January 4, 2023 and October 3, 2023, following the release of allegedly corrective information, were not caused by revelation of any new information underlying the Alleged Truth.  In other words, the stock price declines on January 4, 2023 and October 3, 2023 do not represent dissipation of inflation from the Alleged Misstatement.

120.    Plaintiffs may still claim that the remaining alleged corrective disclosure on November 1, 2022 represents the materialization of an allegedly under-disclosed risk associated with the Alleged Truth:  the risk that Enovix might not be able to achieve the production and financial targets it had outstanding at the start of the Putative Class Period.  As I explain below, Dr. Tabak fails to provide a class-wide damages methodology that can reliably measure the price impact of the alleged understating of risk on each day of the Putative Class Period.[225]  As a result, he fails to provide a damages methodology that could properly estimate damages in this matter consistent with Plaintiffs' theory of liability.

### A.    Dr. Tabak's Opinions on Damages

121.    Dr. Tabak states that counsel for Plaintiffs "asked [him] to analyze whether damages for investors in Enovix's common stock can be calculated through a common methodology."[226]  He asserts that "the answer is unambiguously that such a common methodology is possible in this matter."[227]

---

[225] I note that Plaintiffs allege in the Complaint that "the class [was] damaged when the concealed risks came to light."  *See* Complaint, p. 34 (emphasis removed from original).  Even ignoring my analyses in **Section VI** and assuming that the three alleged corrective disclosures mentioned by Plaintiffs should be considered when analyzing damages in this matter, Dr. Tabak would still have failed to provide a proper methodology to estimate damages associated with the materialization of an understated risk for purchasers of Enovix common stock after November 7, 2022 because of the reasons developed in this section.  As a result, it is my opinion that Dr. Tabak has failed to provide a proper damages methodology for the entirety of the Putative Class Period.
[226] Tabak Report, ¶ 2.
[227] Tabak Report, ¶ 64.

122.    Dr. Tabak begins by describing the measure of damages in a Section 10(b) and Rule 10b-5 matter such as this one.  Specifically, he states that damages are calculated using the "out-of-pocket" measure of damages, the starting point for which is "the amount of artificial inflation in the stock at the time of [an investor's] purchase less the inflation in the stock at the time of sale."[228]  Although Dr. Tabak does not define inflation in his report, during his deposition he agreed that inflation is "the difference between what the stock traded at and what it would have traded at had the truth been disclosed."[229]  This definition of inflation is consistent with my understanding of the typical definition of inflation in Section 10(b) and Rule 10b-5 matters.  Dr. Tabak also states that "in order to obtain what is known as the 'out-of-pocket' measure of damages," "[f]urther adjustments" may be necessary "if the amount of inflation declines for reasons other than a corrective disclosure."[230]  Dr. Tabak states that "the general consensus among experts in securities litigation is that the Supreme Court's decision *Dura Pharmaceuticals, Inc. v. Broudo*, 544 U.S. 336 (2005) implies that declines in inflation due to market or industry effects are not included in damages."[231]

123.    Then, Dr. Tabak describes what appears to be his actual proposed damages methodology, which appears to boil down to using the stock price declines upon the three alleged corrective disclosures (after removing "market and/or industry effects" and after purportedly removing the valuation impact of any "confounding news"[232]) as an estimate of the amount of inflation that dissipated from the price of Enovix common stock on those dates.  Specifically, Dr. Tabak states that "[t]he inflation calculation referenced above begins with an event study, or the analysis of the change in the market prices of Enovix's common stock, accounting for changes in market and/or industry effects, on the dates of (or the trading dates following) the three corrective

---

[228] Tabak Report, ¶¶ 65–66.  Dr. Tabak states that "[i]f an investor holds their purchase past the end of the Class Period, then the starting point for damages is the amount of inflation at the time of purchase."  *See* Tabak Report, ¶ 66.  Dr. Tabak also states that "the 1995 Private Securities Litigation Reform Act provides a limitation on damages" "[f]or shares held beyond the disclosure that corrects the misrepresentation(s) that is (are) the basis for the action, damages are limited to the purchase price less (1) the 90-day average closing price following that disclosure if the shares are held through this 90-day period or (2) the average closing price through the time of sale if the shares are sold within the 90-day period." *See* Tabak Report, ¶ 66, footnote 55.

[229] Deposition of David I. Tabak, Ph.D., November 25, 2025 ("Tabak Deposition"), 97:23–98:9.

[230] Tabak Report, ¶ 66.

[231] Tabak Report, footnote 54.

[232] Tabak Report, ¶¶ 67–68.

disclosures alleged in this case."[233]  Dr. Tabak labels these changes in market prices the "residual or excess" stock price movements.[234]

124.    Dr. Tabak further states that he can "apply relevant analytical tools (including but not limited to cash-flow analyses and content analysis)" to remove from the residual stock price movements following the alleged corrective disclosures the effect of "any economically important confounding news."[235]  Dr. Tabak defines confounding information as information that is "unrelated to the remaining allegations."[236]  Dr. Tabak singles out information about Fab-2 revenues and earnings as potential confounding information and explains that "should it be necessary to examine the effects of Fab-1 revenues and earnings from those of Fab-2, the difference in the dates when each was expected to contribute financially will make such an examination feasible through the use of changes in analyst forecasts."[237]  I note that Dr. Tabak does not provide a full methodology to assess damages as he asserts that "further discovery should aid in some of the exact parametrizations of the damages calculations."[238]  At his deposition, Dr. Tabak acknowledged that beyond his reference to using an event study, he does not "have a more detailed discussion" of how to analyze inflation across different periods during the Putative Class Period.[239]

125.    I also note that Dr. Tabak testified that he may need the assistance of a battery manufacturing expert to provide inputs to his damages methodology.[240]  However, he did not provide any details or analysis with respect to the feasibility of this approach, and I am not aware

---

[233] Tabak Report, ¶ 67.
[234] Tabak Report, ¶ 33.
[235] Tabak Report, ¶ 68.
[236] Tabak Report, ¶ 68.
[237] Tabak Report, ¶ 68.
[238] Tabak Report, ¶ 69.
[239] Tabak Deposition, 99:11–25 ("Q.  … does your report discuss how to determine the amount of artificial inflation across different periods during the class period?  A.  Well, paragraph 67, I discuss using an event study that would then allow me to take a look at the price declines associated with the three alleged corrective disclosures.  I don't know if I discuss building it back up, but that's probably a standard methodology.  But I don't have a more detailed discussion, if that's what you're asking me for…").
[240] Tabak Deposition, 107:6–108:22 (emphasis added) ("[W]hat you're actually, I think, would be looking for is … [a] -- manufacturing … or **a battery manufacturing expert** who could say, [h]ere's what one would predict based on what was disclosed, here's what one would predict based on the additional information that should have been disclosed….  Q. **So you would need to have an expert provide an opinion on how likely the alleged issues at FAT would have on the ability of the company to ramp up FAB-1 in order for you to quantify the inflation caused by the concealed risk. A. … if it's somewhere in between, presumably you will need some type of expert, again, on manufacturing or whatever to help identify the importance of the undisclosed failures of the FAT. Q. You wouldn't feel qualified to do that analysis by yourself, true?  A.  True.**").

of any industry expert proffering an opinion in this matter such that it would be feasible to develop the parameterizations that Dr. Tabak states are necessary. Nevertheless, Dr. Tabak concludes without providing any support that "a method for determining inflation at any date, and thus damages for any Class member, will be feasible."[241]

> **B.      Dr. Tabak Fails to Put Forth a Damages Methodology Consistent with Plaintiffs' Theory of Liability That Can Account for the Materialization of an Allegedly Understated Risk**
>
> **1.      Dr. Tabak's Proposed Event Study Damages Methodology Cannot Reliably Measure Inflation, If Any, Caused by an Allegedly Understated Risk**

126.    Dr. Tabak's proposed damages methodology, based on measuring price declines following alleged corrective disclosures using an event study, is incapable of reliably measuring inflation, if any, caused by the Alleged Misstatement. This is because, as explained below, the allegations in this matter are such that the Alleged Truth is akin to an allegedly understated risk, and the stock price decline associated with an alleged corrective disclosure revealing the materialization of an understated risk overstates the amount of inflation, if any, that was in the stock price at the time the risk materialized. This may be particularly true when a series of events that inform the market about the allegedly understated risk occur between the time of the alleged understatement of risk and the materialization of the risk.

127.    As I discuss above, Dr. Tabak appears to propose to measure damages based on the residual stock price declines following the three alleged corrective disclosures, purportedly adjusting for confounding information (such as information about Fab-2), although he does not provide the full methodology he would use to estimate damages.[242] As previously explained, based on my analyses in **Section VI**, the residual stock price declines on January 4, 2023 and October 3, 2023 were not caused by the disclosure of new information underlying the Alleged Truth. Therefore, my analysis in this section will focus on the November 1, 2022 alleged corrective disclosure. As I explain below, to the extent that Dr. Tabak asserts that the residual stock price decline measured by his event study model on November 2, 2022 represents an

---

[241] Tabak Report, ¶ 69.
[242] As I discuss in **Appendix D**, an event study can be used to estimate the combined impact of all company-specific information released on a specific date.

estimate of the amount of inflation that existed earlier in the Putative Class Period, then such an assertion would be unsupported.

128.    As an economic matter, Dr. Tabak's event study methodology can only be used to reliably measure inflation as of a particular date in the Putative Class Period if the valuation effect of the information causing the residual stock price decline following the alleged corrective disclosures, after removing the effect of confounding information, coincides with the valuation effect of the disclosure of the Alleged Truth on the particular date in the Putative Class Period. As discussed above in **Section VI**, the disclosure of the Alleged Truth at the beginning of the Putative Class Period would have informed the market about a greater risk that Enovix might not be able to achieve its outstanding production and financial targets due to throughputs and yields of the Yinghe Equipment not yet meeting desired specifications.  In contrast, as claimed by Plaintiffs, the "concealed risk [partially] materialized"[243] when the alleged corrective disclosure occurred on November 1, 2022, and Enovix's disclosures "dramatically changed the perceived timeline for Enovix to commercialize its batteries and achieve revenue."[244]  As an economic matter, all else being equal, the valuation effect of the materialization of the risk of an adverse outcome exceeds the valuation effect, if any, of the disclosure of a greater risk that the adverse outcome might occur.  Dr. Tabak fails to provide a damages methodology that could address this difference.

129.    To illustrate this economic concept, consider a hypothetical company involved in developing its production lines for a new product.  At an earlier point in time, the company disclosed to the market that it was going to launch a new product, and it informed the market about its production targets and corresponding financial targets.  Based on this and other public information, the market determined that (i) this new product would increase the price per share by $100 if successful, and (ii) there was a 10% chance that the new product could not be launched given challenges associated with the production technology.  As a result, the stock price of the company went up by $90 (90% * $100 + 10% * $0) per share upon this announcement.[245]  Further assume that the company concealed information that would have led

---

[243] Complaint, ¶ 155.

[244] Complaint, ¶ 163.

[245] The illustrative example makes several assumptions for simplicity of exposition, including, for example, that market participants did not expect the launch of a new product prior to the hypothetical company's announcement.

the market to assess the probability of failure to manufacture the product to be 30% rather than 10%.  Had the market been provided this information, the stock price would have increased by $70 (70% * $100 + 30% * $0) per share instead of $90 per share, and the $20 per share difference ($90 - $70) represents the amount of inflation caused by the understated risk.  Now assume that a few months later the company announced that it would not be able to manufacture the new product.  Upon this announcement, the stock priced declined by $90 per share because the expected contribution of the new product to the value of the company disappeared.

130.    In the above example, the stock price decline on the day the risk materialized ($90) exceeds the measure of inflation ($20).  Indeed, even if the company had disclosed the concealed information that would have led the market to assess the probability of the negative outcome to be 30%, there would still have been a price decline upon the announcement that the company could not manufacture the new product (i.e., when the risk ultimately materialized).[246]  The company's stock price would have dropped when the risk materialized even if the company had disclosed the concealed information at the time the product launch was announced.  Therefore, the price decline upon the materialization of the risk cannot measure inflation, if any, arising from the alleged understatement of risk.  Indeed, using stock price declines when the risk ultimately materialized can vastly overstate damages related to the understated risk prior to the materialization of the risk.  Dr. Tabak conceded as much.  At his deposition, Dr. Tabak agreed that "[i]n general, if a company conceals a risk, the inflation would be different than when the company discloses that the undisclosed risk had actually materialized."[247]

131.    At his deposition, Dr. Tabak also explained that to develop a reliable damages methodology to estimate inflation arising from an alleged understatement of risk, except in extreme circumstances where the risk was either certain to materialize or certain to not materialize, he would need the assistance of a battery manufacturing expert.[248]  He mentioned

---

[246] Had the market assessed the probability of the negative outcome to be 30%, the stock price would have increased by $70 per share (70% * $100 + 30% * $0), and upon the announcement that the hypothetical company would not be able to manufacture the new product, the stock price would have declined by the same $70 per share.

