# EXHIBIT 2

# EXHIBIT A

EX-99.2 11 tm217461d1_ex99-2.htm EXHIBIT 99.2

**Exhibit 99.2**



# Disclaimer

This presentation (this "Presentation") is provided solely for information purposes only and does not constitute an offer to sell, a solicitation of an offer to buy, or a recommendation to purchase any equity or debt. It has been prepared to assist interested parties in making their own evaluation with respect to a potential business combination between Rodgers Silicon Valley Acquisition Corp. ("RSVAC") and Enovix Corporation ("Enovix" or the "Company") and related transactions (the "Proposed Business Combination") and for no other purpose.

The information contained herein does not purport to be all-inclusive. The data contained herein is derived from various internal and external sources. No representation is made as to the reasonableness of the assumptions made within or the accuracy or completeness of any projections or modeling or any other information contained herein. Any data on past performance or modeling contained herein is not an indication as to future performance. RSVAC and Enovix assume no obligation to update the information in this presentation, except as required by law. Furthermore, any and all trademarks and trade names referred to in this presentation are the property of their respective owners.

## No Representation or Warranties

All information is provided "AS IS" and no representations or warranties, of any kind, express or implied are given in, or in respect of, this Presentation. To the fullest extent permitted by law in no circumstances will RSVAC, Enovix or any of their respective subsidiaries, stockholders, affiliates, representatives, partners, directors, officers, employees, advisers or agents be responsible or liable for any direct, indirect or consequential loss or loss of profit arising from the use of this Presentation, its contents, its omissions, reliance on the information contained within it, or on opinions communicated in relation thereto or otherwise arising in connection therewith. Industry and market data used in this Presentation have been obtained from third-party industry publications and sources as well as from research reports prepared for other purposes. Neither RSVAC nor Enovix has independently verified the data obtained from these sources and cannot assure you of the data's accuracy or completeness. This data is subject to change. In addition, this Presentation does not purport to be all-inclusive or to contain all of the information that may be required to make a full analysis of Enovix or the Proposed Business Combination. Viewers of this Presentation should each make their own evaluation of Enovix and of the relevance and adequacy of the information and should make such other investigations as they deem necessary.

## Forward Looking Statements

This presentation contains forward-looking statements made pursuant to the Safe Harbor provisions under the United States Private Securities Litigation Reform Act of 1995, including, but not limited to, statements regarding Enovix's expected future operating results; financial performance and potential revenues, sales forecast, sales funnel and sales pipeline; business strategy, various addressable markets, anticipated trends, growth, and developments in markets in which it operates; the market adoption of its technology and products; the capabilities, performance, and advancement of its technology and products; its projected factory expansion and economics; its pro forma information; and its future product development and roadmap. These statements are based on various assumptions, whether or not identified in this Presentation, and on the current expectations of RSVAC's and Enovix's management and are not predictions of actual performance. Forward-looking statements generally are accompanied by words such as "believe," "may," "will," "estimate," "continue," "anticipate," "intend," "expect," "should," "would," "could," "plan," "predict," "potential," "project," "pro forma," "seem," "seek," "future," "outlook," "model," "target," "goal," and similar expressions that predict or indicate future events or trends or that are not statements of historical matters, although not all forward-looking statements will contain these identifying words. All forward-looking statements are based on current assumptions, expectations and beliefs, and involve substantial risks and uncertainties that may cause results, performance or achievement to materially differ from those expressed or implied by these forward-looking statements. These forward-looking statements should not be relied upon as representing RSVAC's and Enovix's assessments as of any date subsequent to the date of this Presentation. These forward-looking statements are provided for illustrative purposes only and are not intended to serve as, and must not be relied on by any investor as, a guarantee, an assurance, a prediction, or a definitive statement of fact or probability. However, while RSVAC and Enovix may elect to update these forward-looking statements at some point in the future, RSVAC and Enovix specifically disclaim any obligation to do so, whether as a result of new information, new developments, future events, or otherwise.



