# EXHIBIT 3

# EXHIBIT B

424B3 1 tm217682-15_424b3.htm 424B3
TABLE OF CONTENTS

**Filed Pursuant to Rule 424(b)(3)**
**Registration No. 333-253976**

# PROXY STATEMENT FOR SPECIAL MEETING OF
# RODGERS SILICON VALLEY ACQUISITION CORP.

## AND

# PROSPECTUS FOR SHARES OF COMMON STOCK OF
# RODGERS SILICON VALLEY ACQUISITION CORP.

**Rodgers Silicon Valley Acquisition Corp.**
**535 Eastview Way**
**Woodside, CA 94062**

To the Stockholders of Rodgers Silicon Valley Acquisition Corp.:

You are cordially invited to attend the Special Meeting of Stockholders (the "**Special Meeting**") of Rodgers Silicon Valley Acquisition Corp., which is referred to as "**RSVAC**." The Special Meeting will be held on July 12, 2021, at 10:00 a.m. Eastern time, via a virtual meeting. In light of the novel coronavirus (referred to as "COVID-19") pandemic and to support the well-being of RSVAC's stockholders and partners, the Special Meeting will be completely virtual. You will need the 12-digit meeting control number that is printed on your proxy card to enter the Special Meeting. RSVAC recommends that you log in at least 15 minutes before the Special Meeting to ensure you are logged in when the Special Meeting starts. Please note that you will not be able to attend the Special Meeting in person.

As we previously announced, on February 22, 2021, RSVAC entered into a Merger Agreement, by and among RSVAC Merger Sub Inc., a Delaware corporation and wholly owned subsidiary of RSVAC ("**Merger Sub**"), and Enovix Corporation, a Delaware corporation ("**Enovix**"). At the Special Meeting, RSVAC's stockholders will be asked to vote on the following proposals related to the Merger Agreement and the transactions contemplated thereby (the "**Business Combination**"), as more fully described (and defined) in the accompanying proxy statement/ prospectus: (i) the Business Combination Proposal; (ii) the Nasdaq Proposal; (iii) the Charter Amendment Proposal; (iv) the Advisory Charter Proposals ; (v) the Directors Proposal; (vi) the Incentive Plan Proposals; and (vii) if necessary, the Adjournment Proposal. The Merger Agreement provides for the merger of Merger Sub with and into Enovix, with Enovix continuing as the surviving entity. Subject to the terms and conditions set forth in the Merger Agreement, at the effective time of the Business Combination (the "**Effective Time**"):

(i)   all shares of Enovix's common stock, par value $0.001 per share (the "**Enovix Stock**") issued and outstanding immediately prior to the Effective Time (after conversion of the outstanding preferred stock of Enovix as contemplated by the Merger Agreement), whether vested or unvested, will be converted into the right to receive the Merger Consideration Shares (as defined below), with each stockholder of Enovix Stock being entitled to receive its pro rata share of the Merger Consideration Shares;

(ii)   all options to purchase shares of Enovix Stock under Enovix's existing equity incentive plans (the "**Enovix Options**") issued and outstanding immediately prior to the Effective Time, whether vested or unvested, will be assumed and become an option to purchase such number of shares of RSVAC Common Stock equal to the option holder's respective pro rata share of the Merger Consideration set forth in the equityholder allocation schedule (as defined in the Merger Agreement); and

(iii)   all warrants to purchase shares of Enovix Stock (the "**Enovix Warrants**") issued and outstanding immediately prior to the Effective Time, whether vested or unvested, will be assumed and become a warrant to purchase such number of shares of RSVAC Common Stock equal to the warrant holder's respective pro rata share of the Merger Consideration set forth in the equityholder allocation schedule (as defined in the Merger Agreement).

Following completion of the Business Combination and assuming no holders of Common Stock underlying the units (the "**Public Shares**") sold in the RSVAC IPO (as defined below) elect to redeem their shares, Rodgers Capital, LLC (the "**Sponsor**"), the public stockholders, the PIPE Financing (as defined below) investors and other holders of Enovix capital stock (the "**Enovix Equityholders**") will own approximately 4.0%, 16.0%, 8.0% and 72.0% of the outstanding common stock of the Combined Entity (as defined below), respectively. These percentages are calculated based on a number of assumptions (described in the accompanying proxy statement/prospectus) and are subject to adjustment in accordance with the terms of the Merger Agreement.

The consummation of the Business Combination is contingent on approval of the Business Combination Proposal, the Charter Amendment Proposal, the Nasdaq Proposal, and the Director Proposal, each pursuant to votes fully described in the accompanying proxy statement.

RSVAC Common Stock, Units (as defined below) and Public Warrants (as defined below) are currently listed on the Nasdaq Capital Market under the symbols "RSVA," "RSVAU" and "RSVAW," respectively.

Pursuant to the Current Charter (as defined below), RSVAC is providing its public stockholders with the opportunity to redeem, upon the Closing, shares of its Common Stock then held by them for cash equal to their pro rata share of the aggregate amount on deposit (as of two business days prior to the Closing) in the trust account (the "**Trust Account**") that holds the proceeds (including interest not previously released to RSVAC to pay its taxes) of RSVAC's initial public offering (the "**RSVAC IPO**"). For illustrative purposes, based on funds in the Trust Account of approximately $230 million on June 11, 2021, the estimated per share redemption price would have been approximately $10.00. **Public stockholders may elect to redeem their shares even if they vote for the Business Combination Proposal**.

Due to his position as a stockholder and member of the board of directors of Enovix, Mr. Thurman J. "T.J." Rodgers, RSVAC's Chief Executive Officer and Chairman of the Board, recused himself as part of the process that had been agreed by all RSVAC directors from both board discussions and the board vote regarding the business combination with Enovix. After careful consideration, the disinterested members of the board of directors of RSVAC have unanimously approved and adopted the Merger Agreement and the transactions contemplated therein and unanimously recommends that RSVAC stockholders vote "FOR" adoption and approval of the Business Combination Proposal, "FOR" the Nasdaq Proposal, "FOR" the Directors Proposal, "FOR" the Charter Amendment Proposal, "FOR" the Advisory Proposals and "FOR" the Incentive Plan Proposals presented to RSVAC stockholders in this proxy statement/prospectus, and "FOR" the Adjournment Proposal, if presented. When you consider the board of directors' recommendation of these proposals, you should keep in mind that the directors and officers of RSVAC have interests in the Business Combination that may conflict with your interests as a stockholder. See the section titled "*Business Combination Proposal — Interests of Certain Persons in the Business Combination*."

RSVAC is providing this proxy statement/prospectus and accompanying proxy card to RSVAC stockholders in connection with the solicitation of proxies to be voted at the Special Meeting and at any adjournments or postponements of the Special Meeting. Whether or not you plan to attend the Special Meeting, RSVAC urges you to read this proxy statement/prospectus (and any documents incorporated into this proxy statement/prospectus by reference) carefully. Please pay particular attention to the section titled "Risk Factors" beginning on page 34.

Your vote is very important. If you are a registered stockholder, please vote your shares as soon as possible to ensure that your vote is counted, regardless of whether you expect to attend the Special Meeting online, by completing, signing, dating and returning the enclosed proxy card in the postage-paid envelope provided. If you hold your shares in "street name" through a bank, broker or other nominee, you will need to follow the instructions provided to you by your bank, broker or other nominee to ensure that your shares are represented and voted at the Special Meeting. The transactions contemplated by the Merger Agreement will be consummated only if the Business Combination Proposal, the Nasdaq Proposal, the Directors Proposal, and the Charter Amendment Proposal are approved at the Special Meeting.

On behalf of RSVAC's board of directors, I would like to thank you for your support and look forward to the successful completion of the Business Combination.

Sincerely,

Thurman J. Rodgers
*Chief Executive Officer*
Rodgers Silicon Valley Acquisition Corp.

Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved of the securities to be issued under the accompanying proxy statement/prospectus or determined that the accompanying proxy statement/prospectus is accurate or complete. Any representation to the contrary is a criminal offense.

The accompanying proxy statement/prospectus is dated June 24, 2021 and is first being mailed to the stockholders of RSVAC on or about June 25, 2021.

**Rodgers Silicon Valley Acquisition Corp.**
**535 Eastview Way**
**Woodside, CA 94062**

**NOTICE OF SPECIAL MEETING OF STOCKHOLDERS**
**OF RODGERS SILICON VALLEY ACQUISITION CORP.**

**To Be Held On July 12, 2021**

To the Stockholders of Rodgers Silicon Valley Acquisition Corp.:

NOTICE IS HEREBY GIVEN that a special meeting of stockholders (the "**Special Meeting**") of Rodgers Silicon Valley Acquisition Corp., a Delaware corporation ("RSVAC," "we," "our" or "us"), will be held on July 12, 2021, at 10:00 a.m., Eastern time, via live webcast at the following address https://www.cstproxy.com/rodgerscap/sm2021. You will need the 12-digit meeting control number that is printed on your proxy card to enter the Special Meeting. RSVAC recommends that you log in at least 15 minutes before the Special Meeting to ensure you are logged in when the Special Meeting starts. You are cordially invited to attend the Special Meeting for the following purposes:

1. *Proposal 1 — The Business Combination* Proposal — to adopt and approve (a) the Agreement and Plan of Merger, dated as of February 22, 2021 (the "**Merger Agreement**"), by and among Rodgers Silicon Valley Acquisition Corp., a Delaware corporation ("**RSVAC**"), RSVAC Merger Sub Inc., a Delaware corporation and wholly owned subsidiary of RSVAC ("**Merger Sub**"), and Enovix Corporation, a Delaware corporation ("**Enovix**"), pursuant to which Merger Sub will merge with and into Enovix, with Enovix surviving the merger as a wholly owned subsidiary of RSVAC and (b) such merger and the other transactions contemplated by the Merger Agreement (the "**Business Combination**"). Subject to the terms and conditions set forth in the Merger Agreement, at the effective time of the Business Combination (the "**Effective Time**"):

   a. all shares of Enovix Common Stock (the "**Enovix Stock**") issued and outstanding immediately prior to the Effective Time (after conversion of the outstanding preferred stock of Enovix as contemplated by the Merger Agreement), whether vested or unvested, will be converted into the right to receive the Merger Consideration Shares, with each stockholder of Enovix Stock being entitled to receiving its pro rata share of the Merger Consideration Shares set forth in the equityholder allocation schedule (as defined in the Merger Agreement);

   b. all options to purchase shares of Enovix Stock under Enovix's existing equity incentive plans (the "**Enovix Options**") issued and outstanding immediately prior to the Effective Time, whether vested or unvested, will be assumed and become an option to purchase such number of shares of RSVAC Common Stock equal to the option holder's respective pro rata share of the Merger Consideration set forth in the equityholder allocation schedule (as defined in the Merger Agreement), which shall be reserved for future issuance upon the exercise of such assumed options, upon substantially the same terms and conditions as in effect with respect to such option immediately prior to the Effective Time; and

   c. all warrants to purchase shares of Enovix Stock (the "**Enovix Warrants**") issued and outstanding immediately prior to the Effective Time, whether vested or unvested, will be assumed and become a warrant to purchase such number of shares of RSVAC Common Stock equal to the warrant holder's respective pro rata share of the Merger Consideration set forth in the equityholder allocation schedule (as defined in the Merger Agreement), which shall be reserved for future issuance upon the exercise of such assumed warrants, upon substantially the same terms and conditions as in effect with respect to such warrant immediately prior to the Effective Time.

We refer to this proposal as the "**Business Combination Proposal**." A copy of the Merger Agreement is attached to the proxy statement/prospectus as *Annex A*.

2. *Proposal 2 — The Nasdaq Proposal* — To approve, for purposes of complying with the applicable listing rules of the Nasdaq Capital Market (the "**Nasdaq Rules**"), (a) the issuance of 105,000,000 shares of Common Stock to the Enovix Equityholders and (b) the issuance and sale of 12,500,000

shares of Common Stock in the private offering of securities to certain investors in connection with the consummation of the Business Combination (the "**Nasdaq Proposal**").

3.  *Proposal 3 — The Charter Amendment Proposal* — To approve and adopt, subject to and conditional on (but with immediate effect therefrom) approval of the Business Combination Proposal, the Nasdaq Proposal, the Directors Proposal and the Incentive Plan Proposals and the consummation of the Business Combination, an amendment and restatement of the Current Charter, as set out in the draft amended and restated version of the Current Charter appended to this proxy statement/prospectus as *Annex B* (the "**Proposed Certificate of Incorporation**"), for the following amendments (collectively, the "**Charter Amendment Proposal**"):

    a.  to amend the name of the public entity to "Enovix Corporation" from "Rodgers Silicon Valley Acquisition Corp.";

    b.  to eliminate certain provisions related to the purpose of special purpose acquisition corporations that will no longer be relevant following the Closing;

    c.  to increase the authorized shares of the Combined Entity to 1,000,000,000 authorized shares of common stock and increase the authorized shares of "blank check" preferred stock that the Combined Entity's board of directors could issue to discourage a takeover attempt to 10,000,000 shares;

    d.  to eliminate the current limitations in place on the corporate opportunity doctrine;

    e.  to increase the required vote thresholds for approving amendments to the certificate of incorporation and bylaws to 66-2/3%;

    f.  to modify the forum selection provision to designate the U.S. federal district courts as the exclusive forum for claims arising under the Securities Act rather than providing for concurrent jurisdiction in the Court of Chancery and the federal district court for the District of Delaware for claims arising under the Securities Act; and

    g.  to approve all other changes including eliminating certain provisions related to special purpose acquisition corporations that will no longer be relevant following the Closing.

4.  *Proposal 4 — The Advisory Charter Proposals* — To approve and adopt, on a non-binding advisory basis, certain differences in the governance provisions set forth in the Proposed Certificate of Incorporation, as compared to our Current Charter, which are being presented in accordance with the requirements of the SEC as five separate sub-proposals (which we refer to, collectively, as the "**Advisory Charter Proposals**"):

    a.  Advisory Charter Proposal A — authorize the issuance of up to 1,000,000,000 shares of common stock, par value $0.0001 per share.

    b.  Advisory Charter Proposal B — authorize the issuance of up to 10,000,000 shares of "blank check" preferred stock, the rights, preferences and privileges of which may be designated from time to time by the Combined Entity's Board to increase the number of outstanding shares and discourage a takeover attempt.

    c.  Advisory Charter Proposal C — that the Proposed Certificate of Incorporation will be silent on the issue of the application of the doctrine of corporate opportunity.

    d.  Advisory Charter Proposal D — provide that any amendment to certain provisions of the Proposed Certificate of Incorporation will require the approval of the holders of at least 66 2/3% of the Combined Entity's then-outstanding shares of capital stock entitled to vote generally at an election of directors.

    e.  Advisory Charter Proposal E — provide that any amendment to the Combined Entity's bylaws will require the approval of the holders of at least 66 2/3% of the Combined Entity's then-outstanding shares of capital stock entitled to vote generally at an election of directors.

f.  Advisory Charter Proposal F — modify the forum selection provision to designate the U.S. federal district courts as the exclusive forum for claims arising under the Securities Act rather than providing for concurrent jurisdiction in the Court of Chancery and the federal district court for the District of Delaware for claims arising under the Securities Act.

5.  *Proposal 5 — The Directors Proposal —* To vote to elect, effective as of the consummation of the Business Combination, Mr. Harrold Rust, Ms. Betsy Atkins, Mr. Emmanuel T. Hernandez, Mr. Dan McCranie, Mr. Michael Petrick, Mr. Gregory Reichow and Mr. T.J. Rodgers, to serve on the Combined Entity's Board (we refer to this proposal as the "**Directors Proposal**");

6.  *Proposal 6 — The Equity Incentive Plan Proposal —* To approve and adopt the 2021 Equity Incentive Plan (the "**Equity Incentive Plan**") a copy of which is attached to the accompanying proxy statement/prospectus as *Annex C* (the "**Equity Incentive Plan Proposal**"); and

7.  *Proposal 7 — The ESPP Proposal —* To approve and adopt the 2021 Employee Stock Purchase Plan (the "**ESPP**") a copy of which is attached to the accompanying proxy statement/prospectus as *Annex D* (the "**ESPP Proposal**", and together with the Equity Incentive Plan Proposal, the "**Incentive Plan Proposals**"); and

8.  *Proposal 8 — The Adjournment Proposal —* To consider and vote upon a proposal to adjourn the Special Meeting to a later date or dates, if necessary, to permit further solicitation and vote of proxies if, based upon the tabulated vote at the time of the Special Meeting, there are not sufficient votes to approve the Business Combination Proposal, the Nasdaq Proposal, the Charter Amendment Proposal or the Incentive Plan Proposals. We refer to this proposal as the "**Adjournment Proposal**" and, together with the Business Combination Proposal, the Nasdaq Proposal, the Directors Proposal, the Charter Amendment Proposal, the Advisory Charter Proposals and the Incentive Plan Proposals, as the "**Proposals**."

Only holders of record of RSVAC Common Stock at the close of business on June 11, 2021 (the "**Record Date**") are entitled to notice of the Special Meeting and to vote at the Special Meeting and any adjournments or postponements of the Special Meeting. A complete list of RSVAC stockholders of record entitled to vote at the Special Meeting will be available for ten days before the Special Meeting at the principal executive offices of RSVAC for inspection by stockholders during ordinary business hours for any purpose germane to the Special Meeting.

Pursuant to RSVAC's Charter, RSVAC is providing RSVAC public stockholders with the opportunity to redeem, upon the Closing, shares of RSVAC Common Stock then held by them for cash equal to their pro rata share of the aggregate amount on deposit (as of two business days prior to the Closing) in the Trust Account that holds the proceeds (including interest not previously released to RSVAC to pay its taxes) of the RSVAC IPO. For illustrative purposes, based on funds in the Trust Account of approximately $230 million on June 11, 2021, the estimated per share redemption price would have been approximately $10.00. **Public stockholders may elect to redeem their shares even if they vote for the Business Combination Proposal**. A public stockholder, together with any of his, her or its affiliates or any other person with whom it is acting in concert or as a "group" (as defined under Section 13 of the Securities Exchange Act of 1934, as amended (the "**Exchange Act**")), will be restricted from redeeming in the aggregate his, her or its shares or, if part of such a group, the group's shares, with respect to 15% or more of the shares of Common Stock included in the Units sold in the RSVAC IPO. Holders of RSVAC's outstanding Public Warrants and Units do not have redemption rights with respect to such securities in connection with the Business Combination. Holders of outstanding Units must separate the underlying Public Shares and Public Warrants prior to exercising redemption rights with respect to the Public Shares. RSVAC's Sponsor, officers and directors have agreed to waive their redemption rights with respect to any shares of RSVAC Common Stock they may hold in connection with the consummation of the Business Combination, and such shares will be excluded from the pro rata calculation used to determine the per-share redemption price. Currently, the Sponsor owns 20% of the issued and outstanding shares of RSVAC Common Stock. RSVAC's Sponsor, directors and officers have agreed to vote any shares of RSVAC Common Stock owned by them in favor of the Business Combination Proposal.

The approval of the Charter Amendment requires the affirmative vote of a majority of the issued and outstanding shares of RSVAC Common Stock as of the Record Date for the Special Meeting. The approval

Case 3:23-cv-00071-SI    Document 278-3    Filed 08/23/25    Page 8 of 69

of the Business Combination Proposal, the Nasdaq Proposal, the Incentive Plan Proposals and the Adjournment Proposal each require the affirmative vote of the holders of a majority of the shares of RSVAC Common Stock present or represented at the Special Meeting, by ballot, proxy or electronic ballot and entitled to vote thereon at the Special Meeting. The approval of the Advisory Charter Proposals is a non-binding advisory vote, and requires the affirmative vote of the holders of a majority of the shares of RSVAC Common Stock present or represented at the Special Meeting, by ballot, proxy or electronic ballot and entitled to vote thereon at the Special Meeting. Approval of the Directors Proposal will require the vote by a plurality of the shares of the Common Stock present by virtual attendance or represented by proxy and entitled to vote at the Meeting. If the Business Combination Proposal is not approved, the Nasdaq Proposal, the Directors Proposal, the Charter Amendment Proposal, and the Incentive Plan Proposals will not be presented to the RSVAC stockholders for a vote. The approval of the Business Combination Proposal, the Nasdaq Proposal, the Directors Proposal, the Charter Amendment Proposal and the Incentive Plan Proposals are preconditions to the consummation of the Business Combination. RSVAC's board of directors has already approved the Business Combination.

As of June 11, 2021, there was approximately $230 million in the Trust Account. Each redemption of shares of RSVAC Common Stock by its public stockholders will decrease the amount in the Trust Account. Net tangible assets will be maintained at a minimum of $5,000,001 upon consummation of our initial business combination.

Your attention is directed to the proxy statement/prospectus accompanying this notice (including the annexes thereto) for a more complete description of the proposed Business Combination and related transactions and each of the Proposals. We encourage you to read this proxy statement/prospectus carefully. If you have any questions or need assistance voting your shares please call us at (650) 722-1753.

