# EXHIBIT 5

PRODUCED IN NATIVE FORMAT

Confidential

COMPANY CONFIDENTIAL

COMPANY CONFIDENTIAL

COMPANY CONFIDENTIAL

# Equipment Suppliers by Region

## Enovix has chosen Domestic Suppliers for its core Processes

- Equipment for IP sensitive processes for electrode fabrication and proprietary battery assembly process has been developed with Domestic Suppliers

| TOOL | SUPLIER | COUNTRY OF ORIGIN |
|---|---|---|
| Anode Laser | Delta ModTech | USA |
| Cathode Laser | Delta ModTech | USA |
| Spacer Lamination Tool | SYSCO | TAIWAN |
| Separator Laser | SYSCO | TAIWAN |
| Auto Assembly Line | DW Fritz | USA |
| Packaging Line | YingHe | CHINA |
| Test & Formation Line | TopPower | CHINA |

| Suppliers by Location | Equipment Suppliers |
|---|---|
| USA | 2 |
| TAIWAN | 2 |
| CHINA | 2 |



COMPANY CONFIDENTIAL

4

# Substantial Transformation in Enovix Process

## Enovix proprietary manufacturing process ensures Substantial Transformation for LIB cells



*Replaces industry standard electrode winding and flattening process

COMPANY CONFIDENTIAL

5

# ZONE 1 EQUIPMENT PICS



Separator Laser



Spacer Laminator

Supplier: SYSCO
Country of Origin: Taiwan

Supplier: SYSCO
Country of Origin: Taiwan

COMPANY CONFIDENTIAL

# ZONE 1 EQUIPMENT PICS



Cathode Laser

Supplier: Delta ModTech
Country of Origin: USA



Anode Laser

Supplier: Delta ModTech
Country of Origin: USA

# ZONE 2 EQUIPMENT PICS

## Stations of the Automated Battery Assembly Line



Stacking



Alumina Overfill

Supplier: DW Fritz
Country of Origin: USA

Supplier: DW Fritz
Country of Origin: USA

# ZONE 2 EQUIPMENT PICS

## Stations of the Automated Battery Assembly Line



Tab Pull BB Insert



Laser Weld

Supplier: DW Fritz
Country of Origin: USA

Supplier: DW Fritz
Country of Origin: USA

# ZONE 3 EQUIPMENT PICS





## Stations of the Automated Battery Packaging Line





Tab Welding



Pouch Forming

**Supplier: YingHe**
**Country of Origin: China**

**Supplier: YingHe**
**Country of Origin: China**

# ZONE 3 EQUIPMENT PICS



## Stations of the Automated Battery Packaging Line





Flag Preparation



Pouch Sealing

Supplier: YingHe
Country of Origin: China

Supplier: YingHe
Country of Origin: China

COMPANY CONFIDENTIAL

## Stations of the Automated Test & Formation Line



ASRS Robot



Formation Cabinets

Supplier: Top Power
Country of Origin: China

Supplier: Top Power
Country of Origin: China