# EXHIBIT 13

EX-99.1 2 d443209dex991.htm EX-99.1



# Disclaimer

This presentation (this "Presentation") is provided solely for information purposes only and does not constitute an offer to sell, a solicitation of an offer to buy, or a recommendation to purchase any equity or debt. Enovix assumes no obligation to update the information in this Presentation, except as required by law. Furthermore, any and all trademarks and trade names referred to in this Presentation are the property of their respective owners.

**Forward-Looking Statements**

This Presentation contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, about us and our industry that involve substantial risks and uncertainties. Forward-looking statements generally relate to future events or our future financial or operating performance. In some cases, you can identify forward-looking statements because they contain words such as "believe", "will", "may", "estimate", "continue", "anticipate", "intend", "should", "plan", "expect", "predict", "could", "potentially", "target", "project", "evaluate," "emerge," "focus," "goal" or the negative of these terms or similar expressions. Actual results could differ materially from these forward-looking statements as a result of certain risks and uncertainties. For additional information on these risks and uncertainties and other potential factors that could affect our business and financial results or cause actual results to differ from the results predicted, please refer to our filings with the Securities and Exchange Commission (the "SEC"), including in the "Risk Factors" and "Management's Discussion and Analysis of Financial Condition and Results of Operations" sections of our most recently filed periodic reports on Form 10-K and Form 10-Q and other documents that we have filed, or that we will file, with the SEC. Any forward-looking statements made by us in this presentation speak only as of the date on which they are made and subsequent events may cause these expectations to change. We disclaim any obligations to update or alter these forward-looking statements in the future, whether as a result of new information, future events or otherwise, except as required by law.



TJR 1/3/2023

## Gen 2 vs. Gen 1 Lines

| Parameter | Gen 1 | Gen 2 |
| --- | --- | --- |
| Placement | Conveyor belt (100μ) | Linear motors (20μ) |
| Parallelism | 3x wide (laser) | Up to 12x wide (vacuum bake) |
| Metrology | 7 stations | 30 stations |
| Cost | $30M | $55M |
| UPH | 550 (200 achievable) | 1350 |
| Depr./unit[1] | $1.12 ($3.08) | $0.84 |
| Heads | 45 | 120 |
| Heads redesigned | | 13 (3 types) |



38

1. 7 year life @ 80% OEE

TJR 1/3/2023

## Gen 2 Heads Are Mostly Reused Gen 1 Heads

| Zone | Process | Gen 1 | Gen 2 | Comments |
|------|---------|-------|-------|----------|
| Zone 1 | Cathode | 3 | 5 | same vendor, up to 1KW |
| | Anode | 3 | 5 | same vendor, up to 1KW |
| | Separator | 1 | 3 | same vendor, up to 1KW |
| | Laminator | 1 | 1 | |
| | | | | |
| | Stacker start | 1 | 1 | End Plate + Stack start |
| | Stacker Mid | 3 | 7 | |
| | Stacker End | 1 | 1 | End Plate + Stack end |
| | End Plate Insert | 1 | 0 | Gen 2 integrated into start/end |
| | AO Print | 2 | 4 | |
| | Constraint Install | 1 | 3 | |
| Zone 2 | Constraint Bake | 1 | 12 | Smaller ovens |
| | Constraint Weld | 2 | 4 | |
| | Tab Tear | 2 | 4 | |
| | BB Insert | 0 | 6 | Gen 1 manual insertion |
| | BB Weld | 2 | 4 | |
| | DSR | 0 | 3 | Gen 1 manual tool |
| | Slot Fill | 0 | 4 | Gen 1 manual tool |

Legend:
- no/small change (green)
- minor redesign (yellow)
- major redesign (red)



7 year life @ 80% OEE

TJR 1/3/2023

39

# Gen 2 Line Changes

| Zone | Process | Gen 1 | Gen 2 | Comments |
|---|---|---|---|---|
| Zone 3 | Vac Bake | 3 | 4 | Gen 2 smaller bake |
|  | Tab Weld | 1 | 4 |  |
|  | PPL | 1 | 6 |  |
|  | ▬ | 1 | 6 |  |
|  | Pouching | 1 | 2 |  |
|  | E-Fill | 1 | 4 |  |
|  | ▬ | 1 | 4 |  |
|  | Degas | 1 | 4 |  |
|  | Trim | 1 | 4 |  |
|  | Glue & Fold | 1 | 4 |  |
| Zone 4 | OCV1 | 1 | 1 |  |
|  | First Charge | 1 | 1 |  |
|  | Buffer | 1 | 1 |  |
|  | OCV2 | 1 | 1 |  |
|  | Formation 2 | 1 | 1 |  |
|  | Aging | 1 | 1 |  |
|  | OCV 3 | 1 | 1 |  |
| Zone 5 | Inspection (x;y;z -check) | 1 | 1 |  |
|  | X-ray | 0 | 1 |  |
|  | Sorting | 0 | 1 | Gen 1 no sorting tool |
|  | Packing | 1 | 1 |  |

**no/small change**
**minor redesign**
**Major redesign**

"You could have a slide that shows that all the steps are the same and that this doesn't require a total recalibration."
— Shareholder



40    TJR 1/3/2023

# Our (new) Chief Designer

Former member Romanian Naval Special Forces



**"The Right Stuff"** (Russians beat the first U.S. astronaut to space)

"He had to keep smiling and aw-shucking and playing Mr. Modest, just as if it might, in fact, be he who was going up on top of the rocket on May 2 as the first man in the world to risk the mighty shot into space.

"And then early on the morning of April 12, the fabulous but anonymous Building of the Integral, Chief Designer of the Sputniks, struck another of his cruel but dramatic blows. Just twenty days before the first scheduled Mercury flight he sent a five-ton Sputnik Called *Vostok I* into orbit around the earth with a man on aboard, the first cosmonaut, a twenty-seven-year-old test pilot named Yuri Gagarin. *Vostok I* completed one orbit, then brought Gagarin down safely, on land, near the Soviet village of Smelovka.

"It was as if the Soviets' Chief Designer, that invisible genius, was toying with them."



TJR 1/3/2023

# Gen 2 Line Milestones (changes in green)

| Milestone | Number | 2023 Q1 | 2023 Q2 | 2023 Q3 | 2023 Q4 | 2024 Q1 | 2024 Q2 | 2024 Q3 | 2024 Q4 |
|---|---|---|---|---|---|---|---|---|---|
| EDR2—Design Apv'd | 34 | | 17 | 17 | | | | | |
| PO—Purchase Order | 7 | 7[1] | ~~7~~ | | | | | | |
| FAT—Factory Test | 34 | | | 12 | 4 | 18 | | | |
| Installation | 34 | | | | 16 | 18 | | | |
| SAT—Site Test | 34 | | | | | 24 | 10 | | |
| PCR2—Line Functionality | 34 | | | | | | | 34 | |
| ES10—Samples | 1,000 | | | | | | | 1K | |
| PCR3—Line Production | 34 | | | | | | | | 34 |
| QS100—Qual Samples | 10,000 | | | | | | | 10K | |
| P10K—Production | 100,000 | | | | | | | ~~100K~~ 600K[2] | |

_____   _____   _____
Ajay Marathe           Raj Talluri           T.J. Rodgers



1 All POs signed by 3/15/2023. 3 POs currently placed (Q4 2022).
2 Projected production units.

42

TJR 1/3/2023