# EXHIBIT 16

# Document Filed Under Seal