# EXHIBIT 17

# Document Filed Under Seal