# EXHIBIT 18

# Document Filed Under Seal