# EXHIBIT 19

**Table of Contents**

**Index to Financial Statements**

As filed with the U.S. Securities and Exchange Commission on August 2, 2021.

Registration No. 333-

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## FORM S-1
## REGISTRATION STATEMENT
*UNDER*
*THE SECURITIES ACT OF 1933*

# Enovix Corporation
**(Exact name of registrant as specified in its charter)**

| Delaware | 3359 | 20-5871008 |
|---|---|---|
| **(State or other jurisdiction of incorporation or organization)** | **(Primary Standard Industrial Classification Code Number)** | **(I.R.S. Employer Identification No.)** |

**3501 W. Warren Avenue**
**Fremont, CA 94538**
**Telephone: (510) 695-2350**
**(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)**

**Harrold Rust**
**President and Chief Executive Officer**
**Enovix Corporation**
**3501 W. Warren Avenue**
**Fremont, CA 94538**
**Telephone: (510) 695-2350**
**(Name, address, including zip code, and telephone number, including area code, of agent for service)**

*Copies to:*

| | |
|---|---|
| **Edward J. Hejlek** | **Matthew B. Hemington** |
| **General Counsel** | **John T. McKenna** |
| **Enovix Corporation** | **Miguel J. Vega** |
| **3501 W. Warren Avenue** | **Cooley LLP** |
| **Fremont, CA 94538** | **3175 Hanover Street** |
| **Telephone: (510) 695-2350** | **Palo Alto, CA 94304** |
| | **Telephone: (650) 843-5000** |
| | **Fax: (650) 849-7400** |

**Approximate date of commencement of proposed sale to the public:**
As soon as practicable after this Registration Statement is declared effective.

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box.  ☒

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, please check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering.  ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering.  ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering.  ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☒ |
| | | Emerging growth company | ☒ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act.  ☐

## CALCULATION OF REGISTRATION FEE

| Title of Each Class of Securities To Be Registered | Amount to be Registered[1] | Proposed Maximum Aggregate Offering Price Per Security | Proposed Maximum Aggregate Offering Price[3] | Amount of Registration Fee |
|---|---|---|---|---|
| Common Stock, $0.0001 par value per share | 78,155,781[2] | $15.65[3] | $1,223,137,972.65 | $133,444.36 |
| Warrants to purchase Common Stock | 6,000,000[4] | — | — | —[5] |
| Total | | | $1,223,137,972.65 | $133,444.36 |

(1)   In the event of a stock split, stock dividend or other similar transaction involving the registrant's common stock ("Common Stock"), in order to prevent dilution, the number of shares of Common Stock registered hereby shall be automatically increased to cover the additional shares of Common Stock in accordance with Rule 416(a) under the Securities Act.

(2)   Consists of (i) 78,155,781 shares of Common Stock registered for sale by the selling securityholders named in this registration statement (including the shares referred to in the following clauses (ii), (iii) and (iv)), (ii) 6,000,000 shares of Common Stock issuable upon the exercise of 6,000,000 Placement Warrants (as defined below), (iii) 736,769 shares of Common Stock issuable upon the exercise of stock options beneficially owned by certain affiliates and stockholders of Registrant (previously registered pursuant to the registration statement on Form S-4 (File No. 333-253976) filed on March 8, 2021 and subsequently being registered on this Registration Statement), and (iv) 11,500,000 shares of Common Stock issuable upon the exercise of 11,500,000 Public Warrants (as defined below).

(3)    Estimated solely for the purpose of calculating the registration fee in accordance with Rule 457(c) under the Securities Act. The price per share and aggregate offering price are based on the average of the high and low prices of the Common Stock on July 27, 2021, as reported on the Nasdaq Capital Market.

(4)    Represents the resale of 6,000,000 Placement Warrants, which were issued on December 4, 2020 and will become exercisable on December 4, 2021.

(5)    In accordance with Rule 457(i), the entire registration fee for the Placement Warrants is allocated to the shares of Common Stock underlying the Private Placement Warrants, and no separate fee is payable for the Placement Warrants.

