# EXHIBIT 21

# Document Filed Under Seal