# EXHIBIT 22

# Document Filed Under Seal