# EXHIBIT 23

# Document Filed Under Seal