# EXHIBIT 26

# Document Filed Under Seal