# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE ENOVIX CORPORATION SECURITIES LITIGATION | Case No: 3:23-cv-00071-SI |
| | CLASS ACTION |
| This Document Relates To: All Actions | |

**DECLARATION OF ADAM SCHRECK IN SUPPORT OF**
**SEALING PER LOCAL RULE 79(f)(3)**

DECLARATION OF ADAM SCHRECK; 3:23-cv-00071-SI

I, Adam Schreck, under penalty of perjury and on behalf of Discovery Global Opportunity Master Fund Ltd. and Discovery Nymeria Master Fund, Ltd. (the "Discovery Funds") declare as follows:

1.     I am General Counsel of Discovery Management Capital, LLC, which serves as the investment manager for the Discovery Funds and, on the Discovery Funds' behalf, has collected and produced documents in this action concerning the Discovery Funds' investment in Enovix securities.

2.     Discovery Capital Management, LLC and the Discovery Funds operate in the highly competitive investment management sector, where investment managers compete for business and distinguish themselves by providing an "edge" in their ability to analyze and select investment opportunities.  Hence, in a sector where investment managers are largely working from the same set of market information (*e.g.*, published company financial data, news reports, etc.), an investment manager's "secret sauce" is its ability to analyze and digest such information to inform superior decision-making with respect to purchasing and selling securities.

3.     The materials sought to be sealed are documents and testimony reflecting the Discovery Funds and Discovery Capital Management, LLC's unique and confidential approach to such investment decisions, including the manner in which they collect and analyze market information, and which specific factors drive their decision-making processes with respect to investment strategy.  Publication of such materials would injure Discovery Funds and Discovery Capital Management, LLC's competitive standing by revealing their otherwise confidential approach to investing and investment diligence methodologies, which is how they distinguish themselves from competing investment managers.

4.     Given that the confidential information sought to be sealed reflects a holistic business strategy (as opposed to a single fact or snippet of information), it is not feasible to redact only portions of the confidential materials.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

DECLARATION OF ADAM SCHRECK; 3:23-cv-00071-SI

Executed this 19th day of December, 2025

DocuSigned by:

/s/ _____
FCB6CD76DB1F452...

Adam Schreck

DECLARATION OF ADAM SCHRECK; 3:23-cv-00071-SI