QUINN EMANUEL URQUHART & SULLIVAN, LLP
Emily C. Kapur (Cal. Bar No. 306724)
emilykapur@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Tel: (650) 801-5000
Fax: (650) 801-5100

Andrew J. Rossman (*pro hac vice*)
Jesse Bernstein (*pro hac vice*)
Courtney C. Whang (*pro hac vice*)
Brenna D. Nelinson (*pro hac vice*)
Sasha Boutilier (*pro hac vice*)
W. Jackson Vallar (Cal. Bar No. 341861)
andrewrossman@quinnemanuel.com
jessebernstein@quinnemanuel.com
courtneywhang@quinnemanuel.com
brennanelinson@quinnemanuel.com
sashaboutilier@quinnemanuel.com
jackvallar@quinnemanuel.com
295 5th Avenue
New York, NY 10016
Tel: (212) 849-7000
Fax: (212) 849-7100

Attorneys for Defendants
*Enovix Corporation, Harrold Rust, Steffen Pietzke,*
*Thurman J. Rodgers, Emmanuel T. Hernandez, John D.*
*McCranie, Betsy Atkins, and Gregory Reichow*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ENOVIX CORPORATION SECURITIES LITIGATION | Case No. 23-cv-00071-SI |
| | **DECLARATION OF EMILY C. KAPUR IN SUPPORT OF DEFENDANTS' SUR-REPLY IN FURTHER OPPOSITION TO PLAINTIFFS' AMENDED MOTION FOR CLASS CERTIFICATION** |
| This Document Relates To: All Actions | Judge: Hon. Susan Illston |
| | Hearing Date: March 13, 2026 |
| | Hearing Time: 10:00 AM |
| | Courtroom 1, 17th Floor |

I, Emily C. Kapur, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a Partner at Quinn Emanuel Urquhart & Sullivan, LLP and a member in good standing of the bar of the State of California. I represent Defendants Enovix Corporation, Harrold Rust, Steffen Pietzke, Thurman J. Rodgers, Emmanuel T. Hernandez, John D. McCranie, Betsy Atkins, and Gregory Reichow ("Defendants") in the above-captioned action.

2. I respectfully submit this declaration in support of Defendants' Sur-Reply in Further Opposition to Plaintiffs' Amended Motion for Class Certification and Appointment of Class Representative and Class Counsel (Dkt. No. 218) ("Sur-Reply"). I have knowledge of the matters stated herein and, should I be called upon, I could and would competently testify thereto.

3. Attached as **Exhibit 1** is a true and correct copy of the Sur-Reply Expert Report of Dr. Christopher James on behalf of Defendants, dated February 13, 2026 and prepared for this matter in accordance with the applicable rules and orders governing disclosure of testimony and opinions by expert witnesses in this action.

4. Attached as **Exhibit 2** is a true and correct copy of transcript excerpts from the Deposition of Plaintiffs' Expert Dr. David I. Tabak, taken for this matter on November 25, 2025.

5. Attached as **Exhibit 3** is a true and correct copy of Enovix's January 3, 2023 Special Presentation to Shareholders, which Enovix filed with the SEC on January 5, 2023 on Form 8-K as Exhibit 99.1 and is publicly available on the SEC's website at https://www.sec.gov/Archives/edgar/data/1828318/000119312523001980/d443209dex991.htm.

6. Attached as **Exhibit 4** is a true and correct copy of Enovix's October 3, 2023 Press Release titled "Enovix Announces Strategic Realignment of Fab1 to Improve Operational Efficiency and Enhance Technology Development," which Enovix filed with the SEC on October 3, 2023 on Form 8-K as Exhibit 99.1 and is publicly available on the SEC's website at https://www.sec.gov/Archives/edgar/data/1828318/000182831823000198/envx8k-q420231003ex991.htm.

7. Attached as **Exhibit 5** is a true and correct copy of Plaintiffs' Responses to Defendants' First Set of Requests for Admission, containing Plaintiffs' confidential information, which Plaintiffs served in this case on November 12, 2025.

8.    For the Court's convenience, Defendants have applied yellow highlighting to indicate the portions of Exhibit 2 that are cited in the Sur Reply.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 13, 2026 in Woodside, CA.

_/s/ Emily C. Kapur_
Emily C. Kapur

Case No. 23-cv-00071-SI
DECLARATION ISO DEFENDANTS' SUR-REPLY