[247] Tabak Deposition, 106:17–22 ("Q. … In general, if a company conceals a risk, the inflation would be different than when the company discloses that the undisclosed risk had actually materialized, correct? … A. As a general rule, yes.").

[248] Tabak Deposition, 109:24–110:8 ("Q.  But if [the risk of not passing the FAT is] anywhere in between [0% and 100%], so if -- if not passing [the] FAT increases the risk by some percentage between 1 and 99, you would need an expert to provide an opinion, that you could then use to measure the amount of inflation at the time of the alleged misrepresentation.  A. Yes, although I'll say it may not just be not passing, it may be the degree by which you fail, but generally, yes.").

that he "would be looking for … a battery manufacturing expert who could say, [h]ere's what one would predict based on what was discovered, here's what one would predict based on the additional information that should have been disclosed.  So if you've got a risk of X, for example, not being able to scale up FAB-1, that type of expert may be able to tell you, [h]ere is the risk the market … would have perceived based on what was disclosed versus here is the risk the market would have perceived based on certain additional disclosures that presumably they would be asked to assume by counsel for plaintiffs."[249]

132.    However, Dr. Tabak did not provide any information or analysis to show that a battery manufacturing expert (or any other type of technical expert) could provide a reliable methodology to assess the incremental risk associated with the disclosure of the allegedly concealed truth.  Moreover, Dr. Tabak appears to suggest that a technical expert could opine on the market's reaction to a technical disclosure.  Such an assessment may need to rely on an expertise that goes beyond technical battery manufacturing issues in order to assess how, upon the disclosure of the allegedly concealed truth, the market's consensus regarding the different parameters that are needed to estimate inflation would have changed (e.g., how the market would have updated its estimate of the probability that Enovix may not be able to scale up production at Fab-1).[250]

133.    In summary, because the Alleged Truth is akin to an allegedly understated risk and the alleged corrective disclosure on November 1, 2022 allegedly represents the materialization of that risk, the valuation effect of this alleged corrective disclosure would differ, potentially significantly, from the valuation effect, if any, of the Alleged Truth.  As a result, any estimate of inflation based on Dr. Tabak's proposed event study analysis of residual stock price declines following the alleged corrective disclosure on November 1, 2022 would not reliably measure inflation, if any, in the price of Enovix common stock.

---

[249] Tabak Deposition, 107:4–21.

[250] As explained above, the equipment provided by Yinghe was in Zone 3 of the Fab-1 production line and there were a total of four zones.  At his deposition, when asked to assume that factors other than the Yinghe Equipment could also have affected Fab-1 equipment's ability to meet production targets, Dr. Tabak acknowledged that "if there are two reasons for … [the] inability of FAB-1 to reach expectations, if one is allegation related and one is not allegation related, then you want -- for purposes of damages, you want to figure out how much of the effects comes from each of those two."  *See* Tabak Deposition, 119:23–120:4.  He also acknowledged that he did not propose a methodology to conduct this analysis because he "would need whatever type of production or manufacturing expert to handle at least of portion of that."  *See* Tabak Deposition, 120:5–11.  He also fails to specify the type of inputs he would need from the technical expert and to provide information about how a technical expert could provide these inputs.

**2.    Dr. Tabak Has Not Identified an Alternative to His Proposed Event Study Methodology That Can Reliably Quantify Inflation While Taking into Account Publicly Available Information Regarding the Allegedly Understated Risk**

134.    Because Dr. Tabak's proposed event study approach is incapable of reliably measuring inflation, if any, caused by the Alleged Misstatement, in order to provide a class-wide damages methodology consistent with Plaintiffs' theory of liability, he would need to identify another methodology and establish that it is capable of such measurement.  However, he has not done so.  As discussed below, a methodology capable of reliably measuring inflation, if any, on each day of the Putative Class Period caused by the Alleged Misstatement would need to take into account the totality of publicly available information regarding the Alleged Truth.

135.    As an economic matter, reliably measuring inflation on each day of the Putative Class Period requires at least two steps.  The first step is to identify, for each day of the Putative Class Period, any pieces of information underlying the Alleged Truth that were not yet publicly available as of that day.  In an efficient market, any publicly available pieces of information underlying the Alleged Truth would have already been fully incorporated into the stock price as of that day.  Thus, to avoid overstating inflation, if any, caused by the Alleged Misstatement, a reliable estimate of inflation on a given day should not include any valuation effect from information underlying the Alleged Truth that is already in the public domain on that day.  The second step is to analyze the valuation effect of any information underlying the Alleged Truth that was not yet publicly available as of that day.  Such valuation effect, if reliably measured, represents the amount of stock price inflation, if any, on that day.  Other than his reference to an event study—which, as explained above, is incapable of reliably measuring inflation, if any, caused by the Alleged Misstatement—and generic reference to analytical tools such as cash-flow analysis and content analysis, Dr. Tabak has not explained how he will perform either step.[251]

136.    The first step will require taking into account that, as discussed in **Section V** above, Enovix disclosed prior to and during the Putative Class Period numerous risks related to its production and financial plans, including risks related to its manufacturing process that could delay production.[252]  For example, Enovix disclosed on August 6, 2021 that "[i]t may take longer

---

[251] Tabak Report, ¶¶ 67–68.
[252] *See*, *e.g.*, ¶¶ 34, 38 above.

than expected to install, qualify and release this [Gen-1] line and require modifications to the equipment to achieve [its] goals for throughput and yield.… This integration work will involve a significant degree of uncertainty and risk and may result in the delay in the scaling up of production or result in additional cost to [its] battery cells."[253]  Moreover, securities analysts recognized this risk as key to the valuation of Enovix stock.  For example, an August 16, 2021 Oppenheimer report identified that:

> Enovix relies on a complex and novel manufacturing process for its operations, and, as such, ramping production involves a significant degree of risk as well as uncertainty in terms of resulting operational performance and associated costs.… Enovix has not yet produced any lithium ion battery cells at scale and its inability to do so in a manner that allows it to achieve its forecast cost advantage for those cells, through the realization of rates of throughput, use of electricity and consumables, yield and rate of automation of mature battery, battery material, and manufacturing process, relative to conventional lithium-ion cells, would adversely impact its business.[254]

Thus, in an efficient market, the price of Enovix stock would have reflected, to a degree, the risk that Enovix would not be able to scale up production and meet its publicly disclosed production and financial targets.  A reliable estimate of inflation on a given day of the Putative Class Period would need to reflect any and all information about that risk contained in the Alleged Truth that remained undisclosed on that day.

137.    For the same reason, performing this first step will require taking into account that, as discussed in **Section V** above, Enovix made numerous incremental disclosures during the Putative Class Period about issues relating to throughputs and yields of the Fab-1 equipment.  For example, the Company stated in the Q2 2022 Letter to Our Shareholders on August 10, 2022 that it was "prioritizing manufacturing improvements over shipments.  This includes taking portions of [its] first production line down to install planned automated conveyance and implementing throughput and reliability enhancements for multiple process modules."[255]

138.    To the extent that these risk disclosures and disclosures about throughput and yield issues regarding the Fab-1 equipment were related to issues that led the Yinghe Equipment to not pass

---

[253] August 2, 2021 Form S-1, p. 7.
[254] "ENVX: Scaling Disruptive Battery Tech; Initiating with Outperform and $32 PT," *Oppenheimer*, August 16, 2021 (emphasis in original).
[255] Q2 2022 Letter to Our Shareholders, p. 1.

the FAT, then their informational content should be accounted for when determining the information underlying the Alleged Truth that was not yet publicly disclosed on a specific date. Dr. Tabak has not explained what methodology he will use to identify, for each day in the Putative Class Period, any pieces of information underlying the Alleged Truth that were not yet publicly available as of that day.

139.    Dr. Tabak has also not explained how he will perform the second step of analyzing how any information underlying the Alleged Truth that was not yet publicly available as of a given date would have impacted, if at all, the market's assessment of the value of Enovix stock.  For the reasons provided above, an event study would not be capable of doing so reliably.  Therefore, Dr. Tabak would need to identify a different valuation methodology and establish that it is possible to apply the methodology to reliably measure inflation.  Establishing that a particular valuation methodology can be reliably applied in this matter would first require identifying the relevant inputs to the valuation methodology (e.g., the expected cash flows and the discount rate in a discounted cash flow model).  Second, it would require establishing that each of those inputs can be estimated in a way that ensures that the value of Enovix stock implied by those estimates would have been consistent with market expectations had the Alleged Truth been revealed. However, on top of failing to identify a methodology that can serve as a reliable alternative to his proposed event study approach, Dr. Tabak does not provide any analysis to show that the necessary inputs can be estimated.  Thus, Dr. Tabak has not explained how he would perform the second required step to reliably measuring inflation on each day of the Putative Class Period.

## VIII.   Dr. Tabak Fails to Establish That the Market for Enovix Stock Was Efficient Before January 11, 2022, Which Is the Portion of the Putative Class Period When the Bulk of Enovix Shares Were Subject to Lock-up Restrictions

140.    I have been asked to review and evaluate Dr. Tabak's analysis of market efficiency for Enovix common stock.  As discussed in **Section VIII.A**, I find that Dr. Tabak fails to consider that a large number of Enovix shares were subject to lock-up restrictions that made those shares non-tradeable from July 14, 2021, the closing date of the merger of Enovix Corporation and Rodgers Silicon Valley Acquisition Corp. ("RSVA"; the "Merger") until January 11, 2022, when an early release condition was met.  This restriction could have hindered market efficiency prior

to January 11, 2022. As a result, during the portion of the Putative Class Period prior to January 11, 2022 (i.e., the Lock-Up Period), Enovix stock prices may not have quickly and fully adjusted to publicly available information. I find economic evidence consistent with a potential difference in the degree of market efficiency in the Lock-Up Period and the remainder of the Putative Class Period (i.e., the Post-Lock-Up Period), including that the cost of borrowing Enovix shares and several other metrics Dr. Tabak points to as support for his finding of market efficiency—such as fails-to-deliver, bid-ask spreads, and analyst coverage—differed between the Lock-Up Period and the Post-Lock-Up Period. As discussed in **Section VIII.B**, when Dr. Tabak's "Price Response to News" analysis is restricted to the Lock-Up Period, it does not show a statistically significant difference between the proportion of statistically significant residual returns for Enovix stock on news days and that proportion for no-news days identified by Dr. Tabak. For these reasons, Dr. Tabak has failed to establish that the market for Enovix stock was efficient before January 11, 2022.

### A. Dr. Tabak Fails to Consider That a Significant Number of Shares Were Subject to a Lock-up Before January 11, 2022, Which Could Hinder Market Efficiency During This Period

141. As of the start of the Putative Class Period, the bulk of Enovix's total shares outstanding could not be traded as a result of lock-up agreements. Shares of Enovix common stock began trading on Nasdaq on July 15, 2021, following the Merger.[256] As of the close of the Merger, out of the 145.2 million Enovix shares outstanding,[257] more than 73% of those shares (106.4 million) were held by investors who had entered into lock-up agreements (including insiders and legacy Enovix shareholders who had been issued new Enovix shares in connection with the de-SPAC transaction).[258] The Company had several lock-up conditions in place—for example, Enovix board members and certain stockholders agreed to releasing 50% of their shares at six months and 12 months after the close of the Merger (subject to an early release condition based on Enovix's closing price),[259] and shares held by the "Sponsor" of the SPAC (Rodgers Capital, LLC) and RSVA's directors and affiliates of its management team would all be released 12

---

[256] Enovix Corporation, Form 8-K, Filed on July 19, 2021 ("July 19, 2021 Form 8-K"), pp. 1, 8.
[257] July 19, 2021 Form 8-K, p. 3.
[258] July 19, 2021 Form 8-K, p. 2.
[259] Enovix Corporation, Form 424B3, Filed on June 24, 2021 ("Merger Proxy"), p. 100.

months after the closing of the Merger, subject to the same early release condition.[260]  I further understand that approximately 9.5 million shares were released after the expiration of a 90-day lock-up period.[261]  In other words, approximately 97 million shares, or 67% of the 145.2 million shares outstanding, could not be traded until the early release condition was met on January 11, 2022 at the earliest.[262]  On this date, the locked-up shares subject to the early release condition were released and became available to trade.[263, 264]

---

[260] Merger Proxy, p. 176 (emphasis added) ("**The Founders Shares … are … subject to transfer restrictions pursuant to lock-up provisions … until** the earlier of (A) one year after the completion of our initial business combination or (B) **subsequent to our initial business combination, (x) if the last reported sale price of our common stock equals or exceeds $14.00 per share (as adjusted for stock splits, stock dividends, reorganizations, recapitalizations and the like) for any 20 trading days within any 30-trading day period commencing at least 150 days after our initial business combination**, or (y) the date on which we complete a liquidation, merger, capital stock exchange, reorganization or other similar transaction that results in all of our stockholders having the right to exchange their shares of common stock for cash, securities or other property."); Merger Proxy, pp. 1–2 (emphasis removed from original) ("'Founders Shares' means the outstanding shares of [RSVA's] Common Stock held by the Sponsor, [RSVA's] directors and affiliates of [RSVA's] management team since September 2020. … 'Sponsor' means Rodgers Capital, LLC, a Delaware limited liability company.").