# Disclaimer (Cont.)

**Risk Factors**

Actual events, circumstances, or results are difficult or impossible to predict and may differ materially from those contemplated in any forward-looking statements made in this Presentation and are due to a variety of risks and uncertainties related to Enovix's ability to execute on its technology, including energy density, anode capacity, cell energy capacity, formation expansion, formation efficiency, cycle swelling, cycle life, or pressure on Si anode expansion; its business strategy and operations, including Fab 1 capacity and schedule, Fab 2 scale up strategy and manufacturing partnership economics, or autoline; attracting and retaining customers; ramping commercial production, developing new products and enhancing existing products; competing effectively, and managing growth and costs. Other risks and uncertainties include changes in domestic and foreign business, market, financial, political and legal conditions; the impact of the Covid-19 pandemic; the inability of the parties to successfully or timely consummate the Proposed Business Combination, including the risk that any required regulatory approvals are not obtained, are delayed or are subject to unanticipated conditions that could adversely affect the combined company or the expected benefits of the Proposed Business Combination or that the approval of the stockholders of RSVAC or Enovix is not obtained; failure to realize the anticipated benefits of the Proposed Business Combination; risks relating to the uncertainty of Enovix's projected financial information; risks related to the organic and inorganic growth of Enovix's business and the timing of expected business milestones; the effects of competition on Enovix's current and future business; the amount of redemption requests made by RSVAC's stockholders; the ability of RSVAC or the combined company to issue equity or equity-linked securities or obtain debt financing in connection with the Proposed Business Combination or in the future, and those factors discussed in RSVAC's final prospectus dated December 1, 2020 under the heading "Risk Factors," and other documents of RSVAC filed, or to be filed, with the Securities and Exchange Commission ("SEC"). If any of these risks materialize or our assumptions prove incorrect, actual results could differ materially from the results implied by statements made in this Presentation. There may be additional risks that neither RSVAC nor Enovix presently know or that RSVAC and Enovix currently believe are immaterial that could also cause actual results to differ from those contained in forward-looking statements. Accordingly, you should not place undue reliance on our forward-looking statements.

**Use of Projections**

This Presentation contains projected financial information with respect to Enovix. Such projected financial information constitutes forward-looking information and is for illustrative purposes only and should not be relied upon as necessarily being indicative of future results. The assumptions and estimates underlying such financial forecast information are inherently uncertain and are subject to a wide variety of significant business, economic, competitive and other risks and uncertainties. See "Forward-Looking Statements" on the prior page. Actual results may differ materially from the results contemplated by the financial forecast information contained in this Presentation, and the inclusion of such information in this Presentation should not be regarded as a representation by any person that the results reflected in such forecasts will be achieved.

**Industry and Market Data**

In this Presentation, we rely on and refer to information and statistics regarding market participants in the sectors in which Enovix competes and other industry data. We obtained this information and statistics from third-party sources, including reports by market research firms and company filings.

**Financial Information; Non-GAAP Financial Measures**

The financial information and data contained in this Presentation is unaudited and does not conform to Regulation S-X. Accordingly, such information and data may not be included in, may be adjusted in or may be presented differently in, any proxy statement/prospectus or registration statement to be filed by RSVAC with the SEC, and such differences may be material. In particular, all Enovix projected financial information included herein is preliminary and subject to risks and uncertainties. Any variation between Enovix's actual results and the projected financial information included herein may be material. This presentation also contains non-GAAP financial measures and key metrics relating to the combined company's projected future performance. A reconciliation of these non-GAAP financial measures to the corresponding GAAP measures on a forward-looking basis is not available because the various reconciling items are difficult to predict and subject to constant change.

**No Offer or Solicitation**

This Presentation shall not constitute an offer to sell or the solicitation of an offer to buy any securities, nor shall there be any sale of securities in any jurisdiction in which such offer, solicitation or sale would be unlawful prior to registration or qualification under the securities laws of any such jurisdiction. No offering of securities will be made except by means of a prospectus meeting the requirements of the Securities Act of 1933, as amended, or an exemption therefrom.

INVESTMENT IN ANY SECURITIES DESCRIBED HEREIN HAS NOT BEEN APPROVED OR DISAPPROVED BY THE SEC OR ANY OTHER REGULATORY AUTHORITY NOR HAS ANY AUTHORITY PASSED UPON OR ENDORSED THE MERITS OF THE OFFERING OR THE ACCURACY OR ADEQUACY OF THE INFORMATION CONTAINED HEREIN. ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE.