June 24, 2021

By Order of the Board of Directors
Thurman J. Rodgers
*Chief Executive Officer*

# TABLE OF CONTENTS

| | |
|---|---|
| ABOUT THIS PROXY STATEMENT/PROSPECTUS | ii |
| FREQUENTLY USED TERMS | 1 |
| QUESTIONS AND ANSWERS ABOUT THE PROPOSALS | 3 |
| SUMMARY OF THE PROXY STATEMENT/PROSPECTUS | 16 |
| SELECTED HISTORICAL CONSOLIDATED FINANCIAL INFORMATION OF ENOVIX | 28 |
| SUMMARY FINANCIAL AND OTHER DATA OF RSVAC | 29 |
| SUMMARY UNAUDITED PRO FORMA COMBINED FINANCIAL STATEMENTS | 30 |
| UNAUDITED HISTORICAL COMPARATIVE AND PRO FORMA COMBINED PER SHARE DATA OF RSVAC AND ENOVIX | 32 |
| RISK FACTORS | 34 |
| CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS | 68 |
| SPECIAL MEETING OF RSVAC STOCKHOLDERS | 70 |
| UNAUDITED PRO FORMA CONDENSED COMBINED FINANCIAL STATEMENTS | 76 |
| PROPOSAL 1 – THE BUSINESS COMBINATION PROPOSAL | 87 |
| PROPOSAL 2 – THE NASDAQ PROPOSAL | 139 |
| PROPOSAL 3 – THE CHARTER AMENDMENT PROPOSAL | 141 |
| PROPOSAL 4 – THE ADVISORY CHARTER PROPOSALS | 146 |
| PROPOSAL 5 – THE DIRECTORS PROPOSAL | 150 |
| PROPOSAL 6 – THE EQUITY INCENTIVE PLAN PROPOSAL | 152 |
| PROPOSAL 7 – THE ESPP PROPOSAL | 159 |
| PROPOSAL 8 – THE ADJOURNMENT PROPOSAL | 163 |
| INFORMATION ABOUT RSVAC | 164 |
| EXECUTIVE OFFICERS AND DIRECTORS OF RSVAC | 166 |
| SELECTED FINANCIAL AND OTHER DATA OF RSVAC | 178 |
| MANAGEMENT'S DISCUSSION AND ANALYSIS OF RESULTS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS OF RSVAC | 179 |
| INFORMATION ABOUT ENOVIX | 184 |
| MANAGEMENT AFTER THE BUSINESS COMBINATION | 208 |
| MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS OF ENOVIX | 215 |
| DESCRIPTION OF SECURITIES OF RSVAC | 231 |
| DESCRIPTION OF SECURITIES AFTER THE BUSINESS COMBINATION | 236 |
| SHARES ELIGIBLE FOR FUTURE SALE | 242 |
| TICKER SYMBOL, MARKET PRICE AND DIVIDEND POLICY | 244 |
| SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT | 245 |
| CERTAIN RELATIONSHIPS AND RELATED PERSON TRANSACTIONS | 249 |
| ADDITIONAL INFORMATION | 255 |
| WHERE YOU CAN FIND MORE INFORMATION | 257 |
| INDEX TO FINANCIAL STATEMENTS | F-1 |

| | |
|---|---|
| ANNEX A | Merger Agreement |
| ANNEX B | Amended and Restated Certificate of Incorporation |
| ANNEX C | 2021 Equity Incentive Plan |
| ANNEX D | 2021 Employee Stock Purchase Plan |
| ANNEX E | ThinkEquity Fairness Opinion |
| ANNEX F | Valuation Research Corporation Fairness Opinion |
| ANNEX G | Proposed Bylaws |

i

## RISK FACTORS

*The following risk factors will apply to our business and operations following the completion of the Business Combination. These risk factors are not exhaustive and investors are encouraged to perform their own investigation with respect to the business, prospects, financial condition and operating results of Enovix and our business, prospects, financial condition and operating results following the completion of the Business Combination. You should carefully consider the following risk factors in addition to the other information included in this proxy statement/prospectus, including matters addressed in the section entitled "Cautionary Note Regarding Forward-Looking Statements," before deciding how to vote your shares of Common Stock. We may face additional risks and uncertainties that are not presently known to us, or that we currently deem immaterial, which may also impair our business, prospects, financial condition or operating results. The following discussion should be read in conjunction with our financial statements and the consolidated financial statements of Enovix and notes to the consolidated financial statements included herein.*

**Risks Related to Enovix**

### Summary of Risks Related to Enovix

- Enovix will need to improve its energy density, which requires Enovix to implement higher energy density materials for both cathodes and anodes, which it may not be able to do.

- Enovix relies on a new and complex manufacturing process for its operation: achieving production involves a significant degree of risk and uncertainty in terms of operational performance and costs.

- Enovix currently does not have a manufacturing facility to produce its lithium-ion battery cell in sufficient quantities to meet expected demand, and if Enovix cannot successfully locate and bring an additional facility online, its business will be negatively impacted and could fail.

- Enovix may not be able to source or establish supply relationships for necessary components or may be required to pay costs for components that are more expensive than anticipated, which could delay the introduction of Enovix's product and negatively impact its business.

- Enovix may be unable to adequately control the costs associated with its operations and the components necessary to build its lithium-ion battery cells.

- If Enovix's batteries fail to perform as expected, Enovix's ability to develop, market and sell its batteries could be harmed.

- Operational problems with Enovix's manufacturing equipment subject it to safety risks which, if not adequately addressed, could have a material adverse effect on Enovix's business, results of operations, cash flows, financial condition or prospects.

- The battery market continues to evolve and is highly competitive, and Enovix may not be successful in competing in this industry or establishing and maintaining confidence in its long-term business prospects among current and future partners and customers.

- If Enovix is unable to attract and retain key employees and qualified personnel, its ability to compete could be harmed.

- Enovix is an early-stage company with a history of financial losses and expects to incur significant expenses and continuing losses for the foreseeable future.

- Enovix may become subject to product liability claims, which could harm its financial condition and liquidity if it is not able to successfully defend or insure against such claims.

- Enovix has been, and may in the future be, adversely affected by the global COVID-19 pandemic.

- Enovix does not have adequate funds to acquire its next manufacturing facility and build it out, and may need to raise additional capital, which it may not be able to do.

- Enovix relies heavily on its intellectual property portfolio. If Enovix is unable to protect its intellectual property rights, its business and competitive position would be harmed.

34

- Enovix could face state-sponsored competition from overseas, and may not be able to compete in the market on the basis of price.

- Enovix identified a material weakness in its internal control over financial reporting. If Enovix is unable to remediate this material weakness, or if Enovix identifies additional material weaknesses in the future or otherwise fails to maintain an effective system of internal controls, Enovix may not be able to accurately or timely report its financial condition or results of operations, which may adversely affect its business and stock price.

- Enovix's management has identified conditions that raise substantial doubt about Enovix's ability to continue as a going concern.

**Risks Related to Enovix's Manufacturing and Scale-Up**

***Enovix will need to improve its energy density, which requires Enovix to implement higher energy density materials for both cathodes and anodes, which it may not be able to do.***

Enovix's roadmap to improve its energy density requires Enovix to implement higher energy density materials for both cathodes and anodes. To successfully use these materials Enovix will have to optimize its cell designs including, but not limited to formulations, thicknesses, geometries, materials, chemistries and manufacturing techniques. It could take Enovix longer to incorporate these new materials or it might not be able to achieve every cell performance specification required by customers. Further, Enovix will need to make improvements in packaging technology to achieve its energy density roadmap. These improvements could take longer or be more difficult than forecasted. This could reduce the performance or delay the availability of products to customers. In addition, Enovix has not achieved every specification for the products it plans to produce in its first year of production. The failure of Enovix to achieve all of these specifications or adequately address each of these other challenges could impact the performance of its cells or delay the availability of these products to its customers.

***Enovix relies on a new and complex manufacturing process for its operations: achieving production involves a significant degree of risk and uncertainty in terms of operational performance and costs.***

Although Enovix has developed its Li-ion battery technology, Enovix relies heavily on a new and complex manufacturing process for the production of its lithium-ion battery cells, all of which has not yet been developed or qualified to operate at large-scale manufacturing volumes. This will require Enovix to bring up a first-of-its-kind automated production line to produce its batteries. It may take longer than expected to install, qualify and release this line and require modifications to the equipment to achieve its goals for through put and yield. The work required to develop this process and integrate equipment into the production of Enovix's lithium-ion battery cells is time intensive and requires Enovix to work closely with developers and equipment providers to ensure that it works properly for Enovix's unique battery technology. This integration work will involve a significant degree of uncertainty and risk and may result in the delay in the scaling up of production or result in additional cost to Enovix's battery cells.

Both Enovix's Fremont pilot manufacturing facilities and its large-scale manufacturing facility will require large-scale machinery. Such machinery is likely to suffer unexpected malfunctions from time to time and will require repairs and spare parts to resume operations, which may not be available when needed. Unexpected malfunctions of Enovix's production equipment may significantly affect the intended operational efficiency. The people needed to remedy these malfunctions may not be readily available. In addition, because this equipment has not been used to build lithium-ion battery cells, the operational performance and costs associated with this equipment can be difficult to predict and may be influenced by factors outside of Enovix's control, such as, but not limited to, failures by suppliers to deliver necessary components of Enovix's products in a timely manner and at prices and volumes acceptable to Enovix, environmental hazards and remediation, difficulty or delays in obtaining governmental permits, damages or defects in systems, industrial accidents, fires, seismic activity and other natural disasters. Further, Enovix has in the past experienced power outages at its facilities, and if these outages are more frequent or longer in duration than expected it could impact Enovix's ability to manufacture batteries in a timely manner.

Even if Enovix is able successfully to develop this new and complex manufacturing process, Enovix may not be able to produce its lithium-ion batteries in commercial volumes in a cost-effective manner.

35

***Enovix currently does not have a manufacturing facility to produce its lithium-ion battery cell in sufficient quantities to meet expected demand, and if Enovix cannot successfully locate and bring an additional facility online, its business will be negatively impacted and could fail.***

Currently, Enovix is completing its manufacturing facility in Fremont, California. Even if Enovix is able to overcome the challenges in designing and refining its manufacturing process, this manufacturing facility will only have one manufacturing line which will be sufficient to produce batteries in commercial scale, but not in high enough volumes to meet its expected demand. Enovix is in the process of locating an additional facility which, if Enovix is able to overcome the challenges in designing and refining its manufacturing process, will have multiple lines to produce commercial volumes of its lithium-ion batteries to meet its expected demands. However, Enovix has not yet located a suitable facility and, even if it is able to do so, there is no guarantee that its manufacturing process will scale to produce lithium-ion batteries in quantities sufficient to meet demand. Further, even if Enovix is able to locate such a facility, there is no guarantee that it will be able to lease or acquire such a facility on commercially reasonable terms or at all.

Even if Enovix overcomes the manufacturing challenges and achieves volume production of its lithium-ion battery, if the cost, performance characteristics or other specifications of the battery fall short of Enovix's or its customers' targets, Enovix's sales, product pricing and margins would likely be adversely affected.

***Enovix may not be able to source or establish supply relationships for necessary components or may be required to pay costs for components that are more expensive than anticipated, which could delay the introduction of Enovix's product and negatively impact its business.***

Enovix relies on third-party suppliers for components necessary to develop and manufacture its lithium-ion batteries, including key supplies, such as Enovix's anode, cathode and separator materials. Enovix is collaborating with key suppliers but has not yet entered into agreements for the supply of production quantities of these materials. To the extent that Enovix is unable to enter into commercial agreements with these suppliers on beneficial terms, or these suppliers experience difficulties ramping up their supply of materials to meet Enovix's requirements, the introduction of Enovix's battery will be delayed. To the extent Enovix's suppliers experience any delays in providing or developing the necessary materials, Enovix could experience delays in delivering on its timelines.

Enovix's business depends on the continued supply of certain materials for its products and it expects to incur significant costs related to procuring materials required to manufacture and assemble its batteries. The cost of Enovix's batteries depends in part upon the prices and availability of raw materials such as lithium, silicon, nickel, cobalt, copper and/or other metals. The prices for these materials fluctuate and their available supply may be unstable depending on market conditions and global demand for these materials, including as a result of increased global production of electric vehicles and energy storage products as well as supply chain disruption caused by the COVID-19 pandemic. Moreover, Enovix may not be able to negotiate purchase agreements and delivery lead-times for such materials on advantageous terms. Any reduced availability of these materials or substantial increases in the prices for such materials may increase the cost of Enovix's components and consequently, the cost of Enovix's products. There can be no assurance that Enovix will be able to recoup increasing costs of its components by increasing prices, which in turn would increase Enovix's operating costs and negatively impact Enovix's prospects.

Any disruption in the supply of components or materials could temporarily disrupt production of Enovix's batteries until an alternative supplier is able to supply the required material. Changes in business conditions, unforeseen circumstances, governmental changes, the effects of the COVID-19 pandemic and other factors beyond Enovix's control or which it does not presently anticipate, could also affect its suppliers' ability to deliver components to Enovix on a timely basis.

Currency fluctuations, trade barriers, tariffs or shortages and other general economic or political conditions may limit Enovix's ability to obtain key components for its lithium-ion batteries or significantly increase freight charges, raw material costs and other expenses associated with Enovix's business, which could further materially and adversely affect its results of operations, financial condition and prospects. For example, Enovix's factory is located in Fremont, California and its products require materials and equipment manufactured outside the country, including the People's Republic of China. If tariffs are placed on these materials and equipment, it could materially impact Enovix's ability to obtain materials on commercially reasonable terms.

36

Any of the foregoing could materially and adversely affect Enovix's results of operations, financial condition and prospects.

***Enovix may be unable to adequately control the costs associated with its operations and the components necessary to build its lithium-ion battery cells.***

Enovix will require significant capital to develop and grow its business and expects to incur significant expenses, including those relating to raw material procurement, leases, sales and distribution as it builds its brand and markets its batteries, and general and administrative costs as it scales its operations. Enovix's ability to become profitable in the future will not only depend on its ability to successfully market its lithium-ion batteries and services, but also to control its costs. A large fraction of the cost of Enovix's battery, like most commercial batteries, is driven by the cost of component materials like anode and cathode powder, separator, pouch material, current collectors, etc. It also includes machined parts that are part of the package. Enovix has assumed based on extensive discussions with vendors, customers, industry analysts and independent research, target costs at startup of production and an assumed cost reduction over time. These estimates may prove inaccurate and adversely affect the cost of Enovix's batteries.

If Enovix is unable to cost efficiently manufacture, market, sell and distribute its lithium-ion batteries and services, its margins, profitability and prospects would be materially and adversely affected. Enovix has not yet produced any lithium-ion battery cells at volume and its forecasted cost advantage for the production of these cells at scale, compared to conventional lithium-ion cells, will require Enovix to achieve rates of throughput, use of electricity and consumables, yield and rate of automation demonstrated for mature battery, battery material and manufacturing processes, that Enovix has not yet achieved. Enovix is planning on improving the productivity and reducing the cost of its production lines relative to the first line it builds. In addition, Enovix is planning on continuous productivity improvements going forward. If Enovix is unable to achieve these targeted rates or productivity improvements, its business will be adversely impacted.

**Customer Risks**

***Enovix's relationships with its current customers are subject to various risks which could adversely affect Enovix's business and future prospects.***

Enovix's customers' products are typically on a yearly or longer refresh cycles. If Enovix misses qualification timing by even a small amount, the impact to its production schedule, revenue and profits could be large. While Enovix intends to pass all qualification criteria, some field reliability risks remain such as cycle life, long-term high-temp storage capacity and swelling, etc. While Enovix has product wins for which it is designing custom products for specific customers, it does not have firm purchase orders for these products. Should Enovix not be able to convert these design wins into orders its financial performance would be impacted. Batteries are known in the market to have historically faced risk associated with safety (e.g., Samsung Galaxy Note) and therefore customers can be reluctant to take risks on new battery technologies. Since no new battery technology has entered the market for 30 years, it may be difficult for Enovix to overcome customer risk objections. If unanticipated problems arise, it may raise warranty costs and adversely affect revenue and profit.

In addition, one of Enovix's customers has exclusive rights to purchase Enovix's batteries for use in the augmented reality and virtual reality space through 2024, which could limit the ability of Enovix to sell batteries to other customers in this space, which may limit the ability of Enovix to grow its business in the augmented reality and virtual reality space through 2024.

***If Enovix's batteries fail to perform as expected, Enovix's ability to develop, market and sell its batteries could be harmed.***

Once commercial production of Enovix's lithium-ion battery cells commences, its batteries may contain defects in design and manufacture that may cause them to not perform as expected or that may require repairs, recalls and design changes. Enovix's batteries are inherently complex and incorporate technology and components that have not been used for other applications and that may contain defects and errors, particularly when first introduced. Enovix has a limited frame of reference from which to evaluate

37

the long-term performance of its lithium-ion batteries. There can be no assurance that Enovix will be able to detect and fix any defects in its lithium-ion batteries prior to the sale to potential consumers. If Enovix's batteries fail to perform as expected, it could lose design wins and customers may delay deliveries, terminate further orders or initiate product recalls, each of which could adversely affect Enovix's sales and brand and could adversely affect Enovix's business, prospects and results of operations.

Enovix's battery architecture is different than others and may behave differently in certain customer use applications that it has not evaluated. This could limit Enovix's ability to deliver to certain applications. In addition, Enovix has limited historical data on the performance and reliability of Enovix's batteries over time, and therefore it could fail unexpectedly in the field resulting in significant warranty costs or brand damage in the market. In addition, the electrodes and separator structure of Enovix's battery is different from traditional lithium-ion batteries and therefore could be susceptible to different and unknown failure modes leading Enovix's batteries to fail and cause a safety event in the field. Such an event could result in the failure of Enovix's end customer's product as well as the loss of life or property. Such an event could result in severe financial penalties for Enovix, including the loss of revenue, cancelation of supply contracts and the inability to win new business due to reputational damage in the market. In addition, some of Enovix's supply agreements require Enovix to fund some or all of the cost of a recall and replacement of end products affected by Enovix's batteries.

***Enovix's future growth and success depend on its ability to sell effectively to large customers.***

Enovix's potential customers are manufacturers of products that tend to be large enterprises. Therefore, Enovix's future success will depend on its ability to effectively sell its products to such large customers. Sales to these end-customers involve risks that may not be present (or that are present to a lesser extent) with sales to smaller customers. These risks include, but are not limited to, (i) increased purchasing power and leverage held by large customers in negotiating contractual arrangements with Enovix and (ii) longer sales cycles and the associated risk that substantial time and resources may be spent on a potential end-customer that elects not to purchase Enovix's solutions.

Large organizations often undertake a significant evaluation process that results in a lengthy sales cycle. In addition, product purchases by large organizations are frequently subject to budget constraints, multiple approvals and unanticipated administrative, processing and other delays. Finally, large organizations typically have longer implementation cycles, require greater product functionality and scalability, require a broader range of services, demand that vendors take on a larger share of risks, require acceptance provisions that can lead to a delay in revenue recognition and expect greater payment flexibility. All of these factors can add further risk to business conducted with these potential customers.

***Enovix may not be able to accurately estimate the future supply and demand for its batteries, which could result in a variety of inefficiencies in its business and hinder its ability to generate revenue. If Enovix fails to accurately predict its manufacturing requirements, it could incur additional costs or experience delays.***

It is difficult to predict Enovix's future revenues and appropriately budget for its expenses, and Enovix may have limited insight into trends that may emerge and affect its business. Enovix anticipates being required to provide forecasts of its demand to its current and future suppliers prior to the scheduled delivery of products to potential customers. Currently, there is no historical basis for making judgments on the demand for Enovix's batteries or its ability to develop, manufacture and deliver batteries, or Enovix's profitability in the future. If Enovix overestimates its requirements, its suppliers may have excess inventory, which indirectly would increase Enovix's costs. If Enovix underestimates its requirements, its suppliers may have inadequate inventory, which could interrupt manufacturing of its products and result in delays in shipments and revenues. Many factors will affect the demand for Enovix's batteries. For example, most of the end products in which Enovix's batteries are expected to be used are manufactured in China. If the political situation between China and the United States were to deteriorate, it could prevent Enovix's customers from purchasing its batteries.

Lead times for materials and components that Enovix's suppliers order may vary significantly and depend on factors such as the specific supplier, contract terms and demand for each component at a given

38

time. If Enovix fails to order sufficient quantities of product components in a timely manner, the delivery of batteries to its potential customers could be delayed, which would harm Enovix's business, financial condition and operating results.

***Increases in sales of Enovix's lithium-ion battery cells may increase our dependency upon specific customers and our costs to develop and qualify our system solutions.***

Enovix's development of its lithium-ion battery cells is dependent, in part, upon successfully identifying and meeting Enovix's customers' specifications for those products. Developing and manufacturing lithium-ion batteries with specifications unique to a customer increases Enovix's reliance upon that customer for purchasing its products at sufficient volumes and prices in a timely manner. If Enovix fails to identify or develop products on a timely basis, or at all, that comply with its customers' specifications or achieve design wins with customers, Enovix may experience a significant adverse impact on its revenue and margins. Even if Enovix is successful in selling lithium-ion batteries to its customers in sufficient volume, Enovix may be unable to generate sufficient profit if per-unit manufacturing costs exceed per-unit selling prices. Manufacturing lithium-ion batteries to customer specifications requires a longer development cycle, as compared to discrete products, to design, test and qualify, which may increase Enovix's costs, and could harm Enovix's business, financial condition and operating results.

**Enovix's Business Risks**

***Operational problems with Enovix's manufacturing equipment subject it to safety risks which, if not adequately addressed, could have a material adverse effect on Enovix's business, results of operations, cash flows, financial condition or prospects.***

Operational problems with Enovix's manufacturing equipment subject it to safety risk which, if not adequately addressed, could result in the personal injury to or death of workers, the loss of production equipment, damage to manufacturing facilities, monetary losses, delays and unanticipated fluctuations in production. Enovix has retained industry experts and designed its factory with appropriate safety precautions to address the fire risk of manufacturing batteries and minimize the impact of any event. Should these precautions be inadequate or an event be larger than expected, Enovix could have significant equipment or facility damage that would impact its ability to deliver product and require additional cash to recover. In addition, operational problems may result in environmental damage, administrative fines, increased insurance costs and potential legal liabilities. All of these operational problems could have a material adverse effect on Enovix's business, results of operations, cash flows, financial condition or prospects.

***The battery market continues to evolve and is highly competitive, and Enovix may not be successful in competing in this industry or establishing and maintaining confidence in its long-term business prospects among current and future partners and customers.***

The battery market in which Enovix competes continues to evolve and is highly competitive. To date, Enovix has focused its efforts on its silicon anode technology, which is being designed to outperform conventional lithium-ion battery technology and other battery technologies. However, lithium-ion battery technology has been widely adopted and Enovix's current competitors have, and future competitors may have, greater resources than Enovix does and may also be able to devote greater resources to the development of their current and future technologies. These competitors also may have greater access to customers and may be able to establish cooperative or strategic relationships amongst themselves or with third parties that may further enhance their resources and competitive positioning. In addition, lithium-ion battery manufacturers may make improvements in energy density faster than they have historically and what Enovix has assumed, continue to reduce cost and expand supply of conventional batteries and therefore reduce Enovix's energy density advantage and price premium, which would negatively impact the prospects for Enovix's business or negatively impact the ability for Enovix to sell its products at a market-competitive price and sufficient margins.

There are a number of companies seeking to develop alternative approaches to lithium-ion battery technology. Enovix expects competition in battery technology to intensify. Developments in alternative technologies or improvements in batteries technology made by competitors may materially adversely affect

39

the sales, pricing and gross margins of Enovix's batteries. If a competing technology is developed that has superior operational or price performance, Enovix's business will be harmed. Further, in Enovix's financial modeling it assumes that in addition to improving its core architecture over time, it is able to retain access to state-of-the-art industry materials as they are developed. If industry battery competitors develop their own proprietary materials Enovix would be unable to access these and would lose its competitive advantage in the market. If Enovix fails to accurately predict and ensure that its battery technology can address customers' changing needs or emerging technological trends, or if Enovix's customers fail to achieve the benefits expected from Enovix's lithium-ion batteries, Enovix's business will be harmed.