**The registrant hereby amends this registration statement on such date or dates as may be necessary to delay its effective date until the registrant shall file a further amendment which specifically states that this registration statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933 or until the registration statement shall become effective on such date as the Commission, acting pursuant to said Section 8(a), may determine.**

**Table of Contents**

**Index to Financial Statements**

The information in this preliminary prospectus is not complete and may be changed. These securities may not be sold until the registration statement filed with the Securities and Exchange Commission is effective. This preliminary prospectus is not an offer to sell these securities nor does it seek an offer to buy these securities in any jurisdiction where the offer or sale is not permitted.

Subject to Completion, Dated August 2, 2021

**PRELIMINARY PROSPECTUS**



# Up to 78,155,781 Shares of Common Stock

# (Including up to 17,500,000 Shares of Common Stock Issuable Upon Exercise of Warrants)

# Up to 6,000,000 Warrants to Purchase Common Stock

This prospectus relates to the issuance by us of an aggregate of up to 17,500,000 shares of our common stock, $0.0001 par value per share (the "**Common Stock**"), which consists of

- up to 6,000,000 shares of Common Stock that are issuable upon the exercise of 6,000,000 warrants (the "**Placement Warrants**") originally issued in a private placement to the initial stockholder of Rodgers Capital, LLC (the "**Sponsor**") in connection with the initial public offering of Rodgers Silicon Valley Acquisition Corp. ("**RSVAC**") and

- up to 11,500,000 shares of Common Stock that are issuable upon the exercise of 11,500,000 warrants (the "**Public Warrants**" and, together with the Placement Warrants, the "**Warrants**") originally issued in the initial public offering of RSVAC.

We will receive the proceeds from any exercise of any Warrants for cash.

This prospectus also relates to the offer and sale from time to time by the selling securityholders named in this prospectus or their permitted transferees (the "**selling securityholders**") of

- up to 66,655,781 shares of Common Stock consisting of

  - up to 12,500,000 shares of Common Stock issued in a private placement pursuant to subscription agreements ("**Subscription Agreements**") entered into on February 22, 2021,

  - up to 6,000,000 shares of Common Stock issuable upon exercise of the Placement Warrants,

  - up to 736,769 shares of Common Stock issuable upon the exercise of stock options,

  - up to 5,750,000 shares of Common Stock issued pursuant to that certain Subscription Agreement, dated September 24, 2020, by and between the Company and Rodgers Capital, LLC, and

  - up to 41,669,012 shares of Common Stock issued pursuant to that certain Agreement and Plan of Merger, dated as of February 22, 2021, by and among the Company, RSVAC Merger Sub Inc. and Enovix Operations Inc. (f/k/a Enovix Corporation) and subject to that certain Amended and Restated Registration Rights Agreement (the "**Registration Rights Agreement**"), dated July 14, 2021, between us and certain selling securityholders granting such holders registration rights with respect to such shares, and

- up to 6,000,000 Placement Warrants. We will not receive any proceeds from the sale of shares of Common Stock or Warrants by the selling securityholders pursuant to this prospectus.

The selling securityholders may offer, sell or distribute all or a portion of the securities hereby registered publicly or through private transactions at prevailing market prices or at negotiated prices. We will not receive any of the proceeds from such sales of the shares of Common Stock or Warrants, except with respect to amounts received by us upon exercise of the Warrants. We will bear all costs, expenses and fees in connection with the registration of these securities, including with regard to compliance with state securities or "blue sky" laws. The selling securityholders will bear all commissions and discounts, if any, attributable to their sale of shares of Common Stock or Warrants. See the section titled "*Plan of Distribution.*"

The Common Stock and Public Warrants are listed on The Nasdaq Capital Market ("**Nasdaq**") under the symbols "ENVX" and "ENVXW," respectively. On July 30, 2021, the last reported sales price of Common Stock was $16.51 per share and the last reported sales price of our Warrants was $6.90 per Warrant.

We are an "emerging growth company" and a "smaller reporting company" as defined under U.S. federal securities laws and, as such, have elected to comply with reduced public company reporting requirements. This prospectus complies with the requirements that apply to an issuer that is an emerging growth company and a smaller reporting company. We are incorporated in Delaware.