[261] I understand that out of the 106.4 million shares of Enovix stock subject to lock-up agreements, approximately 9.5 million shares were released on October 12, 2021, 90 days after the closing of the Merger.  *See* August 2, 2021 Form S-1, pp. 86–87; Rodgers Silicon Valley Acquisition Corp., Form 8-K, Filed on February 22, 2021, Exhibit 10.5; Rodgers Silicon Valley Acquisition Corp., Lock-Up Agreements, Enovix_0318083–320.

[262] I understand that some of these 97 million shares were released on January 14, 2022, six months after the closing of the Merger.  *See* August 2, 2021 Form S-1, p. 87 (emphasis added) ("Under the lock-up agreements entered into by **certain additional stockholders**, each party to the agreement agreed that it will not, without the prior written consent of our board, during the period commencing on the Closing Date and ending on the date that is **six months after the Closing Date** (i) offer, sell, contract to sell, pledge, or otherwise dispose of, directly or indirectly, Lock-Up Shares…").  *See also* Rodgers Silicon Valley Acquisition Corp., Form 8-K, Filed on February 22, 2021, Exhibit 10.7.

[263] *CRSP*; Merger Proxy, pp. 127–128 (emphasis added and removed from original) ("Under the Lock-Up Agreement entered into by members of the board of directors and certain stockholders of Enovix, each party to the agreement agreed that it will not, without the prior written consent of the Combined Entity, with respect to (i) 50% of the Lock-Up Shares during the period commencing on the Closing Date and ending on the First Release Date (as defined below) and (ii) the remaining 50% of Lock-Up Shares during the period commencing on the Closing Date and ending on the Second Release Date (as defined below) …. offer, sell, contract to sell, pledge, or otherwise dispose of, directly or indirectly, Lock-Up Shares, or enter into any transaction that would have the same effect … **The 'First Release Date' shall mean the earlier of the date that is**: (A) six months after the Closing Date; and (B) **the date on which the last reported closing price of shares of [RSVA] common stock** on the Nasdaq (or such other exchange on which shares of [RSVA] common stock are then listed) **equals or exceeds $14.00 per share** (as adjusted for stock splits, stock dividends, reorganizations and recapitalizations) **for any 20 trading days during any 30 trading day period commencing at least 150 days after the Closing Date (such date, the 'Minimum Price Date'); [t]he 'Second Release Date' shall mean the earlier of the date that is**: (A) twelve months after the Closing Date; and (B) **the Minimum Price Date**.").  *See also* Rodgers Silicon Valley Acquisition Corp., Form 8-K, Filed on February 22, 2021, Exhibit 10.6.  January 11, 2022 was the "Minimum Price Date" that triggered lock-up expiration for all locked-up shares.

[264] Dr. Tabak's float calculations in Exhibit 7 of the Tabak Report overstate the number of shares that were actually tradeable earlier in the Putative Class Period.  For example, Exhibit 7 of the Tabak Report states that as of August 11, 2021, the float of Enovix stock was 68.45% of shares outstanding.  However, as discussed, out of the total 145.2 million Enovix shares outstanding at that time, more than 73% of those shares (106.4 million) were held by investors who had entered into lock-up agreements.  After removing the shares subject to lock-up agreements, the actual float is only 27% (100% – 73%) of shares outstanding as of August 11, 2021.  *See* Tabak Report, Exhibit 7.

142.    The potential effect of this lock-up is that during the Lock-Up Period, that is, the portion of the Putative Class Period prior to January 11, 2022, Enovix stock prices may not have quickly and fully adjusted to publicly available information.  The reasons for this include that the more limited availability of tradeable shares limited the supply of shares that can be borrowed to short sell, which hinders price discovery occurring through short selling, or that by not allowing certain shareholders to trade, information that might have been conveyed by their trading behavior (had it not been constrained) may not have been incorporated into the stock price.[265]

143.    Consistent with a more limited availability of tradeable shares limiting the supply of shares that can be borrowed to short sell, I find that the cost of borrowing Enovix stock was high during the Lock-Up Period relative to estimates from the academic literature, and that it was higher during that period than it was during the Post-Lock-Up Period.[266]  I have obtained and analyzed stock borrowing fee data for Enovix shares from S3 Partners[267] during the Putative Class Period.  As shown in **Exhibit 2**, fees associated with borrowing Enovix stock were higher during the Lock-Up Period than the remainder of the Putative Class Period.[268]  In the Lock-Up Period, the average daily borrowing fee was 3.66% and higher than what the academic literature

---

[265] *See, e.g.*, Brav, Alon, and Paul A. Gompers. 2003. "The Role of Lock-ups in Initial Public Offerings." *The Review of Financial Studies* 16 (1): 1–29 ("Brav and Gompers (2003)") at 18–19.  Brav and Gompers (2003) note that "[c]ostly arbitrage [Pontiff (1996)] might prevent investors from undertaking investments that would correct the temporary mispricing," and "find that transaction costs, calculated as the percentage bid-ask spread relative to the bid price, equal 6.3% on average" using "bid and ask prices from CRSP on NASDAQ-listed firms for the period beginning 30 days prior to the lock-up expiration through one day before the event."  The authors also note that "it may simply be hard to borrow shares in order to set up a short position given the small amount of shares that have been floated."  *See* Brav and Gompers (2003), pp. 18–19, footnote 16.  *See also* Field, Laura Casares and Gordon Hanka. 2001. "The Expiration of IPO Share Lock-ups." *The Journal of Finance* 56 (2): 471–500 ("Field and Hanka (2001)") at 472, 487–489.  Field and Hanka (2001) find a "predictable, permanent share price drop at the unlock date [that] violates semistrong form market efficiency," and that "[p]ractitioners sometimes refer to this effect as a 'scarcity premium' for IPOs with a small public float [prior to the lock-up expiration]."  Further, consistent with the finding by Brav and Gompers (2003) that "[c]ostly arbitrage" "might prevent investors from undertaking investments that would correct the temporary mispricing," Field and Hanka (2001) note that "abnormal returns around the unlock day are not large enough to provide short-term profits for traders who must transact at the bid and ask."  *See* Field and Hanka (2001), pp. 472, 487, 489.

[266] Consistent with the logic that a higher cost of borrowing indicates greater constraints on borrowing shares to short sell, which hinders market efficiency, one of the analyses that Dr. Tabak claims "strongly supports a finding of market efficiency" for Enovix's stock is "whether there was any evidence of Enovix shares being hard to borrow" in order "[t]o provide more information on investors' ability to short."  *See* Tabak Report, ¶¶ 28, 63.

[267] S3 Partner provides data for various types of securities traded in the U.S. and certain other global markets on "short interest, financing rates, and securities lending market conditions" "[s]ourced from buy-side, broker-dealer, and regulatory disclosures."  *See* "Product Overview:  Short Interest and Securities Finance Data," *S3 Partners*, June 24, 2025, pp. 1–2.

[268] Borrowing costs reflect the offer rate provided by S3 Partners, which S3 Partners defines as the "[m]arket composite borrow fee paid by hedge fund borrower[s.]"  *See* "Product Overview:  Short Interest and Securities Finance Data," *S3 Partners*, June 24, 2025, p. 3.

documents to be borrowing fees at the 90th percentile of the empirical distribution of borrowing fees, which suggests that the high borrowing fees exhibited by Enovix during the Lock-Up Period were highly unusual and potentially indicated binding constraints on short selling. Muravyev et al. (2022) find that 90% of stocks in their sample had stock borrowing fees at or below 0.63%.[269]  The average daily borrowing fee of 3.66% during the Lock-Up Period was also higher than the average daily borrowing fee during the Post-Lock-Up Period of 0.70%.

144.    Similar to the cost of borrowing analysis discussed above, several of the analyses that Dr. Tabak claims "strongly support[] a finding of market efficiency" show different results between those two periods.[270]  For example, Dr. Tabak analyzes Enovix's fail-to-deliver level, the cumulative number of daily transactions where the seller fails to deliver the security to the purchaser[271] as a percentage of shares outstanding, as "an indicat[or] that it may be difficult to engage in short sales of that security."[272]  Based on Dr. Tabak's reported daily fails-to-deliver, in the Lock-Up Period the average daily fails-to-deliver as a percentage of shares outstanding was 0.14%, compared to 0.03% in the Post-Lock-Up Period.[273, 274]  Furthermore, Dr. Tabak claims that reaching the "fails-to-deliver condition for being a 'threshold security'" of at least 0.5% of shares outstanding generally indicates that "it may be difficult to engage in short sales of that security."[275]  Based on Dr. Tabak's "fails-to-deliver condition," his reported daily fails-to-deliver above 0.5% of shares outstanding occurred on 5.7% of the trading days in the Lock-Up Period, compared to 0.9% of trading days in the Post-Lock-Up Period.

145.    Likewise, Dr. Tabak analyzes the bid-ask spread as it "represents the cost of arbitrage, and thus equals a degree of mispricing that arbitrageurs may not seek to exploit."[276]  In his deposition, Dr. Tabak agreed that "the higher the bid-ask spread, the less supportive it is of market efficiency."[277]  Dr. Tabak claims that the median (mean) bid-ask spread as a percentage of

---

[269] Muravyev, Dmitriy, et al. 2022. "Is There a Risk Premium in the Stock Lending Market? Evidence from Equity Options." *The Journal of Finance* 77 (3): 1787–1828, at 1802.

[270] Tabak Report, ¶ 63.

[271] *See* Tabak Report, Exhibit 6b ("Fails to deliver on a given day are a cumulative number of all fails outstanding until that day, plus new fails that occur that day, less fails that settle that day.").

[272] Tabak Report, ¶ 28.

[273] Tabak Report, Exhibit 6c.

[274] Based on Dr. Tabak's reported daily fails-to-deliver, in the Lock-Up Period the average daily fails-to-deliver as a percentage of Dr. Tabak's calculated float was 0.20%, compared to 0.04% in the Post-Lock-Up Period.  *See* Tabak Report, Exhibit 6c, Exhibit 7.

[275] Tabak Report, ¶ 28.

[276] Tabak Report, ¶ 53.

[277] Tabak Deposition, 76:3–6.

closing price over the Putative Class Period was 0.57% (0.90%).[278]  However, Dr. Tabak fails to consider that the bid-ask spread was substantially higher in the Lock-Up Period.  Based on Dr. Tabak's reported daily bid-ask spreads, in the Lock-Up Period average daily bid-ask spreads as a percentage of the closing price were 1.31%, compared to 0.80% in the Post-Lock-Up Period.[279]

146.    Similarly, Dr. Tabak's analysis of analyst coverage (which he claims "facilitat[es] the process that leads to market efficiency"[280]) shows lower coverage in the Lock-Up Period.  While Dr. Tabak notes "a mean [and median] of six analysts issuing one or more quarterly earnings estimates each month" throughout the Putative Class Period,[281] analyst coverage based on Dr. Tabak's measure was lower in the Lock-Up Period (mean and median of two analysts) than in the Post-Lock-Up Period (mean of seven analysts and median of eight analysts).[282]

147.    Together with the existence of the lock-up period, these economic differences suggest that the degree of market efficiency for Enovix stock could differ between the Lock-Up Period and the rest of the Putative Class Period.  Dr. Tabak fails to acknowledge the lock-up period and these differences in his analyses and has not specifically evaluated whether the market for Enovix's common stock was efficient during the Lock-Up Period.