3

Case 3:23-cv-00071-SI   Document 258-3   Filed 08/23/25   Page 5 of 65

## Disclaimer (Cont.)

**Important Information About the Proposed Business Combination and Where to Find It**

In connection with the proposed business combination, RSVAC intends to file with the SEC a Registration Statement on Form S-4, which will include and serve as a proxy statement/prospectus (the "Form S-4") that will be distributed to holders of RSVAC's common stock in connection with RSVAC's solicitation of proxies for the vote by RSVAC's stockholders with respect to the Proposed Business Combination and other matters as described in the Form S-4. RSVAC will mail a definitive proxy statement (the "Proxy Statement"), when available, to its stockholders. INVESTORS AND SECURITY HOLDERS ARE URGED TO READ THE PROXY STATEMENT, ANY AMENDMENTS OR SUPPLEMENTS THERETO AND ANY OTHER DOCUMENTS FILED WITH THE SEC CAREFULLY AND IN THEIR ENTIRETY WHEN THEY BECOME AVAILABLE BECAUSE THEY WILL CONTAIN IMPORTANT INFORMATION ABOUT RSVAC, ENOVIX AND THE PROPOSED BUSINESS COMBINATION. Investors and security holders may obtain free copies of the preliminary proxy statement/prospectus and the Proxy Statement (when available) and all other documents filed with the SEC by RSVAC through the website maintained by the SEC at http://www.sec.gov, or by directing a request to RSVAC at 535 Eastview Way, Woodside, CA 94062.

INVESTMENT IN ANY SECURITIES DESCRIBED HEREIN HAS NOT BEEN APPROVED OR DISAPPROVED BY THE SEC OR ANY OTHER REGULATORY AUTHORITY NOR HAS ANY AUTHORITY PASSED UPON OR ENDORSED THE MERITS OF THE OFFERING OR THE ACCURACY OR ADEQUACY OF THE INFORMATION CONTAINED HEREIN. ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE.

**Participants in the Solicitation**

RSVAC and Enovix and their respective directors, certain of their respective executive officers and other members of management and employees may be considered participants in the solicitation of proxies with respect to the proposed business combination. Information about the directors and executive officers of RSVAC is set forth in its final prospectus dated December 1, 2020. Additional information regarding the participants in the proxy solicitation and a description of their direct and indirect interests, by security holdings or otherwise, will be in the proxy statement/prospectus included in the Form S-4 and other relevant materials to be filed with the SEC regarding the proposed business combination when they become available. Stockholders, potential investors and other interested persons should read the proxy statement/prospectus included in the Form S-4 carefully when it becomes available before making any voting or investment decisions. You may obtain free copies of these documents as indicated above.



Case 3:23-cv-00071-SI    Document 258-3    Filed 08/22/25    Page 7 of 65

# Rodgers SVAC Selection Criteria from S-1
## Enovix Corporation

| | | |
|---|---|---|
| Green Energy, electrification, storage | ✓ | Advanced Li-ion batteries. |
| Public company readiness | Not yet | On-board CFO. Improve business processes. Get SOX-ready. Put three RSVAC executives on board. Use five other RSVAC advisors. Use McKinsey. |
| Technically dominant product | ✓ | Sampled highest energy Li-ion batteries for cell phones & watches. |
| Customer endorsement | ✓ | $30 million customer funding. |
| Excellent employee core values | ✓ | Smart, honest, hard working, technically excellent, proud of their company. |
| Excellent company culture | ✓ | Will not tolerate losing. |
| Excellent management team | ✓ | |
| A formal plan to grow rapidly | ✓ | |
| Excellent gross margin | ✓ | Greater than 40%. |
| Second product on schedule | ✓ | Already sampled. |
| A Silicon Valley Company | ✓ | Across Highway 880 from Tesla. |
| A formal plan to meet Street expectations | ✓ | Signed by CEO and TJ Rodgers. |