Enovix must continue to commit significant resources to develop its battery technology in order to establish a competitive position, and these commitments will be made without knowing whether such investments will result in products potential customers will accept. There is no assurance Enovix will successfully identify new customer requirements, develop and bring its batteries to market on a timely basis, or that products and technologies developed by others will not render Enovix's batteries obsolete or noncompetitive, any of which would adversely affect Enovix's business and operating results. Further, the battery industry has consistently improved the energy density of its products every year at a rate of 4-5% per year. If Enovix is unable to improve its energy density at a rate faster than the industry, its competitive advantage will erode.

Customers will be less likely to purchase Enovix's batteries if they are not convinced that its business will succeed in the long term. Similarly, suppliers and other third parties will be less likely to invest time and resources in developing business relationships with Enovix if they are not convinced that Enovix's business will succeed in the long term. Accordingly, in order to build and maintain its business, Enovix must maintain confidence among current and future partners, customers, suppliers, analysts, ratings agencies and other parties in its long-term financial viability and business prospects. Maintaining such confidence may be particularly complicated by certain factors including those that are largely outside of Enovix's control, such as its limited operating history, market unfamiliarity with its products, any delays in scaling manufacturing, delivery and service operations to meet demand, competition and uncertainty regarding Enovix's eventual production and sales performance compared with market expectations.

***Our failure to keep up with rapid technological changes and evolving industry standards may cause our batteries to become less marketable or obsolete, resulting in a decrease in demand for our batteries.***

The lithium-based battery market is characterized by changing technologies and evolving industry standards, which are difficult to predict. This, coupled with frequent introduction of new products and models, has shortened product life cycles and may render our batteries less marketable or obsolete. Third parties, including our competitors, may improve their technologies or even achieve technological breakthroughs that could decrease the demand for our batteries. Our ability to adapt to evolving industry standards and anticipate future standards and market trends will be a significant factor in maintaining and improving our competitive position and our prospects for growth.

***If Enovix is unable to attract and retain key employees and qualified personnel, its ability to compete could be harmed.***

Enovix's success depends on its ability to attract and retain its executive officers, key employees and other qualified personnel, and as a relatively small company with key talent residing in a limited number of employees, its operations and prospectus may be severely disrupted if it lost any one or more of their services. Further, as Enovix locates its new manufacturing facility, builds it out and brings it online, Enovix will need to hire personnel to staff and maintain this facility with the technical qualifications to do so, which it may not be able to do in the location at which this facility is located. As Enovix builds its brand and becomes more well known, there is increased risk that competitors or other companies will seek to hire Enovix personnel. While some of Enovix's employees are bound by non-competition agreements, these may prove to be unenforceable. The failure to attract, integrate, train, motivate and retain these personnel could seriously harm Enovix's business and prospects.

In addition, Enovix is highly dependent on the services of Harrold Rust, its Chief Executive Officer, and other senior technical and management personnel, including its executive officers, who would be difficult

40

to replace. If Mr. Rust or other key personnel were to depart, Enovix may not be able to successfully attract and retain senior leadership necessary to grow its business.

***Enovix is an early-stage company with a history of financial losses and expects to incur significant expenses and continuing losses for the foreseeable future.***

Enovix incurred a net loss of approximately $16.2 million for the period ended March 31, 2021 and an accumulated deficit of approximately $223.4 million from its inception in 2006 through the period ended March 31, 2021. Enovix believes that it will continue to incur operating and net losses each quarter until at least the time it begins significant production of its Li-ion batteries, which is not expected to occur until 2023, and may occur later.

Enovix expects the rate at which it will incur losses to be significantly higher in future periods as it, among other things: continues to incur significant expenses in connection with the development of its manufacturing process and the manufacturing of its batteries; secures additional manufacturing facilities, and invests in manufacturing capabilities; builds up inventories of components for its batteries; increases its sales and marketing activities; develops its distribution infrastructure; and increases its general and administrative functions to support its growing operations. Enovix may find that these efforts are more expensive than it currently anticipates or that these efforts may not result in revenues, which would further increase Enovix's losses.

***Enovix has been, and may in the future be, adversely affected by the global COVID-19 pandemic.***

Enovix faces various risks related to epidemics, pandemics and other outbreaks, including the recent COVID-19 pandemic. The impact of COVID-19, including changes in consumer and business behavior, pandemic fears and market downturns, and restrictions on business and individual activities, has created significant volatility in the global economy and led to reduced economic activity. Certain employees of Enovix have tested positive for COVID-19 or have come in close contact with individuals with COVID-19. If a significant portion of Enovix's workforce is unable to work due to COVID-19 illness, quarantine or other government restrictions in connection with COVID-19, our operations may be negatively impacted. The spread of COVID-19 has also impacted Enovix's potential customers and suppliers by disrupting the manufacturing, delivery and overall supply chain of battery and device manufacturers. As a result, the effects of the COVID-19 pandemic could impact the availability of materials and resources necessary to install, bring-up and supply materials to Enovix's first production line.

The pandemic has resulted in government authorities implementing numerous measures to try to contain the virus, such as travel bans and restrictions, quarantines, stay-at-home or shelter-in-place orders, and business shutdowns. For example, some employees at Enovix's headquarters located in Fremont, California are generally subject to a stay-at-home order from the state government. These measures have and may continue to adversely impact Enovix's employees, research and development activities and operations and the operations of its suppliers, vendors and business partners, and may negatively impact its sales and marketing activities. In addition, various aspects of Enovix's business cannot be conducted remotely. These measures by government authorities may remain in place for a significant period of time and they are likely to continue to adversely affect Enovix's future manufacturing plans, sales and marketing activities, business and results of operations. Enovix may take further actions as may be required by government authorities or that it determines are in the best interests of its employees, suppliers, vendors and business partners.

The extent to which the COVID-19 pandemic continues to impact Enovix's business, prospects and results of operations will depend on future developments, which are highly uncertain and cannot be predicted, including the duration and spread of the pandemic, its severity, the actions to contain the virus or treat its impact, and how quickly and to what extent normal economic and operating activities can resume. Even after the COVID-19 pandemic has subsided, Enovix may continue to experience an adverse impact to its business as a result of its global economic impact, including any recession that has occurred or may occur in the future.

There are no comparable recent events that may provide guidance as to the effect of the spread of COVID-19 and a pandemic, and, as a result, the ultimate impact of the COVID-19 pandemic or a similar health epidemic is highly uncertain.

41

Case 3:23-cv-00071-SI    Document 288-3    Filed 08/23/25    Page 18 of 60

*Enovix's operating and financial results forecast relies in large part upon assumptions and analyses developed by Enovix. If these assumptions or analyses prove to be incorrect, Enovix's actual operating results may be materially different from its forecasted results.*

The projected financial and operating information appearing elsewhere in this proxy statement/prospectus reflect current estimates of future performance. Whether actual operating and financial results and business developments will be consistent with Enovix's expectations and assumptions as reflected in its forecasts depends on a number of factors, many of which are outside Enovix's control, including, but not limited to:

- success and timing of manufacturing activity;

- customer acceptance of Enovix's batteries;

- competition, including from established and future competitors;

- whether Enovix can obtain sufficient capital to build its manufacturing facilities and sustain and grow its business;

- Enovix's ability to manage its growth;

- whether Enovix can manage relationships with key suppliers;

- Enovix's ability to retain existing key management, integrate recent hires and attract, retain and motivate qualified personnel; and

- the overall strength and stability of domestic and international economies.

Unfavorable changes in any of these or other factors, most of which are beyond Enovix's control, could materially and adversely affect its business, results of operations and financial results.

*Enovix identified a material weakness in its internal control over financial reporting. If Enovix is unable to remediate this material weakness, or if Enovix identifies additional material weaknesses in the future or otherwise fails to maintain an effective system of internal controls, Enovix may not be able to accurately or timely report its financial condition or results of operations, which may adversely affect its business and stock price.*

In connection with the preparation and audit of Enovix's consolidated financial statements for the years ended December 31, 2020 and 2019, a material weakness was identified in Enovix's internal control over financial reporting. A material weakness is a deficiency, or combination of deficiencies, in internal control over financial reporting such that there is a reasonable possibility that a material misstatement of its annual or interim consolidated financial statements will not be prevented or detected on a timely basis. The material weakness is as follows:

- Enovix does not have sufficient, qualified personnel to prepare and review complex technical accounting issues and effectively design and implement systems and processes that allow for the timely production of accurate financial information in accordance with internal financial reporting timelines to support the current size and complexity (e.g., acquisitions, divestitures and financings) of Enovix.

This material weakness could result in a misstatement of substantially all of Enovix's accounts or disclosures that would result in a material misstatement to the annual or interim consolidated financial statements that would not be prevented or detected. Enovix has begun implementation of a plan to remediate the material weakness described above. Those remediation measures are ongoing and include the following:

- Enovix has hired a Chief Financial Officer, who is an experienced finance and accounting officer for public companies with extensive experience in developing and implementing internal controls and executing plans to remediate control deficiencies;

- Enovix is recruiting additional personnel, in addition to utilizing third-party consultants and specialists, to supplement its internal resources; and

- Enovix has been and continue to be designing and implementing additional automation and integration in its financially significant systems.

42

Enovix plans to continue to assess its internal controls and procedures and intends to take further action as necessary or appropriate to address any other matters it identifies. Enovix cannot assure you that the measures it has taken to date and may take in the future, will be sufficient to remediate the control deficiencies that led to its material weakness in internal control over financial reporting or that it will prevent or avoid potential future material weaknesses. The effectiveness of Enovix's internal control over financial reporting is subject to various inherent limitations, including cost limitations, judgments used in decision making, assumptions about the likelihood of future events, the possibility of human error and the risk of fraud. If Enovix is unable to remediate the material weakness, its ability to record, process and report financial information accurately, and to prepare financial statements within the time periods specified by the forms of the SEC, could be adversely affected which, in turn, to may adversely affect Enovix's reputation and business and the market price of the Combined Entity's common stock. In addition, any such failures could result in litigation or regulatory actions by the SEC or other regulatory authorities, loss of investor confidence, delisting of its securities and harm to its reputation and financial condition, or diversion of financial and management resources from the operation of its business.

In addition, it is possible that control deficiencies could be identified by Enovix's management or by its independent registered public accounting firm in the future or may occur without being identified. Such a failure could result in regulatory scrutiny and cause investors to lose confidence in Enovix's reported financial condition, lead to a default under future indebtedness and otherwise have a material adverse effect on Enovix's business, financial condition, cash flow or results of operations.

As a public company, the Combined Entity will be required, pursuant to Section 404 of the Sarbanes-Oxley Act, to furnish a report by management on, among other things, the effectiveness of its internal control over financial reporting for future annual reports on Form 10-K to be filed with the SEC. This assessment will need to include disclosure of any material weaknesses identified by the Combined Entity's management in its internal control over financial reporting. The Combined Entity's independent registered public accounting firm will also be required to audit the effectiveness of its internal control over financial reporting in future annual reports on Form 10-K to be filed with the SEC. The Combined Entity will be required to disclose changes made in its internal control over financial reporting on a quarterly basis. Failure to comply with the Sarbanes-Oxley Act could potentially subject the Combined Entity to sanctions or investigations by the SEC, the applicable stock exchange or other regulatory authorities, which would require additional financial and management resources. Enovix has begun the process of compiling the system and processing documentation necessary to perform the evaluation needed to comply with Section 404 in the future, but it may not be able to complete its evaluation, testing and any required remediation in a timely fashion.

***Lithium-ion battery modules in the marketplace have been observed to catch fire or vent smoke and flame, and such events have raised concerns over the use of such batteries.***

Enovix develops lithium-ion battery cells for industrial and consumer equipment and intends to supply these lithium-ion battery cells for industrial and consumer applications. Historically, lithium-ion batteries in laptops and cellphones have been reported to catch fire or vent smoke and flames, and more recently, news reports have indicated that several electric vehicles that use high-power lithium-ion batteries have caught on fire. As such, any adverse publicity and issues as to the use of high-power batteries in automotive or other applications will affect our business and prospects. In addition, any failure of our battery cells may cause damage to the industrial or consumer equipment or lead to personal injury or death and may subject us to lawsuits. We may have to recall our battery cells, which would be time-consuming and expensive. Further, product liability claims, injuries, defects, or other problems experienced by other companies in the lithium-ion battery market could lead to unfavorable market conditions for the industry as a whole, and may have an adverse effect on Enovix's ability to attract new customers, thus harming Enovix's growth and financial performance.

***Enovix could face state-sponsored competition from overseas, and may not be able to compete in the market on the basis of price.***

One or more foreign governments, including the People's Republic of China (PRC), have concluded that battery technology and battery manufacturing is a national strategic priority, and therefore have instituted official economic policies meant to support these activities. These policies may provide Enovix's

43

competitors with artificially lower costs. If these lower costs materialize, and enable competitive products to be sold into Enovix's markets at prices that, if applied to Enovix, would cause the company to become unprofitable, Enovix's ability to continue operating could be threatened.

**Risks Related to Enovix's Need for Additional Capital**

*Enovix does not have adequate funds to acquire its next manufacturing facility and build it out, and may need to raise additional capital, which it may not be able to do.*

The design, manufacture and sale of batteries is a capital-intensive business. As a result of the capital-intensive nature of Enovix's business, it can be expected to continue to sustain substantial operating expenses without generating sufficient revenues to cover expenditures. Enovix will need to raise additional capital to acquire its next manufacturing facility and build it out. Adequate additional funding may not be available to it on acceptable terms or at all. Enovix's failure to raise capital in the future would have a negative impact on its ability to complete its manufacturing facilities, its financial condition and its ability to pursue its business strategies. The amount of capital that Enovix will be required to raise, and its ability to raise substantial additional capital, will depend on many factors, including, but not limited to:

- its ability and the cost to develop its new and complex manufacturing process that will produce lithium-ion batteries in a cost-effective manner;

- its ability to bring its Fremont manufacturing facility online in a timely and cost-effective manner;

- its ability to locate and acquire a new, larger manufacturing facility on commercially reasonable terms;

- its ability to build out its new, larger manufacturing facility in a cost-effective manner;

- the cost of preparing to manufacture lithium-ion batteries on a larger scale;

- the costs of commercialization activities including product sales, marketing, manufacturing and distribution;

- its ability to hire additional personnel;

- the demand for its lithium-ion batteries and the prices for which Enovix will be able to sell its lithium-ion batteries;

- the emergence of competing technologies or other adverse market developments;

- the effects of the COVID-19 pandemic on its business, results of operations and financial condition.

Enovix's long term financial model assumes it expands both on its own and by partnering with other battery companies. Should Enovix not be able to achieve these partnering goals it would have to expand purely on its own. This would require additional capital and could impact how fast it can ramp revenue and achieve profitability. It could also impact Enovix's ability to service some customers that require second sources for supply. Additionally, if Enovix can achieve these partnerships but not on the financial terms it is assuming, it could impact its financial performance.

Over time Enovix expects that it will need to raise additional funds through the issuance of equity, equity-related or debt securities or through obtaining credit from financial institutions to fund, together with Enovix's principal sources of liquidity, ongoing costs such as research and development relating to its batteries, any significant unplanned or accelerated expenses, and new strategic investments. Enovix cannot be certain that additional capital will be available on attractive terms, if at all, when needed, which could be dilutive to stockholders, and its financial condition, results of operations, business and prospects could be materially and adversely affected.

*Enovix has relied on a short-term bridge loan from Mr. Rodgers to support its business operations, and if the loan matures or is accelerated because of a default prior to the closing of the Business Combination, or if the Business Combination does not close, it may not have sufficient funds to repay the loans.*

In May 2021, Enovix issued the Bridge Note to the Rodgers Massey Revocable Living Trust dtd 4/4/11 (the "**Bridge Note**"). The proceeds from the Bridge Note are intended to provide working capital funds to

44

help support the operations of Enovix. The Bridge Note accrues interest on a monthly basis at a rate of 7.5% per annum, payable in kind by adding such amount to the principal amount outstanding under the Bridge Note on each monthly anniversary of the issuance of the Bridge Note. The Bridge Note has a maturity date of the earlier of (i) October 25, 2021 and (ii) the closing of the Business Combination. Upon the closing of the Business Combination, the Company intends to repay the principal amount and any accrued and unpaid interest under the Bridge Note with funds from the PIPE Financing and the Trust Account. If the Business Combination does not close by October 25, 2021, Enovix may not have sufficient funds to repay the loan and will need to pursue a forbearance arrangement with the lender or some other arrangement to meet its obligations under the Bridge Note.

The Bridge Note is subject to customary events of default and provides customary remedies upon an event of default. The Bridge Note is secured by a first priority security interest in Enovix's assets, excluding its intellectual property. Enovix is subject to a negative pledge covenant with respect to its assets, including its intellectual property, and is restricted from selling, licensing or otherwise transferring any material assets or property outside of the ordinary course of business. These covenants may restrict Enovix's ability to finance its operations and to pursue its business activities and strategies, and its ability to comply with these covenants may be affected by events beyond Enovix's control.

### Enovix's management has identified conditions that raise substantial doubt about Enovix's ability to continue as a going concern.

Enovix's management has concluded that there is substantial doubt about Enovix's ability to continue as a going concern. Similarly, Enovix's independent registered public accounting firm included an explanatory paragraph in its report on Enovix's financial statements as of, and for the year ended, December 31, 2020, which references management's conclusion.

As discussed in Note 1 to the consolidated condensed financial statements for the period ended March 31, 2021, Enovix has incurred losses since inception and has an accumulated deficit of $223.4 million. These conditions raise substantial doubt about Enovix's ability to continue as a going concern. The ability to continue as a going concern is dependent upon generating profitable operations in the future and/or obtaining the necessary financing to meet Enovix's obligations and repay its liabilities arising from normal business operations when they become due. Enovix believes that the successful completion of the Business Combination will eliminate this doubt and enable Enovix to continue as a going concern. However, there can be no assurance that Enovix will be successful in its plans described elsewhere in this proxy statement/prospectus or in attracting future debt or equity financings or strategic and collaborative ventures with third parties on acceptable terms, or if at all. The consolidated financial statements do not include adjustments that might result from the outcome of this uncertainty.

### Raising additional funds may cause dilution to existing stockholders and/or may restrict Enovix's operations or require it to relinquish proprietary rights.

To the extent that Enovix raises additional capital by issuing equity or convertible debt securities, its existing stockholders' ownership interest may experience substantial dilution, and the terms of these securities may include liquidation or other preferences that adversely affect the rights of a common stockholder. Any agreements for future debt or preferred equity financings, if available, may involve covenants limiting or restricting its ability to take specific actions, such as raising additional capital, incurring additional debt, making capital expenditures, or declaring dividends. In addition, if Enovix raises additional funds through collaborations, strategic alliances or marketing, distribution or licensing arrangements with third parties, it may be required to relinquish valuable rights to its technologies or future revenue streams.

### Enovix's Intellectual Property Risks

### Enovix relies heavily on its intellectual property portfolio. If Enovix is unable to protect its intellectual property rights, its business and competitive position would be harmed.

Enovix may not be able to prevent unauthorized use of its intellectual property, which could harm its business and competitive position. Enovix relies upon a combination of the intellectual property protections afforded by patent, copyright, trademark and trade secret laws in the United States and other jurisdictions,

45

as well as license agreements and other contractual protections, to establish, maintain and enforce rights in its proprietary technologies. In addition, Enovix seeks to protect its intellectual property rights through nondisclosure and invention assignment agreements with its employees and consultants, and through non-disclosure agreements with business partners and other third parties. Despite Enovix's efforts to protect its proprietary rights, third parties may attempt to copy or otherwise obtain and use Enovix's intellectual property or be able to design around Enovix's intellectual property. Monitoring unauthorized use of Enovix's intellectual property is difficult and costly, and the steps Enovix has taken or will take to prevent misappropriation may not be sufficient. Any enforcement efforts Enovix undertakes, including litigation, could be time-consuming and expensive and could divert management's attention, which could harm its business, results of operations and financial condition. Moreover, Enovix's intellectual property is stored on computer systems that could be penetrated by intruders and potentially misappropriated. There is no guarantee that Enovix's efforts to protect its computer systems will be effective. In addition, existing intellectual property laws and contractual remedies may afford less protection than needed to safeguard Enovix's intellectual property portfolio.

Patent, copyright, trademark and trade secret laws vary significantly throughout the world. A number of foreign countries do not protect intellectual property rights to the same extent as do the laws of the United States. Therefore, Enovix's intellectual property rights may not be as strong or as easily enforced outside of the United States and efforts to protect against the unauthorized use of Enovix's intellectual property rights, technology and other proprietary rights may be more expensive and difficult outside of the United States. Further, Enovix has not established its intellectual property rights in all countries in the world, and competitors may copy its designs and technology and operate in countries in which it has not prosecuted its intellectual property. Failure to adequately protect Enovix's intellectual property rights could result in its competitors using Enovix's intellectual property to offer products, and competitors' ability to design around Enovix's intellectual property would enable competitors to offer similar or better batteries, in each case potentially resulting in the loss of some of Enovix's competitive advantage and a decrease in its revenue which, would adversely affect its business, prospects, financial condition and operating results.

***Enovix may need to defend itself against intellectual property infringement claims, which may be time-consuming and could cause it to incur substantial costs.***

Companies, organizations or individuals, including Enovix's current and future competitors, may hold or obtain patents, trademarks or other proprietary rights that would prevent, limit or interfere with Enovix's ability to make, use, develop or sell its products, which could make it more difficult for Enovix to operate its business. From time to time, Enovix may receive inquiries from holders of patents or trademarks inquiring whether Enovix is infringing their proprietary rights and/or seek court declarations that they do not infringe upon Enovix's intellectual property rights. Companies holding patents or other intellectual property rights relating to batteries, electric motors or electronic power management systems may bring suits alleging infringement of such rights or otherwise asserting their rights and seeking licenses. In addition, if Enovix is determined to have infringed upon a third party's intellectual property rights, Enovix may be required to do one or more of the following:

- cease selling, incorporating or using products that incorporate the challenged intellectual property;

- pay substantial damages;

- obtain a license from the holder of the infringed intellectual property right, which license may not be available on reasonable terms or at all; or

- redesign its batteries.

In the event of a successful claim of infringement against Enovix and its failure or inability to obtain a license to the infringed technology, Enovix's business, prospects, operating results and financial condition could be materially adversely affected. In addition, any litigation or claims, whether or not valid, could result in substantial costs and diversion of resources and management's attention.

Enovix also licenses patents and other intellectual property from third parties, and it may face claims that its use of this intellectual property infringes the rights of others. In such cases, Enovix may seek indemnification from its licensors under its license contracts with them. However, Enovix's rights to

46

indemnification may be unavailable or insufficient to cover its costs and losses, depending on its use of the technology, whether it chooses to retain control over conduct of the litigation, and other factors.