**Investing in our securities involves a high degree of risk. You should review carefully the risks and uncertainties described in the section titled "*Risk Factors*" beginning on page 7 of this prospectus, and under similar headings in any amendments or supplements to this prospectus.**

**Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved of these securities, or passed upon the accuracy or adequacy of this prospectus. Any representation to the contrary is a criminal offense.**

Prospectus dated           , 2021

**Table of Contents**

**Index to Financial Statements**

## TABLE OF CONTENTS

|  | Page |
|---|---|
| PROSPECTUS SUMMARY | 1 |
| RISK FACTORS | 7 |
| MARKET AND INDUSTRY DATA | 31 |
| USE OF PROCEEDS | 31 |
| DETERMINATION OF OFFERING PRICE | 31 |
| MARKET INFORMATION FOR SECURITIES AND DIVIDEND POLICY | 32 |
| MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS | 33 |
| BUSINESS | 48 |
| MANAGEMENT | 64 |
| EXECUTIVE COMPENSATION | 71 |
| CERTAIN RELATIONSHIPS AND RELATED PARTY TRANSACTIONS | 86 |
| PRINCIPAL SECURITYHOLDERS | 92 |
| SELLING SECURITYHOLDERS | 95 |
| DESCRIPTION OF OUR SECURITIES | 105 |
| MATERIAL UNITED STATES FEDERAL INCOME TAX CONSEQUENCES | 113 |
| PLAN OF DISTRIBUTION | 119 |
| LEGAL MATTERS | 122 |
| EXPERTS | 122 |
| WHERE YOU CAN FIND MORE INFORMATION | 122 |
| UNAUDITED PRO FORMA COMBINED FINANCIAL INFORMATION | 123 |
| INDEX TO FINANCIAL STATEMENTS | F-1 |
| REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM | F-43 |

You should rely only on the information contained in this prospectus, any supplement to this prospectus or in any free writing prospectus, filed with the Securities and Exchange Commission. Neither we nor the selling securityholders have authorized anyone to provide you with additional information or information different from that contained in this prospectus filed with the Securities and Exchange Commission. We take no responsibility for, and can provide no assurance as to the reliability of, any other information that others may give you. The selling securityholders are offering to sell, and seeking offers to buy, our securities only in jurisdictions where offers and sales are permitted. The information contained in this prospectus is accurate only as of the date of this prospectus, regardless of the time of delivery of this prospectus or any sale of our securities. Our business, financial condition, results of operations and prospects may have changed since that date.

i

Registration Statement on Form S-1

**Table of Contents**

**Index to Financial Statements**

## ABOUT THIS PROSPECTUS

This prospectus is part of a registration statement on Form S-1 that we filed with the Securities and Exchange Commission (the "**SEC**") using the "shelf" registration process. Under this shelf registration process, the selling securityholders may, from time to time, sell the securities offered by them described in this prospectus. We will not receive any proceeds from the sale by such selling securityholders of the securities offered by them described in this prospectus. This prospectus also relates to the issuance by us of the shares of Common Stock issuable upon the exercise of any Warrants. We will not receive any proceeds from the sale of shares of Common Stock underlying the Warrants pursuant to this prospectus, except with respect to amounts received by us upon the exercise of the Warrants for cash.

Neither we nor the selling securityholders have authorized anyone to provide you with any information or to make any representations other than those contained in this prospectus or any applicable prospectus supplement or any free writing prospectuses prepared by or on behalf of us or to which we have referred you. Neither we nor the selling securityholders take responsibility for, and can provide no assurance as to the reliability of, any other information that others may give you. Neither we nor the selling securityholders will make an offer to sell these securities in any jurisdiction where the offer or sale is not permitted.

We may also provide a prospectus supplement or post-effective amendment to the registration statement to add information to, or update or change information contained in, this prospectus. You should read both this prospectus and any applicable prospectus supplement or post-effective amendment to the registration statement together with the additional information to which we refer you in the sections of this prospectus titled "*Where You Can Find More Information.*"

On July 14, 2021, Legacy Enovix, a Delaware corporation, RSVAC and Merger Sub (as such terms are defined below) consummated the transactions contemplated by the Merger Agreement (as defined below), following the approval at a special meeting of the shareholders of RSVAC held on July 12, 2021. Pursuant to the terms of the Merger Agreement, a Business Combination (as defined below) of Legacy Enovix and RSVAC was effected through the merger of Merger Sub with and into Legacy Enovix, with Legacy Enovix surviving as a wholly owned subsidiary of RSVAC. Prior to the Closing Date (as defined below), RSVA changed its name from Rodgers Silicon Valley Acquisition Corp. to Enovix Corporation.