### B.    Dr. Tabak's "Price Response to News" Analysis Restricted to the Lock-up Period Does Not Show a Statistically Significant Difference Between the Price Movements on News Days and Those on No-News Days

148.    In his report, Dr. Tabak claims that "[w]hether a stock price responds to material, new, unexpected information is often considered the most direct and important of the *Cammer* factors."[283]  To evaluate this, Dr. Tabak compared the proportion of trading days with statistically significant residual returns over the Putative Class Period on which he identified news being disclosed to the same proportion for trading days on which he did not identify news being

---

[278] Tabak Report, ¶ 54.
[279] Based on Dr. Tabak's reported data, the average daily bid-ask spreads as a percentage of the closing price during the first two months since Enovix became publicly traded on Nasdaq (i.e., July 15, 2021 through September 15, 2021) was 2.91%, and the average during the first month of the Putative Class Period (i.e., August 11, 2021 through September 10, 2021) was 2.35%.  *See* Tabak Report, Exhibit 9.
[280] Tabak Report, ¶ 18.
[281] Tabak Report, ¶ 21, Exhibit 4.
[282] Tabak Report, Exhibit 4.
[283] Tabak Report, ¶ 32.

disclosed.[284]  Dr. Tabak performs this comparison using different purported definitions of news, including earnings announcements and *Dow Jones Newswires* articles he identified using alternative searches.[285]  Dr. Tabak finds that over the Putative Class Period as a whole, under the various definitions of news he considers, the days on which news was disclosed were significantly more likely to have statistically significant residual returns than the days on which news was not disclosed.[286]  Dr. Tabak claims that these results "provide strong evidence that Enovix's stock price responded to material new information."[287, 288]

149.     However, Dr. Tabak fails to evaluate whether this finding holds over the Lock-Up Period specifically.  Applying Dr. Tabak's methodology to the Lock-Up Period, I find there is no statistically significant difference between the proportion of significant residual returns on trading days on which news was disclosed and trading days on which news was not disclosed.  In **Exhibit 3**, I re-calculate for the Lock-Up Period the analyses performed by Dr. Tabak over the Putative Class Period, using Dr. Tabak's own event study and definitions of news.[289]  Under Dr. Tabak's own methodology and across all definitions of news he considers in his report, Dr. Tabak's statistical tests fail to reject that Enovix's stock price reacted the same on days with news and days without news during the Lock-Up Period.[290]

---

[284] Tabak Report, ¶¶ 35–48.  Dr. Tabak performs this analysis using earnings disclosures and using articles he identified from *Dow Jones Newswires*.

[285] *See* Tabak Report, Exhibit 8a.

[286] *See* Tabak Report, Exhibit 8a.

[287] Tabak Report, ¶ 49.

[288] Dr. Tabak's "News Days" versus "Non-News Days" analysis is flawed because it fails to analyze whether the statistically significant residual returns of Enovix stock on his "News Days" are directionally consistent with the substance of news disclosed on those days.  He claims his analysis "supports the inference that company-specific news caused a change in the [Enovix] stock price at that time."  *See* Tabak Report, ¶ 33.  As an economic matter, any such analysis would require an *a priori* determination of whether the entirety of the company-specific news disclosed on a "News Day" was better, worse, or in line with market expectations before the disclosure.  Only after a determination of the unexpected portion of the news on a given day can one begin to show a cause-and-effect relationship between that unexpected news and stock price response.  However, Dr. Tabak merely classifies days as "News Days" or "Non-News Days" and does not consider *a priori* whether the price reactions on the "News Days" would be expected to be better, worse, or in line with market expectations given the total mix of information already in the market and the entirety of the information entering the market on that day.  To the extent Enovix had a statistically significant positive (negative) price reaction following the disclosure of news that is worse (better) than market expectations, then Dr. Tabak would have to reconcile such apparently irrational price reaction with investors fully incorporating new value-relevant information in a semi-strong form efficient market which he claims for Enovix stock.  *See* Tabak Report, ¶¶ 2, 9.

[289] *See* Tabak Report, Exhibit 8a.

[290] *See* **Exhibit 3**.  I note that under Dr. Tabak's definitions, there are no trading days during the Lock-Up Period in the top 10% of news days based on his company search—therefore, no statistical analysis can be performed for that definition of news in the Lock-Up Period.

150.    In an article he co-authored, Dr. Tabak explained that "[when] comparing the percentage of days with news that have a statistically significant price movement to the percentage of days without news that have a statistically significant price movement … *if the difference is not statistically significant*, then *there would be no basis* for saying that the defendant's *stock price is affected by news*."[291]  Thus, under his own methodology, his test of "Price Response to News," which he states "is often considered the most direct and important of the *Cammer* factors"[292] applied to the Lock-Up Period "provides no basis for saying that [Enovix's] stock price is affected by news."

151.    In summary, as described in the previous section, there are economic differences between the Lock-Up Period and the rest of the Putative Class Period that suggest that the degree of market efficiency for Enovix stock could differ.  In this section I show that Dr. Tabak's own test of "Price Response to News" finds a lack of a statistically significant difference between news and no-news days in the proportion of days with statistically significant residual returns.  For these reasons, Dr. Tabak has failed to establish that the market for Enovix stock was efficient before January 11, 2022, that is, during the Lock-Up Period.

Executed this 12th day of December, 2025

_____

Christopher James, Ph.D.

---

[291] Ferrillo, Paul, Frederick Dunbar, and David Tabak. 2004. "The 'Less Than' Efficient Capital Markets Hypothesis: Requiring More Proof From Plaintiffs in Fraud-on-the-Market Cases." *St. John's Law Review* 78 (1): 81–129, at 120–121 (emphasis added).
[292] Tabak Report, ¶ 32.

**EXHIBIT 1**

# Enovix Revenue Target and
# Analyst Consensus Estimates
## FY 2023 – FY 2025
*($ in millions)*

| | Forecast Period | | | | | |
|---|---|---|---|---|---|---|
| **Enovix Target** | **FY 23** | | **FY 24** | | **FY 25** | |
| Merger Investor Presentation[1] As of 2/22/21 | $176 | | $410 | | $801 | |

| **Analyst Consensus[2]** | **Median** | **Mean** | **Median** | **Mean** | **Median** | **Mean** |
|---|---|---|---|---|---|---|
| As of 8/11/21 | $173 | $173 | $405 | $405 | $801 | $801 |
| As of 11/9/21 | $150 | $152 | $386 | $386 | $786 | $786 |
| As of 3/4/22 | $150 | $147 | $390 | $388 | $785 | $785 |
| As of 5/12/22 | $100 | $95 | $373 | $368 | $772 | $777 |
| As of 8/11/22 | $23 | $23 | $181 | $223 | $427 | $592 |
| As of 11/2/22 | $8 | $10 | $29 | $55 | $190 | $273 |
| As of 11/7/22 | $8 | $9 | $33 | $53 | $187 | $264 |

Source: *LSEG Workspace*; SEC Filings

Note:
[1] On 2/22/21, the Company held the Enovix – Rodgers SVAC Merger Investor Presentation, in which it disclosed certain revenue targets.
[2] Listed forecast dates include the trading day following each earnings announcement from the start of the Putative Class Period through 11/1/22, as well as 11/7/22. On dates following earnings announcements, there were 2 (8/11/21), 3 (11/9/21), 5 (3/4/22), 4 (5/12/22), 6 (8/11/22), and 9 (11/2/22) revenue estimates included in the mean/median FY 2023 revenue. On the same dates, there were 2 (2), 2 (2), 4 (4), 3 (3), 4 (4), and 8 (8) revenue estimates included in the mean/median FY 2024 (FY 2025) revenue. On 11/7/22, there were 10, 9, and 9 revenue estimates included in the mean/median for FY 2023, FY 2024, and FY 2025 respectively.

**EXHIBIT 2**

# Enovix Corporation
## Cost to Borrow Enovix Shares
### 7/15/21 – 10/30/23



Source:  *S3 Partners*; *CRSP*; Muravyev et al. (2022); Complaint

Note:

[1]  Cost to borrow reflects the offer rate, which S3 Partners defines as the "[m]arket composite borrow fee paid by hedge fund borrower[s.]"  *See* "Product Overview:  Short Interest and Securities Finance Data," *S3 Partners*, June 24, 2025.  Date is adjusted for each observation by two trading days to reflect the difference between trading date and settlement date.

[2]  According to Muravyev et al. (2022), 90% of stocks in their sample had cost of borrowing at or below 0.63%.

**EXHIBIT 3**

**Adjusted Tabak Report Exhibit 8a**
**Enovix Corporation**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Enovix Common Stock**
**August 11, 2021 to January 10, 2022[1]**
*Using the Russell 2000 Index and STOXX Global Lithium and Battery Producers Index*

| | News Days | | | Non-News Days | | | Difference Between News Days and Non-News Days | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Difference in Percentages | z-statistic[3] | p-value[4] | Difference from Zero at 5% Significance Level?[5] |
| | (1) | (2) | (3) (2) / (1) | (4) | (5) | (6) (5) / (4) | (7) (3) - (6) | (8) | (9) | (10) |
| **I. Earnings Dates[6]** | 2 | 0 | 0.0 % | 104 | 8 | 7.7 % | -7.7 % | -0.41 | 0.68 | No |
| **II. Using *Dow Jones Newswires* Stories Obtained Via a Company Search[7]** | | | | | | | | | | |
| **All News Stories** | 14 | 2 | 14.3 | 92 | 6 | 6.5 | 7.8 | 1.02 | 0.31 | No |
| **Only News Stories Published Outside Market Hours[8]** | 14 | 2 | 14.3 | 92 | 6 | 6.5 | 7.8 | 1.02 | 0.31 | No |
| **Only News Stories Published Outside Market Hours - Top 50%[9]** | 2 | 0 | 0.0 | 104 | 8 | 7.7 | -7.7 | -0.41 | 0.68 | No |
| **Only News Stories Published Outside Market Hours - Top 25%[10]** | 2 | 0 | 0.0 | 104 | 8 | 7.7 | -7.7 | -0.41 | 0.68 | No |
| **Only News Stories Published Outside Market Hours - Top 10%[11]** | 0 | 0 | n.a. | 106 | 8 | 7.5 | n.a. | n.a. | n.a. | n.a. |
| **III. Using *Dow Jones Newswires* Stories Obtained Via a Text Search[12]** | | | | | | | | | | |
| **All News Stories** | 14 | 2 | 14.3 | 92 | 6 | 6.5 | 7.8 | 1.02 | 0.31 | No |
| **Only News Stories Published Outside Market Hours[8]** | 14 | 2 | 14.3 | 92 | 6 | 6.5 | 7.8 | 1.02 | 0.31 | No |
| **Only News Stories Published Outside Market Hours - Top 50%[9]** | 6 | 0 | 0.0 | 100 | 8 | 8.0 | -8.0 | -0.72 | 0.47 | No |
| **Only News Stories Published Outside Market Hours - Top 25%[10]** | 5 | 0 | 0.0 | 101 | 8 | 7.9 | -7.9 | -0.65 | 0.51 | No |
| **Only News Stories Published Outside Market Hours - Top 10%[11]** | 2 | 0 | 0.0 | 104 | 8 | 7.7 | -7.7 | -0.41 | 0.68 | No |

**Notes and Sources (verbatim from Tabak Report Exhibit 8a):**
Data obtained from Bloomberg L.P., FactSet Research Systems Inc., SEC filings, and Factiva Dow Jones.

[1] The Second Amended Class Action Complaint dated March 19, 2024 (SAC) alleges a Class Period "between June 24, 2021 and October 2, 2023, both dates inclusive[.]" (p.2). The Order Granting in Part and Denying in Part Motion to Dismiss SAC dated July 23, 2024 granted "Plaintiffs' claims move forward based on Statements 4, 6, and 7." (p.24). Statement 4 refers to misstatements in Enovix's August 10, 2021 "Letter to Our Shareholders," attached as an exhibit to Form 8-K filed with the SEC on August 10, 2021 at 4:05 PM ET. As the 8-K was filed after market hours, the Class Period is assumed to start on August 11, 2021.

[2] Days for which the excess return was statistically significant at the 5% level. Returns are predicted using a regression of the returns of Enovix's common stock prices on the returns of the Russell 2000 Index and the STOXX Global Lithium and Battery Producers Index. The regression used from August 10, 2021 until January 7, 2022 is run over the period from July 15, 2021 (the first day Enovix traded on the Nasdaq Exchange) to January 6, 2022. The regressions used from January 10, 2022 through October 2, 2023 are run over the 120 trading days preceding each remaining date in the Class Period. The estimation periods exclude the effective dates of the remaining misrepresentations (August 11, 2021 and September 9, 2021) and the corrective disclosures (November 2, 2022, January 3, 2023, and October 3, 2023).

[3] The z-statistic is a test statistic for a two-sample test of binomial proportions. It measures the probability of obtaining results as or more extreme than those observed if the returns for news and non-news days were drawn from the same distribution. The further the z-statistic is from zero, the less likely that the observed difference could have been seen if the returns for news and non-news days were drawn from the same distribution.

[4] The p-value represents the probability of obtaining a test statistic as or more extreme than the observed test statistic assuming that the null hypothesis is true.

[5] A 5% significance level means that the difference in percentages in column (7) is of a magnitude that would be observed no more than 5% of the time if there is no difference in market reaction to news and non-news days.

[6] Earnings dates obtained from I/B/E/S Consensus EPS Surprise History via FactSet Research Systems Inc. and verified via Factiva Dow Jones.