# Transaction Overview

## Timeline

- **Enovix and Rodgers Silicon Valley Acquisition Corp.** expect to enter into a **business combination agreement** and file a registration statement in March 2021
- The transaction is expected to **close** in the **2nd quarter of 2021**
- Upon the consummation of the business combination, RSVAC will change its name to Enovix and is expected to continue its listing on the NASDAQ under a new ticker symbol "ENVX"

## Valuation

- Initial valuation implies a pro forma **Enterprise Value of $1.128 billion**
- 1.41x 2025E Revenue of $801 million
- 3.59x 2025E EBITDA of $314 million
- Existing Enovix shareholders will receive 72% of the pro forma equity, assuming a $175 million PIPE issued at $14.00 per share

## Transaction Funding

- The transaction will be funded by a combination of RSVAC cash held in trust and the PIPE offering proceeds
- The transaction will add **$385 million cash** to **the balance sheet** (net of expenses), assuming a $175 million PIPE and a $230 million SPAC
- The cash on the balance sheet will build Fab-1, buy and retrofit Fab-2 and cover operating losses through profitability



6

Case 3:23-cv-00071-SI   Document 258-2   Filed 08/23/25   Page 9 of 65

# Agenda

Enovix **Overview** & **Team Introduction**

3D Silicon Li-ion Battery™ **Technology**

Market & **Top-5 Customer Deals**

Manufacturing Plans: **Fab-1, Fab-2,** and **Fab-3**

**Financials**

**Competition:** Lithium Metal Anode Technology

**Conclusion**









# Enovix Overview

Designed, developed and **sampled** Li-ion batteries with **energy densities five years ahead** of current industry production
- Based on (1) **Silicon anode technology** and (2) **3D Silicon™ Cell Architecture**
- Currently **sampling** batteries with **27% - 110% higher energy** density than market
- **Samples:** 44 orders to **20 customers** on **4 products**

Technology took **R&D 13 years** (starting in 2007) & **$239 million**
- Funding sources included **$120 million** from **three strategic partners** Intel, Qualcomm, Cypress and **two Tier-1 customers**
- Customers paid for early access to **enhance product functionality**
- **89 issued patents** with an additional 54 pending

Top-5 customer engagement & sampling 2019-2020
- **Top-5 customer** served market **$240 million** per year
- Customer qual, Q4'21; **Revenue, Q2'22**



10









6/23/25, 11:00 AM
Case 3:23-cv-00071-SI    Document 235-2    Filed 09/23/25    Page 15 of 65
sec.gov/Archives/edgar/data/1828318/000110465921026022/tm217461d1_ex99-2.htm





# Enovix Board



**Harrold Rust, CEO**
Co-founded Enovix 2007
**FormFactor: VP Operations** 2002-07, ran **fab**
    3D probe cards @ $300K each, No. 1 in industry
    IPO 2003, **$369M revenue** 2006
**IBM: 17 yrs** operations, ran disk-drive **fab**
BSME UC Davis, MSME Stanford
**58 patents**



**Manny Hernandez (Proposed)**
Cypress Semi CFO
SunPower CFO
    Managed IPO
    Created **financial systems**
**Audit Chairman** ON Semiconductor
Chairman BrainChip Inc. (AI)



**T.J. Rodgers**
Founder & 34-yr **CEO Cypress Semi**
Chairman of **SunPower IPO**
**Enphase Director** in turnaround
Dartmouth: Physics & Chemistry
Stanford: MSEE, PhDEE
Joined Board 2012



**Michael (Mitch) Petrick**
Riverside Mgmt Group
    Nine boards
**Mgmt. Committee:**
    Carlyle Grp, **Morgan Stanley**
Grinnell: Chemistry & Economics
Chicago: MBA
Joined Board 2018



**Greg Reichow**
General partner of Eclipse Ventures
Cypress Semi: Fab Quality Director
SunPower: ran solar **autoline fab**
**Tesla VP of Production:**
    automotive
    battery manufacturing
Eight Boards, joined Board 2020



**Betsy Atkins**
CEO: Baja Corporation
**SunPower** director at **IPO**
Prior CEO 3 software companies
    energy, health, networking
Corporate governance: three **books**
Three boards including Volvo
Joined Board 2020