***Enovix's patent applications may not result in issued patents or its patent rights may be contested, circumvented, invalidated or limited in scope, any of which could have a material adverse effect on Enovix's ability to prevent others from interfering with its commercialization of its products.***

Enovix's patent applications may not result in issued patents, which may have a material adverse effect on its ability to prevent others from commercially exploiting products similar to Enovix's. The status of patents involves complex legal and factual questions and the breadth of claims allowed is uncertain. As a result, Enovix cannot be certain that the patent applications that it files will result in patents being issued, or that its patents and any patents that may be issued to Enovix will afford protection against competitors with similar technology. Numerous patents and pending patent applications owned by others exist in the fields in which Enovix has developed and is developing its technology. In addition to those who may claim priority, any of Enovix existing or pending patents may also be challenged by others on the basis that they are otherwise invalid or unenforceable. Furthermore, patent applications filed in foreign countries are subject to laws, rules and procedures that differ from those of the United States, and thus Enovix cannot be certain that foreign patent applications related to issued U.S. patents will be issued.

Even if Enovix's patent applications succeed and it is issued patents in accordance with them, it is still uncertain whether these patents will be contested, circumvented, invalidated or limited in scope in the future. The rights granted under any issued patents may not provide Enovix with meaningful protection or competitive advantages, and some foreign countries provide significantly less effective patent enforcement than in the United States. In addition, the claims under any patents that issue from Enovix's patent applications may not be broad enough to prevent others from developing technologies that are similar or that achieve results similar to Enovix's. The intellectual property rights of others could also bar Enovix from licensing and exploiting any patents that issue from its pending applications. In addition, patents issued to Enovix may be infringed upon or designed around by others and others may obtain patents that it needs to license or design around, either of which would increase costs and may adversely affect its business, prospects, financial condition and operating results.

**Enovix's Regulatory Risks**

***Enovix may encounter regulatory approval difficulties which could delay its ability to launch its lithium-ion battery cells, and compliance with regulatory laws may limit their usefulness.***

Any delay in the development and manufacturing scale-up of Enovix's lithium-ion battery cells would negatively impact its business as it will delay time to revenue and negatively impact Enovix's customer relationships. For example, although Enovix plans on passing all the required regulatory abuse testing, because its design is new and has very high energy density, there may be unanticipated failure modes that occur in the field which could delay or prevent it from launching its batteries. Further, there are current limits on the amount of energy that can be transported via different methods, particularly air travel. These limits have been historically based on the energy of batteries currently on the market. These limits may have to be increased in the future if they are not to limit the transportation of Enovix's batteries. If these limits are not increased, it could increase the costs and duration of shipping of Enovix's finished product and limit customer use of Enovix's batteries in certain cases. This could increase Enovix's inventory costs and limit sales of its batteries in some markets.

***Enovix is subject to substantial regulation and unfavorable changes to, or failure by Enovix to comply with, these regulations could substantially harm its business and operating results.***

Enovix's batteries are subject to substantial regulation under international, federal, state and local laws, including export control laws. Enovix expects to incur significant costs in complying with these regulations. Regulations related to the battery and alternative energy are currently evolving and Enovix faces risks associated with changes to these regulations.

To the extent the laws change, Enovix's products may not comply with applicable international, federal, state or local laws, which would have an adverse effect on its business. Compliance with changing regulations

47

could be burdensome, time consuming and expensive. To the extent compliance with new regulations is cost prohibitive, Enovix's business, prospects, financial condition and operating results would be adversely affected.

Internationally, there may be laws in jurisdictions Enovix has not yet entered or laws it is unaware of in jurisdictions it has entered that may restrict its sales or other business practices. The laws in this area can be complex, difficult to interpret and may change over time. Continued regulatory limitations and other obstacles that may interfere with Enovix's ability to commercialize its products could have a negative and material impact on its business, prospects, financial condition and results of operations.

***Enovix is subject to a variety of laws and regulations related to the safety and transportation of its batteries. Enovix's failure to comply with these laws and regulations may have a material adverse effect on Enovix's business and results of operations.***

Many federal, state and local authorities require certification by Underwriters Laboratory, Inc., an independent, not-for-profit corporation engaged in the testing of products for compliance with certain public safety standards, or other safety regulation certification prior to marketing battery cells. Foreign jurisdictions also have regulatory authorities overseeing the safety of consumer products. Enovix's products may not meet the specifications required by these authorities. A determination that any of Enovix's products are not in compliance with these rules and regulations could result in the imposition of fines or an award of damages to private litigants.

In addition, lithium batteries have been identified as a Class 9 dangerous good during transport. To be safely transported (by air, sea, rail or roadways), they must meet various international, national, state and local authorities, including, for example, the provisions laid out in United Nations standard UN 38.3. This standard applies to batteries transported either on their own or installed in a device. UN 38.3 has been adopted by regulators and competent authorities around the world, thus making it a requirement for global market access. Enovix's failure to manage the transportation of its products could subject Enovix to increased costs or future liabilities.

***Enovix is subject to requirements relating to environmental and safety regulations and environmental remediation matters which could adversely affect its business, results of operation and reputation.***

Enovix is subject to numerous federal, state and local environmental laws and regulations governing, among other things, solid and hazardous waste storage, treatment and disposal, and remediation of releases of hazardous materials. There are significant capital, operating and other costs associated with compliance with these environmental laws and regulations. Environmental laws and regulations may become more stringent in the future, which could increase costs of compliance or require Enovix to manufacture with alternative technologies and materials.

Federal, state and local authorities also regulate a variety of matters, including, but not limited to, health, safety and permitting in addition to the environmental matters discussed above. New legislation and regulations may require Enovix to make material changes to its operations, resulting in significant increases to the cost of production.

Enovix's manufacturing process will have hazards such as but not limited to hazardous materials, machines with moving parts, and high voltage and/or high current electrical systems typical of large manufacturing equipment and related safety incidents. There may be safety incidents that damage machinery or product, slow or stop production, or harm employees. Consequences may include litigation, regulation, fines, increased insurance premiums, mandates to temporarily halt production, workers' compensation claims, or other actions that impact the company brand, finances or ability to operate.

***A failure to properly comply (or to comply properly) with foreign trade zone laws and regulations could increase the cost of our duties and tariffs.***

Our manufacturing facility in Fremont, California has been established as a foreign trade zone through qualification with U.S. Customs. Materials received in a foreign trade zone are not subject to certain U.S. duties or tariffs until the material enters U.S. commerce. We benefit from the adoption of foreign trade zones

48

by reduced duties, deferral of certain duties and tariffs, and reduced processing fees, which help us realize a reduction in duty and tariff costs. However, the operation of our foreign trade zone requires compliance with applicable regulations and continued support of U.S. Customs with respect to the foreign trade zone program. If we are unable to maintain the qualification of our foreign trade zones, or if foreign trade zones are limited or unavailable to us in the future, our duty and tariff costs would increase, which could have an adverse effect on our business and results of operations.

**General Risk Factors**

***From time to time, Enovix may be involved in legal proceedings and commercial or contractual disputes, which could have an adverse impact on Enovix's profitability and consolidated financial position.***

Enovix may be involved in legal proceedings and commercial or contractual disputes that, from time to time, are significant. These are typically claims that arise in the normal course of business including, without limitation, commercial or contractual disputes, including warranty claims and other disputes with potential customers and suppliers, intellectual property matters, personal injury claims, environmental issues, tax matters and employment matters.

It is difficult to predict the outcome or ultimate financial exposure, if any, represented by these matters, and there can be no assurance that any such exposure will not be material. Such claims may also negatively affect Enovix's reputation.

***Enovix may become subject to product liability claims, which could harm its financial condition and liquidity if it is not able to successfully defend or insure against such claims.***

Highly publicized incidents of laptop computers and cell phones bursting into flames have focused attention on the safety of lithium-ion batteries. If one of Enovix's products were to cause injury to someone or cause property damage, including as a result of product malfunctions, defects, or improper installation leading to a fire or other hazardous condition, Enovix may become subject to product liability claims, even those without merit, which could harm its business, prospects, operating results and financial condition. Enovix faces inherent risk of exposure to claims in the event its batteries do not perform as expected or malfunction resulting in personal injury or death. Enovix's risks in this area are particularly pronounced given its batteries have not yet been commercially tested or mass produced. A successful product liability claim against Enovix could require Enovix to pay a substantial monetary award. Moreover, a product liability claim could generate substantial negative publicity about Enovix's batteries and business and inhibit or prevent commercialization of other future battery candidates, which would have material adverse effect on Enovix's brand, business, prospects and operating results. Any insurance coverage might not be sufficient to cover all potential product liability claims. Any lawsuit seeking significant monetary damages either in excess of Enovix's coverage, or outside of Enovix's coverage, may have a material adverse effect on Enovix's reputation, business and financial condition. Enovix may not be able to secure additional product liability insurance coverage on commercially acceptable terms or at reasonable costs when needed, particularly if it does face liability for its products and are forced to make a claim under its policy.

***Enovix's batteries and its website, systems and data it maintains may be subject to intentional disruption, other security incidents, or alleged violations of laws, regulations or other obligations relating to data handling that could result in liability and adversely impact its reputation and future sales.***

Enovix expects to face significant challenges with respect to information security and maintaining the security and integrity of its systems and other systems used in its business, as well as with respect to the data stored on or processed by these systems. Advances in technology, an increased level of sophistication, and an increased level of expertise of hackers, new discoveries in the field of cryptography or others can result in a compromise or breach of the systems used in its business or of security measures used in its business to protect confidential information, personal information and other data. There can be no guarantee that Enovix's efforts to secure its computer systems against intrusion or exfiltration will be successful.

The availability and effectiveness of Enovix's batteries, and Enovix's ability to conduct its business and operations, depend on the continued operation of information technology and communications systems, some of which Enovix has yet to develop or otherwise obtain the ability to use. Systems used in Enovix's

49

business, including data centers and other information technology systems, will be vulnerable to damage or interruption. Such systems could also be subject to break-ins, sabotage and intentional acts of vandalism, as well as disruptions and security incidents as a result of non-technical issues, including intentional or inadvertent acts or omissions by employees, service providers or others. Enovix anticipates using outsourced service providers to help provide certain services, and any such outsourced service providers face similar security and system disruption risks as Enovix. Some of the systems used in Enovix's business will not be fully redundant, and its disaster recovery planning cannot account for all eventualities. Any data security incidents or other disruptions to any data centers or other systems used in Enovix's business could result in lengthy interruptions in its service.

### *Enovix facilities or operations could be damaged or adversely affected as a result of natural disasters and other catastrophic events.*

Enovix's facilities or operations could be adversely affected by events outside of its control, such as natural disasters, wars, health epidemics such as the ongoing COVID-19 pandemic, and other calamities. Enovix's headquarters and initial manufacturing facilities are located in Fremont, California, which is prone to earthquakes. Enovix cannot assure you that any backup systems will be adequate to protect it from the effects of fire, floods, typhoons, earthquakes, power loss, telecommunications failures, break-ins, war, riots, terrorist attacks or similar events. Any of the foregoing events may give rise to interruptions, breakdowns, system failures, technology platform failures or internet failures, which could cause the loss or corruption of data or malfunctions of software or hardware as well as adversely affect Enovix's ability to provide services.

### *Any financial or economic crisis, or perceived threat of such a crisis, including a significant decrease in consumer confidence, may materially and adversely affect Enovix's business, financial condition and results of operations.*

In recent years, the United States and global economies suffered dramatic downturns as the result of the COVID-19 pandemic, a deterioration in the credit markets and related financial crisis as well as a variety of other factors including, among other things, extreme volatility in security prices, severely diminished liquidity and credit availability, ratings downgrades of certain investments and declining valuations of others. The United States and certain foreign governments have taken unprecedented actions in an attempt to address and rectify these extreme market and economic conditions by providing liquidity and stability to the financial markets. If the actions taken by these governments are not successful, the return of adverse economic conditions may negatively impact the demand for Enovix's lithium-ion battery cells and may negatively impact Enovix's ability to raise capital, if needed, on a timely basis and on acceptable terms or at all.

### *The Combined Entity's ability to utilize its net operating losses and certain other tax attributes to offset future taxable income and taxes may be subject to certain limitations.*

In general, under Sections 382 and 383 of the Code, a corporation that undergoes an "ownership change" is subject to limitations on its ability to use its pre-change net operating loss carryforwards ("**NOLs**") to offset future taxable income and certain other pre-change tax attributes. The limitations apply if a corporation undergoes an "ownership change," which is generally defined as a greater than 50 percentage point change (by value) in its equity ownership by certain stockholders over a three-year period. If Enovix has experienced an ownership change at any time since its incorporation, the Combined Entity may already be subject to limitations on its ability to utilize Enovix's existing NOLs and other tax attributes to offset taxable income or tax liability. In addition, the Business Combination and future changes in the Combined Entity's stock ownership, which may be outside of the Combined Entity's control, may trigger an ownership change. Similar provisions of state tax law may also apply to limit the Combined Entity's use of accumulated state tax attributes. As a result, even if Combined Entity earns net taxable income in the future, its ability to use its or Enovix's pre-change NOL carryforwards and other tax attributes to offset such taxable income or tax liability may be subject to limitations, which could potentially result in increased future income tax liability to the Combined Entity.

There is also a risk that changes in law or regulatory changes made in response to the need for some jurisdictions to raise additional revenue to help counter the fiscal impact from the COVID-19 pandemic or

50

for other unforeseen reasons, including suspensions on the use of net operating losses or tax credits, possibly with retroactive effect, may result in the Combined Entity and Enovix's existing net operating losses or tax credits expiring or otherwise being unavailable to offset future income tax liabilities. A temporary suspension of the use of certain net operating losses and tax credits has been enacted in California, and other states may enact suspensions as well.

***Enovix is or will be subject to anti-corruption, anti-bribery, anti-money laundering, financial and economic sanctions and similar laws, and non-compliance with such laws can subject Enovix to administrative, civil and criminal fines and penalties, collateral consequences, remedial measures and legal expenses, all of which could adversely affect its business, results of operations, financial condition and reputation.***

Enovix is or will be subject to anti-corruption, anti-bribery, anti-money laundering, financial and economic sanctions and similar laws and regulations in various jurisdictions in which it conducts or in the future may conduct activities, including the U.S. Foreign Corrupt Practices Act ("**FCPA**"), the U.K. Bribery Act 2010, and other anti-corruption laws and regulations. The FCPA and the U.K. Bribery Act 2010 prohibit Enovix and its officers, directors, employees and business partners acting on its behalf, including agents, from corruptly offering, promising, authorizing or providing anything of value to a "foreign official" for the purposes of influencing official decisions or obtaining or retaining business or otherwise obtaining favorable treatment. The FCPA also requires companies to make and keep books, records and accounts that accurately reflect transactions and dispositions of assets and to maintain a system of adequate internal accounting controls. The U.K. Bribery Act also prohibits non-governmental "commercial" bribery and soliciting or accepting bribes. A violation of these laws or regulations could adversely affect Enovix's business, results of operations, financial condition and reputation. Enovix's policies and procedures designed to ensure compliance with these regulations may not be sufficient and its directors, officers, employees, representatives, consultants, agents and business partners could engage in improper conduct for which it may be held responsible.

Non-compliance with anti-corruption, anti-bribery, anti-money laundering or financial and economic sanctions laws could subject Enovix to whistleblower complaints, adverse media coverage, investigations, and severe administrative, civil and criminal sanctions, collateral consequences, remedial measures and legal expenses, all of which could materially and adversely affect Enovix's business, results of operations, financial condition and reputation. In addition, changes in economic sanctions laws in the future could adversely impact Enovix's business and investments in its common stock.

***Enovix's insurance coverage may not be adequate to protect it from all business risks.***

Enovix may be subject, in the ordinary course of business, to losses resulting from products liability, accidents, acts of God, and other claims against Enovix, for which Enovix may have no insurance coverage. As a general matter, the policies that Enovix does have may include significant deductibles or self-insured retentions, and Enovix cannot be certain that its insurance coverage will be sufficient to cover all future losses or claims against it. A loss that is uninsured or which exceeds policy limits may require Enovix to pay substantial amounts, which could adversely affect its financial condition and operating results.

**Risks Related to RSVAC and the Business Combination**

***RSVAC has no operating history and is subject to a mandatory liquidation and subsequent dissolution requirement. If RSVAC is unable to consummate a business combination, including the Business Combination, its public stockholders may be forced to wait more than 24 months before receiving distributions from the Trust Account.***

RSVAC is a development stage blank check company, and it has no operating history and is subject to a mandatory liquidation and subsequent dissolution requirement. RSVAC has until December 4, 2022 to complete a business combination. RSVAC has no obligation to return funds to investors prior to such date unless (i) it consummates a business combination prior thereto or (ii) it seeks to amend its Current Charter prior to consummation of a business combination, and only then in cases where investors have sought to convert or sell their shares to RSVAC. Only after the expiration of this full time period will public stockholders be entitled to distributions from the Trust Account if RSVAC is unable to complete a business combination.

51

Accordingly, investors' funds may be unavailable to them until after such date and to liquidate their investment, public security holders may be forced to sell their Public Shares or Public Warrants, potentially at a loss. In addition if RSVAC fails to complete an initial business combination by December 4, 2022, there will be no redemption rights or liquidating distributions with respect to the Warrants, which will expire worthless, unless RSVAC amends its Current Charter to extend its life and certain other agreements it has entered into.

**Following the consummation of the Business Combination, RSVAC's only significant asset will be ownership of 100% of Enovix and such ownership may not be sufficient to pay dividends or make distributions or loans to enable it to pay any dividends on its Common Stock.**

Following the consummation of the Business Combination, RSVAC will have no direct operations and no significant assets other than the ownership of 100% of Enovix. RSVAC will depend on Enovix for distributions, loans and other payments to generate the funds necessary to meet RSVAC's financial obligations, including RSVAC's expenses as a publicly traded company, and to pay any dividends with respect to its Common Stock. The earnings from, or other available assets of, Enovix, may not be sufficient to pay dividends or make distributions or loans to enable RSVAC to pay any dividends on its Common Stock or satisfy its other financial obligations.

**Subsequent to the consummation of the Business Combination, RSVAC may be required to take write-downs or write-offs, restructuring and impairment or other charges that could have a significant negative effect on its financial condition, results of operations and stock price, which could cause you to lose some or all of your investment.**

Although RSVAC has conducted due diligence on Enovix, RSVAC cannot assure you that this diligence revealed all material issues that may be present in Enovix's business, that it would be possible to uncover all material issues through a customary amount of due diligence, or that factors outside of RSVAC's and Enovix's control will not later arise. As a result, RSVAC may be forced to later write-down or write-off assets, restructure its operations, or incur impairment or other charges that could result in losses. Even if RSVAC's due diligence successfully identifies certain risks, unexpected risks may arise and previously known risks may materialize in a manner not consistent with RSVAC's preliminary risk analysis. Even though these charges may be non-cash items and may not have an immediate impact on RSVAC's liquidity, the fact that RSVAC reports charges of this nature could contribute to negative market perceptions about the Combined Entity's securities. In addition, charges of this nature may cause RSVAC to be unable to obtain future financing on favorable terms or at all.

**The Sponsor has agreed to vote in favor of such initial business combination, regardless of how RSVAC's public stockholders vote.**

Unlike some other blank check companies in which the initial stockholders agree to vote their founders shares in accordance with the majority of the votes cast by the public stockholders in connection with an initial business combination, the holders of the Founders Shares have agreed (i) to vote any such shares in favor of any proposed business combination, including the Business Combination and (ii) to waive redemption rights with respect to any shares of Common Stock owned or to be owned by such holder, and that such holder will not seek redemption with respect to or otherwise sell, such shares in connection with any vote to approve a business combination, amend the provisions of the Charter, or a tender offer by RSVAC prior to a business combination. As a result, RSVAC would need only 1,437,501, or approximately 5%, of the 28,750,000 shares of RSVAC Common Stock to be voted in favor of the Business Combination in order to have the Business Combination approved. Accordingly, it is more likely that the necessary stockholder approval will be received than would be the case if the Sponsor agreed to vote its Founders Shares in accordance with the majority of the votes cast by RSVAC's public stockholders.

**The unaudited pro forma condensed combined financial information included in this proxy statement/prospectus may not be indicative of what RSVAC's actual financial position or results of operations would have been.**

The unaudited pro forma condensed combined financial information in this proxy statement/prospectus is presented for illustrative purposes only and is not necessarily indicative of what RSVAC's

52

actual financial position or results of operations would have been had the Business Combination been completed on the dates indicated. See the section titled "*Unaudited Pro Forma Condensed Combined Financial Information*" for more information.

***Legal proceedings in connection with the Business Combination, the outcomes of which are uncertain, could delay or prevent the completion of the Business Combination.***

On March 22, 2021, Michael Costello, a purported stockholder in RSVAC, filed a complaint in the Superior Court of California, San Mateo County, against RSVAC and its Board. The case is captioned *Michael Costello v. Rodgers Silicon Valley Acquisition Corp.*, et al., 21-CV-01536. This *Costello* complaint alleges, among other things, that the directors breached their fiduciary duties in connection with the terms of the proposed Business Combination, and that the disclosures in RSVAC's registration statement regarding the proposed Business Combination are materially deficient. The complaint also alleges aiding and abetting claims against RSVAC.

On April 5, 2021, Derek Boxhorn, a purported stockholder in RSVAC, filed a complaint in the United States District Court for the Southern District of New York against RSVAC and its Board. The case is captioned *Derek Boxhorn v. Rodgers Silicon Valley Acquisition Corp.*, et al., 1;21-cv-02900 (SDNY). The *Boxhorn* complaint alleges, among other things, that the defendants violated Sections 14(a) and 20(a) of the Exchange Act, and that the individual defendants breached their fiduciary duties, in connection with the terms of the proposed Business Combination, and that RSVAC's registration statement contains materially incomplete and misleading information regarding the proposed Business Combination.

Each plaintiff seeks, among other things, unspecified monetary damages, attorney's fees and costs and injunctive relief, including enjoining the proposed Business Combination.

Additional lawsuits may be filed against RSVAC or its directors and officers in connection with the Business Combination. Defending such lawsuits could require RSVAC to incur significant costs and draw the attention of the management team away from the Business Combination. Further, the defense or settlement of any lawsuit or claim that remains unresolved at the Closing may adversely affect the Combined Entity's business, financial condition, results of operations and cash flows. Such legal proceedings could delay or prevent the Closing from occurring within the contemplated timeframe. RSVAC cannot predict the outcome of the lawsuits or any others that might be filed subsequent to the date of filing of this registration statement and cannot reasonably estimate the possible loss or range of loss with respect to these matters. RSVAC believes that the lawsuits are without merit and intend to defend against the claims vigorously.