Unless the context indicates otherwise, references in this prospectus to the "Company," "Enovix," "we," "us," "our" and similar terms refer to Enovix Corporation (f/k/a Rodgers Silicon Valley Acquisition Corp.) and its consolidated subsidiaries (including Legacy Enovix). References to "RSVA" refer to the predecessor company prior to the consummation of the Business Combination.

**Table of Contents**

**Index to Financial Statements**

## CERTAIN RELATIONSHIPS AND RELATED PARTY TRANSACTIONS

Below is a description of transactions since January 1, 2018 to which we were a party or will be a party, in which:

• the amounts involved exceeded or will exceed the lesser of (1) $120,000, or (2) 1% of the average of Enovix's total assets at year end for the last two completed fiscal years; and

• any of our directors, executive officers or holders of more than 5% of any class of our capital stock, or any member of the immediate family of, or person sharing the household with, the foregoing persons, had or will have a direct or indirect material interest.

### Registration Rights Agreement

In connection with the Closing of the Business Combination, we entered into the Amended and Restated Registration Rights Agreement on July 14, 2021, pursuant to which the holders of Registrable Securities (as defined therein) became entitled to, among other things, customary registration rights, including demand, piggy-back and shelf registration rights. Pursuant to the Registration Rights Agreement, we agreed that, on or prior to the 30th day following the Closing of the Business Combination, we will file with the SEC (at our sole cost and expense) a registration statement registering the resale of such Registrable Securities, and we will use our commercially reasonable efforts to have such registration statement declared effective by the SEC as soon as reasonably practicable after the filing thereof. The Registration Rights Agreement also provides that we will pay certain expenses relating to such registrations and indemnify the registration rights holders against (or make contributions in respect of) certain liabilities which may arise under the Securities Act.

### Lock-Up Agreements

In connection with the Closing, our executive officers and certain of our employees, agreed, subject to certain exceptions, not to, without the prior written consent of our board, (i) offer, sell, contract to sell, pledge, or otherwise dispose of, directly or indirectly, any shares of Common Stock or any securities convertible into or exercisable or exchangeable for Common Stock (collectively, the "**Lock-Up Shares**"), or enter into any transaction that would have the same effect, (ii) enter into any swap, hedge or other arrangement that transfers to another, in whole or in part, any of the economic consequences of ownership of the Lock-Up Shares or (iii) publicly announce the intention to make any offer, sale, pledge or disposition, or to enter into any transaction, swap, hedge or other arrangement, or engage in any Short Sales (as defined therein) with respect to any security of Enovix; *provided, however,* that the restrictions set forth in these lock-up agreements shall: (i) not apply to certain of the shares as set forth in each of such lock-up agreements; and (ii) expire with respect to certain of the shares as set forth therein on the date that is 90 days after the Closing Date. Notwithstanding the foregoing, if, at any time before 180 days after the Closing Date there is a Change of Control (as defined therein) of Enovix, all of the shares shall be released from the restrictions set forth therein.

Under the lock-up agreements entered into by members of our board of directors and certain of our stockholders, each party to the agreement agreed that it will not, without the prior written consent of our board, with respect to (i) 50% of the Lock-Up Shares during the period commencing on the Closing Date and ending on the First Release Date (as defined below) and (ii) the remaining 50% of Lock-Up Shares during the period commencing on the Closing Date and ending on the Second Release Date (as defined below), (i) offer, sell, contract to sell, pledge, or otherwise dispose of, directly or indirectly, Lock-Up Shares, or enter into any transaction that would have the same effect, (ii) enter into any swap, hedge or other arrangement that transfers to another, in whole or in part, any of the economic consequences of ownership of the Lock-Up Shares or (iii) publicly announce the intention to make any offer, sale, pledge or disposition, or to enter into any transaction, swap, hedge or other arrangement, or engage in any Short Sales (as defined therein) with respect to

86

[Table of Contents](#)