[7] News days are defined as days on which there was at least one news article on Enovix published by *Dow Jones Newswires* as downloaded from Factiva Dow Jones via a company search. News stories were obtained through a search for news stories categorized as relevant to the company "Enovix Corp." by Factiva Dow Jones between August 10, 2021 and October 2, 2023. The search included news stories published by *Dow Jones Newswires*, excluding "recurring pricing and market data" and "Obituaries, sports, calendars.…" On days when news came out at or after 4:00 PM or when there was news on a non-trading day, the next trading day was considered the effective date. Only after-market hours news on August 10, 2021 is considered. News stories that solely reported Enovix's price movements or volume have been removed. For more information, see Exhibit 8c.

[8] All news articles that were published during trading hours (i.e., news published at or after 9:30 AM ET and before 4:00 PM ET on days during which Enovix Common Stock shares traded) were removed.

**EXHIBIT 3**

**Adjusted Tabak Report Exhibit 8a**
**Enovix Corporation**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Enovix Common Stock**
**August 11, 2021 to January 10, 2022[1]**
*Using the Russell 2000 Index and STOXX Global Lithium and Battery Producers Index*

[9] News days are defined as days in the top 50% of all days with *Dow Jones Newswires* news articles published outside market hours, where the number of news articles is greater than the 50th percentile of all such news days, ranked by the number of articles on Enovix during the period from August 10, 2021 to October 2, 2023, inclusive. In other words, days with news stories published outside market hours are first ordered by the number of news stories. Then, the top 50% of those days are defined as news days for this test. On days when news came out at or after 4:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[10] News days are defined as days in the top 25% of all days with *Dow Jones Newswires* news articles published outside market hours, where the number of news articles is greater than the 75th percentile of all such news days, ranked by the number of articles on Enovix during the period from August 10, 2021 to October 2, 2023, inclusive. In other words, days with news stories published outside market hours are first ordered by the number of news stories. Then, the top 25% of those days are defined as news days for this test. On days when news came out at or after 4:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[11] News days are defined as days in the top 10% of all days with *Dow Jones Newswires* news articles published outside market hours, where the number of news articles is greater than the 90th percentile of all such news days, ranked by the number of articles on Enovix during the period from August 10, 2021 to October 2, 2023, inclusive. In other words, days with news stories published outside market hours are first ordered by the number of news stories. Then, the top 10% of those days are are defined as news days for this test. On days when news came out at or after 4:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[12] News days are defined as days on which there was at least one news article on Enovix published by *Dow Jones Newswires* as downloaded from Factiva Dow Jones via a text search. News stories were obtained through a text search for "Enovix" in the headline or lead paragraph of articles published by *Dow Jones Newswires* between August 10, 2021 to October 2, 2023. The search excluded news stories on "Recurring pricing and market data" and "Obituaries, sports, calendars…." On days when news came out at or after 4:00 PM ET or when there was news on a non-trading day, the next trading day was considered the effective date. Only after-market hours news on August 10, 2021 is considered. News stories that solely reported Enovix's price movements or volume have been removed. For more information, see Exhibit 8c.

**APPENDIX A**

# CHRISTOPHER M. JAMES

William H. Dial/SunTrust Eminent Scholar in Finance and
Economics
Eugene Brigham Department of Finance, Insurance and Real
Estate
Warrington College of Business
University of Florida
Gainesville, FL 32611
(352)392-3486 (Office)
Email: christopher.james@warrington.ufl.edu

## EDUCATION BACKGROUND

B.A.    Michigan State University (Economics, Mathematics) 1973
M.B.A. University of Michigan (Finance) 1977
Ph.D.   University of Michigan (Economics: Industrial Organization, Econometrics,
Finance) 1978

## FIELDS OF INTEREST

Financial Institutions and Markets, Risk Management, Applied Econometrics,
Corporate Finance

## PROFESSIONAL EXPERIENCE

William H. Dial/SunTrust Eminent Scholar in Finance and Economics, University of
Florida, 1989-present

Pembroke Scholar, University of Cambridge, Judge Business School, 2014-2016

Independent Distribution Consultant, Securities and Exchange Commission 2003-2010

Visiting Scholar, Federal Reserve Bank of San Francisco, 1987-1988 and 2008-2014

Visiting Professor, University of New South Wales, 1995

Consultant, FDIC, 1988-1991

U.S. Bank/ John B. Rogers Professor of Finance, University of Oregon, 1984-1989

Professor of Finance, University of Michigan, 1986

Associate Professor of Finance, University of Oregon, 1982-1984

Senior Economic Advisor, Comptroller of the Currency, Department of Treasury, 1980-
1982

Assistant Professor of Finance, University of Oregon, 1978-80

Instructor, University of Michigan, 1978

**APPENDIX A**

**PAPERS AND PUBLICATIONS**

"The Technology of Risk and Return," <u>American Economic Review</u>, June 1981.

"Self-Selection and the Pricing of Bank Services, An Analysis of the Market for Bank Loan Commitments and the Role of Compensating Balance Requirements," <u>Journal of Financial and Quantitative Analysis</u>, December 1981.

"An Analysis of Bank Loan Rate Indexation," <u>Journal of Finance</u>, June 1982.

"An Analysis of the Impact of Deposit Rate Ceilings on the Market Values of Thrift Institutions," (with L.Y. Dann), <u>Journal of Finance</u>, December 1982.

"Pricing Alternatives for Loan Commitments:  A Note," <u>Journal of Bank Research</u>, Winter 1983.

"An Analysis of Intra-Industry Differences in the Effect of Regulation:  The Case of Deposit Rate Ceilings," <u>Journal of Monetary Economics</u>, August 1983.

"Is Illiquidity a Bar to Buying Small Cap Stocks?" (with R.O. Edmister), <u>Journal of Portfolio Management</u>, Summer 1983.

"The Relation Between Common Stocks Returns, Trading Activity and Market Value," (with R.O. Edmister), <u>Journal of Finance</u>, September 1983.

"Regulation and the Determination of Bank Capital Changes:  A Note," (with J.K. Dietrich), <u>Journal of Finance</u>, December 1983.

"An Analysis of the Effect of State Acquisition Laws on Managerial Efficiency:  The Case of Bank Holding Company Acquisitions," <u>Journal of Law and Economics</u>, April 1984, Abstracted in <u>Regulation</u> as "Do Corporate Takeovers Keep Managements Lean?" May/June 1984.

"The Effect of Interest Rate Changes on the Common Stock Returns of Financial Institutions," (with M.J. Flannery), <u>Journal of Finance</u>, September 1984.

"Market Evidence on the Effective Maturity of Bank Assets and Liabilities," (with M.J. Flannery), <u>Journal of Money, Credit and Banking</u>, November 1984, Presented at the American Finance Association meetings in San Francisco, December 1983.

"The Effects of Government Regulatory Agencies on Organizations in High Technology and Woods Products Industries," (with G. Ungson and B. Spicer), <u>Academy of Management Journal</u>, 1985.

"A VARMA Analysis of the Causal Relations Among Stock Returns, Real Output and Nominal Interest Rates," (with S. Koreisha and M. Partch), <u>Journal of Finance</u>, December 1985.

"Access to Deposit Insurance, Insolvency Rules and the Stock Returns of Financial Institutions," (with J. Brickley), <u>Journal of Financial Economics</u>, July 1986.

"The Takeover Market, Corporate Board Composition, and Ownership Structure:  The Case of Banking," (with J. Brickley), <u>Journal of Law and Economics</u>, April 1987.

**APPENDIX A**

"Returns to Acquirers and Competition in the Acquisition Market:  The Case of Banking," (with P. Wier), Journal of Political Economy, April 1987.

"An Analysis of FDIC Failed Bank Auctions," (with P. Wier), Journal of Monetary Economics, July 1987.

"Some Evidence on the Uniqueness of Bank Loans," Journal of Financial Economics, December 1987.

"The Use of Loan Sales and Standby Letters of Credits by Commercial Banks," Journal of Monetary Economics, November 1988.

"Empirical Evidence on Implicit Guarantees of Bank Foreign Loan Exposure," Carnegie Rochester Conference Series on Public Policy, April 1989.

"Heterogeneous Creditors and the Market Value of Bank LDC Loan Portfolios," Journal of Monetary Economics, December 1990.

"Borrowing Relationships, Intermediation and the Cost of Issuing Public Securities," (with P. Wier), Journal of Financial Economics, November 1990.

"The Losses Realized in Bank Failures," Journal of Finance, September 1991.

"Relationship-Specific Assets and the Pricing of Underwriter Services," Journal of Finance, December 1992.

"Management and Organizational Changes in Banking:  A Comparison of Regulatory Intervention with Private Creditor Actions in Nonbank Firms," (with J. Houston), Carnegie Rochester Conference Series on Public Policy, 1993.

"The Information Content of Distressed Restructurings involving Public and Private Debt Claims," (with D. Brown and B. Mooradian), Journal of Financial Economics, February, 1993.

"Asset Sales by Financially Distress Firms," (with D. Brown and R.M. Mooradian), Journal of Corporate Finance, April 1994.

"When Do Banks Take Equity in Debt Restructurings?" Review of Financial Studies, Winter 1995.

"CEO Compensation and Bank Risk:  Is Compensation Structured in Banking Structured to Promote Risk-Taking?", (with J. Houston), Journal of Monetary Economics, November 1995.

"Bank Debt Restructurings and the Composition of Exchange Offers in Financial Distress," Journal of Finance, June 1996.

"Bank Information Monopolies and the Mix of Private and Public Debt Claims," (with J. Houston), Journal of Finance, December 1996.

"Capital Market Frictions and the Role of Internal Capital Markets in Banking," (with J. Houston and D. Marcus), Journal of Financial Economics, November 1997.

**APPENDIX A**

"Do Bank Internal Capital Markets Promote Lending?" (with J. Houston), <u>Journal of Banking and Finance,</u> November 1998.

"Where Do Merger Gains Come From?  Bank Mergers from the Perspective of Insiders and Outsiders," (with J. Houston and M. Ryngaert)**,** <u>Journal of Financial Economics</u>, May, 2001.

"Do Relationships Have Limits?  Banking Relationships, Financial Constraints and Investment," (with J. Houston), <u>Journal of Business</u>, July 2001.

"Do Banks Provide Financial Slack?" (with C. Hadlock), <u>Journal of Finance</u>, June, 2002.

**"**What a Difference a Month Makes:  Stock Analyst Valuations Following Initial Public Offerings," (with J. Karceski and J. Houston), <u>Journal of Financial and Quantitative Analysis</u>, March 2006, Presented at Hong Kong Corporate Finance Conference, December 2003.

"The Strength of Analyst Coverage Following IPO's," (with J. Karceski), <u>Journal of Financial Economics</u>, October 2006, Presented at 2005 American Finance Association Meetings.

"Investor Monitoring and Differences in Mutual Fund Performance," (with J. Karceski), <u>Journal of Banking and Finance</u>, 2006, Presented at 2001 American Finance Association Meetings.

"Banks and Bubbles:  How Good are Bankers at Spotting Winners?" (with L. Gonzalez), <u>Journal of Financial Economics</u>, October 2007.

"The Role of Private Equity Group Reputation in LBO Financing," (with C. Demiroglu), <u>Journal of Financial Economics</u>, May 2010.

"The Information Content of Bank Loan Covenants," (with C. Demiroglu), <u>Review of Financial Studies</u>, October 2010. Presented at American Finance Association Meetings, 2008.

"The Use of Bank Lines of Credit in Corporate Liquidity Management: A Review of the Empirical Evidence," (with C. Demiroglu), <u>Journal of Banking and Finance</u>, 2011.

"Bank Lending Standards and Access to Lines of Credit," (with C. Demiroglu and A. Kizilaslan), <u>Journal of Money, Credit, and Banking</u>, September 2012.

"How Important Is Having Skin in the Game? Originator-Sponsor Affiliation and Losses on Mortgage-Backed Securities," (with C. Demiroglu), <u>Review of Financial Studies</u>, November 2012, presented at American Finance Association Meetings, 2012.

"State Foreclosure Laws and the Incidence of Mortgage Default," (with C. Demiroglu and E. Dudley), <u>Journal of Law and Economics</u>, February 2014.

"Asset Specificity, Industry Driven Recovery Risk and Loan Pricing" (with A. Kizilaslan), <u>Journal of Financial and Quantitative Analysis</u>, October 2014, presented at American Finance Association Meetings, 2012.

"Bank Loans and Troubled Debt Restructurings," (with C. Demiroglu), <u>Journal of Financial Economics,</u> October 2015.

"The Determinants of Long-Term Corporate Debt Issuances," (with D. C. Badoer), <u>Journal of Finance</u>, February 2016.

"Indicators of Collateral Misreporting," (with C. Demiroglu), <u>Management Science</u>, December 2016.

"Capital Structure Changes Around IPOs," (with E. Dudley), <u>Critical Finance Review</u>, March 2018.

"Ratings Quality and Borrowing Choice," (with D. C. Badoer and C. Demiroglu), <u>Journal of Finance</u>, October 2019.

"Priority Spreading of Corporate Debt," (with D. C. Badoer and E. Dudley), <u>Review of Financial Studies</u>, January 2020.