**Dan McCranie (Proposed)**
1974-2000: semi EVP & CEO positions
Mkt, Sales and Bus Dev expert
2000-2020: **10 public Semi Co Bds**,
    Chairman of six, avg 6.4 yrs
    Six restructuring programs
Chairman of Freescale & ON
ON Semi Director in turnaround

14 **ENOVIX**

# Enovix Management Team





**Harrold Rust, CEO**
Co-founded Enovix 2007
**FormFactor: VP Operations** 2002-07, ran **fab**
   3D probe cards @ $300K each, No. 1 in industry
   **IPO** 2003, **$369M revenue** 2006
**IBM: 17 yrs** operations, ran disk-drive **fab**
BSME UC Davis, MSME Stanford
**58 patents**

**Ralph Schmitt,**
**VP Sales & Business Dev.**
Joined Enovix 2021
Cypress Semi EVP Mkt & Sales
BSEE Rutgers
**Turnaround CEO:** Exar-Sipex,
   BRCM-PLX (Semi), Toshiba-
   OCZ (SSD), Sensera (Sensors)







**Ashok Lahiri, CTO**
Enovix co-founder
Lead Architect
FormFactor & IBM teams
BSChE UC Berkeley
77 patents

**Murali Ramasubramanian,**
**VP R&D**
Enovix co-founder
Lead designer 3D battery
FormFactor & IBM teams
BSChE CECRI, PhDChE S. Carolina
97 patents

**Cameron Dales, COO**
Joined Enovix 2009
Promoted COO 2018
Symyx: VP & GM (lab automation)
Lockheed (satellites)
BSME Cornell, MS Aero/Astro Stanford
103 patents

**Bob Busacca, VP Engineering**
Joined Enovix 2014
Promoted VP Mech. Eng. 2020
Symyx: Sr. Dir. R&D
 (lab automation platform)
BSME Cornell
18 patents

**Jesse Griggs, VP Quality**
Joined Enovix 2020
EaglePicher: **battery packs**
 Lockheed
BSME Purdue
Lean/**Six Sigma Black Belt**

**ENOVIX**

Case 3:23-cv-00071-SI   Document 235-2   Filed 08/22/25   Page 18 of 66



6/23/25, 11:00 AM
sec.gov/Archives/edgar/data/1828318/000110465921026022/tm217461d1_ex99-2.htm
Case 3:23-cv-00071-SI   Document 225-3   Filed 09/23/25   Page 19 of 65





Case 3:23-cv-00071-SI    Document 272-3    Filed 09/23/25    Page 20 of 65



# Enovix Battery Benefits[1] In Currently Available Products
## Added features often more critical than added battery life

|  | Garmin Fenix 6X | Snap Spectacles | Motorola Radio | Motorola Razr Phone | Dell XPS 13 |
|---|---|---|---|---|---|
| Product |  |  |  |  |  |
| Current Capacity | 450 mAh | 134 mAh | 3,400 mAh | 2,510 mAh | 3,520 mAh |
| Enovix EX-1 Capacity | 797 mAh | 208 mAh | 7,122 mAh | 3,996 mAh[2] | 4,455 mAh |
| Capacity Increase | 1.77x | 1.55x | 2.10x | 1.59x | 1.27x |
| End User Benefit | Adds 16 days to battery life | Allows for added display and increased processor power | Doubles battery life, reduces size, ruggedizes | Replaces two batteries with one Enovix battery | Supports "Always on, all day battery life"[3] |



[1] Calculated improvement based on existing product battery at end of life dimensions and Enovix EX 1 battery.
[2] Total for 2 Enovix cells to make direct comparison.
[3] Required by Intel Project Athena next generation laptop architecture program.