***If third parties bring claims against RSVAC, the proceeds held in trust could be reduced and the per-share redemption price received by stockholders may be less than $10.00.***

RSVAC's placing of funds in trust may not protect those funds from third party claims against RSVAC. Although RSVAC will seek to have all vendors and service providers RSVAC engages and prospective target businesses RSVAC negotiates with execute agreements with RSVAC waiving any right, title, interest or claim of any kind in or to any monies held in the Trust Account for the benefit of RSVAC's public stockholders, they may not execute such agreements. Furthermore, even if such entities execute such agreements with RSVAC, they may seek recourse against the Trust Account. A court may not uphold the validity of such agreements. Accordingly, the proceeds held in trust could be subject to claims which could take priority over those of RSVAC's public stockholders.

Additionally, if RSVAC is forced to file a bankruptcy case or an involuntary bankruptcy case is filed against RSVAC's which is not dismissed, the proceeds held in the Trust Account could be subject to applicable bankruptcy law, and may be included in RSVAC's bankruptcy estate and subject to the claims of third parties with priority over the claims of RSVAC's stockholders. To the extent any bankruptcy claims deplete the Trust Account, RSVAC may not be able to return to RSVAC's public stockholders at least $10.00. As a result, if any such claims were successfully made against the Trust Account, the funds available for RSVAC's initial business combination, including the Business Combination, and redemptions could be reduced to less than $10.00 per Public Share.

https://www.sec.gov/Archives/edgar/data/1828318/000110465921085122/tm217682-15_424b3.htm

***RSVAC's stockholders may be held liable for claims by third parties against RSVAC to the extent of distributions received by them.***

The Current Charter provides that RSVAC will continue in existence only until December 4, 2022. If RSVAC has not completed a business combination by such date, RSVAC will (i) cease all operations except for the purpose of winding up, (ii) as promptly as reasonably possible but not more than ten business days thereafter, redeem 100% of the outstanding Public Shares, at a per-share price, payable in cash, equal to the aggregate amount then on deposit in the Trust Account, including any interest earned on the funds held in the Trust Account net of interest that may be used by RSVAC to pay its franchise and income taxes payable, divided by the number of then outstanding Public Shares, which redemption will completely extinguish public stockholders' rights as stockholders (including the right to receive further liquidation distributions, if any), subject to applicable law, and (iii) as promptly as reasonably possible following such redemption, subject to the approval of RSVAC's remaining stockholders and the Board, dissolve and liquidate, subject (in the case of (ii) and (iii) above) to RSVAC's obligations under Delaware law to provide for claims of creditors and the requirements of other applicable law.

If RSVAC is forced to file a bankruptcy case or an involuntary bankruptcy case is filed against RSVAC which is not dismissed, any distributions received by stockholders could be viewed under applicable debtor/creditor and/or bankruptcy laws as either a "preferential transfer" or a "fraudulent conveyance." As a result, a bankruptcy court could seek to recover all amounts received by RSVAC's stockholders. Furthermore, because RSVAC intends to distribute the proceeds held in the Public Shares to RSVAC's public stockholders promptly after expiration of the time RSVAC has to complete an initial business combination, this may be viewed or interpreted as giving preference to RSVAC's public stockholders over any potential creditors with respect to access to or distributions from RSVAC's assets. Furthermore, the Board may be viewed as having breached their fiduciary duties to RSVAC's creditors and/or may have acted in bad faith, and thereby exposing itself and RSVAC to claims of punitive damages, by paying public stockholders from the Trust Account prior to addressing the claims of creditors. RSVAC cannot assure you that claims will not be brought against it for these reasons.

***Neither RSVAC nor its stockholders will have the protection of any indemnification, escrow, price adjustment or other provisions that allow for a post-closing adjustment to be made to the total merger consideration in the event that any of the representations and warranties made by Enovix in the Merger Agreement ultimately proves to be inaccurate or incorrect.***

The representations and warranties made by Enovix and RSVAC to each other in the Merger Agreement will not survive the consummation of the Business Combination. As a result, RSVAC and its stockholders will not have the protection of any indemnification, escrow, price adjustment or other provisions that allow for a post-closing adjustment to be made to the total merger consideration if any representation or warranty made by Enovix in the Merger Agreement proves to be inaccurate or incorrect. Accordingly, to the extent such representations or warranties are incorrect, RSVAC would have no indemnification claim with respect thereto and its financial condition or results of operations could be adversely affected.

***If RSVAC does not file and maintain a current and effective prospectus relating to the Common Stock issuable upon exercise of the Public Warrants, holders will only be able to exercise such Public Warrants on a "cashless basis."***

If RSVAC does not file and maintain a current and effective prospectus relating to the Common Stock issuable upon exercise of the Public Warrants at the time that holders wish to exercise such Public Warrants, they will only be able to exercise them on a "cashless basis" provided that an exemption from registration is available. As a result, the number of shares of Common Stock that holders will receive upon exercise of the Public Warrants will be fewer than it would have been had such holder exercised its Public Warrant for cash. Further, if an exemption from registration is not available, holders would not be able to exercise on a cashless basis and would only be able to exercise their Public Warrants for cash if a current and effective prospectus relating to the Common Stock issuable upon exercise of the Public Warrants is available. Under the terms of the warrant agreement, RSVAC has agreed to use its best efforts to meet these conditions and to file and maintain a current and effective prospectus relating to the Common Stock issuable upon exercise of the Public Warrants until the expiration of the Public Warrants. However, RSVAC cannot assure

54

TABLE OF CONTENTS

you that it will be able to do so. If RSVAC is unable to do so, the potential "upside" of the holder's investment in RSVAC may be reduced or the Public Warrants may expire worthless.

***Even if RSVAC consummates the Business Combination, there is no guarantee that the Public Warrants will ever be in the money, and they may expire worthless and the terms of the Public Warrants may be amended.***

The exercise price for the Public Warrants is $11.50 per one whole share. There is no guarantee that the Public Warrants will ever be in the money prior to their expiration, and as such, the Public Warrants may expire worthless.

In addition, RSVAC's Warrants were issued in registered form under a warrant agreement between Continental Stock Transfer & Trust Company, as warrant agent, and RSVAC. The warrant agreement provides that the terms of the Public Warrants may be amended without the consent of any holder to cure any ambiguity or correct any defective provision, but requires the approval by the holders of at least 50% of the then outstanding Public Warrants to make any other change. Accordingly, RSVAC may amend the terms of the Public Warrants in a manner adverse to a holder if holders of at least 50% of the then outstanding Public Warrants approve of such amendment. Although RSVAC's ability to amend the terms of the Public Warrants with the consent of at least 50% of the then outstanding Public Warrants is unlimited, examples of such amendments could be amendments to, among other things, increase the exercise price of the Public Warrants, shorten the exercise period or decrease the number of shares and their respective affiliates and associates have of Common Stock purchasable upon exercise of a Public Warrant.

***RSVAC has no obligation to net cash settle the Public Warrants.***

In no event will RSVAC have any obligation to net cash settle the Public Warrants. Furthermore, there are no contractual penalties for failure to deliver securities to the holders of the Public Warrants upon consummation of an initial business combination, including the Business Combination, or exercise of the Public Warrants. Accordingly, the Public Warrants may expire worthless.

***RSVAC's ability to successfully effect the Business Combination and to be successful thereafter will be totally dependent upon the efforts of its key personnel, including Enovix's key personnel, all of whom are expected to remain with the Combined Entity following the Business Combination. While RSVAC intends to closely scrutinize any individuals it engages after the Business Combination, it cannot assure you that its assessment of these individuals will prove to be correct.***

RSVAC's ability to successfully effect the Business Combination is dependent upon the efforts of RSVAC's key personnel, including key personnel of Enovix. Although RSVAC expects all of such key personnel to remain with the Combined Entity following the Business Combination, it is possible that RSVAC will lose some key personnel, the loss of which could negatively impact the operations and profitability of the Combined Entity. While RSVAC intends to closely scrutinize any individuals it engages after the Business Combination, it cannot assure you that its assessment of these individuals will prove to be correct. These individuals may be unfamiliar with the requirements of operating a public company which could cause RSVAC to have to expend time and resources helping them become familiar with such requirements. This could be expensive and time-consuming and could lead to various regulatory issues which may adversely affect its operations.

***RSVAC's Sponsor, directors and officers have interests in the Business Combination which may be different from or in addition to (and which may conflict with) the interests of its stockholders.***

RSVAC's Sponsor, officers and directors and their respective affiliates and associates have interests in and benefits arising from the completion of the Business Combination that are different from or in addition to (and which may conflict with) the interests of RSVAC's public stockholders, which may result in a conflict of interest. These interests and benefits include:

- The fact that Mr. Thurman J. "TJ" Rodgers, RSVAC's Chief Executive Officer and Chairman of the Board, is a member of the board of directors of Enovix, and owns, through a trust, approximately 11.3% of all issued and outstanding Enovix common stock (on a fully-diluted and as-converted to common stock basis);

55

- A total of $1,425,000 from RSVAC's IPO was held outside of the Trust Account for working capital expenses. To date, RSVAC has spent $652,000 for accounting, audit, legal D&O insurance and other filing fees and expenses. RSVAC also projects to spend $750,000 towards the Business Combination with Enovix. If an initial business combination is not consummated, RSVAC's Sponsor will not receive reimbursement for any out-of-pocket expenses incurred to the extent that such expenses exceed the amount of available proceeds that were held outside of the Trust Account from the RSVAC IPO and Private Placement;

- If an initial business combination is not completed by December 4, 2022, RSVAC will be required to liquidate. In such event, the Founders Shares held by our Sponsor, which were acquired for an aggregate purchase price of $25,000 will be worthless, as the Sponsor does not have liquidation rights with respect to the Founders Shares. The Founders Shares had an aggregate market value of approximately $115,000,000 based on the closing price of RSVAC's Common Stock of $20.00 on Nasdaq as of June 11, 2021;

- The fact that certain directors of RSVAC are members of the Sponsor and own units of the Sponsor that will convert into Founders Shares and Placement Warrants upon a distribution of the Sponsor's assets to its members. As a result, the following directors of RSVAC have the right to obtain securities of RSVAC:

  (i) Mr. Hernandez will receive 460,000 Founders Shares, which have an aggregate market value of approximately $9,200,000 based on the closing price of RSVAC Common Stock of $20.00 as of June 11, 2021 on Nasdaq (the "RSVAC Common Stock Closing Price") and 500,000 Placement Warrants, which have an aggregate market value of approximately $4,105,000 based on the closing price of RSVAC Warrants of $8.21 as of June 11, 2021 on Nasdaq (the "RSVAC Warrant Closing Price"); (ii) Mr. McCranie will receive 450,000 Founders Shares, which have an aggregate market value of approximately $9,000,000 based on the RSVAC Common Stock Closing Price and 500,000 Placement Warrants, which have an aggregate market value of approximately $4,105,000 based on the RSVAC Warrant Closing Price; (iii) Mr. Gomo will receive 295,000 Founders Shares, which have an aggregate market value of approximately $5,900,000 based on the RSVAC Common Stock Closing Price and 300,000 Placement Warrants, which have an aggregate market value of approximately $2,463,000 based on the RSVAC Warrant Closing Price; (iv) Mr. Malchow will receive 262,500 Founders Shares, which have an aggregate market value of approximately $5,250,000 based on the RSVAC Common Stock Closing Price and 250,000 Placement Warrants, which have an aggregate market value of approximately $2,052,500 based on the RSVAC Warrant Closing Price; and (v) Ms. Hung will receive 262,500 Founders Shares, which have an aggregate market value of approximately $5,250,000 based on the RSVAC Common Stock Closing Price and 250,000 Placement Warrants, which have an aggregate market value of approximately $2,052,500 based on the RSVAC Warrant Closing Price. The balance of the units in the Sponsor are held by the Rodgers Massey Revocable Living Trust, of which Mr. Rodgers is trustee, and are convertible into 4,020,000 Founders Shares, which have an aggregate market value of approximately$80,400,000 based on the RSVAC Common Stock Closing Price and 4,200,000 Placement Warrants, which have an aggregate market value of approximately $34,482,000 based on the RSVAC Warrant Closing Price. These interests may influence RSVAC's directors in making their recommendation that you vote in favor of the approval of the Business Combination;

- If an initial business combination is not completed by December 4, 2022, the 6,000,000 Placement Warrants that were purchase by our Sponsor for $6,000,000 will be worthless. Such Placement Warrants had an aggregate market value of approximately $49,260,000, based on the closing price of RSVAC Warrants of $8.21 on Nasdaq as of June 11, 2021, and the shares of RSVAC Common Stock underlying the Placement Warrants had an aggregate market value of approximately $115,000,000 based on the closing price of RSVAC Common Stock of $20.00 on Nasdaq as of June 11, 2021;

- If the Business Combination is completed, Thurman J. "TJ" Rodgers, Emmanuel Hernandez, and John D. McCranie, three of the current RSVAC directors, will be appointed to serve as members of the Combined Entity's Board and expect to receive compensation for services in an amount to be determined by the Combined Entity's Board following the consummation of the Business Combination;

56

- The fact that in May 2021, Enovix issued a secured promissory note in the principal amount of $15,000,000 to the Rodgers Massey Revocable Living Trust dtd 4/4/11 (the "Bridge Note") of which Mr. Rodgers is trustee. The proceeds from the Bridge Note are intended to provide working capital funds to help support the operations of Enovix. The Bridge Note accrues interest on a monthly basis at a rate of 7.5% per annum, payable in kind by adding such amount to the principal amount outstanding under the Bridge Note on each monthly anniversary of the issuance of the Bridge Note. The Bridge Note has a maturity date of the earlier of (i) October 25, 2021 and (ii) the closing of the Business Combination. Upon the closing of the Business Combination, Enovix intends to repay the principal amount and any accrued and unpaid interest under the Bridge Note with funds from the PIPE Financing and the Trust Account. If the Business Combination does not close by October 25, 2021, Enovix may not have sufficient funds to repay the loan and will need to pursue a forbearance arrangement with the lender or some other arrangement to meet its obligations under the Bridge Note;

- While he received no remuneration for his services from RSVAC, and was not an officer nor a director of RSVAC, Mr. Reichow was previously a member of the RSVAC Technical Advisory Board and is currently a member of the Enovix Board of Directors; and

- The fact that the Sponsor has agreed not to redeem any of the Founders Shares in connection with a stockholder vote to approve a proposed initial business combination.

### *RSVAC's Chief Executive Officer and Chairman of the Board has interests in, and will benefit from, the Business Combination which may be different from or in addition to (and which may conflict with) the interests of the RSVAC stockholders.*

As disclosed in the Prospectus, we are not prohibited from pursuing an initial business combination with a company that is affiliated with one or more of our officers or directors. Enovix is affiliated with Mr. Thurman J. "TJ" Rodgers, our Chief Executive Officer and Chairman of the Board, who is also a member of the board of directors of Enovix, and owns, through the Rodgers Massey Revocable Living Trust (the "**Trust**"), approximately 11.3% of all issued and outstanding Enovix common stock (on a fully-diluted and as-converted to common stock basis). Due to his position as a stockholder and member of the board of directors of Enovix, as well as his position as an officer and director of RSVAC, as part of the process agreed to by all RSVAC directors, Mr. Rodgers recused himself from the Board discussions and vote to approve a business combination with Enovix. Although Mr. Rodgers was never present at, and did not participate in, any RSVAC Board meetings where merger negotiations, deliberations or valuations regarding Enovix took place, you should be aware that Mr. Rodgers has interests in RSVAC and Enovix that may conflict with, or result in additional benefits conferred upon Mr. Rodgers that are different from your interests as a RSVAC stockholder. Mr. Rodgers is the trustee of the Trust, which controls the Sponsor. In addition, Mr. Rodgers and the other RSVAC Board members who will recommend the initial business combination have previous relationships that may mean they have influence over each other's decision to support the initial business combination. If the Business Combination is not consummated, the Founders Shares and Placement Warrants owned by the Sponsor will expire worthless. The Trust paid an aggregate of $15,740,327 for the shares of Enovix that it currently owns. Upon the consummation of the Business Combination, the aggregate market value of the Trust's shares is expected to be approximately $224,612,850 (on a fully-diluted and as-converted to common stock basis) based on the closing price of RSVAC's Common Stock of $13.22 on Nasdaq as of May 7, 2021. If the Business Combination is completed, Mr. Rodgers will be appointed to serve as member of the Combined Entity's Board and expects to receive compensation for services in an amount to be determined by the Combined Entity's Board following the consummation of the Business Combination. Mr. Rodgers' ownership interest in the Combined Entity will be 22,687,628 shares of RSVAC Common stock, or 16.0% (assuming no redemptions), or 17.9% (assuming maximum redemptions). These shares consist of (i) the 5,750,000 shares of RSVAC Common Stock owned by Rodgers Capital, LLC, and (ii) 16,937,628 shares of Combined Entity common stock held by the Rodgers Massey Revocable Living Trust dtd 4/4/11 for which Mr. Rodgers is trustee.

### *A market for RSVAC's securities may not continue, which would adversely affect the liquidity and price of its securities.*

Following the Business Combination, the price of RSVAC's securities may fluctuate significantly due to the market's reaction to the Business Combination and general market and economic conditions. An

57

active trading market for RSVAC's securities following the Business Combination may never develop or, if developed, it may not be sustained. In addition, the price of RSVAC's securities after the Business Combination can vary due to general economic conditions and forecasts, RSVAC's general business condition and the release of RSVAC's financial reports. Additionally, if RSVAC's securities are not listed on, or become delisted from Nasdaq for any reason, and are quoted on the OTC Bulletin Board, an inter-dealer automated quotation system for equity securities that is not a national securities exchange, the liquidity and price of RSVAC's securities may be more limited than if RSVAC were quoted or listed on Nasdaq or another national securities exchange. You may be unable to sell your securities unless a market can be established or sustained.

***There can be no assurance that RSVAC will be able to comply with the continued listing standards of Nasdaq.***

RSVAC's continued eligibility for listing may depend on the number of its shares that are redeemed. If, after the Business Combination, Nasdaq delists RSVAC's securities from trading on its exchange for failure to meet the listing standards, RSVAC and its stockholders could face significant material adverse consequences including:

- a limited availability of market quotations for RSVAC's securities;

- a determination that RSVAC Common Stock is a "penny stock" which will require brokers trading in its Common Stock to adhere to more stringent rules, possibly resulting in a reduced level of trading activity in the secondary trading market for RSVAC Common Stock;

- a limited amount of analyst coverage; and

- a decreased ability to issue additional securities or obtain additional financing in the future.

***If the Business Combination's benefits do not meet the expectations of investors, stockholders or financial analysts, the market price of RSVAC's securities may decline.***

If the benefits of the Business Combination do not meet the expectations of investors or securities analysts, the market price of RSVAC's securities may decline. The market values of RSVAC's securities at the time of the consummation of the Business Combination may vary significantly from their prices on the date the Merger Agreement was executed, the date of this proxy statement/prospectus, or the date on which RSVAC's stockholders vote on the Business Combination.

In addition, following the Business Combination, fluctuations in the price of RSVAC's securities could contribute to the loss of all or part of your investment. Prior to the Business Combination, there has not been a public market for Enovix's stock and trading in the shares of RSVAC Common Stock has not been active. Accordingly, the valuation ascribed to Enovix and RSVAC Common Stock in the Business Combination may not be indicative of the price that will prevail in the trading market following the Business Combination. If an active market for RSVAC's securities develops and continues, the trading price of RSVAC's securities following the Business Combination could be volatile and subject to wide fluctuations in response to various factors, some of which are beyond RSVAC's control. Any of the factors listed below could have a material adverse effect on your investment in RSVAC's securities and RSVAC's securities may trade at prices significantly below the price you paid for them. In such circumstances, the trading price of RSVAC's securities may not recover and may experience a further decline.

Factors affecting the trading price of the Combined Entity's securities following the Business Combination may include:

- actual or anticipated fluctuations in the Combined Entity's quarterly financial results or the quarterly financial results of companies perceived to be similar to the Combined Entity's;

- changes in the market's expectations about the Combined Entity's operating results;

- success of competitors;

- the Combined Entity's operating results failing to meet the expectation of securities analysts or investors in a particular period;

https://www.sec.gov/Archives/edgar/data/1828318/000110465921085122/tm217682-15_424b3.htm

- changes in financial estimates and recommendations by securities analysts concerning the Combined Entity or the market in general;

- operating and stock price performance of other companies that investors deem comparable to the Combined Entity;

- the Combined Entity's ability to develop product candidates;

- changes in laws and regulations affecting the Combined Entity's business;

- commencement of, or involvement in, litigation involving the Combined Entity;

- changes in the Combined Entity's capital structure, such as future issuances of securities or the incurrence of additional debt;

- the volume of shares of the Combined Entity's securities available for public sale;

- any major change in the Combined Entity's Board or management;

- sales of substantial amounts of Common Stock by RSVAC's directors, executive officers or significant stockholders or the perception that such sales could occur; and

- general economic and political conditions such as recessions, interest rates, fuel prices, international currency fluctuations and acts of war or terrorism.

Broad market and industry factors may materially harm the market price of the Combined Entity's securities irrespective of its operating performance. The stock market in general and Nasdaq in particular have experienced price and volume fluctuations that have often been unrelated or disproportionate to the operating performance of the particular companies affected. The trading prices and valuations of these stocks, and of the Combined Entity's securities, may not be predictable. A loss of investor confidence in the market for battery company stocks or the stocks of other companies which investors perceive to be similar to the Combined Entity could depress the Combined Entity's stock price regardless of the Combined Entity's business, prospects, financial conditions or results of operations. A decline in the market price of the Combined Entity's securities also could adversely affect the Combined Entity's ability to issue additional securities and the Combined Entity's ability to obtain additional financing in the future.

***Following the Business Combination, if securities or industry analysts do not publish or cease publishing research or reports about the Combined Entity, its business, or its market, or if they change their recommendations regarding the Combined Entity's securities adversely, the price and trading volume of the Combined Entity's securities could decline.***

The trading market for the Combined Entity's securities will be influenced by the research and reports that industry or securities analysts may publish about RSVAC, its business, its market, or its competitors. Securities and industry analysts do not currently, and may never, publish research on RSVAC or the Combined Entity. If no securities or industry analysts commence coverage of the Combined Entity, RSVAC's stock price and trading volume would likely be negatively impacted. If any of the analysts who may cover the Combined Entity change their recommendation regarding RSVAC's stock adversely, or provide more favorable relative recommendations about RSVAC's competitors, the price of the Combined Entity's securities would likely decline. If any analyst who may cover the Combined Entity were to cease coverage of the Combined Entity or fail to regularly publish reports on it, RSVAC could lose visibility in the financial markets, which could cause its stock price or trading volume to decline.