[Index to Financial Statements](#)

any security of Enovix. The "**First Release Date**" shall mean the earlier of the date that is: (A) six months after the Closing Date; and (B) the date on which the last reported closing price of shares of our Common Stock on the Nasdaq (or such other exchange on which shares of our Common Stock are then listed) equals or exceeds $14.00 per share (as adjusted for stock splits, stock dividends, reorganizations and recapitalizations) for any 20 trading days during any 30 trading day period commencing at least 150 days after the Closing Date (such date, the "**Minimum Price Date**"); The "**Second Release Date**" shall mean the earlier of the date that is: (A) twelve months after the Closing Date; and (B) the Minimum Price Date. Notwithstanding the foregoing, if, at any time before the Second Release Date there is a Change of Control (as defined therein) of Enovix, all of the shares shall be released from the restrictions set forth therein.

Under the lock-up agreements entered into by certain additional stockholders, each party to the agreement agreed that it will not, without the prior written consent of our board, during the period commencing on the Closing Date and ending on the date that is six months after the Closing Date (i) offer, sell, contract to sell, pledge, or otherwise dispose of, directly or indirectly, Lock-Up Shares, or enter into any transaction that would have the same effect (ii) enter into any swap, hedge or other arrangement that transfers to another, in whole or in part, any of the economic consequences of ownership of the Lock-Up Shares or (iii) publicly announce the intention to make any offer, sale, pledge or disposition, or to enter into any transaction, swap, hedge or other arrangement, or engage in any Short Sales (as defined therein) with respect to any security of Enovix. Notwithstanding the foregoing, if, at any time before six months after the Closing Date there is a Change of Control (as defined therein) of Enovix, all of the shares shall be released from the restrictions set forth therein.

The lock-up restrictions contain customary exceptions, including for estate planning transfers, affiliates transfers, and transfers upon death or by will. The holders of 106,411,168 shares of Common Stock are subject to a lock-up agreement.

## RSVAC-Related Agreements

### Private Placement Warrants

Simultaneously with the closing of the RSVAC IPO, RSVAC consummated a private placement of 6,000,000 Placement Warrants, at a price of $1.00 per Placement Warrant to the Sponsor, with the over- allotment option being exercised in full.

Each whole Placement Warrant is exercisable for one whole share of our Common Stock at a price of $11.50 per share. A portion of the proceeds from the sale of the Placement Warrants to the Sponsor was added to the proceeds from the RSVAC IPO held in a trust account.

### Insider Letter Agreement

Simultaneously with the closing of the RSVAC IPO, RSVAC and the Sponsor entered into the Insider Letter Agreement, pursuant to which the Sponsor agreed, among other things, to vote in favor of the Business Combination.

### Subscription Agreements

On the Closing Date, certain purchasers (each, a "**Subscriber**") purchased from the Company an aggregate of 12,500,000 shares of Common Stock (the "**PIPE Shares**"), for a purchase price of $14.00 per share and an aggregate purchase price of $175.0 million, pursuant to separate subscription agreements dated February 22, 2021 (collectively, the "**Subscription Agreements**"). Pursuant to the Subscription Agreements, we agreed to provide the Subscribers with certain registration rights with respect to the PIPE Shares. Legacy Enovix investors Jon D and Linda W Gruber Trust, Park West Investors Masters Fund, Limited and Park West Masters Partners International, Limited purchased 35,714, 1,951,710 and 191,147 shares, respectively, of our Common Stock in the PIPE transaction.

87

**Table of Contents**

**Index to Financial Statements**

**DESCRIPTION OF OUR SECURITIES**

*The following is a summary of the rights of our securities. This summary is qualified by reference to the complete text of our amended and restated certificate of incorporation and amended and restated bylaws filed as exhibits to the registration statement of which this prospectus forms a part.*

**Authorized and Outstanding Stock**

Our amended and restated certificate of incorporation authorizes the issuance of 1,010,000,000 shares, consisting of 1,000,000,000 shares of Common Stock, $0.0001 par value per share, and 10,000,000 shares of preferred stock, $0.0001 par value. Upon the Closing of the Business Combination, there were 145,245,628 shares of Common Stock outstanding. No shares of preferred stock are currently outstanding.