"I Can See Clearly Now: The impact of Disclosure Requirements on 401(k) fees," (with D.C. Badoer and C. Costello), <u>Journal of Financial Economics,</u> May 2020. Presented at the American Finance Association Meetings

"Time Is Money: Relationship Lending and the Role of Community Banks in Paycheck Protection Program," (with J. Lu and Y. Sun), <u>Journal of Banking and Finance,</u> December 2021.

"Why Are Commercial Loan Rates So Sticky?", (with C. Demiroglu and G. Velioglu), <u>Journal of Financial Economics</u>, February 2022. Presented at American Finance Association Meetings

"Crowded Out from the Beginning: Impact of Government Debt on Corporate Financing" (with C. Akkoyun and N. Ersahin) <u>Journal of Financial Intermediation</u>, October 2023. Best paper award

"Contracting Costs, Covenant-Lite Lending and Reputational Capital" (with D. Badoer and M. Emin), <u>Journal of Financial and Quantitative Analysis</u>, November 2024.

"Variable Deposit Betas and Bank Interest Rate Risk Exposure" (with M. Emin and T. Li). <u>Journal of Financial Intermediation,</u> April 2025.

**CURRENT RESEARCH**

"Low Interest Rates, Fragility, and the Desertification of Banking (with N. Kumar), submitted.

"Litigation Risk and Debt Structure" (with D. Badoer and M. Emin).

"Institutional Synergies and the Fragility of Loan Funds" (with M. Emin, J. Lu and T. Li) Third round revise and resubmit <u>Review of Financial Studies</u>.

**APPENDIX A**

"Bank Loan Funds: Discretionary Pricing and Investment Flows" (with M. Emin).
Third round revises and resubmit <u>Journal of Banking and Finance</u>.

"The Sensitivity of Bank Performance to Local HousingPrices - Evidence from Diversified
and Local Banks" (with N. Le, C Nguyen and T. Yamada), Under review.

"The Impact of Increased Regulatory Focus on CEO Pay and Bank Risk" (with H. Da and D.

Palia). Under Review.


## PERMANENT WORKING PAPERS

"Cash Flow Volatility and Capital Structure Choice," (with E. Dudley). Best Paper Award
Midwest Finance Association Meeting 2015.

"The Effects of Leverage on Operating Performance:  An Analysis of Firms' Responses
to Poor Performance," (with M. Ryngaert and D. Brown).

"RAROC Based Capital Budgeting and Performance Evaluation: A Case Study of Bank
Capital Allocation.

## OTHER PAPERS AND PUBLICATIONS

"The Dodd-Frank Act and the Regulation of Risk Retention in Mortgage-Backed
Securities," (with C. Demiroglu) in <u>Dodd Frank and the Future of Finance</u> edited by Paul
Schultz, MIT Press, 2014.


"How Important is Having Skin in the Game?" <u>Economic Letter</u> Federal Reserve Bank of
San Francisco, December 2010.

**"**Credit Market Conditions and Use of Bank Lines of Credit," <u>Economic Letter</u>, Federal
Reserve Bank of San Francisco, August 2009.

"Are Banks Still Special?  New Evidence in the Corporate Capital-Raising Process,"
(with D. Smith), <u>Journal of Applied Corporate Finance</u>, Spring, 2000.

"Why Are Value Enhancing Mergers in Banking So Hard to Find?  A Discussion of 'Is the
Bank Merger Wave of the 90's Efficient?  Lessons from Nine Case Studies,'" Kaplan,
Steven (ed.), <u>Mergers and Productivity</u>, University of Chicago Press, Chicago, IL, 1999.

"Comment on Esty, Narasimhan, and Tufano," <u>Journal of Banking and Finance</u>, 23, 1999,
286-290.

"Using Internal Capital Markets to Lower Capital Costs in Banking," (with J. Houston),
<u>Journal of Applied Corporate Finance</u>, Summer 1998.

Discussion of "Financial Institutions and Regulations:  The Dilemma in a Deregulated
World," <u>Proceedings from Riksbank Conference:  Forces for and Implications of Structural
Changes in the Financial Sector,</u> June 1997.

"Evolution of Extinction:  Where are Banks Headed," (with J. Houston), <u>Journal of Applied
Corporate Finance</u>, Summer 1996.

**APPENDIX A**

"RAROC at Bank of America:  From Theory to Practice, Journal of Applied Corporate Finance, Summer 1996.

"Bank Equity Positions in Distressed Firms," Saunders, Anthony and Ingo Walter (ed.), Universal Banking:  Financial System Design Reconsidered, (Irwin), 1996.

"The Use of Index Amortizing Swaps by Banc One," (with C. Smith), Journal of Applied Corporate Finance, Fall, 1994.

"Private Versus Public Creditor Experience in Distressed Firm Debt Restructurings," (with D. Brown and M. Mooradian), Altman, Edward (ed.), Bankruptcy and Distressed Restructurings:  Analytical Issues and Investment Opportunities, (Business One Irwin), 1994.

"Banc One's Index Amortizing Swap Strategy," (with C. Smith), Journal of Applied Corporate Finance, 1994.

"Studies in Financial Institution," (with C. Smith), Commercial Banks, 1994.

Statement of Christopher James, Professor, College of Business, The University of Florida at Gainesville at Hearing before the Senate Committee on Banking, Housing and Urban Affairs – 102nd Congress, 4/26/91 (BIF Recapitalization).

"Off-Balance Sheet Activities and the Under Investment Problem in Banking," Journal of Accounting, Auditing, and Finance, Spring, 1989. "The Incidence of Mispriced Deposit Insurance," Presented at 1989 American Economic Association Meetings.

"Are Bank Loans Different? Some Evidence from the Stock Market," (with P. Wier), Journal of Applied Corporate Finance, Summer 1988.

"Acquisitions in Banking," Weekly Letter, Federal Reserve Bank of San Francisco.

"Off-Balance Sheet Banking," Weekly Letter, Federal Reserve Bank of San Francisco.

"Are Bank Loans Special?" Weekly Letter, Federal Reserve Bank of San Francisco.

"Off-Balance Sheet Banking," Economic Review, Federal Reserve Bank of San Francisco, Fall, 1987.

Discussion of "The Search for Financial Stability:  The Past Fifty Years," Proceedings from the Federal Reserve Bank of San Francisco Conference on the Search for Financial Stability, June 1985.

"An Analysis of FDIC Failed Bank Auction Procedures," (with P. Wier), Proceedings of a Conference on Bank Structure and Competition, May 1985.

"Bank Holding Company Acquisitions and Managerial Efficiency," Proceedings of a Conference on Bank Structure and Competition, May 1984.

"Market Based Measures of Risk for Banks and Savings and Loan Associations," Report prepared for the Federal Home Loan Bank Board, May 1987.

**APPENDIX A**

"An Economic Analysis of Inter-industry Acquisitions of Thrift Institutions," Report prepared for the Office of the Comptroller of the Currency, February 1982.

"Loan Rate Indexation and the Allocation of Bank Credit," Proceedings of a Conference on Bank Structure and Competition, May 1980.

**SERVICE ACTIVITIES**

Advisory Editor: Journal of Banking and Finance, 2007-present.

Advisory Editor: Journal of Financial Markets, 2010-present.

Associate Editor: Journal of Financial Services Research, 1989-present.

Associate Editor: Journal of Managerial and Decision Economics, 1988-present.

Founding Co-Editor: Journal of Financial Intermediation, 1988-1999.

Associate Editor: Journal of Financial Economics, 1993-2016.

Associate Editor: Journal of Finance, 1988-2000.

Associate Editor: Journal of Financial and Quantitative Analysis, 1982-1984.

Editorial Board: Federal Reserve Bank of New York: Economic Review, 1997-2007.

Academic Board: Turnaround Management Association, 1990-2002.

Associate Editor: Journal of Banking and Finance, 1999-2001.

Reviewer: Journal of Finance; Journal of Money, Credit and Banking; Journal of Financial Economics; Journal of Financial Management; Journal of Banking and Finance; Journal of Business and Economics; Journal of Monetary Economics; American Economic Review; Journal of Political Economy; Review of Financial Studies;Journal of Corporate Finance; Journal of Law and Economics; Journal of Accounting and Economics, Management Science, Journal of Financial Intermediation.

Program Committee: Financial Management Association, Western Finance Association, American Finance Association, European Finance Association, FIRS.

**CONSULTING/EXECUTIVE EDUCATION ACTIVITIES**

Board of Directors $ID^2$, Inc.

Senior Advisor, Cornerstone Research, 2007-2022

Consultant, Cornerstone Research 2022- present

Independent Distribution Consultant, Janus Funds, 2004-2010.

**APPENDIX A**

Advisory Board Big Brothers Big Sisters of North Central Florida 2000-2016.

Advisory Board and Board of Directors, SunTrust Bank of Florida 1989-2006.

Consultant, Federal Reserve Bank of New York, 1997, 2004.

Consultant, Federal Reserve Board of Governors, 1995, 1998.

Research Director, Garn Institute of Finance, Salt Lake City, Utah, 1987-1989.

Instructor, Pacific Coast Banking School: Commercial Lending, Financial Markets, Workout Lending.

Instructor, Bank Board of Directors School:  Workout Lending.

Instructor, Swiss National Bank, Gerzensee, Switzerland, Bank Safety and Soundness Regulation.

Executive Seminars on bank deregulation, valuation, risk management, venture capital, strategic management, lender liability, and asset and liability management.

Expert Witness:  Cases involving antitrust, portfolio management, securities valuation, market efficiency, damages, bank management, structured finance, valuation, and regulatory matters.

Consultant: Product pricing, credit risk modeling, structured finance, portfolio management, utilities regulation, valuation of securities, mergers and acquisitions, and risk management.

Consultant to the Office of the Comptroller of the Currency, interest rate and credit Risk Models

Consultant to the Investment Company Institute, Bank Offerings of Mutual Funds.

Consultant to the FDIC, Costs of Resolving Bank and Thrift Failures.

Recipient of a grant from MidAmerica Institute to study management compensation in banking.

Recipient of grant from Federal Home Loan Bank Board to study the information content of savings and loan accounting information.

Member:  Research Committee: Garn Institute of Finance, 1989-1992.

Research Associate at the Business Regulation Study Center 1980.

**AWARDS**

Outstanding Teaching Award: MBA Association, University of Florida, 1994, 1996, 1998, 1999, 2000, 2010.

**APPENDIX A**

Outstanding Teaching Award: MBA Association, University of Oregon, 1985. Harry R.

Jacobs, Professional Service Award, University of Oregon, 1985.

Valedictorian, Michigan State University, 1973.

## Testimony of Christopher M. James in the Previous Four Years

*Eduardo De La Torre v. CashCall, Inc.*, Superior Court of the State of California, County of San Mateo, Case No. 19-CIV-01235, trial testimony, 2021.

*In re: Woodbridge Investments Litigation*, United States District Court Central District of California, Western Division, Case No. 2:18-cv-00103-DMG-MRW, deposition, 2021.

*In re: Teva Securities Litigation*, United States District Court for the District of Connecticut, Case No. 3:17-cv-00558 (SRU), deposition, 2021.

*Ambac Assurance Corporation v. U.S. Bank National Association*, United States District Court Southern District of New York, Case No. 17-cv-2614-WHP-KHP, deposition, 2021.

*In re: Teva Securities Litigation*, United States District Court for the District of Connecticut, Case No. 3:17-cv-00558 (SRU), deposition, 2021.

*Commerzbank AG v. U.S. Bank National Association and Bank of America, NA*, United States District Court Southern District of New York, Case No. 1:16-cv-04569-WHP, deposition, 2021.

*In re: Uniti Group Inc. Securities Litigation*, United States District Court Eastern District of Arkansas, Case No. 4:19-cv-00756-BSM, deposition, 2022.

*Deutsche Bank National Trust Company, as Trustee for the Morgan Stanley ABS Capital I Inc. Trust, Series 2007-NC1 v. Morgan Stanley ABS Capital I Inc.* (Index No. 650291/2013) and *Deutsche Bank National Trust Company, as Trustee for the Morgan Stanley ABS Capital I Inc. Trust, Series 2007-NC3 v. Morgan Stanley ABS Capital I Inc.* (Index No. 651959/2013), Supreme Court of the State of New York, County of New York, deposition, 2022.

*United States of America ex rel. Gwen Thrower v. Academy Mortgage Corporation*, United States District Court Northern District of California, Case No. 16-cv-02120-EMC, deposition, 2022.

*Leslie J. Murphy and Vincent J. Martin, III, Individually and On Behalf of All Others Similarly Situated, v. Samuel M. Inman, III, John F. Smith, Bernard M. Goldsmith, William O. Grabe, Lawrence David Hansen, Andreas Mai, Jonathan Yaron, and Enrico Digirolamo*, State of Michigan, In the Circuit Court for the County of Oakland, Case No. 2017-159571-CB, deposition, 2024.

*Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited v. Newsmax Media, Inc.*, Supreme Court of the State of Delaware, Case No. N21C-11, deposition, 2024.

*IKB International, S.A. in Liquidation and IKB Deutsche Industriebank A.G. v. U.S. Bank N.A.*, Supreme Court of the State of New York, County of New York, Index No. 654442/2015, deposition, 2024.

**APPENDIX B**

*Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited v. Michael J. Lindell and My Pillow, Inc.*, United States District Court, District of Minnesota, Case No. 22-cv-00098-JMB-JFD, deposition, 2024.

*Otay Project LP, Oriole Management LLC, Tax Matters Partner v. Commissioner of Internal Revenue*, United States Tax Court, Docket No. 6819-20, trial testimony, 2024.

*National Credit Union Administration Board v. U.S. Bank National Association*, United States District Court Southern District of New York, Case No. 1:18-cv-11366-LSS, deposition, 2024.

*Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited v. Fox Corporation, Fox News Network, LLC, Debi Dobbs, as Administrator of the Estate of Lou Dobbs, deceased, Maria Bartiromo, Jeanine Pirro, and Sidney Powell*, Supreme Court of the State of New York, County of New York, Index No. 151136/2021, deposition, 2025.

*MLRN LLC v. U.S. Bank National Association*, Supreme Court of the State of New York, County of New York, Index No. 652712/2018, deposition, 2025.

*In re: Capital One 360 Savings Account Interest Rate Litigation*, United States District Court Eastern District of Virginia, Alexandria Division, Case No. 1:24-md-03111-DJN-WBP, deposition, 2025.

*In re: Teva Securities Litigation*, United States District Court for the District of Connecticut, Case No. 3:18-cv-01681 (SRU), 3:19-cv-00603 (SRU), deposition, 2025.

**APPENDIX C**

# List of Documents Considered

## Academic Articles

Brav, Alon, and Paul A. Gompers. 2003. "The Role of Lock-ups in Initial Public Offerings." *The Review of Financial Studies* 16 (1): 1–29

Fama, Eugene F. 1991. "Efficient Capital Markets: II." *The Journal of Finance* 46 (5): 1575–1617

Ferrillo, Paul, Frederick Dunbar, and David Tabak. 2004. "The 'Less Than' Efficient Capital Markets Hypothesis: Requiring More Proof From Plaintiffs in Fraud-on-the-Market Cases." *St. John's Law Review* 78 (1): 81–129

Field, Laura Casares and Gordon Hanka. 2001. "The Expiration of IPO Share Lock-ups." *The Journal of Finance* 56 (2): 471–500

MacKinlay, A. Craig. 1997. "Event Studies in Economics and Finance." *Journal of Economic Literature* 35 (1): 13–39

Muravyev, Dmitriy, et al. 2022. "Is There a Risk Premium in the Stock Lending Market? Evidence from Equity Options." *The Journal of Finance* 77 (3): 1787–1828

## Analyst Reports

Analyst reports covering Enovix considered include analyst reports obtained either through counsel or from searches in Capital IQ and LSEG Workspace published (i) from February 22, 2021, the day of the Merger Investor Presentation, through seven calendar days after the November 7, 2022 Press Release, (ii) on the day of and in the seven calendar days after the January 3, 2023 Special Presentation, and (iii) on the day of and in the seven calendar days after the October 3, 2023 Press Release.  A full set of the reports I considered are included in my backup materials.  These include but are not limited to:

"1Q22 EV Charging & Battery Preview:  Disruptions in Focus," *Cowen*, April 20, 2022

"2Q Review:  Growing Customer Interest Outshines N-T Growing Pains - Poised to Capitalize on Demand for Advanced Batteries," *J.P. Morgan*, August 11, 2022

"2Q22 Recap:  Funnel Growing and Lt Potential Well Intact," *Cowen*, August 10, 2022

"3Q Post Mortem Continues; TJ Named Executive Chair," *Cowen*, November 7, 2022

"3Q22 Recap:  Attractive Gen-2 Economics; Slower Ramp Clears the Deck," *Cowen*, November 1, 2022

"4Q21 EV Charging & Battery Preview: Volatility Creates Opportunity," *Cowen*, February 1, 2022

"Another Example Why Enovix Technology is Well-Suited for Electric Vehicles," *Colliers Securities*, September 30, 2021

"Colliers Securities Investor Conference Preview," *Colliers Securities*, August 26, 2021

"Coming to a Battery Near You. Initiating Coverage with a $32PT and Buy Rating," *Colliers Securities*, July 7, 2021

"Comments Imply Slower Ramp, but We're Unconcerned by Optics; Reiterate OW Rating," *Piper Sandler*, November 1, 2022

"Dropping Coverage," *Colliers Securities*, April 14, 2022

"Emerging Leader of the (Battery Startup) Pack - Initiating at Overweight," *J.P. Morgan*, August 5, 2022

"Enovix Analyst Day: Disruptive Technology on Display," *Northland Capital Markets*, July 16, 2021

"Enovix Re-inventing the Li-Ion Battery," *Northland Capital Markets*, June 1, 2021

"ENVX Announces Strategic Shift at Fab1," *Janney Montgomery Scott*, October 3, 2023

"ENVX Batteries Best Invention Since Sliced Bread," *Northland Capital Markets*, November 2, 2022

"ENVX Is Talkin' 'Bout Their Generation (2)," *Loop Capital*, November 2, 2022

"ENVX:  A 'Megacap' MoU, But Ramp Gets Rebooted for Next-Gen Equipment; Maintain Buy, Target to $23," *EF Hutton*, November 2, 2022

"ENVX:  Capacity Update Provides Ramp Clarity," *Oppenheimer*, August 11, 2022

"ENVX: Scaling Disruptive Battery Tech; Initiating with Outperform and $32 PT," *Oppenheimer*, August 16, 2021

"ENVX: Takeaways from Special Presentation," *Janney Montgomery Scott*, January 4, 2023

"ENVX: The Greater the Challenge the Bigger the Reward and Si Anodes Ain't Easy," *Northland Capital Markets*, January 4, 2023

"EV Battery Update," *Colliers Securities*, December 8, 2021

"Executive Chairman Special Presentation Illuminates the Opportunities (& Challenges) of Scaling a World Class Operation," *J.P. Morgan*, January 4, 2023

"Fab1 Strategic Realignment Announced; Not Surprising," *TD Cowen*, October 3, 2023

"From Rocky Execution to Executing Like Rocky; Business Update Pushes Timing Slightly, but Higher Confidence in Plan and Team; Maintain Buy, PT from $19 to $18," *B. Riley Securities*, January 4, 2023

"Initiating Coverage with a BUY Rating and $23 Fair Value as Recent Sell-Off Creates Opportunity Following 3Q22," *Janney Montgomery Scott*, November 4, 2022

"Initiating Coverage:  'Enovix Inside' - Welcome To 'Battery Wars,'" *Loop Capital*, August 8, 2022

"Key Milestone Achieved. First Batteries Produced from Fab-1 Automated Line. Reiterate Buy Rating and $32PT," *Colliers Securities*, September 22, 2021

"Making the Right, Albeit Unpopular, Decision," *Canaccord Genuity*, October 3, 2023

"Many Milestones Met in the Quarter," *Northland Capital Markets*, August 11, 2021

"Mega-Cap Companies Might Have to Wait a Bit Longer.  Resetting Expectations Lower.  Thesis Remains Intact.  Reiterate Overweight Rating and $25PT," *Cantor Fitzgerald*, November 2, 2022

"Notes from Factory Visit," *Colliers Securities*, April 12, 2022

"Notes from Factory Visit," *Colliers Securities*, March 18, 2022

"Notes from the Enovix Advanced Battery Production Showcase," *Colliers Securities*, July 16, 2021

"One Step Closer to Production and First Commercial Revenue. Reiterate Buy and $32PT," *Colliers Securities*, August 11, 2021

"Our Answer to 'Why Enovix, Why Now?'," *Colliers Securities*, January 20, 2022

"Progress Across the Board. Disruptive Potential Still Underappreciated. Raising PT to $65. Reiterate Buy," *Colliers Securities*, November 9, 2021

"Rome Wasn't Built in a Day, neither Is a New Battery MFR Process," *Northland*, July 6, 2022

"Rome Wasn't Built in a Day. Revenues Pushed Out a Year as Gen 2 Plant Needs More Yield Work.  Reiterate Buy Rating, Lowering Price Target to $23," *Craig-Hallum*, November 2, 2022

"RSVA/Enovix Powering Wearables," *Northland Capital Markets*, April 7, 2021

"Still on Track. Revenue Funnel Continues to Grow. Next-generation Production Lines on Deck. Tweaking Estimates. Reiterate Buy Rating and $65PT," *Colliers Securities*, March 4, 2022

"Strategic Realignment is Misunderstood.  Enovix Thesis Continues to De-Risk Based on Gen2 Progress, Customer Engagements.  Reiterate OW and $28PT," *Cantor Fitzgerald*, October 4, 2023

"Strategic Shift at Fab-1 Aligns with Company Goals; Fab-2 Ramp Key to Unlock Long-Term Opportunity –Remain OW," *J.P. Morgan*, October 3, 2023

"T.J. Rodgers Provides his Vision; Gen2 SOP 1Q24; Impressive Customer List," *Cowen*, January 4, 2023

"Update Call Both Instills Confidence and Rattles Investors as TJ Highlights Long List of Plant 1 Issues.  Plant 2 Ramp Likely One Quarter Later than Expected. November 2023 Equipment Installed in SE Asia. Reiterate Buy, $23 Price Target," *Craig-Hallum*, January 4, 2023

"Volume Production + Revenue Ramp a Matter of Timing.  Confidence in Overall Game Changing Technology Remains.  Fab-2 Location Coming Soon. Reducing Estimates but Reiterating Buy Rating, $20 Price Target," *Craig-Hallum*, July 20, 2022

"We Love the Messaging ENVX Is Bringing into the New Year," *Loop Capital*, January 4, 2023

**APPENDIX C**

"Weekly Recharge:  New Initiations and Lib Deep Dive; ENVX Post Mortem; EVGO EPS," *Cowen*, November 4, 2022

"Weekly Recharge: ENVX, FREY, August EV Sales, Ionblox, AMPX Call," *TD Cowen*, October 6, 2023

"Why a Better Battery is Needed, Captain We Don't Have Enough Power," *Northland Capital Markets*, May 10, 2021

## Books

Kaye, David H. and David A. Freedman. 2011. *Reference Guide on Statistics*, 3rd ed.

## Data

*CRSP*

*LSEG Workspace*

*S3 Partners*

## Depositions

Deposition of David I. Tabak, Ph.D., November 25, 2025

## Earnings Call and Conference Transcripts, Presentations, and Press Releases

Enovix earnings call and conference transcripts, presentations, and press releases published (i) from February 22, 2021, the day of the Merger Investor Presentation, through seven calendar days after the November 7, 2022 Press Release, (ii) on the day of and in the seven calendar days after the January 3, 2023 Special Presentation, and (iii) on the day of and in the seven calendar days after the October 3, 2023 Press Release.  A full set of these documents I considered are included in my backup materials.  These include but are not limited to:

Enovix Corporation Rodgers SVAC Merger Presentation Transcript, February 22, 2021

Enovix Advanced Battery Production Showcase Supporting Materials, July 15, 2021

Enovix Corporation Cowen Global Transportation and Sustainable Mobility Conference Transcript, September 10, 2021

Enovix Corporation (J.P. Morgan Energy, Power & Renewables) Conference Presentation Transcript, June 22, 2022, 3:05 PM ET

Enovix Corporation FQ2 2022 Earnings Call Transcript, August 10, 2022, 4:00 PM ET

Enovix Corporation FQ3 2022 Earnings Call Transcript, November 1, 2022, 4:00 PM ET

**APPENDIX C**

Enovix Corporation Press Release, "T.J. Rodgers Appointed Enovix Executive Chairman," *GlobeNewswire,* November 7, 2022

Enovix Corporation Special Call Transcript, January 3, 2023, 5:00 PM ET

Enovix Corporation FQ2 2023 Earnings Call Transcript, July 26, 2023, 4:00 PM ET

Enovix Corporation Press Release, "Enovix Announces Strategic Realignment of Fab1 to Improve Operational Efficiency and Enhance Technology Development," *GlobeNewswire*, October 3, 2023

**Expert Reports**

Expert Report of David I. Tabak, Ph.D., May 22, 2025, including all documents cited therein and backup materials

Amended Expert Report of David I. Tabak, Ph.D., November 14, 2025, including all documents cited therein

**Legal Documents**

Second Amended Class Action Complaint, *In Re Enovix Corporation Securities Litigation*, March 19, 2024