6/23/25, 11:00 AM
Case 3:23-cv-00071-SI   Document 235-2   Filed 08/22/25   Page 22 of 65
sec.gov/Archives/edgar/data/1828318/000110465921026022/tm217461d1_ex99-2.htm







# Technology Megatrend Drivers

**$0.36 per Whr**
**5G CELL PHONES**
Faster adoption than 4G
From 12M in 2020 to 350M in 2023[2]
**Artificial Intelligence** on cell phones
From 10% to 80% in 2022[3]
Fab-1 and Fab-2

**$1.66 per Whr**
**WEARABLES**
Global smartwatch market
19.6% CAGR to **$96B** by 2027[1]
Fab-1

**$2.50 per Whr**
**AUGMENTED REALITY (AR/VR)**
"I think **AR is that big** (next mass-market technology)." – Tim Cook[4]
**AR/VR needs new batteries**
Fab-1

**$0.10 per Whr**
**ELECTRIC VEHICLES**
From **2.1M** in 2019 to **8.5M** in 2025[5]
Fab-3 Partnership

20  ENOVIX

[1]Allied Market Research, April 2020, [2]"5G Handset Market," IHS Markit, 6/2019 [3]"Gartner Highlights 10 Uses for AI Powered Smartphones," Gartner, January 4, 2018 [4]"As Apple Plans Come Into Focus, Big Challenges Remain for AR," The Information, November 12, 2019 [5]"Electric Vehicle Outlook 2020, BloombergNEF"







# Top-5 Customer Design Wins
## $240M of Near-Term Opportunity

| | | Customer Served Market | |
|---|---|---|---|
| | | 2020 Units | Rev/year |
| | **Laptop** market[1] leader<br>Laptop market: $102B (2017)[1]<br>Product development. **Funded** | 15M | $120M |
| | **Land mobile radio (LMR)** market leader (public safety, EMS)[2]<br>LMR market: $18B in 2019 to $25B in 2022[3]<br>Product development. **Funded** | 20M | $88M |
| | **Smartwatch** market[4] leader<br>Smartwatch market: 19.6% CAGR to $96B by 2027[5]<br>Product development. **Negotiating Supply Agreement** | 4M | $16M |
| | **AR/VR** -- augmented/virtual reality market[6] leader<br>AR/VR market: $11B (2017) to $571B (2025)[7]<br>Product development. **Funded** | 2M | $16M |
| | **AR platform** technology leader<br>AR market: $6B (2018) to $198B (2025)[8]<br>Product development. **Funded** | n/a | - |

22  **ENOVIX**

[1]Laptops By The Numbers, Fortunly, 4/29/20. [2]LMR Market, Reuters Plus, 2/11/19.
[3]Statista estimates: Credence Research ©2020. [4]Canalys, 6/17/20. [5]Allied Market
Research, 4/20. [6]TrendForce, Statista ©2019. [7]IDC, 7/20/20. [8]Statista ©2020.



Case 3:23-cv-00071-SI   Document 235-2   Filed 09/23/25   Page 25 of 65







# Silicon Anodes vs. Graphite Anodes
## Graphite anodes have dominated for 30 years

|  | Conventional Graphite Anode[1] |
|---|---|
| 1. Formation* expansion | **LOW** <br> Anode material only expands ~10% |
| 2. Formation* efficiency | **HIGH** (90-95%) <br> Low loss of Li trapped in anode material |
| 3. Cycle swelling | **LOW** (<10%) <br> Stable anode electrode thickness |
| 4. Cycle life | **HIGH** (>500 cycles) <br> Stable structure <br> Low Li trapping loss |

\* "Formation" is the first charging step, when some lithium is permanently trapped in the anode.



26

[1] Including graphite + 5% silicon anodes.

# Four Killer Problems Faced Silicon Anodes

## Solving these problems took Enovix 13 years and $239 million

|  | Conventional Graphite Anode[1] | Conventional Silicon Anode Problems |
|---|---|---|
| 1. Formation expansion | LOW<br>Anode material only expands ~10% | HIGH<br>Silicon anodes **expand by over 2x when charged** |
| 2. Formation efficiency | HIGH (90-95%)<br>Low loss of Li trapped in anode material | LOW (50-60%)<br>About **half the Li is permanently trapped** in silicon anode[2] |
| 3. Cycle swelling | LOW (<10%)<br>Stable anode electrode thickness | HIGH (>20%)<br>Anode repeatedly swells and shrinks battery during cycling |
| 4. Cycle life | HIGH (>500 cycles)<br>Stable structure<br>Low Li trapping loss | LOW (<100 cycles)<br>**Silicon particles electrically disconnect** & even **crack** |