***The future sales of shares by existing stockholders and future exercise of registration rights may adversely affect the market price of the Combined Entity's common stock.***

Sales of a substantial number of shares of the Combined Entity's common stock in the public market could occur at any time. If the Combined Entity's stockholders sell, or the market perceives that the Combined Entity's stockholders intend to sell, substantial amounts of the Combined Entity's common stock in the public market, the market price of the Combined Entity's common stock could decline.

The holders of the Founders Shares and Placement Warrants are entitled to registration rights pursuant to a registration rights agreement entered into in connection with the RSVAC IPO. The holders of the

59

majority of these securities are entitled to make up to three demands that RSVAC register such securities. The holders of the majority of the Founders Shares can elect to exercise these registration rights at any time commencing three months prior to the date on which these shares of Common Stock are to be released from escrow. The holders of a majority of the Placement Warrants can elect to exercise these registration rights at any time after RSVAC consummates a business combination. In addition, the holders have certain "piggy-back" registration rights with respect to registration statements filed subsequent to RSVAC's consummation of a business combination. The presence of these additional shares of Common Stock trading in the public market may have an adverse effect on the market price of the Combined Entity's securities.

***Public Warrants and Placement Warrants will become exercisable for RSVAC Common Stock, which would increase the number of shares eligible for future resale in the public market and result in dilution to RSVAC stockholders.***

As part of the RSVAC IPO, RSVAC issued Public Warrants to purchase 11,500,000 shares of Common Stock. In connection with the RSVAC IPO, RSVAC issued to the Sponsor Placement Warrants to purchase 6,000,000 shares of Common Stock. Each Warrant is exercisable to purchase one share of Common Stock at $11.50 per share. To the extent such warrants are exercised, additional shares of RSVAC Common Stock will be issued, which will result in dilution to the then existing holders of Common Stock of the RSVAC and increase the number of shares eligible for resale in the public market. Sales of substantial numbers of such shares in the public market could adversely affect the market price of RSVAC Common Stock. Additionally, our Sponsor and anchor investors have agreed not to transfer, assign, or sell any of the Placement Warrants or underlying securities (except in limited circumstances) until the date that is 30 days after the date we complete our initial business combination. The Warrants become exercisable on the later of 30 days after the completion of our initial business combination and 12 months from the closing of the RSVAC IPO, and they expire five years after the completion of our initial business combination or earlier upon redemption or liquidation, as described in this proxy statement/prospectus.

***RSVAC's public stockholders may experience dilution as a consequence of, among other transactions, the issuance of Common Stock as consideration in the Business Combination and the PIPE Financing. Having a minority share position may reduce the influence that RSVAC's current stockholders have on the management of the Combined Entity.***

It is anticipated that, upon the Closing, RSVAC's public stockholders (other than the PIPE Financing investors) will retain an ownership interest of approximately 16.0% in the Combined Entity, the PIPE Financing investors will own approximately 8.0% of the Combined Entity (such that public stockholders, including PIPE Financing investors, will own approximately 24.0% of the Combined Entity), the Sponsor will retain an ownership interest of approximately 4.0% in the Combined Entity and the Enovix Equityholders will own approximately 72.0% of the outstanding common stock of the Combined Entity.

The ownership percentage with respect to the Combined Entity following the Business Combination does not take into account (i) the redemption of any shares by RSVAC's public stockholders or (ii) the exercise of Public Warrants outstanding following the Business Combination. If the actual facts are different than these assumptions (which they are likely to be), the percentage ownership retained by RSVAC's existing stockholders in the Combined Entity will be different.

In addition, Enovix employees and consultants hold equity awards, and after Business Combination, are expected to be granted, equity awards under the 2021 Plan and purchase rights under the ESPP. You will experience additional dilution when those equity awards and purchase rights become vested and settled or exercisable, as applicable, for shares of the Combined Entity's common stock.

The issuance of additional common stock will significantly dilute the equity interests of existing holders of RSVAC securities and may adversely affect prevailing market prices for our units, public shares or public warrants.

***RSVAC may redeem the unexpired Warrants prior to their exercise at a time that is disadvantageous to Warrant holders, thereby making their Warrants worthless.***

RSVAC has the ability to redeem outstanding Warrants at any time after they become exercisable and prior to their expiration, at a price of $0.01 per Warrant, provided that the last reported sales price of the

60

Common Stock equals or exceeds $18.00 per share for any 20 trading days within a 30 trading-day period ending on the third trading day prior to the date RSVAC sends the notice of redemption to the Warrant holders if, and only if, there is a current registration statement in effect with respect to the shares of Common Stock underlying such Warrants at the time of redemption and for the entire 30-day trading period referred to above and continuing each day thereafter until the date of redemption. Redemption of the outstanding Warrants could force you (i) to exercise your Warrants and pay the exercise price therefor at a time when it may be disadvantageous for you to do so, (ii) to sell your Warrants at the then-current market price when you might otherwise wish to hold your Warrants or (iii) to accept the nominal redemption price which, at the time the outstanding Warrants are called for redemption, is likely to be substantially less than the market value of your Warrants. None of the Placement Warrants will be redeemable by RSVAC so long as they are held by their initial purchasers or their permitted transferees.

***Anti-takeover provisions contained in the proposed amended and restated certificate of incorporation and proposed amended and restated bylaws, as well as provisions of Delaware law, could impair a takeover attempt.***

The Amended Charter will contain provisions that may discourage unsolicited takeover proposals that stockholders may consider to be in their best interests. RSVAC is also subject to anti-takeover provisions under Delaware law, which could delay or prevent a change of control. Together these provisions may make more difficult the removal of management and may discourage transactions that otherwise could involve payment of a premium over prevailing market prices for RSVAC's securities. These provisions are described in the section titled "*Charter Amendment Proposal*."

***Activities taken by RSVAC's affiliates to purchase, directly or indirectly, Public Shares will increase the likelihood of approval of the Business Combination Proposal and the other Proposals and may affect the market price of the RSVAC's securities.***

RSVAC's Sponsor, directors, officers, advisors or their affiliates may purchase shares in privately negotiated transactions either prior to or following the consummation of the Business Combination. None of RSVAC's Sponsor, directors, officers, advisors or their affiliates will make any such purchases when such parties are in possession of any material non-public information not disclosed to the seller or during a restricted period under Regulation M under the Exchange Act. Although none of RSVAC's Sponsor, directors, officers, advisors or their affiliates currently anticipate paying any premium purchase price for such Public Shares, in the event such parties do, the payment of a premium may not be in the best interest of those stockholders not receiving any such additional consideration. There is no limit on the number of shares that could be acquired by RSVAC's Sponsor, directors, officers, advisors or their affiliates, or the price such parties may pay.

If such transactions are effected, the consequence could be to cause the Business Combination to be approved in circumstances where such approval could not otherwise be obtained. Purchases of shares by the persons described above would allow them to exert more influence over the approval of the Business Combination Proposal and other proposals and would likely increase the chances that such Proposals would be approved. If the market does not view the Business Combination positively, purchases of Public Shares may have the effect of counteracting the market's view, which would otherwise be reflected in a decline in the market price of RSVAC's securities. In addition, the termination of the support provided by these purchases may materially adversely affect the market price of RSVAC's securities.

As of the date of this proxy statement/prospectus, no agreements with respect to the private purchase of Public Shares by RSVAC or the persons described above have been entered into with any such investor or holder. RSVAC will file a Current Report on Form 8-K with the SEC to disclose private arrangements entered into or significant private purchases made by any of the aforementioned persons that would affect the vote on the Business Combination Proposal or other proposals.

***Changes in laws or regulations, or a failure to comply with any laws and regulations, may adversely affect RSVAC's business, investments and results of operations.***

RSVAC is subject to laws, regulations and rules enacted by national, regional and local governments. In particular, RSVAC is required to comply with certain SEC, Nasdaq and other legal or regulatory requirements. Compliance with, and monitoring of, applicable laws, regulations and rules may be difficult, time consuming

61

and costly. Those laws, regulations and rules and their interpretation and application may also change from time to time and those changes could have a material adverse effect on RSVAC's business, investments and results of operations. In addition, a failure to comply with applicable laws, regulations and rules, as interpreted and applied, could have a material adverse effect on RSVAC's business and results of operations.

***If the Business Combination does not qualify as a reorganization under Section 368(a) of the Code, the stockholders of Enovix may be required to pay substantial U.S. federal income taxes.***

The discussion under the heading "U.S. Federal Income Tax Considerations of the Business Combination" represents the opinions of Loeb & Loeb, counsel to RSVAC, and Cooley LLP, counsel to Enovix, that the Business Combination will qualify as a "reorganization" within the meaning of Section 368(a) of the Code, and of the material U.S. federal income tax consequences of the Business Combination to the holders of Enovix capital stock addressed therein. These opinions of counsel are prospective, dependent on future events, and based on, among other things, facts and representations contained in representation letters provided by Enovix, RSVAC and Merger Sub and on customary factual assumptions, all of which must be consistent with the state of facts existing at the time of the Merger, and the foregoing opinions further assume that the Business Combination is completed in the manner set forth in the Merger Agreement and the Registration Statement on Form S-4 of which this proxy statement/prospectus forms a part. If any assumption or representation is or becomes inaccurate, such opinions may be invalid, and the conclusions reached therein could be jeopardized. However, there is no condition to the completion of the Business Combination that either Enovix or RSVAC receives an opinion of counsel dated as of the closing date to the effect that the Business Combination will so qualify, and the Business Combination may occur even if it does not so qualify. In addition, no ruling has been, or will be, sought by Enovix or RSVAC from the IRS with respect to the Business Combination and there can be no assurance that the IRS will not challenge the qualification of the Business Combination as a "reorganization" under Section 368(a) of the Code or that a court would not sustain such a challenge. An opinion of counsel represents counsel's best legal judgement and is not binding on the IRS or the courts, which may not agree with the conclusions set forth in such opinion. If the IRS or a court determines that the Business Combination should not be treated as a "reorganization," a holder of Enovix capital stock would recognize gain or loss upon the taxable exchange of Enovix capital stock for consideration pursuant to the Business Combination. See the section titled "*Material U.S. Federal Income Tax Considerations of the Redemption of RSVAC Common Stock and the Business Combination*".

***Our disclosure controls and procedures were not effective as of December 31, 2020 and as of March 31, 2021, and as a result we do not expect that our disclosure controls and procedures will prevent all errors and all instances of fraud. The ineffective disclosure controls and procedures may harm our operating results, subject us to regulatory scrutiny and sanction, cause investors to lose confidence in our reported financial information and have a negative effect on the market prices for our Common Stock.***

On April 12, 2021, the Staff of the SEC issued a statement regarding the accounting and reporting considerations for warrants issued by special purpose acquisition companies entitled "Staff Statement on Accounting and Reporting Considerations for Warrants Issued by Special Purpose Acquisition Companies" (the "**SEC Statement**").

Following issuance of the SEC Statement, on May 5, 2021, RSVAC filed its Annual Report on Form 10-K/A ("**Amendment No. 1**"), to amend our Annual Report on Form 10-K for the period ended December 31, 2020, originally filed with the SEC, on March 8, 2021 (the "**Original 10-K**"), to restate our financial statements for the period ended December 31, 2020. We also restated the financial statement as of December 4, 2020, including describing the restatement and its impact on previously reported amounts.

The restatement primarily relates to consideration of the factors in determining whether to classify contracts that may be settled in an entity's own stock as equity of the entity or as an asset or liability in accordance with Accounting Standards Codification ("**ASC**") 815-40, *Derivatives and Hedging — Contracts in Entity's Own Equity*. In the Original 10-K, RSVAC classified the Warrants as equity instruments. Upon consideration of the SEC Statement, management of RSVAC concluded that based on the fact that the Warrants may be settled in cash upon the occurrence of a tender offer or exchange and RSVAC does not control the method of settlement, the Warrants are precluded from equity classification. As the Warrants

62

TABLE OF CONTENTS

meet the definition of a derivative as contemplated in ASC 815, the Warrants should be recorded as liabilities on the balance sheet and measured at fair value at inception and on a recurring basis in accordance with ASC 820, *Fair Value Measurement*, with changes in fair value recognized in the statement of operations.

RSVAC's revised accounting for the Warrants as derivative liabilities had no effect on RSVAC's previously reported operating expenses, cash flows or cash.

In connection with the restatement, RSVAC's management reassessed the effectiveness of its disclosure controls and procedures for the periods affected by the restatement. As a result of that reassessment, RSVAC's management determined that its disclosure controls and procedures for such periods were not effective with respect to the classification of the Warrants as components of equity instead of as derivative liabilities. Since RSVAC's registration statement on Form S-1, filed in connection with its IPO was declared effective on December 1, 2020, there are no other periods that would have been impacted.

We do not expect that our disclosure controls and procedures will prevent all errors and all instances of fraud. Disclosure controls and procedures, no matter how well conceived and operated, can provide only reasonable, not absolute, assurance that the objectives of the disclosure controls and procedures are met. Further, the design of disclosure controls and procedures must reflect the fact that there are resource constraints, and the benefits must be considered relative to their costs. Because of the inherent limitations in all disclosure controls and procedures, no evaluation of disclosure controls and procedures can provide absolute assurance that we have detected all our control deficiencies and instances of fraud, if any. The design of disclosure controls and procedures also is based partly on certain assumptions about the likelihood of future events, and there can be no assurance that any design will succeed in achieving its stated goals under all potential future conditions. Ineffective disclosure controls and procedures may harm our operating results, subject us to regulatory scrutiny and sanction, cause investors to lose confidence in our reported financial information and have a negative effect on the market prices for RSVAC Common Stock.

**Risks Related to the Redemption**

***If you or a "group" of stockholders of which you are a part are deemed to hold an aggregate of 20.0% or more of RSVAC Common Stock issued in the RSVAC IPO, you (or, if a member of such a group, all of the members of such group in the aggregate) will lose the ability to redeem all such shares of 20.0% or more of RSVAC Common Stock issued in the RSVAC IPO.***

A public stockholder, together with any of his, her or its affiliates or any other person with whom it is acting in concert or as a "group" (as defined under Section 13 of the Exchange Act), will be restricted from redeeming in the aggregate his, her or its shares or, if part of such a group, the group's shares, of 15% or more of the shares of Common Stock included in the Units sold in the RSVAC IPO. RSVAC refers to such shares in excess of an aggregation of 15% or more of the shares sold in the RSVAC IPO as "Unredeemable Shares." In order to determine whether a stockholder is acting in concert or as a group with another stockholder, RSVAC will require each public stockholder seeking to exercise redemption rights to certify to RSVAC whether such stockholder is acting in concert or as a group with any other stockholder. Such certifications, together with other public information relating to stock ownership available to RSVAC at that time, such as Section 13D, Section 13G and Section 16 filings under the Exchange Act, will be the sole basis on which RSVAC makes the above-referenced determination. Your inability to redeem any Unredeemable Shares will reduce your influence over RSVAC's ability to consummate the Business Combination and you could suffer a material loss on your investment in RSVAC if you sell Unredeemable Shares in open market transactions. Additionally, you will not receive redemption distributions with respect to the Unredeemable Shares if RSVAC consummates the Business Combination. As a result, in order to dispose of such shares, you would be required to sell your stock in open market transactions, potentially at a loss. Notwithstanding the foregoing, stockholders may challenge RSVAC's determination as to whether a stockholder is acting in concert or as a group with another stockholder in a court of competent jurisdiction.

***There is no guarantee that a stockholder's decision whether to redeem their shares for a pro rata portion of the Trust Account will put the stockholder in a better future economic position.***

RSVAC can give no assurance as to the price at which a stockholder may be able to sell its Public Shares in the future following the completion of the Business Combination or any alternative business

63

combination. Certain events following the consummation of any initial business combination, including this Business Combination, may cause an increase in RSVAC's share price, and may result in a lower value realized now for a stockholder redeeming their shares than a stockholder of RSVAC might realize in the future. Similarly, if a stockholder does not redeem their shares, the stockholder will bear the risk of ownership of the Public Shares after the consummation of any initial business combination, and there can be no assurance that a stockholder can sell its shares in the future for a greater amount than the redemption price set forth in this proxy statement/prospectus. A stockholder should consult the stockholder's own tax and/or financial advisor for assistance on how this may affect his, her or its individual situation.

***If RSVAC's stockholders fail to comply with the redemption requirements specified in this proxy statement/prospectus, they will not be entitled to redeem their shares of RSVAC Common Stock for a pro rata portion of the funds held in the Trust Account.***

Holders of Public Shares are required to affirmatively vote either for or against the Business Combination Proposal in order to exercise their rights to redeem their shares for a pro rata portion of the Trust Account. In addition, in order to exercise their redemption rights, they are required to submit a request in writing and deliver their stock (either physically or electronically) to RSVAC's transfer agent at least two (2) business days prior to the Special Meeting. Stockholders electing to redeem their shares will receive their pro rata portion of the aggregate amount then on deposit in the Trust Account, including interest earned on the funds held in the Trust Account and not previously released to it to pay RSVAC's franchise and income taxes, calculated as of two (2) business days prior to the anticipated consummation of the Business Combination. See the section titled "*Special Meeting of RSVAC Stockholders — Redemption Rights*" for additional information on how to exercise your redemption rights.

***RSVAC's stockholders who wish to redeem their shares for a pro rata portion of the Trust Account must comply with specific requirements for redemption that may make it more difficult for them to exercise their redemption rights prior to the deadline.***

RSVAC's public stockholders who wish to redeem their shares for a pro rata portion of the Trust Account must, among other things as fully described in the section titled "*Special Meeting of RSVAC Stockholders — Redemption Rights,*" tender their certificates to RSVAC's transfer agent or deliver their shares to the transfer agent electronically through the DTC at least two business days prior to the Special Meeting. In order to obtain a physical stock certificate, a stockholder's broker and/or clearing broker, DTC and RSVAC's transfer agent will need to act to facilitate this request. It is RSVAC's understanding that stockholders should generally allot at least two weeks to obtain physical certificates from the transfer agent. However, because RSVAC does not have any control over this process or over the brokers, which RSVAC refers to as "DTC," it may take significantly longer than two weeks to obtain a physical stock certificate. If it takes longer than anticipated to obtain a physical certificate, stockholders who wish to redeem their shares may be unable to obtain physical certificates by the deadline for exercising their redemption rights and thus will be unable to redeem their shares.

***The ability to execute RSVAC's strategic plan could be negatively impacted to the extent a significant number of stockholders choose to redeem their shares in connection with the Business Combination.***

In the event the aggregate cash consideration RSVAC would be required to pay for all shares of Common Stock that are validly submitted for redemption plus any amount required to satisfy cash conditions pursuant to the terms of the Merger Agreement exceeds the aggregate amount of cash available to RSVAC, RSVAC may be required to increase the financial leverage RSVAC's business would have to support. This may negatively impact RSVAC's ability to execute on its own future strategic plan.

**Risks Related to the Combined Entity and the Business Combination**

***Following the consummation of the Business Combination, the Combined Entity will incur significant increased expenses and administrative burdens as a public company, which could negatively impact its business, financial condition and results of operations.***

Following the consummation of the Business Combination, the Combined Entity will face increased legal, accounting, administrative and other costs and expenses as a public company that Enovix does not

64

incur as a private company. The Sarbanes-Oxley Act, including the requirements of Section 404, as well as rules and regulations subsequently implemented by the SEC, the Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010 and the rules and regulations promulgated and to be promulgated thereunder, the PCAOB and the securities exchanges, impose additional reporting and other obligations on public companies. Compliance with public company requirements will increase costs and make certain activities more time consuming. A number of those requirements will require the Combined Entity to carry out activities Enovix has not done previously. For example, the Combined Entity will create new board committees and adopt new internal controls and disclosure controls and procedures. In addition, expenses associated with SEC reporting requirements will be incurred. Furthermore, if any issues in complying with those requirements are identified (for example, if the auditors identify a material weakness or significant deficiency in the internal control over financial reporting), the Combined Entity could incur additional costs rectifying those issues, and the existence of those issues could adversely affect the Combined Entity's reputation or investor perceptions of it. It may also be more expensive to obtain director and officer liability insurance. Risks associated with the Combined Entity's status as a public company may make it more difficult to attract and retain qualified persons to serve on the Combined Entity's board of directors or as executive officers. The additional reporting and other obligations imposed by these rules and regulations will increase legal and financial compliance costs and the costs of related legal, accounting and administrative activities. These increased costs will require the Combined Entity to divert a significant amount of money that could otherwise be used to expand the business and achieve strategic objectives. Advocacy efforts by stockholders and third parties may also prompt additional changes in governance and reporting requirements, which could further increase costs.

***The Combined Entity's failure to timely and effectively implement controls and procedures required by Section 404(a)of the Sarbanes-Oxley Act that will be applicable to it after the Business Combination is consummated could negatively impact its business.***

Enovix is currently not subject to Section 404 of the Sarbanes-Oxley Act. However, following the consummation of the Business Combination, the Combined Entity will be required to provide management's attestation on internal controls. The standards required for a public company under Section 404(a) of the Sarbanes-Oxley Act are significantly more stringent than those required of Enovix as a privately held company. Management may not be able to effectively and timely implement controls and procedures that adequately respond to the increased regulatory compliance and reporting requirements that will be applicable after the Business Combination. If the Combined Entity is not able to implement the additional requirements of Section 404(a) in a timely manner or with adequate compliance, it may not be able to assess whether its internal controls over financial reporting are effective, which may subject it to adverse regulatory consequences and could harm investor confidence and the market price of its securities.

***The Combined Entity will qualify as an "emerging growth company" within the meaning of the Securities Act, and if it takes advantage of certain exemptions from disclosure requirements available to emerging growth companies, it could make the Combined Entity's securities less attractive to investors and may make it more difficult to compare the Combined Entity's performance to the performance of other public companies.***

The Combined Entity will qualify as an "emerging growth company" as defined in Section 2(a)(19) of the Securities Act, as modified by the JOBS Act. As such, the Combined Entity will be eligible for and intends to take advantage of certain exemptions from various reporting requirements applicable to other public companies that are not emerging growth companies for as long as it continues to be an emerging growth company, including (a) the exemption from the auditor attestation requirements with respect to internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act, (b) the exemptions from say-on-pay, say-on-frequency and say-on-golden parachute voting requirements and (c) reduced disclosure obligations regarding executive compensation in its periodic reports and proxy statements. The Combined Entity will remain an emerging growth company until the earliest of (i) the last day of the fiscal year in which the market value of RSVAC Common Stock that is held by non-affiliates exceeds $700 million as of June 30 of that fiscal year, (ii) the last day of the fiscal year in which it has total annual gross revenue of $1.07 billion or more during such fiscal year (as indexed for inflation), (iii) the date on which it has issued more than $1 billion in non-convertible debt in the prior three-year period or (iv) the last day of the fiscal year following the fifth anniversary of the date of the first sale of RSVAC Common Stock in the IPO. In addition, Section 107 of the JOBS Act also provides that an emerging growth company can take advantage of the exemption

65

from complying with new or revised accounting standards provided in Section 7(a)(2)(B) of the Securities Act as long as the Combined Entity is an emerging growth company. An emerging growth company can therefore delay the adoption of certain accounting standards until those standards would otherwise apply to private companies. We have elected not to opt out of such extended transition period and, therefore, the Combined Entity may not be subject to the same new or revised accounting standards as other public companies that are not emerging growth companies. Investors may find RSVAC Common Stock less attractive because the Combined Entity will rely on these exemptions, which may result in a less active trading market for the RSVAC Common Stock and its price may be more volatile.