**Common Stock**

***Voting Power***

Except as otherwise required by law or as otherwise provided in any certificate of designation for any series of preferred stock, the holders of Common Stock possess all voting power for the election of the our directors and all other matters requiring stockholder action. Holders of Common Stock are entitled to one vote per share on matters to be voted on by stockholders.

***Dividends***

Holders of Common Stock are entitled to receive such dividends, if any, as may be declared from time to time by the our board of directors in its discretion out of funds legally available therefor. In no event will any stock dividends or stock splits or combinations of stock be declared or made on Common Stock unless the shares of Common Stock at the time outstanding are treated equally and identically.

***Liquidation, Dissolution and Winding Up***

In the event of our voluntary or involuntary liquidation, dissolution, distribution of assets or winding-up, the holders of the Common Stock are entitled to receive an equal amount per share of all of our assets of whatever kind available for distribution to stockholders, after the rights of the holders of the preferred stock have been satisfied.

***Preemptive or Other Rights***

The holders of the Common Stock have no preemptive rights or other subscription rights and there are no sinking fund or redemption provisions applicable to the Common Stock.

***Election of Directors***

Our board of directors has one class of directors and each director will generally serve for a term of one year. Unless required by applicable law at the time of election, there is no cumulative voting with respect to the election of directors, with the result that the holders of more than 50% of the shares voted for the election of directors can elect all of the directors.

**Preferred Stock**

Our board of directors has authority to issue shares of our preferred stock in one or more series, to fix for each such series such voting powers, designations, preferences, qualifications, limitations or restrictions thereof, including dividend rights, conversion rights, redemption privileges and liquidation preferences for the issue of such series all to the fullest extent permitted by the DGCL. The issuance of our preferred stock could have the

105

**Table of Contents**

**Index to Financial Statements**

## SIGNATURES

Pursuant to the requirements of the Securities Act of 1933, the Company has duly caused this Registration Statement to be signed on its behalf by the undersigned, thereunto duly authorized in the City of Fremont, State of California, on this 2nd day of August, 2021.

ENOVIX CORPORATION

By:

/s/ Harrold Rust

Harrold Rust
President and Chief Executive Officer

## POWER OF ATTORNEY

KNOW ALL PERSONS BY THESE PRESENTS, that each person whose signature appears below hereby constitutes and appoints John Bissell, Rich Riley and Nate Whaley, and each of them, his or her true and lawful attorneys-in-fact and agents, each with full power of substitution and resubstitution, for him or her and in his or her name, place and stead, in any and all capacities, to sign any and all amendments, including post-effective amendments, to this Registration Statement, and any registration statement relating to the offering covered by this Registration Statement and filed pursuant to Rule 462(b) under the Securities Act of 1933, and to file the same, with exhibits thereto and other documents in connection therewith, with the Securities and Exchange Commission, granting unto said attorneys-in-fact and agents, and each of them, full power and authority to do and perform each and every act and thing requisite and necessary to be done, as fully for all intents and purposes as he or she might or could do in person, hereby ratifying and confirming all that each of said attorneys-in-fact and agents, or his or her substitute or substitutes may lawfully do or cause to be done by virtue hereof.

Pursuant to the requirements of the Securities Act of 1933, this Registration Statement has been signed by the following persons in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ Harrold Rust<br>Harrold Rust | President and Chief Executive Officer and Director *(Principal Executive Officer)* | August 2, 2021 |
| /s/ Steffen Pietzke<br>Steffen Pietzke | Chief Financial Officer *(Principal Financial Officer and Principal Accounting Officer)* | August 2, 2021 |
| /s/ Thurman J. Rodgers<br>Thurman J. Rodgers | Chairman of the Board | August 2, 2021 |
| /s/ Betsy Atkins<br>Betsy Atkins | Director | August 2, 2021 |
| /s/ Emmanuel T. Hernandez<br>Emmanuel T. Hernandez | Director | August 2, 2021 |

II-8

**Table of Contents**

**Index to Financial Statements**

| | | |
|---|---|---|
| /s/ John D. McCranie | | |
| John D. McCranie | Director | August 2, 2021 |
| /s/ Michael J. Petrick | | |
| Michael J. Petrick | Director | August 2, 2021 |
| /s/ Gregory Reichow | | |
| Gregory Reichow | Director | August 2, 2021 |

II-9