Order Granting in Part and Denying in Part Motion to Dismiss SAC, *Maurice L. Twitchell et al. v. Enovix Corporation et al.*, July 23, 2024

Order Granting Motion for Partial Judgment on the Pleadings, *In Re Enovix Corporation Securities Litigation*, October 7, 2025

Declaration of Adam Schreck in Support of Plaintiffs' Motion for Class Certification, *In Re Enovix Corporation Securities Litigation*, November 14, 2025

Declaration of Lead Plaintiff Gary Kung in Support of Plaintiffs' Motion for Class Certification, *In Re Enovix Corporation Securities Litigation*, November 14, 2025

Declaration of Plaintiff Robert G. Lee in Support of Plaintiffs' Motion for Class Certification, *In Re Enovix Corporation Securities Litigation*, November 14, 2025

Declaration of Plaintiff Traci Selke in Support of Plaintiffs' Motion for Class Certification, *In Re Enovix Corporation Securities Litigation*, November 14, 2025

Lead Plaintiffs' Notice of Amended Motion and Amended Motion for Class Certification and Appointment of Class Representative and Class Counsel; Lead Plaintiffs' Memorandum of Points and Authorities, *In Re Enovix Corporation Securities Litigation*, November 14, 2025

**Produced Documents**

Email dated April 19, 2021, "FW: [EXTERNAL] RE: Form 214 & PPT MBL:SHZ3363929," Enovix_0225770–88

**APPENDIX C**

Email dated April 19, 2021, "Sunday Delivery from Yinghe – Air Delivery AN-124(ACS) Received," Enovix_0225793

Email dated November 18, 2020, "RE: Transpak / Enovix Project Review," with attachment "Tool Delivery Date Status 20201117.xlsx," Enovix_0177094–108

Enovix Corporation Presentation, "Supply Chain Overview by Region," Enovix_0097795

Rodgers Silicon Valley Acquisition Corp., Lock-Up Agreements, Enovix_0318083–320


**SEC Filings**

Rodgers Silicon Valley Acquisition Corp., Form 8-K, Filed on February 22, 2021 and Exhibits

Rodgers Silicon Valley Acquisition Corp., Form S-4/A, Filed on May 10, 2021

Enovix Corporation, Form 10-K for the Fiscal Year Ended January 1, 2023, Filed on March 1, 2023

Enovix Corporation, Form 10-Q for the Quarterly Period Ended April 3, 2022, Filed on May 18, 2022

Enovix Corporation, Form 10-Q for the Quarterly Period Ended July 3, 2022, Filed on August 16, 2022

Enovix Corporation, Form 424B3, Filed on June 24, 2021

Enovix Corporation, Form 424B3, Filed on June 17, 2022

Enovix Corporation, Form 8-K, Filed on July 19, 2021

Enovix Corporation, Form 8-K, Filed on August 10, 2021, EX-99.1

Enovix Corporation, Form 8-K, Filed on August 10, 2021, EX-99.3

Enovix Corporation, Form 8-K, Filed on December 7, 2021, EX-99.2

Enovix Corporation, Form 8-K, Filed on March 3, 2022, EX-99.1

Enovix Corporation, Form 8-K, Filed on May 11, 2022, EX-99.1

Enovix Corporation, Form 8-K, Filed on August 10, 2022, EX-99.1

Enovix Corporation, Form 8-K, Filed on August 10, 2022, EX-99.2

Enovix Corporation, Form 8-K, Filed on November 1, 2022, EX-99.1

Enovix Corporation, Form 8-K, Filed on January 3, 2023, EX-99.1

Enovix Corporation, Form 8-K, Filed on April 26, 2023, EX-99.1

Enovix Corporation, Form S-1, Filed on August 2, 2021

**APPENDIX C**

**Websites**

"About ECO Index," *Wildershares Energy Index*, https://www.wildershares.com/about.php

"CRSP Historical Indexes Guide," *Center for Research in Securities Prices*, April 9, 2025, https://www.crsp.org/wp-content/uploads/guides/CRSP_Historical_Indexes_Guide.pdf

"Filing Detail: Enovix Corporation Form 8-K," *SEC EDGAR*, August 10, 2021, https://www.sec.gov/Archives/edgar/data/1828318/000095017021001171/0000950170-21-001171-index.htm

"Filing Detail: Enovix Corporation Form 8-K," *SEC EDGAR*, November 1, 2022, https://www.sec.gov/Archives/edgar/data/1828318/000182831822000059/0001828318-22-000059-index.htm

"STOXX Global Lithium and Battery Producers Index Fact Sheet," *STOXX*, August 31, 2023, https://www.stoxx.com/document/Indices/Factsheets/2023/August/STXLIBR.pdf

"WisdomTree Battery Solutions Index," *WisdomTree*, https://www.wisdomtree.com/investments/index/wtbsi

**Other**

"Short Interest and Securities Finance Data," *S3 Partners*, June 24, 2025

Note:  In addition to the documents on this list, I considered all documents cited in my report and my exhibits to form my opinions.

**APPENDIX D**

## I.  Overview of Event Study Methodology

1.  Event studies are a widely employed tool in the academic literature that can be used to measure the impact of company-specific events, such as the release of earnings information, on security prices.[1]  When a security trades in an efficient market, an event study can measure the price reaction (if any) to new, value-relevant information, because the price will react quickly and fully if an event changes the total mix of public information.

2.  The first step in conducting an event study is to identify the event dates on an ex-ante basis—that is, before examining the price movements of the security (or securities) at issue.  For example, the event dates can be days on which information that purportedly corrected the alleged misrepresentations was released to the market.

3.  The second step in an event study analysis is to assess whether the release of information on the event date led to statistically significant company-specific price changes.  To do this, researchers can use a regression model to isolate the portion of a security's price movement that is attributable to company-specific information, as distinguished from the portion of the price movement attributable to market and industry effects.  A regression model analyzes the relationship between the company's security price movements and market and industry factors over a control period in order to generate expected price movements.  The company-specific return (also known as the "residual" price return) can be estimated using the difference between expected and observed price returns on a given day.

4.  The third step in an event study analysis is to quantify the "normal" level of estimated daily residual price returns and apply statistical tests to determine which estimated daily residual price returns are abnormal (i.e., "statistically significant").[2]  In an efficient market, a statistically significant abnormal return can be interpreted as indicating changes in the total mix of public information about the company that were likely to be value relevant.  Residual returns that are

---

[1] For a discussion of event study methodology, *see* MacKinlay, A. Craig. 1997. "Event Studies in Economics and Finance." *Journal of Economic Literature* 35 (1): 13–39 ("MacKinlay (1997)").

[2] The 5% level of significance (or the 95% confidence interval) is typically used to determine whether the residual price return on a particular day is statistically significant.  The 5% threshold is the accepted standard for determining statistical significance.  *See*, *e.g.*, Kaye, David H. and David A. Freedman. 2011. *Reference Guide on Statistics*, 3rd ed., p. 521 ("In practice, statistical analysts typically use levels of 5% and 1%.  The 5% level is the most common in social science, and an analyst who speaks of significant results without specifying the threshold probably is using this figure.").  As such, unless specified otherwise, any reference to statistical significance in this report is based on a two-tailed 5% significance level.

not statistically significant cannot be reliably attributed to any information regarding the company, as they cannot be distinguished from the typical fluctuations in the security's price in the absence of new information (i.e., they are not statistically different from zero).

5.      Importantly, an event study analysis is subject to limitations.  An event study measures the price reaction to *all new* information revealed during the study's event window.  In other words, it cannot apportion the price reaction to an individual piece of information when multiple pieces of information are disclosed simultaneously.  Put differently, even if the event study regression analysis results in a statistically significant residual price decline on a given alleged corrective disclosure date, that in and of itself does not allow one to discern whether the decline can be attributed to company-specific information that is corrective of alleged misrepresentations versus other non-fraud-related company-specific information (i.e., "confounding information").


## II.      Event Study Model for Enovix Stock

6.      In this section, I apply the event study methodology previously discussed in order to evaluate the statistical significance of Enovix's residual stock price returns on the dates associated with the Alleged Misstatement, the Q3 2022 Letter to Our Shareholders, the November 7, 2022 Press Release, the January 3, 2023 Special Presentation, and the October 3, 2023 Press Release (collectively, the "Relevant Events").  As mentioned in **Sections V.B, V.D, V.E,** and **VI.B** of my report, for each of these events, I determined the corresponding impact dates:  August 11, 2021, November 2, 2022, November 7, 2022, January 4, 2023, and October 3, 2023, respectively.

7.      For each impact date, I estimate a separate regression model to assess the relationship between Enovix's daily stock price returns and the corresponding daily returns of the market and industry indices.  Specifically, these regression models are based on a 120-trading-day "control period."  That is, the expected price movement for Enovix's stock on a given day is based on the estimated relationship between Enovix's stock price movement and market and industry movements over the prior 120 trading days.  To estimate Enovix's residual stock price returns for August 11, 2021, which is within the first 120 trading days following Enovix stock's Nasdaq

listing on July 15, 2021, I use the first 120 trading days as the control period. In constructing each 120-trading-day control period, I exclude the impact days of the Relevant Events.[3]

8.    To calculate residual stock price returns for Enovix's stock, I control for market factors using the CRSP NYSE/NYSE MKT/Nasdaq/Arca Value-Weighted Index ("CRSP Total Market Index") and control for industry factors using the STOXX Global Lithium and Battery Producers Index.[4]

9.    The CRSP Total Market Index is a broad index of stocks listed on the New York Stock Exchange, NYSE American exchange, Nasdaq Stock Market, and Arca Exchange. The index is weighted by market capitalization.[5]

10.    The STOXX Global Lithium and Battery Producers Index is an index of publicly traded companies with lithium industry exposure that are "expected to benefit from the global trend towards electric vehicles (EVs) and renewable energy storage," such as "lithium miners, compounds manufacturers and lithium battery producers."[6] The index is weighted by market capitalization.[7]

11.    Using this event study model, I isolate Enovix's residual stock price returns and evaluate the statistical significance of the residual returns on the impact dates. The residual stock price returns on these dates and their statistical significance are discussed in detail in **Sections V.B, V.D, V.E,** and **VI.B** of my report. In summary, I find that residual stock price returns on the impact dates associated with the Alleged Misstatement and the November 7, 2022 Press Release are not statistically significant, and the residual stock price returns associated with the impact

---

[3] I expand the control periods used in my regression models to include 120 observations to the extent that certain days in the prior 120-trading-day window are excluded.

[4] Enovix's stock returns are from CRSP.

[5] The CRSP Total Market Index "is a value-weighted portfolio built each calendar period using all issues listed on the selected exchanges with available shares outstanding and valid prices in the current and previous periods, excluding the entire trading history if it was ever an American Depositary Receipt." *See* "CRSP Historical Indexes Guide," *Center for Research in Securities Prices*, April 9, 2025, https://www.crsp.org/wp-content/uploads/guides/CRSP_Historical_Indexes_Guide.pdf, p. 6.

[6] "STOXX Global Lithium and Battery Producers Index Fact Sheet," *STOXX*, August 31, 2023, https://www.stoxx.com/document/Indices/Factsheets/2023/August/STXLIBR.pdf, p. 1.

[7] The STOXX Global Lithium and Battery Producers Index is "price-weighted with weighting factors based on free-float market capitalization with group and individual capping, and its composition is reviewed annually in September." *See* "STOXX Global Lithium and Battery Producers Index Fact Sheet," *STOXX*, August 31, 2023, https://www.stoxx.com/document/Indices/Factsheets/2023/August/STXLIBR.pdf, p. 2.

**APPENDIX D**

dates of the Q3 2022 Letter to Our Shareholders, the January 3, 2023 Special Presentation, and the October 3, 2023 Press Release are statistically significant using a 95% confidence interval.[8]

---

[8] To assess the robustness of my results, I estimated regression models using the WilderHill Clean Energy Index (which aims to track the clean energy sector, with stock and sector weightings "based on their significance for clean energy, technological influence and relevance to preventing pollution in the first place") and the WisdomTree Battery Solutions Index (which "is designed to track the performance of companies primarily involved in Battery and Energy Storage Solutions") instead of the STOXX Global Lithium and Battery Producers Index. *See* "About ECO Index," *Wildershares Energy Index*, https://www.wildershares.com/about.php; "WisdomTree Battery Solutions Index," *WisdomTree*, https://www.wisdomtree.com/investments/index/wtbsi. Using these indices did not change the results about statistical significance using a 95% confidence interval for the impact dates associated with all the Relevant Events except for November 7, 2022. With respect to November 7, 2022, according to both my event study model and the regression model using the WisdomTree Battery Solutions Index, the residual stock return associated with the impact date of the November 7, 2022 Press Release is not statistically significant using a 95% confidence interval. According to the regression model using the WilderHill Clean Energy Index, the residual stock return associated with the impact date of the November 7, 2022 Press Release is positive and statistically significant using a 95% confidence interval.