27

[1]Including graphite + 5% silicon anodes.
[2]On LCO-Silicon cells discharged to 2.7V













6/23/25, 11:00 AM
Case 3:23-cv-00071-SI    Document 248-2    Filed 09/23/25    Page 34 of 65
sec.gov/Archives/edgar/data/1828318/000110465921026022/tm217461d1_ex99-2.htm











6/23/25, 11:00 AM
Case 3:23-cv-00071-SI    Document 288-2    Filed 08/23/25    Page 37 of 65
sec.gov/Archives/edgar/data/1828318/000110465921026022/tm217461d1_ex99-2.htm









Case 3:23-cv-00071-SI Document 212-2 Filed 09/23/25 Page 38 of 65













## Fab-1 Fremont
### 45,044 sq.ft

3501 W. Warren Ave.
Fremont, CA

| ZONE | Area [SQFT] | Comment |
|---|---|---|
| Zone1 - Electrode Fabrication | 5656 | |
| Zone2 - Battery Assembly | 9242 | |
| Zone3 - Battery Packaging | +8667 | Partially Dry Room - Mezzanine |
| Zone4 - Formation & Test | 12812 | Partially Hot Room |
| Total FAB1 - Production Floor | +36377 | Incl. Spare for 3rd Line (Z1, Z2 & Z3) |

39 ENOVIX

# Current Research & Development Area
## Built and Tested >20,000 Batteries





# Fab-1 Equipment
## At Vendor Factory Acceptance Test (FAT)[1]



Separator Laser



Electrode Lasers



[1]Factory Acceptance Test. Equipment must perform to specification at the vendor's factory before shipment to Enovix and must pass another test after installation at the Enovix site.

# Fab-1 Equipment







6/23/25, 11:00 AM
Case 3:23-cv-00071-SI    Document 235-2    Filed 02/23/25    Page 45 of 65
sec.gov/Archives/edgar/data/1828318/000110465921026022/tm217461d1_ex99-2.htm

# Fab-1 Equipment



Connector Tab Insert



Laser Weld



6/23/25, 11:00 AM
sec.gov/Archives/edgar/data/1828318/000110465921026022/tm217461d1_ex99-2.htm
Case 3:23-cv-00071-SI   Document 218-2   Filed 09/23/25   Page 46 of 66



# Fab-1 Equipment





Tab Welding



Pouch Forming






# Fab-1 Equipment







# Fab-1 Equipment



ASRS Robot



Formation Cabinets













Case 3:23-cv-00071-SI    Document 235-2    Filed 09/23/25    Page 52 of 65



# Fab Scale-Up Strategy

| | Fab-1 | Fab-2 | Fab-3[2] |
|---|---|---|---|
| Production Site | Fremont | Buy fab & upgrade | JV / licensing in automotive |
| First Revenue | Q2'22 | Q2'23 | 2025 |
| Revenue (2025) | $220M[1] | $581M | |
| Capacity (cells) | 45M/yr | 89M/yr | |
| Capacity (Wh) | 254 MWh | 1.53 GWh | 35 GWh |
| Cash Flow Trough | ($208M) | ($327M) | |



[1]Product-dependent revenue, which could vary by +/-20% based on product mix.
[2]Upside to financial plan







Case 3:23-cv-00071-SI    Document 235-2    Filed 09/23/25    Page 55 of 65



# Financials

| (All $M unless noted) | Fully owned Fab-1 and Fab-2 | | | | | Competitor Data[1] | |
|---|---|---|---|---|---|---|---|
| | 2021 | 2022 | 2023 | 2024 | 2025 | Low | High |
| Revenue | 7[2] | 11 | 176 | 410 | 801 | | |
| GM% | | | 14% | 46% | 52% | 20% | 35% |
| Operating Expense | 35 | 34 | 47 | 83 | 157 | | |
| Opex% | | | 26% | 20% | 20% | 8% | 13% |
| Operating Income | -31 | -61 | -21 | 105 | 257 | | |
| Op Inc% | | | -12% | 26% | 32% | 12% | 22% |
| EBITDA | -29 | -49 | 6 | 140 | 314 | | |
| Capex | 58 | 117 | 87 | 156 | 80 | | |
| Free Cash Flow | -88 | -165 | -81 | -16 | 235 | | |
| Cum Cash Flow Trough | -65 | -230 | -311 | -327 | -92 | | |