***The Combined Entity's amended and restated certificate of incorporation will provide that the Court of Chancery of the State of Delaware and the federal district courts of the United States of America will be the exclusive forums for certain disputes between the Combined Entity and its stockholders, which could limit the Combined Entity's stockholders' ability to choose the judicial forum for disputes with the Combined Entity or its directors, officers, or employees.***

The Combined Entity's amended and restated certificate of incorporation will provide that the Court of Chancery of the State of Delaware (or, if and only if the Court of Chancery of the State of Delaware lacks subject matter jurisdiction, any state court located within the State of Delaware or, if and only if all such state courts lack subject matter jurisdiction, the federal district court for the District of Delaware) is the exclusive forum for:

- any derivative action or proceeding brought on its behalf;

- any action asserting a claim of breach of fiduciary duty owed by any of the Combined Entity's current or former directors, officers, or other employees to the Combined Entity or its stockholders;

- any action asserting a claim against the Combined Entity owed by any of the Combined Entity's current or former directors, officers, or other employees to the Combined Entity or its stockholders arising under the Delaware General Corporation Law, the Combined Entity's amended and restated certificate of incorporation, or the Combined Entity's amended and restated bylaws;

- any action or proceeding to interpret, apply, enforce or determine the validity of the amended and restated certificate of incorporation or the amended or restated bylaws (including any right, obligation, or remedy thereunder);

- any action or proceeding as to which the DGCL confers jurisdiction to the Court of Chancery of the State of Delaware; and

- any action asserting a claim against the Combined Entity or any of its current or former directors, officers, or other employees that is governed by the internal affairs doctrine, in all cases to the fullest extent permitted by law and subject to the court's having personal jurisdiction over the indispensable parties named as defendants.

This exclusive-forum provision would not apply to suits brought to enforce a duty or liability created by the Exchange Act or any other claim for which the federal courts have exclusive jurisdiction, or the Securities Act. In addition, to prevent having to litigate claims in multiple jurisdictions and the threat of inconsistent or contrary rulings by different courts, among other considerations, the Amended Charter provides that, unless the Combined Entity consents in writing to the selection of an alternative forum, to the fullest extent permitted by law, the federal district courts of the United States of America will be the exclusive forum for resolving any complaint asserting a cause of action arising under the Securities Act. However, Section 22 of the Securities Act creates concurrent jurisdiction for federal and state courts over all suits brought to enforce any duty or liability created by the Securities Act or the rules and regulations thereunder. Accordingly, both state and federal courts have jurisdiction to entertain such claims. As noted above, the Combined Entity's amended and restated certificate of incorporation provides that the federal district courts of the United States will be the exclusive forum for the resolution of any complaint asserting a cause of action under the Securities Act. Due to the concurrent jurisdiction for federal and state courts created by Section 22 of the Securities Act over all suits brought to enforce any duty or liability created by the Securities Act or the rules and regulations thereunder, there is uncertainty as to whether a court would enforce the exclusive form provision. The Combined Entity's amended and restated certificate of incorporation further provides that any person or entity holding, owning or otherwise acquiring any

66

interest in any of our securities shall be deemed to have notice of and consented to these provisions. Investors also cannot waive compliance with the federal securities laws and the rules and regulations thereunder.

These exclusive-forum provisions may limit a stockholder's ability to bring a claim in a judicial forum that it finds favorable for disputes with the Combined Entity or its directors, officers, or other employees. While the Delaware courts have determined that such choice of forum provisions are facially valid, a stockholder may nevertheless seek to bring such a claim arising under the Securities Act against the Combined Entity its directors, officers, or other employees in a venue other than in the federal district courts of the United States of America. In such instance, the Combined Entity would expect to vigorously assert the validity and enforceability of the exclusive forum provisions of the Combined Entity's amended and restated certificate of incorporation. This may require significant additional costs associated with resolving such action in other jurisdictions and the Combined Entity cannot assure you that the provisions will be enforced by a court in those other jurisdictions. If a court were to find either exclusive-forum provision in the Combined Entity's amended and restated certificate of incorporation to be inapplicable or unenforceable in an action, it may incur further significant additional costs associated with resolving the dispute in other jurisdictions, all of which could harm the Combined Entity's business.

67

## CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS

This proxy statement/prospectus contains forward-looking statements. Forward-looking statements provide RSVAC's and Enovix's current expectations or forecasts of future events. Forward-looking statements include statements about RSVAC's and Enovix's expectations, beliefs, plans, objectives, intentions, assumptions and other statements that are not historical facts. The words "anticipates," "believe," "continue," "could," "estimate," "expect," "intends," "may," "might," "plan," "possible," "potential," "predicts," "project," "should," "would" and similar expressions may identify forward-looking statements, but the absence of these words does not mean that a statement is not forward-looking. Forward-looking statements relating to RSVAC in this proxy statement/prospectus include, but are not limited to, statements about RSVAC's:

- benefits from the Business Combination;

- ability to complete an initial business combination, including the Business Combination;

- future financial performance following the Business Combination;

- success in retaining or recruiting, or changes required in, our officers, key employees or directors following an initial business combination;

- officers and directors allocating their time to other businesses and potentially having conflicts of interest with Enovix's business or in approving our initial business combination, as a result of which they would then receive expense reimbursements;

- public securities' potential liquidity and trading;

- use of proceeds not held in the Trust Account; and

- impact from the outcome of any known and unknown litigation.

Forward-looking statements relating to Enovix in this proxy statement/prospectus include, but are not limited to, statements about:

- the future demand for lithium-ion battery solutions;

- Enovix's ability to achieve broader market acceptance of its 3D lithium-ion battery;

- the effect of the COVID-19 pandemic on Enovix's business; ;

- changes in Enovix's strategy, future operations, financial position, estimated revenues and losses, projected costs, prospects and plans;

- the implementation and success of Enovix's business model;

- Enovix's ability to scale in a cost-effective manner;

- Enovix's ability to raise capital;

- developments and projections relating to Enovix's competitors and industry;

- the outcome of any known and unknown litigation and regulatory proceedings; and

- other risks and uncertainties set forth in the section titled "*Risk Factors*" as set forth in this prospectus, which is incorporated herein by reference.

These forward-looking statements are based on information available as of the date of this proxy statement/prospectus, and current expectations, forecasts and assumptions, and involve a number of risks and uncertainties. Accordingly, forward-looking statements should not be relied upon as representing our views as of any subsequent date, and we do not undertake any obligation to update forward-looking statements to reflect events or circumstances after the date they were made, whether as a result of new information, future events or otherwise, except as may be required under applicable securities laws.

In addition, statements that RSVAC or Enovix "believes" and similar statements reflect such party's beliefs and opinions on the relevant subject. These statements are based upon information available to such party as of the date of this proxy statement/prospectus, and while such party believes such information

68

forms a reasonable basis for such statements, such information may be limited or incomplete, and these statements should not be read to indicate that either RSVAC or Enovix has conducted an exhaustive inquiry into, or review of, all potentially available relevant information. These statements are inherently uncertain and investors are cautioned not to unduly rely upon these statements.

You should not place undue reliance on these forward-looking statements in deciding how to grant your proxy or instruct how your vote should be cast or vote your shares on the proposals set forth in this proxy statement/prospectus. As a result of a number of known and unknown risks and uncertainties, our actual results or performance may be materially different from those expressed or implied by these forward-looking statements. Some factors that could cause the Combined Entity's actual results to differ include:

- the occurrence of any event, change or other circumstances that could give rise to the termination of the Business Combination;

- the outcome of any legal proceedings that may be instituted against RSVAC, Enovix or others following announcement of the Business Combination and the transactions contemplated therein;

- the inability to complete the transactions contemplated by the Business Combination due to the failure to obtain approval of the stockholders of RSVAC or Enovix or other conditions to closing in the Business Combination;

- the risk that the proposed transaction disrupts current plans and operations as a result of the announcement and consummation of the Business Combination;

- the ability to recognize the anticipated benefits of the Business Combination, which may be affected by, among other things, the ability of the Combined Entity to grow and manage growth profitably, maintain relationships with customers, compete within its industry and retain its key employees;

- costs related to the proposed Business Combination;

- the possibility that RSVAC or Enovix may be adversely impacted by other economic, business, and/or competitive factors;

- future exchange and interest rates; and

- other risks and uncertainties indicated in this proxy statement/prospectus, including those under "*Risk Factors*" herein, and other filings that have been made or will be made with the SEC.

69

## INFORMATION ABOUT ENOVIX

### Overview

Enovix has designed, developed and sampled advanced Lithium-ion, or Li-ion, batteries with energy densities that are five years ahead of current industry standard products. "Energy density" is measured as the product of the power a battery puts out in watts times the number of hours the battery can put out that power, divided by the volume (size) of the battery measured in liters. The units of energy density are thus watt-hours per liter or Wh/l. As of Q1 2021, Enovix estimates that its current battery products deliver 27%-110% greater energy density than the batteries in several categories of currently available consumer electronics products.

This energy density breakthrough alters a 30-year Li-ion battery industry trajectory of modest (4.36%) annual Li-ion battery energy density improvements. Assuming this industry improvement rate of 4.36% per year continues, and Enovix's estimated greater energy density of at least 27%, it would require five years for the industry to reach energy densities equivalent to Enovix's current batteries. Enovix expects that market-leading mobile computing customers will use Enovix technology variously to enhance the feature set of their products, reduce their size and weight, or alternatively to extend the battery life of their products. In addition, Enovix believes that batteries with increased energy density will enable the next mass market computing platform (Augmented Reality, or A/R) and aid in the adoption of Electric Vehicles (EVs).

Enovix is disrupting a large market. According to industry analyst Avicenne Energy's 2019 estimate, the Li-ion battery cell market will grow from $45 billion in 2020 to $75 billion in 2025. Enovix will first deliver products that target the mobile computing segment of the market, where customers place a premium on improved energy density. This high value segment represents an addressable market that is estimated to be $13 billion by 2025, based on Enovix's analysis of industry unit forecasts from industry researchers IDC and TrendForce. Focusing first on this high value segment will allow Enovix to quickly validate its technology and build a business with an attractive financial profile ahead of entering the EV market.

Enovix's proprietary 3D cell architecture took 13 years to develop and $239 million in investment, including $120 million from three strategic partners, Intel, Qualcomm and Cypress Semiconductor, and investments from two strategic tier-one customers that invested in Enovix technology to secure early access to Enovix battery products. As discussed below, Enovix architecture is uniquely suited to accommodate an anode in which the only active cycling material is silicon (i.e., 100% active silicon), replacing a conventional graphite anode and thereby increasing energy density.

The Li-ion battery industry has recognized the value and pursued the development of 100% active silicon anodes for a long time. Silicon is relatively inexpensive, widely available and can store more than twice as much lithium as graphite per unit volume, leading directly to batteries with higher energy density. The automaker Tesla, Inc. notably highlighted silicon as its future anode of choice at its "Battery Day," held in September 2020. The promise of 100% active silicon anodes, however, has gone unfulfilled to-date because their use introduces new, heretofore unsolved problems, such as unacceptable battery cycle life, i.e., a low number of times (~100) a battery can be fully charged and discharged during its life.

Enovix's advanced 3D cell architecture has solved the problems associated with 100% active silicon anodes. In 2018, Enovix began sampling Li-ion cells that combine both industry-leading energy densities and high battery cycle life. Enovix has sampled four different battery products to 20 customers and, as a result, has Service Revenue agreements with several market-leading customers. These Service Revenue contracts include specific contractual milestones that are agreed upon by Enovix and the customer. These milestones include the design and approval of custom cells, procurement of fabrication tooling to meet the customer's specifications, and fabrication and delivery of custom cells from Enovix's pilot production line. The time periods for achievement of these milestones range from 2 to 18 months following the effective date of the contract. Enovix is in various stages of completion for these contracts, but for all contracts Enovix has completed and received approval for the custom design work and procured the fabrication tooling. Within these Service Revenue contracts, the amount of consideration is fixed, the contracts contain a single performance obligation, and revenue is recognized at the point in time the final milestone is met (i.e., a final working prototype meeting all required specifications) and the customer obtains control of the deliverable. During 2020 and 2019, Enovix did not recognize any Service Revenue as final milestones were not yet met.

184

The initial terms of these Service Revenue contracts vary from three to five years, and will automatically renew unless either party notifies the other party of its intent not to renew. In general, these contracts can be terminated by either party upon the material breach of the other party, if such breach is not cured, and in some cases upon bankruptcy or sale of either party. In addition, certain of these Service Revenue contracts may be terminated by the customer if milestones are delayed and such delay is not cured, if Enovix fails to comply with applicable laws, and for convenience upon notice ranging from 30 to 90 days.

Enovix began scaling up production of its advanced battery products by designing equipment in 2018 and ordering manufacturing equipment starting in 2020 The manufacturing design and production team includes executives and board members that have built and/or run manufacturing operations at many corporations, including Tesla (both the main EV plant and the battery "**Gigaplant**"), SunPower (automated solar cell plant), Cypress (automated semiconductor assembly and test plant), IBM (hard disk drive plant) and FormFactor (3D probe card plant). Enovix is currently installing equipment in Fremont, California, and plans to begin production early next year, with forecasted first product revenue after customer qualification in Q2 2022.

**Industry Background**

***Limited Innovation in Battery Technology for 30 Years***

In 1991 Sony developed the first Li-ion battery for consumer electronics to power its newly invented handheld video recorder, which needed smaller and lighter batteries with more energy than those available at the time. The camcorder team, with years of experience in coating magnetic tapes, developed a battery based on that technology. Their architecture, sometimes referred to as a "Jelly Roll", consists of an anode (A) in a long strip format, a long strip cathode (C) and two long strip separators (S), all on rolls, which are interleaved and then wound together into a Jelly Roll in this order: ASCSASCS…

**Conventional Li-Ion Battery (Jelly Roll)[1]**

[1]Note the wasted volume (black) in the corners and between the layers. *Source: Journal of The Electrochemical Society.*

The Jelly Roll is then placed in a hermetic package and filled with electrolyte, an organic liquid through which the lithium ions repeatedly travel back and forth between the battery's anode and the cathode. During charging, the lithium ions cycle from the cathode (the positive electrode), through tiny holes in the separator, and into the anode (the negative electrode). This process is reversed when the battery is discharged. This basic construct of a Li-ion battery has remained unchanged for nearly 30 years.

Historically, advancements in battery performance have come primarily from improvements in the active cathode and anode materials of the battery. The process of new materials discovery, development, testing and qualification is by its nature a slow and arduous process and resulted in an anemic rate of battery improvement, of 4.36% per year in volumetric energy density over the last 3 decades, as shown in the next figure. At the same time, the electronic devices that these batteries power have dramatically increased their product features and energy requirements by capitalizing on the rapid and continuous electronic miniaturization provided by the semiconductor integrated circuit (IC) industry. This phenomenon, known as "Moore's Law", has resulted in electronic components doubling their transistor density (and thus the IC product features) about every two years. The disparity in improvement rates between ICs and batteries has forced the consumer devices industry to compromise the usable feature sets and the operating time between battery charges.

185

**Li-Ion Energy Density Over Time**



Actual and projected industry energy density metrics for a cell phone size battery.

Samsung fire problems on its "Note 7" product resulted in a stall in energy density improvement for two years

### A Fundamentally Better Approach

Enovix was founded by a team of individuals with expertise in 3D architectures learned from 25 years of experience in the manufacturing of hard disk drives (IBM) and semiconductor wafer probing systems (FormFactor). Rather than focusing solely on the materials inside the battery, Enovix began development of a novel three dimensional (3D) physical battery design, one that could both improve the packing efficiency of the active materials in the battery as well as accommodating the use of a 100% active silicon anode.

The founders conceived a completely different design for a battery. Rather than interleaving and winding long anode, cathode and separator strips into a Jelly Roll, the founders proposed an architecture in which many short anodes and cathodes were positioned side by side, with a separator between each anode-cathode pair. The 3D Silicon[TM] Lithium-ion Battery architecture is depicted below:

**3D Silicon™ Lithium-ion Battery**



The anode and cathode strips are ~3mm tall and ~30mm long for the example of an Enovix battery shown above. The anode, separator and cathode strips are stacked side-by-side with many such layers in the final battery width of ~50mm. This architecture allows for a more efficient use of the volume of the battery, in contrast to the Jelly Roll battery, in which significant volume is wasted at the corners and in gaps in the center of the battery, given the lack of precision of the winding process. This increase in volume efficiency alone improves the energy density of Enovix batteries over a Jelly Roll cell.

### Uniquely Enabling Silicon Anodes

Looking at a problem from a different perspective often yields new opportunities and solutions that would otherwise not be possible. This is the case with the Enovix 3D cell architecture. Rather than having

186

long, wound electrodes that run parallel to the face of the battery, Enovix cells have many small electrodes that are orthogonal to the largest face of the battery. This seemingly small difference has huge benefits. Specifically, the 3D cell architecture is well-suited to accommodate the use of a silicon anode and therefore capitalize on the higher energy density it provides, as described below.

Silicon has long been heralded as the next important anode material. Silicon anodes can theoretically store more than twice as much lithium than the graphite anode that is used in nearly all Li-ion batteries today ($1800 mAh/cm^3$ vs. $800 mAh/cm^3$). Once successfully integrated into a battery, silicon anodes are theoretically capable of increasing a Li-ion battery's capacity by about 36% and a corresponding increase in energy density.

Silicon's high energy density, however, creates four significant technical problems that must be solved:

- **Formation expansion.** "Formation" is the term for the first charging of the battery, when lithium moves from the cathode, through the separator, to the anode. When fully charged, a silicon anode can more than double in thickness, resulting in significant swelling that can physically damage the battery, causing failure.
- **Formation efficiency.** When first charged, a silicon anode can absorb and permanently trap as much as 50%-60% of the original lithium in the battery, reducing the battery's capacity by 50%-60%.
- **Cycle swelling.** A silicon anode will swell and shrink when the battery is charged and discharged, respectively, causing damage to both the package and the silicon particles in the anode, which can crack, and further trap lithium on the fresh silicon surfaces exposed by the crack.
- **Cycle life.** Silicon particles can become electrically disconnected from the electrode when the silicon anode is in its shrunken state and can crack when the silicon anode is swollen, both of which can lower cycle life. In addition, when silicon particles become disconnected from the electrode, they are no longer able to accept lithium and neighboring particles must absorb the excess, causing over charging and further opportunities for physical damage.

Left unaddressed, these four problems have limited the practical application of silicon anodes in conventional lithium-ion battery cells. Enovix's 3D cell architecture uniquely solves these four technical problems to enable 100% active silicon anodes.

**Problem 1 — Formation expansion**

In a conventional graphite anode, lithium atoms slip into the vacant spaces between the graphite layers, forming $LiC_6$, resulting in very little graphite anode swelling during cycling (<10%). In a silicon anode, however, lithium atoms form a lithium-silicon alloy that does not have such vacant spaces, forming $Li_{15}Si_4$. While this alloying process results in an increased ability to store lithium, it also causes significant expansion of the anode material during charging, creating high pressure within the battery (1,500 psi in Enovix batteries).

If a silicon anode were used in a conventional battery architecture, the pressure of anode swelling would act on the large face of the battery, creating a force as large as 1.7 tons for a battery in the example below. This force is analogous to a car standing on end on top of a cell phone sized battery.

**Silicon Swelling Forces in a Conventional Li-Ion Battery**



187

---

By contrast, when silicon anodes are used in the Enovix 3D cell architecture, the anodes do not face the largest side of the battery; instead the anodes face a short side of the battery. Because these anode faces are small in area, this same 1,500 psi pressure, therefore, creates a force of only 210 pounds as shown below.

**Silicon Swelling Forces in Enovix 3D Silicon$^{TM}$ Lithium-Ion Battery**



To manage this 210 pounds of force, Enovix invented a very thin (50-micron) stainless steel constraint system (green above) to surround the battery. This constraint system limits the battery from swelling and growing in size. Moreover, the constraint system keeps the anode and cathode materials under constant compression, maintaining excellent particle-to-particle connection. Enovix has 14 issued patents strategically focused on the solutions to the problems created by formation expansion.

**Problem 2 — Formation Efficiency**

The first time a Li-ion battery is charged or formed, some of the lithium is permanently trapped in undesired side-reactions and surface layers on the anode and cathode particles. These losses proportionately reduce the capacity of the battery by removing lithium.

During formation of a conventional Li-ion battery with a graphite anode, ~5% of the lithium from a lithium cobalt oxide cathode will get permanently trapped in the graphite anode, never to return to the cathode.

A silicon anode, by contrast, has a formation efficiency of roughly 50% to 60%, meaning that about 50% to 60% of the lithium is trapped in the silicon anode during formation and is no longer available for repeated cycling, reducing the battery's capacity in half.

Enovix's 3D cell architecture uniquely enables a practical solution to this problem. The Enovix cell assembly process has an added step called "pre-lithiation," in which a thin lithium source is placed on top of the cell, within the package. By electrochemically coupling this lithium source to the electrodes, additional lithium can be dosed into the cell, replenishing the lithium lost during formation. Moreover, additional lithium beyond the initial replenishment can be dosed, providing a reservoir of lithium to a) counteract the normal lithium consumption that occurs in every battery during its life and b) provide the proper voltage balance to keep the minimum discharge voltage in the regime to be useful for devices.

The physical process by which the added lithium moves into the battery is called diffusion. The time required for lithium atoms to diffuse is proportional to the square of the diffusion distance. In a conventional battery architecture, the length of the electrode can be on the order of dozens of millimeters resulting in a pre-lithiation process that could take weeks to accomplish if a thin lithium source were placed on top of the cell. In Enovix's battery architecture, however, the lithium is required to travel a distance of only ~3mm, which can be accomplished in hours. Enovix has 33 patents strategically focused on the solutions to the problem of formation efficiency.

**Enovix Patented Pre-Lithiation Process**



188

**Problems 3 & 4 — Swelling and Cycle Life**

When conventional Li-ion batteries with graphite anodes are cycled (charged and discharged), they exhibit a modest amount of cyclic swelling (<10%). Silicon anodes, by contrast, can swell by 20%, or more. The continuous swelling and shrinking during charging and discharging can fracture the anode silicon particles and/or electrically disconnect them, and limit cycle life to less than 100 cycles, which is not commercially viable in many applications. Additionally, any swelling in the cell over its lifetime must be accommodated by larger cavity volume, effectively reducing the practical energy density of the cell.