[1] Avicenne 2019 factory data
[2] Non-recurring engineering (NRE) revenue

# Enovix vs. QuantumScape Published Plans

## Comparison to the most prominent & well funded competitor

| Parameter | Enovix | QuantumScape | Enovix Advantage |
|---|---|---|---|
| Year Founded | 2007 | 2010 | First-mover advantage (FMA) |
| Technology | Silicon Anode & 3D Architecture | Lithium Metal Anode & Ceramic Separator | Manufacturing feasibility demo'ed for both Enovix technologies |
| Customer Samples[1] | 2018-2020 | N/A | 20 customers/4 products |
| Revenue >$100M | 2023 ($176M) | 2026 ($275M) | FMA |
| Revenue 2025 | $801M | $39M | FMA |
| First Profitable Year | 2024 | 2027 | FMA |



[1] Complete batteries suitable for both engineering evaluation and preliminary rel testing.

Case 3:23-cv-00071-SI    Document 235-2    Filed 02/23/25    Page 59 of 65



# Conclusion

Enovix is the best positioned to become a major player in next-generation Li-ion batteries:

Early start 2007
Successful 13-year, $239 million, 89-patent silicon anode development
Demonstrated 900 Wh/l technology
Fab-1 being equipped now
Key customers invested in Enovix for early access
20 customers sampled
Strong management & board
Funding: $230 million SPAC deal signed, plus $175 million PIPE financing



58 ENOVIX

Case 3:23-cv-00071-SI    Document 235-2    Filed 02/23/25    Page 60 of 65



Case 3:23-cv-00071-SI Document 218-2 Filed 02/28/25 Page 62 of 65



# Transaction Overview

*($ and shares in millions, except per share data)*

## Key Transaction Terms

- The contemplated business combination prices Enovix's enterprise value at $1.128 billion, representing 1.41x 2025E revenue

- The resulting implied equity value is $1.513 billion, after adding $385 million in pro forma cash to the balance sheet

- Executed subscription agreements for committed equity capital for a $175 million PIPE issued at $14.00 per share

## Illustrative Sources and Uses

| Sources | $ | % |
|---|---|---|
| Shareholder Rollover | $1,050 | 69% |
| RSVAC Cash in Trust | 230 | 15% |
| PIPE Equity | 175 | 12% |
| Founder Shares | 58 | 4% |
| **Total Sources** | **$1,513** | **100%** |

| Uses | $ | % |
|---|---|---|
| Shareholder Rollover | $1,050 | 69% |
| Cash to Balance Sheet | 385 | 25% |
| Estimated Fees & Expenses | 20 | 1% |
| Founder Shares | 58 | 4% |
| **Total Uses** | **$1,513** | **100%** |

## Illustrative Pro Forma Valuation

| | Others[1] | PIPE |
|---|---|---|
| Pro Forma Shares Outstanding | 133.75 | 12.50 |
| Illustrative Share Price at Closing | $10.00 | $14.00 |
| **Equity Value** | | **$1,513** |
| Less: Net Cash | | ($385)[2] |
| **Enterprise Value** | | **$1,128** |

| Transaction Multiples | Metric | |
|---|---|---|
| EV / 2025E Revenue | $801 | 1.41x |

## Pro Forma Ownership[3]



Existing Enovix Shareholders 72%
RSVAC Shares 16%
PIPE Equity 9%
Founder Shares 4%



(1) Others include Shareholder (Enovix) Rollover, RSVAC Holders and Founder Shares.
(2) Based on $230 million cash in trust (assuming no redemptions), and 12.5 million PIPE shares at $14.00 / share, less $20 million in transaction expenses.
(3) Ownership calculated on a per share basis.

61

6/23/25, 11:00 AM
Case 3:23-cv-00071-SI    Document 235-2    Filed 09/23/25    Page 63 of 65
sec.gov/Archives/edgar/data/1828318/000110465921026022/tm217461d1_ex99-2.htm