Enovix's unique structural constraint system applies a uniform engineered pressure on the silicon particles within the anode, limiting their fracture and maintaining electrical contact between them for an extended number of cycles. As seen below, cycle swelling is thus kept under 2%, outperforming even conventional graphite anodes. Enovix cells that have been cycled over 500 times show minimal expansion as shown below.

**Cycled Enovix 3D Silicon Cells (<2% Swelling)**

First cycle



After 538 cycles

By addressing swelling, Enovix's 3D cell architecture with its constraint system is designed to enable silicon anodes to achieve the commercial cycling standard of 500 complete charge/discharge cycles to 80% remaining capacity with improvements planned on Enovix's roadmap. A complete charge/discharge cycle is where the battery is charged all the way to 4.35V and then discharged to 2.7V.

**Enovix 3D Silicon Cycling Performance (Complete Charge/Discharge Cycles)**



The actual cycling charge/discharge curves of an example wearable class LCO cathode and 100% active Si anode battery is shown below. Each line depicts the change in cell voltage as the cell is charged (or discharged) up (or down) to its target voltage. The curves for the initial cycle and every subsequent hundredth

189

cycle are highlighted in colors other than gray. As the cell ages during cycling, the discharge (and charge) capacity decreases, shifting the curves from the right to left in the figure below.



Cell details: 260 mAh cell (26 mm x 20 mm x 3.4 mm); 530 Wh/l VED (960 Wh/l core); 1C CCCV charge/1C discharge; 4.35 – 2.7 V; 4.5mAh/cm$^2$ LCO loading.

Enovix has 23 issued patents strategically focused on the solutions to the problems of swelling and cycle life.

**Energy Density Comparison to Solid-State Batteries**

Solid-state or Li-metal anode batteries are viewed by some as the next generation of rechargeable battery technology. Given the claims of R&D scientists working in this field, it is therefore instructive to compare the expected future energy density of such a device in comparison to a Li-ion battery with a silicon anode. Dimensional comparisons of the basic building blocks or the unit cells that are repeated to form a battery are described in the figure below. While a Li-metal anode is thinner than a comparable silicon anode, in Enovix's review of the literature, it found the thinnest solid-state separator was 25um, which is considerably thicker than the 12um separators commonly used with silicon or graphite anode batteries. As a result, there is only 1.43% difference in the dimensions of Enovix's Si-based unit cell with one containing a Li-metal anode and a 25um solid state separator, and by inference only 1.43% difference in capacity of a given battery with the same physical size. Significantly, however, Enovix's silicon-based Li-ion batteries will be available in the market next year.



190

TABLE OF CONTENTS

**Benefits of Enovix Advanced Li-ion Battery**

The use of Enovix 3D cell architecture, coupled with the use of a 100% active silicon anode, dramatically improves energy density. Enovix batteries can now be used to improve the performance of a wide range of mobile products, including wearable devices, mobile communication devices, laptops and tablets. Then, after the lengthy automotive qualification, Enovix batteries will be used in high-performance EVs and energy storage systems.

*Wearable Devices* — Mobile devices are transitioning from hand-held to wearable formats — such as smartwatches and fitness bands. According to Allied Market Research, the global smartwatch market will reach $96 billion by 2027. This transition promises to improve personal health and fitness, replace wallets for identification and payments, and enhance communications. Enovix believes increased energy density is essential to enable this transition by extending battery life and allowing for the delivery of enhanced features and new form factors. Enovix estimates that the Li-ion battery cell total addressable market in wearables will be $3.0 billion by 2025. In 2020, Enovix secured an initial design win in this market with a smartwatch industry leader.

*Mobile Communications Devices* — The Li-ion battery, introduced in 1991, also provided the increase in energy density needed for cell phones to evolve from their original "brick-size" into today's sleek, sophisticated smartphone. Energy requirements continue to become more demanding as device OEMs seek to launch power-hungry 5G cell phones with on-board artificial intelligence (AI). Gartner predicts that on-board AI will be used on 80% of smartphones by 2022, up from 10% today. Just as it was 30 years ago, a significant increase in battery energy density will enable mobile device designers to continue improving user experience, functionality, and battery life in smaller devices.

In enterprise markets such as Land Mobile Radio (LMR), used by police and first responders, increased energy density can be leveraged to reduce product size and weight, while simultaneously enabling new features. Enovix estimates that the Li-ion battery cell total addressable market in mobile communications devices will be $8.2 billion by 2025. Enovix has secured a design win in this market with an LMR market leader.

*Computing —* The Li-ion battery can also be credited for helping to usher in an era of portable PC computing. In 2020, laptops, tablets and hybrids (detachable tablets) were estimated to outship traditional desktop PCs by nearly 5-to-1 according to market-watcher IDC. This ongoing trend has been accelerated by a shift toward remote work and school. As a result, users are demanding higher performance from their portable PCs. For example, Intel's Project Athena contemplates a future in which laptop PCs deliver nine or more hours of real-world battery life. Ultimately users want "always on, all day" battery life, similar to that which they experience with their cell phones. Increased energy density is needed for this task, along with enabling more power-hungry features. Enovix estimates that the Li-ion battery cell total addressable market in Computing will be $1.8 billion by 2025. Enovix has secured a design win in this market with a Tier-1 laptop manufacturer.

*AR/VR —* Augmented reality and virtual reality are nascent markets today, held back by suboptimal battery life to support the advanced features product designers intend to deliver. Large batteries add bulk, increase strain on the user, and force the use of inelegant form factors. Delivering large gains in energy density is key to allowing AR/VR product designers to enable both the features and the form factors necessary to give these products mass market appeal. Enovix estimates the Li-ion battery cell total addressable market in AR/VR will be $200 million by 2025. Enovix has secured design wins in this market from two AR/VR market leaders.

*Electric Vehicles —* According to BloombergNEF, the number of EVs will grow from 2.1 million in 2019 to 8.5 million in 2025. Replacing internal combustion engine (ICE) vehicles with EVs can reduce emissions that contribute to smog and climate change, but mass adoption of EVs requires price parity with ICE vehicles. The Li-ion battery is the single most costly part of a passenger EV today. To date, the decline in battery cost has been driven largely by a declining cost of raw materials and improved production efficiency. But, according to BloombergNEF, continued battery cost reduction in the second half of the 2020s will require increased energy density for greater Watt-hour capacity at the cell and pack level. Enovix's 3D cell architecture has been designed for the use of low-cost commodity silicon anode materials as opposed to

191

heavily engineered silicon materials. Enovix believes lower raw material costs in combination with highly efficient and high-speed assembly processes will provide a battery cell with lower cost than a comparable conventional Li-ion cell at scale. While the architecture adds some cost to each individual cell, Enovix anticipates that this cost penalty will be more than offset by the higher energy density per cell on $/Whr basis.

In July 2020, Enovix was selected by the U.S. Department of Energy to perform advanced R&D on Li-ion batteries with silicon anodes for EV applications. The Enovix project titled, "Structurally and Electrochemically Stabilized Silicon-rich Anodes for Electric Vehicle (EV) Applications," proposes to achieve energy density over 350 Wh/kg, cycle life greater than 1,000 cycles and 10-year calendar life using a 95%-plus active silicon anode, the Enovix patented 3D cell architecture, and optimized electrolyte chemistry. Mitsubishi Chemical Corporation, a global leader in formulated electrolytes for Li-ion batteries, and the National Renewable Energy Laboratory (NREL), a leading research institution focused on energy-efficient solutions, have agreed to support Enovix on the project.

### Producing the Enovix 3D Silicon™ Lithium-ion Battery

Enovix has developed the advanced manufacturing processes needed to produce its batteries in high volume and at low cost. Manufacturing is where many advanced battery companies have failed historically.

The Enovix team has developed an innovative low-cost approach that uses the conventional Li-ion battery cell manufacturing equipment on approximately 70% of the manufacturing process, while using Enovix's own proprietary tools on the approximately 30% of the processes focused on laser patterning and stacking of electrodes.



https://www.sec.gov/Archives/edgar/data/1828318/000110465921085122/tm217682-15_424b3.htm     200/482

*A Low Cost, "Drop-in" Advanced Li-ion Battery Production Process*

Standard Li-ion battery production involves: 1) electrode fabrication, 2) cell assembly and 3) battery packaging and formation.



### Electrode Fabrication

Sony developed and commercialized the first Li-ion battery in 1991 to meet the power requirements of its new handheld camcorder. Sony's battery division adapted its existing magnetic recording tape production equipment to make batteries: 1) to mix chemical anode and cathode slurries, 2) to coat them onto metal foil current collectors, 3) to "calender" (flatten) the surface, 4) to slit the coated metal foil into electrode sheets, and 5) to roll them up for packaging in cylindrical metal cans. While there have been process improvements over the years, electrodes for conventional Li-ion batteries are still fabricated using this standard method developed almost 30 years ago.

*Cell Assembly* — Li-ion cells were initially assembled by winding electrodes and separators into a naturally cylindrical Jelly Roll configuration, packaged in a cylindrical metal can. While some Li-ion batteries still use cylindrical metal cans, low-profile portable electronic devices require thinner, flatter cell formats, like the flat Jelly Roll shown earlier. Li-ion cell assembly first addressed this need with a wind-and-flatten process introduced in the early 1990s. Today, it is common to wind the Jelly Roll onto a flat–rather than round–metal form. In 1995, cut-and-stack cell assembly improved spatial efficiency, but it is slow, expensive, and imprecise. Enovix has developed a more precise roll-to-stack cell assembly process to enable a silicon anode that increases Li-ion cell energy density and maintains high cycle life.

193

*Wind-and-Flatten Cell Assembly* — Wind-and-flatten cell assembly, introduced in the early 1990s, essentially flattens the cylindrical Jelly Roll into a thin, flat package for use in portable electronic devices such as laptop computers and mobile phones. The wind-and-flatten electrode assembly can be packaged in a metal case, but it is most often packaged in a polymer pouch for portable electronic device applications. It can also be produced in larger formats, with welded aluminum housings for electric powertrains in EVs.

*Cut-and-Stack Cell Assembly* — Cut-and-stack cell assembly was introduced in 1995. Instead of winding and flattening, electrodes and separators are cut (or punched) into sheets, which are stacked horizontally. Cut-and-stack assembly provides better spatial efficiency than Jelly Roll wind-and-flatten assembly because the volume lost from core is eliminated and space at the outside edges is reduced. Cut-and-stack cells are used in consumer, military, and EV applications.

*Enovix Roll-to-Stack Cell Assembly* — Enovix has designed proprietary tools, produced for Enovix by precision automated equipment suppliers, which incorporate patented methods and processes to achieve precise laser patterning and high-speed roll-to-stack cell assembly. These tools are "drop-in" replacements for either the wind-and-flatten tools or the cut-and-stack tools in standard Li-ion production processes.

The Enovix precision roll-to-stack assembly has been designed to be a more precise, faster, and less expensive version of standard cut-and-stack cell assembly. Instead of cutting or punching, electrodes and separators are laser patterned and stacked into 3D cell architecture. An in-line laser precisely patterns the electrodes and separators, which are then fed directly to a high-speed stacking tool. The laser patterning and high-speed stacking of electrodes and separators in the patented Enovix 3D cell architecture provides more precise and automatic layer alignment and better spatial efficiency than conventional cut-and-stack cell assembly that typically require slow, optical alignment of each layer.

*Battery Packaging and Formation* — An Enovix 3D Silicon™ Lithium-ion battery uses the same battery packaging and formation process as a conventional Li-ion battery–with one exception. The first cycle formation efficiency of a graphite anode is about 90%-95%. The first cycle formation efficiency of a silicon anode is only about 50% to 60%. The pre-lithiation process of the 3D Silicon™ Lithium-ion battery overcomes the first-cycle formation efficiency issue, while preserving all the other benefits of silicon over graphite for anodes.

**Enovix Products**

The first technology node Enovix will bring to market is called EX-1, which makes batteries sized for wearables and mobile communications devices with energy densities well above current market standards. As seen below, Enovix has sampled a prototype version of EX-1, named EX-0.9, at energy densities just below the targeted spec of 722 Wh/l for wearables and 900 Wh/l for mobile communications devices. Enovix believes this gap will be closed when Enovix's pilot manufacturing equipment used for sampling is replaced by the more precise Fab-1 production equipment.

194

**EX-1 Energy Density vs. Products in the Market**



The Enovix product roadmap also projects that on a standard cell-phone size battery, the energy density will improve from the current 900 Wh/l to 1,030 Wh/l by Q2 2023 (EX-2 node) and 1,255 Wh/l by Q1 2025 (EX-3 node). Both the EX-2 and EX-3 product families will introduce an added step-function improvement in Li-ion energy density over the industry.

**Enovix Battery Energy Density Roadmap**



To achieve these goals, Enovix will drive step-function improvements in 3D cell architecture to increase overall performance efficiency, while also enjoying the adoption of the higher energy density cathodes being developed continually by the industry.

**Enovix Competitive Strengths**

*100% Active Silicon Maximizes Anode Energy Density* — Conventional Li-ion battery architecture only allows small amounts of silicon (~5%) to be blended with graphite in the anode, limited by swelling. Proprietary Enovix 3D cell architecture enables use of silicon *without* graphite to achieve 100% active silicon anode.

*Full-Depth of Discharge Cycle Life* — To date, the delivered capacity of 100% active silicon Li-ion batteries comprising low-cost commodity silicon anode materials drastically decreases within the first 100 cycles, thus limiting their market adoption. Enovix has internally built and verified battery cells based on its

195

proprietary 3D cell architecture with an integrated structural constraint capable of 500 cycles, opening mass-market opportunities. With further enhancements, Enovix expects to increase cycle life to 1,000 cycles or more.

*"Drop-in" Production Process* — Enovix has developed a production process that uses about 70% of the conventional Li-ion battery manufacturing process. Enovix's proprietary roll-to-stack production tools are "drop-in" replacements for the wind-and-flatten or cut-and-stack tools in conventional pouch Li-ion battery cell assembly that allow Enovix to achieve cost-effective, high-volume production capability for silicon-anode Li-ion batteries without creating an all-new factory.

*Lower Cost than Conventional Lithium-Ion Batteries* — Enovix's 3D cell architecture has been designed for the use of low-cost commodity silicon anode materials as opposed to heavily engineered silicon materials. Enovix believes lower raw material costs in combination with highly efficient and high-speed assembly processes will result in Enovix's battery cell having a lower cost than comparable conventional lithium-ion cells at scale. While the architecture adds some cost to each individual cell, Enovix anticipates that this cost penalty will be more than offset by the higher energy density per cell on $/Whr basis.

*Increased Watt-Hour Production Capacity* — Enovix's battery *unit* production capacity per hour is about the same as that of a conventional Li-ion battery production line. However, the silicon anode Li-ion battery unit energy density is significantly greater than a conventional Li-ion battery, making the Watt-hour (Wh) capacity of an Enovix-enabled production line about 30% greater than that of a conventional Li-ion battery production line at the same volume.

*Customer Tested in Multiple Form Factors* — Enovix has sampled pilot-production cells in four different sizes to 20 mobile computing customers as part of product development programs. Applications cover a range of portable electronic products, including wearables, mobile handsets, and laptop computers.

*Mass-Market Commercialization* — Having overcome the cycle-life and production-cost problems previously associated with silicon-anode Li-ion batteries, Enovix expects to generate product revenue in the portable electronic device market starting in Q2 2022.

*Retrofit to Scale Production* — Enovix's proprietary roll-and-stack cell assembly process can be a "drop-in" replacement for the wind-and-flatten or cut-and-stack cell sections in a conventional Li-ion battery production line. Compared to new construction, Enovix projects that retrofitting an existing, standard Li-ion battery production line for Enovix battery production can be completed significantly faster and at lower cost, i.e., with quicker time to market and better financial margins.

*Practical Path to EV and Renewable Energy Markets* — Enovix will initially validate its silicon anode Li-ion battery technology and production process in the quality-conscious, high-volume portable electronic device market. This will help mitigate technology and production risks as Enovix scales up its production process for the EV and energy storage markets.

*Home Grown IP* — Unlike many advanced battery startups, which have licensed core technology from government or academic research laboratories, Enovix has developed and owns all of its intellectual property. Enovix received its first patents in 2012 and, to date, has been awarded 89 patents with 54 applications pending.

*Process Driven Innovation* — Enovix battery development is occurring at the frontier of science, where process innovations are evolving rapidly. Since even minor process changes can have an immense impact on battery performance, the value of co-locating and coupling the R&D to manufacturing at the same location (Fremont, California) is core to Enovix's technology development strategy.

**Enovix Growth Strategy** — Enovix has developed and is now executing a three-phase growth strategy that will first commercialize the silicon anode Li-ion battery in the mobile device market in Fab-1 by Q2 2022, then scale production to penetrate multiple mobile device markets profitably in Fab-2 by 2023, and finally, enter the EV market in the mid-2020s.

*Phase One: Production and Commercialization* — Enovix has completed construction and is now equipping its initial Fab-1 production facility in Fremont, California. Enovix expects to begin production in Fab-1 by Q1 2022, resulting in commercial delivery to customers by Q2 2022. Enovix will initially focus on

196

small-format batteries for wearable devices, where increased energy density is essential for mass-market adoption. Enovix projects that the maximum 2025 production capacity of Fab-1 will be approximately 254 megawatt-hours (MWh).

*Phase Two: Market and Production Expansion* — Enovix's plan is to acquire and retrofit an existing conventional Li-ion battery production facility ("**Fab-2**") to expand total production capability by approximately seven-fold, to 1.78 gigawatt-hours (GWh), to drive revenue growth and achieve profitability and positive cash flow. The funds available upon consummation of the Business Combination will fully fund this capacity expansion.

Enovix expects Fab-2 to allow it to address multiple mobile device markets, a combination of large, established markets (laptops and/or smartphones), mid-size growth markets (land mobile radios) and emerging wearable markets (with explosive growth potential such as AR eyewear).

*Phase Three: EVs* — As Enovix commercializes existing battery products in multiple mobile device markets, it will continue to develop its 3D cells for the EV market. Enovix believes that validating and commercializing its silicon anode Li-ion battery technology and production process for the portable electronic market will significantly reduce its technology and production risks and enable entry into the larger EV battery market. Enovix intends to either license its battery and production technology to, or partner with, major Li-ion battery producers and/or automotive EV OEMs.

## Research and Development

Enovix conducts research and development at their headquarters facility in Fremont, California. The R&D programs are focused on driving improvements in the performance and cost of the 3D cell architecture.

Current R&D activities include the following:

*Energy Density and Capacity* — Increase the energy density and capacity of batteries by increasing the percent by volume of active cathode material.

*Cycle Life and Temperature* — Improve the cycle life and high and low temperature performance of batteries by developing new electrolyte chemistries.

*Anodes and Cathodes* — Develop batteries with next-generation anodes and cathodes that increase energy density.

*Cost and Throughput* — Develop toolsets and processes to produce batteries with lower cost and higher manufacturing throughput.

*Larger (EV) Size* — Develop electrode and electrolyte chemistries in batteries with silicon anodes which, when scaled up to EV-size cells, meet or exceed EV performance requirements.

## Intellectual Property

Enovix depends on patent, trademark, trade secret laws, confidentiality agreements, nondisclosure agreements and other contractual protections to protect its proprietary technology advancements, maintain competitive advantage, and enforce core intellectual property rights. As of March 1, 2021, Enovix owns 89 issued patents and 54 pending or allowed patent applications, which includes 34 issued U.S. patents, 12 pending or allowed U.S. patent applications, 55 foreign patents, 42 pending or allowed foreign applications, 1 issued U.S. trademark registration, and 1 Madrid Protocol application for trademark registration designating 13 foreign countries. Enovix's issued patents start expiring in 2028.

## Competition

The Li-ion battery supplier market is highly competitive, with both large incumbent suppliers and emerging new suppliers.

Prospective competitors of Enovix include major manufacturers currently supplying the mobile device, EV and BESS industries, mobile device and automotive OEMs, and potential new entrants to the industry.

197

Incumbent suppliers of Li-ion batteries include Panasonic Corporation, Samsung SDI, Contemporary Amperex Technology Co. Ltd., and LG-Chem Ltd. They supply conventional Li-ion batteries and in some cases are seeking to develop silicon anode Li-ion batteries. In addition, because of the importance of EVs, many automotive OEMs are researching and investing in advanced Li-ion battery efforts including battery development and production.

There are also several emerging companies investing in developing improvements to conventional Li-ion batteries or new technologies for Li-ion batteries, including silicon anodes and solid-state architectures. Some of these companies have developed relationships with incumbent battery suppliers, auto OEMs and consumer electronics brands. These companies are also exploring new chemistries for electrodes, electrolytes, and additives.

Enovix's ability to compete successfully will rely on factors both within and outside Enovix's control, including broader economic and industry trends. Factors within Enovix's control include driving competitive pricing, cost, energy density, safety and cycle life.

Enovix believes that their ability to compete against this set of competitors will be driven by a number of factors, including product performance, cost, reliability, product roadmap, customer relationships and ability to scale manufacturing. Enovix believes it will compete well on each of these factors based on advanced battery innovation to date and the ability to continue to design, develop and produce higher performing products for the customers served in Enovix's targeted markets.

### Government Regulation and Compliance

Enovix is subject to government regulations covering factory safety, battery safety, battery transportation, use of batteries in mobile devices and automobiles, and disposal of hazardous materials. Enovix will have to comply with these regulations to sell batteries into the market.

### Employees and Human Capital Resources

As of February 15, 2021, Enovix employed 129 full time employees and 3 part time employees, based primarily in Enovix's headquarters in Fremont CA. Approximately 61 of Enovix's employees are engaged in research and development, and approximately 58 are engaged in operations.

Enovix's human capital resources objectives include, as applicable, identifying, recruiting, retaining, incentivizing and integrating its existing and new employees. The principal purposes of Enovix's equity incentive plans are to attract, retain and motivate personnel through the granting of equity-based compensation awards, in order to increase stockholder value and the success of Enovix by motivating such individuals to perform to the best of their abilities and achieve Enovix's objectives.

### Facilities

Enovix corporate headquarters is in Fremont, California, leasing 68,658 square feet under a lease that expires in 2030. Approximately 64,000 square feet will be used for battery production and research and development. Enovix believes that this space is adequate to meet their current needs. Future demands, however, will require significant expansion of production capacity, by building and/or acquiring additional space beyond the Fremont facility.

### Legal Proceedings

Enovix is currently not a party to any litigation or legal proceedings that, in the opinion of management, are likely to have a material adverse effect on business.

198