# EXHIBIT 3



# SPECIAL PRESENTATION
## to
# SHAREHOLDERS

T.J. Rodgers
Executive Chairman
January 3, 2023



# Disclaimer

This presentation (this "Presentation") is provided solely for information purposes only and does not constitute an offer to sell, a solicitation of an offer to buy, or a recommendation to purchase any equity or debt. Enovix assumes no obligation to update the information in this Presentation, except as required by law. Furthermore, any and all trademarks and trade names referred to in this Presentation are the property of their respective owners.

**Forward-Looking Statements**

This Presentation contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, about us and our industry that involve substantial risks and uncertainties. Forward-looking statements generally relate to future events or our future financial or operating performance. In some cases, you can identify forward-looking statements because they contain words such as "believe", "will", "may", "estimate", "continue", "anticipate", "intend", "should", "plan", "expect", "predict", "could", "potentially", "target", "project", "evaluate," "emerge," "focus," "goal" or the negative of these terms or similar expressions. Actual results could differ materially from these forward-looking statements as a result of certain risks and uncertainties. For additional information on these risks and uncertainties and other potential factors that could affect our business and financial results or cause actual results to differ from the results predicted, please refer to our filings with the Securities and Exchange Commission (the "SEC"), including in the "Risk Factors" and "Management's Discussion and Analysis of Financial Condition and Results of Operations" sections of our most recently filed periodic reports on Form 10-K and Form 10-Q and other documents that we have filed, or that we will file, with the SEC. Any forward-looking statements made by us in this presentation speak only as of the date on which they are made and subsequent events may cause these expectations to change. We disclaim any obligations to update or alter these forward-looking statements in the future, whether as a result of new information, future events or otherwise, except as required by law.



2

TJR 1/3/2023





Q3 Shareholder Letter:

"We expect Fab-1 improvement activities to extend into 2023, but at a slower rate given the decision to redirect resources to Gen2. Given this, we expect to exit 2023 at a run rate of under one million battery cells produced from the Gen1 equipment at Fab-1. There is opportunity for significant outperformance dependent on the timing of the completion of ongoing Fab-1 improvement projects..."

## What?

## Inglés, Por Favor



"People are openly questioning if the product is manufacturable"
— Shareholder quote



TJR 1/3/2023

# Memorandum

**For Internal Distribution Only**

| | |
|---|---|
| **To:** | T.J. Rodgers |
| **From:** | Charlie Anderson |
| **Date:** | 12/18/22 |
| **Memo #:** | CLA-008 |
| **Subject:** | **Shareholder Feedback, Q422** |

The purpose of this memo is to capture shareholder feedback gathered since Enovix reported Q322 financial results on 11/1/22.

**Top 10 Institutional Shareholder (2M+ shares)**

"People are openly questioning if the product is manufacturable."

"We're lucky to be at $10. Revenue in 2023 was supposed to be $176 million. Now it's $8 million."

"When you can't name where Fab-2 is going to be it appears that you have no plan."

"This should be like a biotech. There's a set schedule that everyone can understand with identifiable milestones and you can update us on the milestones as they are met or not met."

**Top 30 Institutional Shareholder (500K+ shares)**

"The problem with your message is that it's 'we don't know how to walk, but trust us we can run.'"

| 2XXXXX Rev Z<br>Memorandum | *This document is confidential and proprietary to Enovix.*<br>*~~~~~*<br>*Printout is uncontrolled copy of original. Verify correct version in Doc Control System before use.* | Page 1 of 7 |
|---|---|---|

200430 Rev B



4



TJR 1/3/2023

## T.J. Rodgers Appointed <u>Enovix Executive Chairman</u>

FREMONT, <u>Calif, Nov. 7, 2022</u> — Enovix Corporation ("Enovix") (Nasdaq: ENVX), the leader in the design and manufacture of next generation 3D Silicon™ Lithium-ion batteries, today announced that T.J. Rodgers has been appointed Executive Chairman, effective immediately. Rodgers holds 21.4 million shares of Enovix and was a buyer ($3.5 million) in May when the stock dropped into the $8.85 range.

Rodgers said, "**Our board has by design several successful operating executives, who are committed to spend whatever time is required at Enovix to ensure the Company's operational success**. We are silicon and Moore's Law operations people and comprehend the sea-change opportunity Enovix and its technology offer.

<span style="color:red">We are going to infuse Enovix with a silicon-industry mindset.</span>



## T.J. Rodgers Appointed Enovix Executive Chairman

**Problem 1: The lack of clear and transparent investor communications**. I have worked with the Enovix team for ten years. It has always been honest. Yet, we must improve the clarity of our communications.

**Problem 2: The delay and projected underperformance of Fab-1**. We have poorly communicated on the status of Fab-1. I have heard from many investors that the delay and projected underperformance of Fab-1 must be the result of some catastrophic technology problem. **For the record: Fab-1 is going to work and ship a lot of batteries to our customers – period**.

**Problem 3: The delay of the Gen2 autoline, the Enovix "copy exact" engine for economic scaling**. An astute investor tracked me down on my car phone just before the Enovix board meeting last Friday. His question was, 'What's holding up the Gen2 line?' My answer was, 'T.J. Rodgers.'





## T.J. Rodgers Appointed Enovix Executive Chairman

Rodgers concluded, "We have $349 million of your dollars left and **that money will produce world-record batteries in Fab-1** and **create the first Gen2 line**.

By the way, the next battery shipped from Fab-1 will be serial number 4,163 (with zero returns), and I am proud of that."

That's the first time we ever said how many cells we have shipped! Why?

The cumulative number is now 8,812 shipped (Q4) and we expect to at least double our shipments in every quarter of 2023.

7

TJR 1/3/2023

Rodgers Silicon Valley Acquisition Corp.

OPPENHEIMER

# SPAC Investor Presentation
## November 30, 2020

Rev. 9 12/2/20

The crash to $10.74 is our fault, too. We control the board. Our SPAC sold stock at $10, and although it's still up, investors are unhappy for good reasons.

Rodgers Silicon Valley Acquisition Corp.

TJR 1/3/2023

OPPENHEIMER



Market Summary > Enphase Energy Inc
NASDAQ: ENPH

**139.07** USD +3.05 (2.24%) ↑
Closed: Nov 25, 6:35 PM EST · Disclaimer
After hours 139.07 0.00 (0.00%)

TJR on board Jan. 10, 2017
Invest $5 million

New COO, April 10, 2017
Badri Kothandaraman

New CEO, Sept. 3, 2017
Badri Kothandaraman

| | | | |
|---|---|---|---|
| Open | 136.21 | Div yield | - |
| High | 141.42 | Prev close | 136.02 |
| Low | 135.13 | 52-wk high | 141.42 |
| Mkt cap | 17.57B | 52-wk low | 20.77 |
| P/E ratio | 109.00 | | |

Rodgers Silicon Valley Acquisition Corp.

TJR 1/3/2023

# Cypress Autoline 2000 – TJR's Personal Project

PPENHEIMER



TJR's personal project
Line 1: 3,600 UPH
:
Line 10: 10,000 UPH

Rodgers Silicon Valley Acquisition Corp.

TJR 1/3/2023

# We bragged about SunPower
## Cypress Acquires SunPower

OPPENHEIMER

**Invest in entrepreneurs…**

## SunPower had a great idea and strategy, but cash was running short – until it received a $750,000 personal check from someone who saw the light

Tom Abate, Chronicle Staff Writer

April 9, 2007 | Updated: Jan. 18, 2012 3:43 a.m.



Chronicle Illustration / Mike Kepka

Dick Swanson    T.J. Rodgers
CEO SunPower    CEO Cypress



And the SunPower Autoline: 5 months install-to-silicon; 11 months 10% to 90% yield

## Autoline: Continuous River of Silicon



Rodgers Silicon Valley Acquisition Corp.

TJR 1/3/2023

And about the complexity of the SunPower Autoline
Rodgers Silicon Valley Acquisition Corp.



And about SunPower's new low-cost plant built in Manila

# Cypress-SunPower Manila Solar Plant

Greg Reichow

Minh Pham

Manny Hernandez



# Rodgers Silicon Valley Acquisition Corp.



**Enovix Board**

| TJR | ETH | JDM | SG | JM | GR | LH | |
|-----|-----|-----|----|----|----|----|----|
| X | X | X | X | X | X | X | |
| X | | X | | X | X | | |
| X | X | X | X | X | X | X | |
| X | | X | X | | X | | |
| X | | X | X | | X | X | |
| X | X | X | X | X | X | X | |

**IPO by SPAC: Our Criteria for the Initial Business Combination**

**SPAC S1 filing Target Company Criteria**

1. **?** **Public company readiness.** This does not necessarily mean having a string of profitable quarters, but we believe the company must have in place the **management team, corporate culture** and **basic business processes**.

2. **✓** **A technically dominant product** to rapidly take market share on a technical (**not price**) basis.

3. **✓** **Customer endorsements** of the company and its products.

4. **Excellent employee core values**, as defined by Stanford's Jim Collins and Jerry Porras in their classic book "Built to Last", with as many of the following core values as possible:

   - Smart, tough and hardworking people
   - Truthful, concise and non-political
   - **X** Objective, logical, data-driven in decision makers
   - **X** Problem solvers who take responsibility for problems
   - Committed to their company and vice versa–**100% employee shareholders**

5. **An excellent company culture**

   - **X** A **learning culture** that speaks and writes precisely and embraces new ideas
   - **✓** A **quality** culture that demands excellence from its most challenging product to its memos
   - **X** A **winning culture** that is passionate about delivering results (on time)
   - **X** A **culture that respects capital** with conspicuous avoidance of extravagance and effective cost controls

6. **An excellent management team**

   - **Fully deployed written quarterly plan**
   - **Leads the company by example**: work ethic, honesty, objectivity, comittment
   - **X** **Impatient with delays** in new products or important company initiatives

Rodgers Silicon Valley Acquisition Corp.

 **PPENHEIMER**

**IPO by SPAC: High Reward but with High Risk – Mitigation Matrix**

| TJR | ETH | JDM | SG | JM | GR | LH | |
|-----|-----|-----|----|----|----|----|----|
| X | | X | | | | | 7. **A formal plan to grow rapidly** by taking a dominant share of a growing medium-sized market versus a small share of a huge market, as explained by Peter Thiel in his book "Zero to One". |
| X | | | | X | X | | 8. **Excellent gross margin**, even at moderate product volumes—with the runway to dramatically reduce costs as competitors counterattack. |
| X | | | | X | X | | 9. **A second product on schedule** with a credible R&D effort that may temporarily depress operating margins. |
| | | | | | | | 10. **A Silicon Valley technology company** |
| X | X | X | X | X | X | | 11. **A formal plan to meet street expectations**—appropriately for either milestones or financials—for at least four quarters after becoming a public company. |

TJR 1/3/2023



ENOVIX

3D Silicon™ Lithium-ion Battery

Enovix – Rodgers SVAC Merger

February 2021

Harrold Rust, CEO    T.J. Rodgers, CEO
Date                 Date

Created fear of failure:
  slow decisions
  defensive communication

Our PIPE plan to investors

# Financials

## Fully owned Fab-1 and Fab-2

| (All $M unless noted) | 2021 | 2022 | 2023 | 2024 | 2025 | Competitor Data[1] | |
|---|---|---|---|---|---|---|---|
| | | | | | | Low | High |
| Revenue | 7[2] NRE | 11 Mix | 176 Four lines running in Fab1 | 410 | 801 | | |
| GM% | | | 14% | 46% | 52% | 20% | 35% |
| Operating Expense | 35 | 80 34 Manual lines 194 operators 80+ yield engs | 47 | 83 | 157 | | |
| Opex% | | | 26% | 20% | 20% | 8% | 13% |
| Operating Income | -31 | -61 | -21 | 105 | 257 | | |
| Op Inc% | | | -12% | 26% | 32% | 12% | 22% |
| EBITDA | -29 | -49 | 6 | 140 | 314 | | |
| Capex | 58 | 55 117 "Money poisoning" | 87 | 156 | 80 | | |
| Free Cash Flow | -88 | -165 | -81 | -16 | 235 | | |
| Cum Cash Flow Trough | -65 | -230 | -311 | -327 | -92 | | |

We can't buy our way in. By analogy, we must walk into the ring – alone – for a 15-round heavyweight fight.



[1]Avicenne 2019 factory data
[2] Non-recurring engineering (NRE) revenue

TJR 1/3/2023



TJR 1/3/2023



TJR 1/3/2023



Case 3:23-cv-00071-SI    Document 218-4    Filed 02/13/26    Page 23 of 75









Greg Reichow – Advisor (**manufacturing, quality**)
- General partner of Eclipse Ventures
- **SunPower: built and ran** automated **solar-cell plant**
- **Built and ran Tesla Fremont plant**

22

**ENOVIX**

TJR 1/3/2023









Dan McCranie – Director (board governance, restructuring, **M&A, strategic planning**)

- 1966-2000: Multiple semiconductor EVP & CEO positions
- 2000-2020: Served on **10 semiconductor boards, avg 6.4 years**
- **Chairman** of the two boards of Motorola, both **Freescale** and **ON**
- **Six board positions involved significant restructuring**, including the **multi-year restructuring of ON Semiconductor**



23

**ENOVIX**

TJR 1/3/2023









<u>Manny Hernandez</u> – CFO, Director (**financial controls, SEC, SOX**)

- **<u>CFO</u>** of both **<u>Cypress</u> Semiconductor** and **<u>SunPower</u>**
- <u>Ran SunPower IPO and **created financial infrastructure**</u>
- Chairman of audit committee, ON Semiconductor
- Chairman of BrainChip Inc. (an AI company)



24

TJR 1/3/2023















TJ Rodgers – CEO (**quality, culture, strategic planning, technology**)

- **Dartmouth: Trustee Emeritus** ('04-'12); **Hazeltine Award, Physics** & **Chemistry** MSEE, **PhDEE Stanford** 1975
- **Founded Cypress Semiconductor; IPO 37 months** after Series A funding
- Cypress CEO **34 years** (1982-2016): sold to Infineon in 2018 for **$10.06 billion**
- **20 U.S. patents**: transistors, semiconductor processes, automatic mfg line
- *Harvard Business Review* article and follow-up **book "No Excuses Management"** on **business processes for $0 to $100 million in revenue**
- Credited with saving **SunPower** with a **$750,000 personal check**
- **Chairman of SPWR at 2005 IPO** (and at **$3.6 billion 2008 spinout**)
- **Enphase Energy turn around**: great product, fix the company
- New **Enphase CEO**, ex-Cypress EVP Badri Kothandaraman
- Enphase **operating margin driven up +30 %-points**
- **Share price** increased from $1.37 in Q1'17 to $82.59 in Q3'20

25



TJR 1/3/2023

# The Board Was Active

We started to address the PIPE plan miss in August 2022:

**8/5**      Board discusses CEO change; I informed Harrold Rust

**8/24**     **Launch of COO hiring** (Minh Pham)

**10/3**     Board discusses mechanism for CEO change; I informed Harrold Rust

**11/1**     TJR took over COO search to address No. 1 problem

**11/2**     <span style="color:red">Q3'22 report & 40% share price drop</span>

**11/4**     Formal launch of CEO Search (JDM); I informed Harrold Rust

**11/7**     Appointment of TJR as **Executive Chair**; the "beauty contest"

**11/10**    **Hiring of Ajay Marathe as COO**

**12/24**    **Unanimous board committee vote to hire Raj Talluri as CEO**



26

TJR 1/3/2023

# CEO Harrold Rust



B.S. Mech. Eng. UC Davis, MSME Stanford

FormFactor: VP Operations 2002-07,
  IPO 2003, $369M revenue 2006

IBM: 17 yrs operations, ran disk-drive fab

94 patents, plus 63 pending

Co-founded Enovix:
  Raised $789 million
  Created $1.9 billion market valuation

TJR 1/3/2023

# Guiding Principles 2023 AOP

(Rev. A, 11/27/22)

**The AOP is Late**: It needs to be wrapped up: 1st draft, 12/1; 2nd draft, 12/22; final draft, 1/19; presentation, 1/26 board meeting

The major assumptions in the AOP must be clearly stated in writing

**AOP** financials and milestones should have **80%-plus achievability**

**EPR-PCR** system methodology must be fully **specified, signed** by TJR before anymore POs are placed. All manufacturing equipment must be compliant with the EPR-PCR spec

"Gaming" the EPR-PCR spec will result in termination

**Fab 1** must become "economically important" (not necessarily profitable) with at least $1 million in revenue and a satisfied customer disclosing that our batteries enable an important product

**Fab 1** must create and remain on a detailed board-approved AOP 2023 manufacturing plan

**Fab 2** must demonstrate an **economic viability plan** to the board before it is launched

**Gen 2** line must work **(fully EPR-PCR compliant)** as agreed to in writing by Minh Pham before the board approves POs

**Gen 2** equipment **owners** will **prove to the board** that they have embedded all the learning from Gen 1 line failures

The company will prioritize putting BrakeFlow into production as quickly as possible on the Gen2 line

**New Technology Plans**: All R&D projects must have specified NTPs and be currently on schedule and fully staffed



TJR 1/3/2023

# COO Ajay Marathe



M.S. Industrial Engineering (Texas Tech)

AMD (23 years)
  Thailand plant manager (6M units/wk)
  VP Ops: Computation Products (2,500 people)
  VP Ops: Asian Assy & Test (4 plants)
  CEO: AMD, India LLC

Lumileds (10 years)
  COO ($1.4B lighting company)

Western Digital ($17B data storage company)
  SVP Global Ops

29

**enovix**

TJR 1/3/2023

# COG Ajay Marathe Initiatives
## (First 49 days)

Ownership & accountability — every rejected unit; every down machine has an "owner"

Machine-centric yield plans – specific actions with co-owners (maintenance, engineering, operations)

Cost of Non-quality program — detect problems earlier; drive down value of scrapped units

DFM (Design For Manufacturing) - balance yields with tolerances without compromising performance

WIP count discipline on MES – every unit is accounted for

Japanese 5S cleanliness & order program – pride in everything we do

WCS (World Class Supplier) program - Supplier senior executive relationship development

Limit remote work

Re-organized manufacturing

|  | Before | After |
|---|---|---|
| Managers | 61 | 49 |
| Layers | 6 | 5 |
| Output | 4,442(Q4) | 9,000E(Q1) |



TJR 1/3/2023

# 2023 Manufacturing Guiding Principles

**PoC**       Proof of Concept: process to make **equipment** "**heads**" to be validated (for stacking, etc.) and then automated

**R&D line**  Existing **manual Fremont line** that makes 20 batteries per day with Line 1 PoC equipment

**Line 1**    Existing **Fremont wearables line** using PoC equipment, but non-functional automation (550 UPH → 100 UPH)

Will make **180,000 full-production, revenue-quality** units in 2023

Will continue to be used for the **production** of wearable batteries:

**Yield**     0% Jan-April, 42.5% now, plan to be at 60% in Q4'23

> "I would actually like to see you run all out for Gen1 no matter what it costs to get higher volume.  So be it. Even if you did it in a terrible cost structure you could prove you can manufacture. I don't care if you have to build them by hand."      – Shareholder

**Line 2**    Existing **Fremont partial line** for **cell phones** that only does laser cut and stack with PoC equipment

Line 2 units will be sealed and tested in the existing Fremont facility

Line 2 will be activated and make 5,688 units in 2023; then **obsoleted by Gen2**

**Gen2 Line** Uses mostly PoC heads from Line 1, but with more parallelism and faster automation (1,350 UPH)

Nameplate capacity **9.5M units/yr** @ 80% OEE **when ramped**

Will go to **Fab 2**, **an existing SE Asian**, **low-cost site** (to be announced in July 2023)

> "Selecting the Fab location is a powerful thing."
> – Shareholder

Design is completed and will be **board-approved by March 15**, 2023

Will be **delivered to Fab 2 in Nov 2023**; there will be **four Gen2 lines in Fab 2 by Q4'24 (funding required)**

**Agility Line** A **new fast-turn Fremont R&D line** with Gen 2 components; **obsoletes R&D line**



TJR 1/3/2023

# Fab-1 Will Make a 3D Battery Every 2.0 Seconds[1] (4 lines)

> "The real problem is execution. By my math Fab-1 is doing less than 10% of what it should be doing."
>
> – Shareholder

4.1   2 lines @ 550 UPH, 80% OEE
22.5  2 lines @ 100 UPH, 80% OEE
72.0  2 lines @ 100 UPH, 25% OEE

Cathode Material

Separator Material

Anode Material

Cathode
Separator
Anode
Separator

Laser–Cutting and High-Speed Stacking

3D Cell

Package

enovix
3D Silicon™
Lithium-ion
Rechargeable Battery

Separator Material

**Industry Standard Electrode Fabrication (40% of Mfg Process)**  |  **Enovix 3D Cell Direct Assembly and Pre-lithiation (30%)[2]**  |  **Industry Standard Cell Packaging (30%)**

> "You need to articulate the exact changes between Gen 1 and Gen 2 and why it doesn't require a miracle to deliver much higher throughput with high yield."
>
> – Shareholder



32

[1] 4 lines running 900 Wh/l cell batteries @ 80% OEE on 550 uph lines.
[2] Replaces industry standard electrode winding and flattening process.

TJR 1/3/2023

# Anode PoC Stacker Head



33 ENOVIX

# Stacker PoC Head (Side View)



ENOVIX

TJR 1/3/2023

# Stacker Battery Fixture



# Subsequent Steps

## Electrode Stacking



## Constraint Application



## Interconnect



Heads are what make the battery: Gen 2 vs. Gen 1 is about how many heads there are and how they are transported, not redesigning the heads.



36

TJR 1/3/2023

# Stacker Battery Transport
## Gen 1 Conveyor Belt – 100-micron Precision



TJR 1/3/2023

# Gen 2 vs. Gen 1 Lines

| Parameter | Gen 1 | Gen 2 |
|---|---|---|
| Placement | Conveyor belt (100μ) | Linear motors (20μ) |
| Parallelism | 3x wide (laser) | Up to 12x wide (vacuum bake) |
| Metrology | 7 stations | 30 stations |
| Cost | $30M | $55M |
| UPH | 550 (200 achievable) | 1350 |
| Depr./unit[1] | $1.12 ($3.08) | $0.84 |
| Heads | 45 | 120 |
| Heads redesigned | | 13 (3 types) |



1. 7 year life @ 80% OEE

TJR 1/3/2023

# Gen 2 Heads Are Mostly Reused Gen 1 Heads

| Zone | Process | Gen 1 | Gen 2 | Comments |
|---|---|---|---|---|
| Zone 1 | Cathode | 3 | 5 | same vendor, up to 1KW |
| | Anode | 3 | 5 | same vendor, up to 1KW |
| | Separator | 1 | 3 | same vendor, up to 1KW |
| | Laminator | 1 | 1 | |
| | | | | |
| Zone 2 | Stacker start | 1 | 1 | End Plate + Stack start |
| | Stacker Mid | 3 | 7 | |
| | Stacker End | 1 | 1 | End Plate + Stack end |
| | End Plate Insert | 1 | 0 | Gen 2 integrated into start/end |
| | AO Print | 2 | 4 | |
| | Constraint Install | 1 | 3 | |
| | Constraint Bake | 1 | 12 | Smaller ovens |
| | Constraint Weld | 2 | 4 | |
| | Tab Tear | 2 | 4 | |
| | BB Insert | 0 | 6 | Gen 1 manual insertion |
| | BB Weld | 2 | 4 | |
| | DSR | 0 | 3 | Gen 1 manual tool |
| | Slot Fill | 0 | 4 | Gen 1 manual tool |

- no/small change
- minor redesign
- major redesign



7 year life @ 80% OEE

TJR 1/3/2023

# Gen 2 Line Changes

| Zone | Process | Gen 1 | Gen 2 | Comments |
|---|---|---|---|---|
| | Vac Bake | 3 | 4 | Gen 2 smaller bake |
| | Tab Weld | 1 | 4 | |
| | PPL | 1 | 6 | |
| | ▮▮▮ | 1 | 6 | |
| Zone 3 | Pouching | 1 | 2 | |
| | E-Fill | 1 | 4 | |
| | ▮▮▮ | 1 | 4 | |
| | Degas | 1 | 4 | |
| | Trim | 1 | 4 | |
| | Glue & Fold | 1 | 4 | |
| | OCV1 | 1 | 1 | |
| | First Charge | 1 | 1 | |
| | Buffer | 1 | 1 | |
| Zone 4 | OCV2 | 1 | 1 | |
| | Formation 2 | 1 | 1 | |
| | Aging | 1 | 1 | |
| | OCV 3 | 1 | 1 | |
| | Inspection (x;y;z -check) | 1 | 1 | |
| Zone 5 | X-ray | 0 | 1 | |
| | Sorting | 0 | 1 | Gen 1 no sorting tool |
| | Packing | 1 | 1 | |

no/small change
minor redesign
Major redesign

"You could have a slide that shows that all the steps are the same and that this doesn't require a total recalibration."
– Shareholder

**ENOVIX**

TJR 1/3/2023

# Our (new) Chief Designer

Former member Romanian Naval Special Forces



**"The Right Stuff"** *(Russians beat the first U.S. astronaut to space)*

"He had to keep smiling and aw-shucking and playing Mr. Modest, just as if it might, in fact, be he who was going up on top of the rocket on May 2 as the first man in the world to risk the mighty shot into space.

"And then early on the morning of April 12, the fabulous but anonymous Building of the Integral, Chief Designer of the Sputniks, struck another of his cruel but dramatic blows. Just twenty days before the first scheduled Mercury flight he sent a five-ton Sputnik Called *Vostok I* into orbit around the earth with a man on aboard, the first cosmonaut, a twenty-seven-year-old test pilot named Yuri Gagarin. *Vostok I* completed one orbit, then brought Gagarin down safely, on land, near the Soviet village of Smelovka.

"It was as if the Soviets' Chief Designer, that invisible genius, was toying with them."



TJR 1/3/2023

# Gen 2 Line Milestones (changes in green)

| Milestone | Number | 2023 | | | | 2024 | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
| EDR2—Design Apv'd | 34 | | 17 | 17 | | | | | |
| PO—Purchase Order | 7 | 7[1] | ~~7~~ | | | | | | |
| FAT—Factory Test | 34 | | | 12 | 4 | 18 | | | |
| Installation | 34 | | | | 16 | 18 | | | |
| SAT—Site Test | 34 | | | | | 24 | 10 | | |
| PCR2—Line Functionality | 34 | | | | | | | 34 | |
| ES10—Samples | 1,000 | | | | | | | 1K | |
| PCR3—Line Production | 34 | | | | | | | | 34 |
| QS100—Qual Samples | 10,000 | | | | | | | 10K | |
| P10K—Production | 100,000 | | | | | | | ~~100K~~ | |
| | | | | | | | | 600K[2] | |

_____    _____    _____
   Ajay Marathe          Raj Talluri          T.J. Rodgers

**ENOVIX**

1 All POs signed by 3/15/2023. 3 POs currently placed (Q4 2022).
2 Projected production units.

TJR 1/3/2023



# FAB 1 Weekly Yield Executive Review Meeting

*Yield/Integration*

*2022 WW52*



*Confidential | ©2021 ENOVIX*

# Module Weekly Yield

## M2 STACKING

Module
02.STACKING

12/26/22
Latest FinishDate_PST



| SeqStep | 12/20/22 | 12/21/22 | 12/22/22 | 12/23/22 | 12/24/22 | 12/25/22 | 12/26/22 |
|---------|----------|----------|----------|----------|----------|----------|----------|
| 1-STK_STRT | 98.79% | 99.54% | 99.50% | 99.07% | 100.00% | 87.50% | 99.51% |
| 2-STK_MID | 98.34% | 95.78% | 90.32% | 90.24% | 91.35% | 97.85% | 96.14% |
| 3-STK_END | 99.72% | 99.38% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% |
| 4-STK_EPIN | 99.17% | 99.17% | 99.66% | 98.17% | 100.00% | 100.00% | 99.51% |
| 5-STK_C2A | 99.72% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% |







Fab1 Q4 2022 Yield Dashboard, Module Yield
Data updated on 12/26/22, 8:03 PM




44

TJR 1/3/2023

# Scrap by Code and cause_step last 7 days



10 pareto graphs (each module)
10 teams x8 people, cross-functional

TJR 1/3/2023



Module 1.SLAM=>LSR Module Yield



Module 2.STACKING Yield

Machine Malfunction / Code Change



Module 3.AO=>CNSTR_WELD Yield





Module 4.TAB_PULL=>VAC_BAKE Yield

Broken D-Slot, Anode Weld OOS



Module 5.TABBING Yield

Extender alignment, Tab Bend OOS, Missing tabs

Module 6.PPL=>E_FILL Yield

Terrace Width OOS, Shorts, Tab Position OOS

Module 7.FORMATION Yield

Tool Connection, Buffer process robustness



Module 8.DEGAS1_N_DEGAS2 Yield

Module 10. SORT=>SHIP Yield



Module 11. PRODUCT INTEGRATION

**High Risk**     **Medium Risk**     **Low Risk**



46

TJR 1/3/2023

# Yield learning rate accelerated in Q4



TJR 1/3/2023



## FAB 1 Weekly Yield Executive Review Meeting

Our yield team is very competent and making good progress

Yield/Integration

2022 WW52



*Confidential*  |  *©2021 ENOVIX*



# TAM DOE Requirements for Safety and Accelerated Lifetime (ALT) Testing

206513 Rev A



TJR 1/3/2023

# Safety and Accelerated Lifetime (ALT) Testing

5.1.3 Each test level will require between 5 and 25 cells to complete the test. **Table 1** shows the quantity of cells required for each test level and the total number of cells required to complete the entire set of tests.

|  | Different Test Levels | Cells per Test Level | Total Cells required |
|---|---|---|---|
| ESC | 10 | 10 | 100 |
| High Temp Soak | 7 | 10 | 70 |
| Overcharge | 20 | 5 | 100 |
| Drop | 3 | 25 | 75 |
| Pinch | 2 | 20 | 40 |
| Crush | 6 | 20 | 120 |
| Impact | 6 | 5 | 30 |
| Nail Pen | 4 | 15 | 60 |

595

Other specified tests:

| | |
|---|---|
| Safety and accelerated lifetime | 595 |
| Safety/lifetime margin | 200 |
| UN38.3 (airplane shipping) | 40 |
| UL1642 (consumer-US) | 70 |
| IEC-62133 (consumer-Europe) | 125 |
| (Various other country specifications) | |

These tests must be repeated every time a cell changes.



TJR 1/3/2023

# SVP Sales and Business Development Ralph Schmitt



B.S. Electrical Eng. (Rutgers)

Joined Enovix 2021

Turnaround CEO (16 Years)
    Exar-Sipex – Power Analog
    PLX Technology – Networking (acquired by Broadcom)
    OCZ Technology – Solid State Drives (acquired by Toshiba)
    Sensera – IoT MEMS Sensors

Cypress Semiconductor (6 Years)
    EVP Sales, Marketing and Business Development

Specializes in new market development and customer acquisition



51

# Customer Funnel – Dec '21

"Design wins translating to Customer Purchase contracts would be useful value drivers – which give investors a better line of sight on revenue path forward."

– Shareholder



TJR 1/3/2023

# Customer Funnel - Dec '21

| Funnel Milestone | *ES10* | *CS10* | *QS100* | *P1K* | *P10K* | *FM$* |
|---|---|---|---|---|---|---|
| **Customer Milestone** | *Technology Qual* | *Custom Cell Development* | *Production Cell Qual* | *Product Integration* | *Product Pre Production* | *Production* |
| **Milestone Duration** | *3-9 Months* | *6-9 Months* | *4-6 Months* | *3-6 Months* | *2-6 Months* | *12-36 Months* |



TJR 1/3/2023

# Customer Funnel – Dec '21



**43 Accounts sampled from Pilot Line**

**Account Code**
S:  Strategic – Top 3
S*: Mega-cap – $200B Mkt Cap
K:   Key – Top 10
L:    Lead – First application
V:    Venture – Innovative product

**Samsung  S*14**

**Market Classification**
Wearable
Mobile Phone
Laptop/Tablet
Other: Medical, Industrial

| Funnel Milestone | ES10 | CS10 | QS100 | P1K | P10K | FM$ |
|---|---|---|---|---|---|---|
| Customer Milestone | Technology Qual | Custom Cell Development | Production Cell Qual | Product Integration | Product Pre Production | Production |
| Milestone Duration | 3-9 Months | 6-9 Months | 4-6 Months | 3-6 Months | 2-6 Months | 12-36 Months |

54

TJR 1/3/2023

# Customer Funnel – Dec '21

43 Accounts sampled from Pilot Line

**Account Code**
S:  Strategic – Top 3
S*: Mega-cap – $200B Mkt Cap
K:   Key – Top 10
L:    Lead – First application
V:    Venture – Innovative product

**Market Classification**
*Wearable*
*Mobile Phone*
*Laptop/Tablet*
*Other: Medical, Industrial*

Accounts listed (left to right columns):

- S25 OPPO
- S24
- K23 Genius
- K22 BBRaun
- V21 — K49
- K20 — K48 Nintendo
- K19 — K47 Casio
- K18 — V46
- K17 — K45 Sonos
- K16 — K44
- L15 Army — K43
- S*14 Samsung — K42 Panasonic
- S13 — K41
- S12 — K38 Canon
- S*11 — K36
- S*10 — K34
- S*09 — K33
- S*08 — V31
- L05 — K29
- K04 — K28 Milwaukee — L07
- S*03 — V27 — S*06
- K01 — K26 LiteOn — L02

| | ES10 | CS10 | QS100 | P1K | P10K | FM$ |
|---|---|---|---|---|---|---|
| **Funnel Milestone** | ES10 | CS10 | QS100 | P1K | P10K | FM$ |
| **Customer Milestone** | Technology Qual | Custom Cell Development | Production Cell Qual | Product Integration | Product Pre Production | Production |
| **Milestone Duration** | 3-9 Months | 6-9 Months | 4-6 Months | 3-6 Months | 2-6 Months | 12-36 Months |



TJR 1/3/2023

# Customer Funnel – Dec '22

## Fab1 Enabled Progression to QS100, P1K and P10K



**78 Accounts From Sampled to Pre-Production**

**Account Code**
S:  Strategic – Top 3
S*: Mega-cap – $200B Mkt Cap
K:   Key – Top 10
L:   Lead – First application
V:   Venture – Innovative product

**Market Classification**
*Wearable*
*Mobile Phone*
*Laptop/Tablet*
*Other: Medical, Industrial*

| Funnel Milestone | ES10 | CS10 | QS100 | P1K | P10K | FM$ |
|---|---|---|---|---|---|---|
| **Customer Milestone** | Technology Qual | Custom Cell Development | Production Cell Qual | Product Integration | Product Pre Production | Production |
| **Milestone Duration** | 3-9 Months | 6-9 Months | 4-6 Months | 3-6 Months | 2-6 Months | 12-36 Months |

enovix

TJR 1/3/2023

# Customer Funnel Plan 2023



| Funnel Milestone | ES10 | CS10 | QS100 | P1K | P10K | FM$ |
|---|---|---|---|---|---|---|
| Customer Milestone | Technology Qual | Custom Cell Development | Production Cell Qual | Product Integration | Product Pre Production | Production |
| Milestone Duration | 3-9 Months | 6-9 Months | 4-6 Months | 3-6 Months | 2-6 Months | 12-36 Months |

TJR 1/3/2023

# 2022 Fab1: 8812 Cell Shipments to Customers

## Shipments by customer code

| Customer | # of Cells | Customer | # of Cells |
|---|---|---|---|
| D01 | 3000 | K29 | 30 |
| L05 | 1608 | K31 | 30 |
| S24 | 1125 | K32 | 30 |
| S*09 | 730 | S*03 | 26 |
| K33 | 300 | V91 | 24 |
| K34 | 300 | K38 | 18 |
| S*06 | 300 | K23 | 15 |
| X1 | 275 | S25 | 15 |
| K01 | 250 | X3 | 12 |
| K17 | 100 | X4 | 11 |
| S*11 | 100 | V35 | 10 |
| S*14 | 100 | X6 | 10 |
| V21 | 100 | K36 | 6 |
| K28 | 50 | K19 | 5 |
| L07 | 50 | K37 | 5 |
| S*08 | 50 | K39 | 5 |
| V30 | 40 | S*10 | 5 |
| V77 | 37 | X2 | 5 |
| K26 | 30 | X5 | 5 |
| | | Total | 8812 |
| | | Q1 | 233 |
| | | Q2 | 1135 |
| | | Q3 | 3002 |
| | | Q4 | 4442 |



58

*D = China Channel*
*X = Pre-Funnel Customers*

TJR 1/3/2023

# Funnel Statistics – Dec '22



**$13B Mobile Computing Battery TAM 2025E[1]**

**$754M** — **ES10 =
Engaged Opportunities**

**$669M** — **CS10+QS100+P1K =
Active Designs + Design Wins**

## $1.42B Revenue Funnel (11% TAM)
*Gross Value of Full Production Year for all Projects[2]*



59

[1]IDC, Trendforce, company estimates as of January 2021
[2]Based on Enovix internal estimates and assumptions; unconstrained by production capacity.

TJR 1/3/2023

# CEO Raj Talluri (1/18/23)



Ph.D. Electrical Eng. (U.T. Austin)

Micron (2018-2022)
    SVP/GM; Mobile Business Unit ($6B/yr)

Qualcom (2009-2018)
    SVP: Qualcomm IoT (>$1B/yr)
    SVP: Qualcomm CDMA

T.I. (1993-2009)
    GM: OMAP and wireless product lines
    GM: Imaging and audio
    BU Mgr: Digital still cameras
    Mgr: Video DSP (R&D)
    MTS: DSP (R&D)

Specializes in new products, business unit management and **business processes**

**ENOVIX**

TJR 1/3/2023

# Conclusion

Fab 1 is finally working

    8812 Units shipped – zero quality returns

    Yields improved to 40% and rising

    Experienced new COO: Ajay Marathe

    Will ship 180,000 units in 2023

Gen 2 will be board-approved 3/15/23

    Common PoC heads, faster automation (1350 UPH)

    Gen 2 will be installed in Fab 2 in **SE Asia in Q1'24**, 4 lines by Q4'24

    Gen 2 ES10 samples 4/15/24

We have a stellar new CEO who will

    Refine strategy, install R&D processes and instill a P&L mentality

AND



TJR 1/3/2023



TJR 1/3/2023

# Appendix Final

**Executive Summary:**

- 38 years career spanning Semiconductor, Solar; Opto Electronics and Storage industries
- Diverse Leadership portfolio from Chief Operating Officer to Corporate VP Operations to CIO to President of an Emerging Region
- Currently managing $8 Billion Direct Material spend plus $3 Billion IDM spend for WDC
- Managed over 6,000 workforce across 7 countries; 3 Continents with an Annualized Budget of $1 Billion as COO and co-executive sponsor of a $500M Specialty Business at Lumileds
- Managed over 3,000 workforce across the world as CVP Operations, at AMD for over 20 years. Built Factories in Singapore (2002); Penang (2003); Suzhou (1999) and Bangkok (1990); Ran all of Supply Chain and Procurement for AMD including start-up of Fab30 in Dresden; Ran Corporate IT for AMD
- Unique "start-up" experience in a Multi-National where team grew from 3 to 100 and Revenue from zero to $100M as President, AMD India
- Recognized by Academic Institutions as well as Trade Magazines as one of the Highly Distinguished Executives

**Experience:**

**Oct 2021 to date:**
**Senior Vice President, Global Operations**
**Western Digital Corporation, San Jose, CA**
*Western Digital Corporation is a Fortune #217, $17B global provider of solutions for the collection, storage, management, protection and use of digital content, including audio and video. The Company's products include hard drives, solid-state drives, and home entertainment and networking products.*

Responsibilities:
- Manage Global Procurement: Approx total Direct Material spend of $6 Billon; over 3,000 suppliers worldwide for both Hard Disk Drive BU and Flash BU; Manage overall Indirect Material spend of approx. $3 Billion including all Capital expenditure; Real Estate development and all other IDM categories
- Manage Global Supply Chain for the corporation with 9 factories across the world and key JV for Wafer production in Japan.
- Manage all outsourced Manufacturing partners for both Front end (TSMC/UMC/GF/Others) and Back end (PTI;ASE; UTAC; Cal Comp; QSI; others)
- Key Focus areas: No line down due to material shortages – supplier resiliency; DIO <60 days; Keep/increase wafer allocations in spite of supply shortages; keep expedite fees/ premiums to a minimum

**Oct 2011 to Oct 2021:**
**Chief Operating Officer**
**Lumileds LLC an Apollo Management Co. San Jose, CA**
*Lumileds is a $1.4B lighting company that develops, manufactures, and distributes LEDs, light bulbs, and related products for automotive lighting, general lighting, and specialty lighting. Originally a HP/Philips JV, Lumileds now operates as a private company, owned partially by Apollo Global Management and Philips*

Responsibilities:
- Manage the 3 LED Manufacturing sites – Epitaxy Fab in SJ; Wafer Fab in Singapore and Backend Assembly and Test operations in Penang, Malaysia



Manage 6 Automotive Lamps and Accessories Manufacturing sites – 4 in Europe and 2 in China – Jiaxing and Songjia

- Manage internal Phosphor powder and Garnet ceramic manufacturing site in Aachen, Germany
- Workforce of over 5,000 Direct Labor; 1000 Engineers and Technicians and over 400 Support personnel

Functions managed:

- Manufacturing; Product/ Yield and Test Engineering; Supply Chain; Procurement; Quality/Reliability; Color Control Engineering and, IT/HR/ Finance for Operations on a dotted line basis
- Over $1.2B of annual spend and ~ $80M Capex budget (FY19)
- Managing Operational Excellence via a DIMES program – an acronym for Design for Manufacturability; Integral Yields; Materials Cost down; Equipment Effectiveness and Supply Chain Excellence
- Delivering over $100M cost reduction year over year for past 9 years; staying ahead of the ASP reduction
- Instrumental in turning the company around from 2011 to 2018 and making Lumileds the only company in the top 10 LED companies that grew year over year in the tough business environment; remaining continuously profitable for 11 quarters in a row from Q3 2013; recently facing Auto Business headwinds
- Co-Executive owner of the relationship with a key US customer making Smart Phones, managing to remain the majority provider for Camera Flash LEDs in the face of major competition. Over $2B revenues; >$1B net margin business over last 6 years
- Technology Development worldwide including:
  - o Epitaxy Development group in SJ
  - o Die and Device architecture group in SJ and Singapore
  - o Phosphor Development group in Aachen; SJ and Malaysia
  - o Packaging Development and Engineering group in SJ and Malaysia
- Total Development Budget of approx. $70M; 200 Engineers

**Oct 2009 to Oct 2011 :**
**Senior Vice President, Operations**
**Solaria Corporation, Fremont CA**
*Solaria Corp **operates as a solar technology company**. The Company designs, develops, and manufactures crystalline solar modules which leverages automation technologies and generates solar energy for residential and commercial solar markets.*

Responsibilities:

- Create and manage Operations; Process Engineering & Automation and Supply Chain teams in Fremont and India
- Establish strategic supply relationships with key direct material suppliers (Glass; Solar cells; EVA and Backsheet), mostly in China
- Supply contracts with guaranteed baseline volumes; upside flexibility and High volume pricing in spite of low loading today
- Contract Manufacturing partner selection and set-up
- Manage CM operations KPI including yields; key SPC indices and Unit cost
- Conceptualize Process Automation; select Automation supplier and award business
- Buy-off Automated equipment and implement in HVM production – Fremont and Hyderabad, India
- Ramp production from few modules a day to 3 MW in Q3 2011 to 100 MW in 2012
- Company Fund raise. Round D = $55M; Current round = $30M. Became part investor in the company prior to round D in 2010.



**Nov 2007 to Feb 2009**
**Chief Executive Officer**
**Semiconductor Group**
**Reliance Industries** Ltd (Ranked #1 Marketcap corporation in India)
*Reliance Industries Ltd (RIL) is a diversified company headquartered in Mumbai India, with business interests in energy, petrochemicals, textiles, retail, entertainment, materials and telecommunication sectors with a gross annual revenue of over $100B*

Responsibilities:
- Create the Company Vision and Mission and prepare a complete Business Execution Plan and strategy for an "in-organic" entry for RIL into the Semiconductor Manufacturing Business
- Convince the RIL Board of Directors of "Buy first Build Later" strategy
- Attract, top notch talent of senior executives for key positions in the company – the "Start-up" team
- Create a "Unique" Business model of engagement with targeted top tier IDMs who would be potential business partners with RIL as they get "Asset Smart"
- Work with the Government of India and potential Private Equity firms and large multi national Banks to secure financing

**Feb 2007 to Nov 2007:**
**Chief Operating Officer**
**SemIndia USA Inc.,** Santa Clara CA
Responsibilities:

- Create the Company Vision and Mission and prepare a complete Business Plan and strategy to establish SemIndia as the First Integrated Semiconductor corporation in India
- Attract, top notch talent of senior executives for key positions in the company – the "Start-up" team
- Create a "Unique" Business model of engagement with targeted top tier potential customers
- Take ownership of the Supply Chain for SemIndia systems to ensure profitable growth and Delivery to Promise
- Carefully select the Technology partner for the proposed Wafer Fab Operations, negotiate the overall transfer agreement and lock down the roadmap from 90nm thru 45nm/300mm.
- Work with the Government of India and potential Private Equity firms and large multi national Banks to secure financing for the SemIndia Assembly and Test and SemIndia Wafer Fab Operations

**April 1984 – Jan 2007**
**Advanced Micro Devices**
*Advanced Micro Devices Inc (AMD), a Fortune #56 $110B marketcap company, is a manufacturer of semiconductor products. The company designs, manufactures, develops and markets high-performance computing, graphics, and visualization technologies.*

**Dec 2004 to Feb 2007**
**Corporate Vice President & President, AMD India** (Expatriate position)
**AMD India Ltd, Bangalore, India**
Responsibilities:

- Establish Sales, Marketing, Business Development groups from ground up (Total team size = 25 full time plus 50 "feet on the street" contractors)
- Set-up Silicon Design and Software development groups in India (Total team size = 80 Engineers and growing. Today over 4,000)
- Complete ownership for P/L for India and surrounding regions
- Grow at 2X that of the PC market in India and ramp the total topline from zero to $100M in a 2 year period.
- Market share in India grew from 4% to 22% in Q206 with a healthy ASP and Gross margin >40%

66



TJR 1/3/2023

Transformed the profile of customers from all distribution/ whitebox to doing business with all major OEMs in the country (locals and multinationals)

- Made an entry into most of the top 50 prestigious customers of India including the Central Government as well as many State governments.
- Collaborated with the Central Government – Ministry of IT, to architect the semiconductor manufacturing policy for India

**October 2002 to Nov 2004:**
**Corporate Vice President, Business Process Transformation Group**
**Emerging Markets Initiative**
AMD, Inc., Sunnyvale CA
Responsibilities:

- Chief Information Officer, Chief Procurement Officer, leading the Corporate IT, Corporate Supply Chain Management, Corporate Logistics and Custodian for AMD India.
- Transforming the company into a "Process based" corporation by integrating these stand alone functions into the Business Units
- Setting up the processes to then lend themselves to a "co-sourcing" type of business model with appropriate "complementors/partners" and reducing the overall cost burden for these services. Also, more importantly, "variablize" the cost structure so that the company can focus its efforts and dollars on its core competencies.
- Total cost reduction achieved = $200M per year
- **Big Bang implementation of SAP SD across AMD** – kick-off to go-live in 7 months. Successfully brought up all sites with only one week down time. Project completed on time and within budget. Managed a team of over 200 cross-functional professionals for this implementation.
- Put together a strategy for all "emerging markets" with the objective of growing twice as fast as the market was growing in these regions.
- Emphasis on India and China from both, Sales point of view and how to utilize the abundant and relatively cheaper talent in these two countries.

**December 1999  to October 2002:**
**Vice President of Operations, Computation Products Group**
Manufacturing Services Division, AMD Inc.
Sunnyvale, CA

Responsibilities:

- Managing the Microprocessor C4 Assembly and Test Operations located in Penang and Singapore respectively (40 Million units per year) – **2,500** employees. **Total Annual Budget = $1Billion**
- Manage all Microprocessor related Assembly and Test Engineering and Logistics activities – total US employees = **160.**
- Manage the subcontractor operations and Engineering group which  oversaw all back-end subcontracted activities for AMD. 4 Major subcontractors; total annual run rate = 90Million units; **$67M** . For 2 years, this also included managing the Athlon "board build" program at SCI in Huntsville, Alabama.
- Manage Physical distribution and Transportation for AMD worldwide. This included 4 distribution centers offshore, one in Santa Clara and one in Amsterdam. Annual Budget for distribution and transportation = **$25M**
- Ensure proper day to day die loading of the factories to maximize labor efficiency.
- Plan ALL **Direct and Indirect material** required by the factories to build Microprocessors and ensure no stock-outs. Total annual budget of **$500M**.
- Strategic 3 year demand/supply planning for ALL factories (Assembly and Test) that directly impacts Capital purchases, Space and head count.



67

TJR 1/3/2023

- Model and Predict with high accuracy, the output of each factory on a weekly basis to feed the demand engine.
- Act as an official liaison between various product groups and the factories.
- Manage Dice, packaged and finished goods inventory at each factory. Including the SMI programs with Key customers.
- Manage a local Engineering TEST operation with a 2 shift crew supporting the launch of new products into production mode.
- Manage a group called "running start" which helped demonstrate the performance of AMD products on customer's boards with real applications.

**July 1997 to Dec 1999**
**Director of Logistics, Manufacturing Services Group, AMD**
**Sunnyvale, CA**

**September 1996 to July 1997:**
**Director of Operations, AMD Thailand Ltd, Bangkok Thailand (Expatriate)**
Responsibilities Included:
- Manage 6 Million/week semiconductor Assembly and Test/Finish operation for FLASH and Programmable Logic products. Packages manufactured included Plastic Dips, PLCCs, TSOPs and SOICs.
- Prepare the 5 year strategic plan for the Thailand operations including the new product roadmap, productivity indices, standard unit cost (ABC methodology) projections, MSO and Variance analysis.
- Managed an overall workforce of 1000 exempt, non-exempt and direct labor staff.
- Managed ALL Engineering functions in this factory such as, Product Engineering, Test Engineering, Process Engineering and, Industrial Engr.
- Trained 3 local department level managers to take over the Operations and promoted them to Directors of their respective operations – Assembly, Non-Volatile memories (FLASH) and, Programmable logic

**April 1984 to September 1996:**
**Several Engineering positions from Individual contributor to Supervising Engineer to Engineering Manager @ AMD, Inc, Sunnyvale CA**

**Education:**

Master of Science in Industrial Engineering, Texas Tech Univ, Lubbock, TX. Graduated Dec, 1983. GPA = 3.9; Alpha Pi Mu honor student

Inducted into the Industrial Engineering Academy of Engineers in 2005 by the Texas Tech Dept of IE

Honored by the Texas Tech School of Engineering as one of their **Distinguished Engineers** – a prestigious honor given to only 200 students to-date over past 100 years.

Statistical Process Control and LEAN Blackbelt certification in 1992

BS, Production Engineering, Univ of Bombay, India. First class with Distinction.
Graduated : 1982.

**Other Significant Honor:**

Honored as one of the top 25 IT Executives in India – twice in a row 2005/2006 when I was posted there as President of AMD India.

**References**: Available upon request.

68



**Raj Talluri, Ph.D.**
Senior Vice President, General Manager, Mobile Business Unit, Micron Technology, Inc.

## Résumé

**Quick Links**

Experience
Texas Instruments
Qualcomm
ISRO Satellite Center
Education
University of Texas at Austin
Publications
Patents
Personal

### SUMMARY

28+ years of executive corporate management experience spanning various disciplines including product management, business management, product marketing, press, investor communications and engineering management.

Innovative and creative business leader. Chosen as **No. 5**, Most Creative Person in the business in 2014 by Fast Company Magazine http://www.fastcompany.com/3029177/most-creative-people-2014/raj-talluri for work in IoT.

Currently leading a > $6B/year mobile memory and storage business at Micron Technology.

Incubated, built and led $1B/year IoT business unit at Qualcomm.

Led the multi $B Qualcomm Snapdragon Application Processor business and increased market share from low double digits to over 50% in 4 years making it the number 1 shipping Apps Processor in the market.

Championed, executed and managed the $2.4B acquisition of CSR Inc. - a leading supplier of Bluetooth Technologies into Qualcomm.

Deep expertise and experience in Application Processors. Responsible for two of the most successful applications processors in history of mobile - OMAP and Snapdragon.

Proven track record of successfully managing large, worldwide business and development teams.  Highly customer focused with strong business relationships with the leadership teams of top Smartphone manufacturers, consumer electronics leaders and apps processor ecosystem partners.

Strong technical background with a Ph.D in Electrical Engineering from the University of Texas at Austin. M.Engg from Anna University, Chennai, India and B. Engg from Andhra University, Waltair, India. 13 granted US patents and over 35 technical publications.

### Experience

Top
http://www.micron.com/

**Senior Vice President, General Manager, MBU,**          **March '18 – Present**
**Micron Technology, San Jose, CA**

* Responsible for the P&L of a portfolio of a > $6B/year Mobile DRAM and NAND business. Grew the business significantly in last two years. Diversified the portfolio of both DRAM and NAND products. Expanded the customer base and stabilized the overall P&L.

Page 1 of 3                                                                                        rtalluri@yahoo.com

69



TJR 1/3/2023



Top
http://www.qualcomm.com/

**Senior Vice President, General Manger**                    June '15 – Mar '18
**Qualcomm CDMA Technologies**
**Qualcomm, San Diego, CA**

- Responsible for all aspects of Qualcomm's Internet Of Things (IoT) business. Incubated the business and grew it to a $1B/year highly profitable biz with a diversified set of over 500 customers. Product portfolio included 3G/4G modems, Bluetooth, Wifi, Zigbee, and Snapdragon Application Processors.

Top
http://www.qualcomm.com/

**Senior Vice President, Product Management,**                April '12 – June '15
**Applications Processors, Qualcomm CDMA**
**Technologies,**
**Qualcomm, San Diego, CA**

- Responsible for all aspects of Qualcomm's Snapdragon Application Processor technologies and AP product roadmaps for Smartphones, Tablets, Automotive, home DMA boxes and other emerging AP businesses. Reporting to the President of the chipset division.

Top
http://www.qualcomm.com/

**Vice President, Product Management, Applications**         Feb '09 – April '12
**Processors, Qualcomm CDMA Technologies,**
**Qualcomm, San Diego, CA**

- Responsible for Qualcomm's Application Processor technologies including CPU, GPU, DSP, video, imaging, audio, GPS, sensors and other connectivity technologies

Top
http://www.ti.com/

**General Manager, OMAP, Wireless Terminals**               2007 – Jan 2009
**Business Unit**
**Texas Instruments, Dallas, Texas**

- Responsible for profit and loss of a World Wide, $750+M/year, highly profitable, semiconductor business with 800+ people across US, India, Europe, Japan and Asia;
- Responsible for a portfolio of businesses that deliver silicon and software solutions that include OMAP Application Processors and OMAP-DM camera media coprocessors in mobile phones

Top
http://www.ti.com/

… In 7 years, I built and led a team that created a $250M, profitable, business for TI from scratch and am now responsible for TIs' DSP strategy in Digital Consumer…

**General Manager, Imaging and Audio Business,**            2002 – March 2007
**Texas Instruments, Dallas, Texas**

- Responsible for profit and loss of a World Wide, >$250M/year, profitable, semiconductor business with 200+ people across US, India, Japan and Asia
- Responsible for a portfolio of businesses that deliver silicon and software solutions for Digital Still Cameras, Portable Audio and Camera Phones
- Manage all aspects of the business including business strategy, roadmap development, chip design, product engineering, systems engineering, software development, marketing, finance, and customer quality
- Managed the definition, architecture, design and development and high volume production of 15+ complex, high performance, very low power, SoCs with high levels of analog and digital integration
- Managed WW design teams in developing these chips in deep sub micron technologies and state of the art design flows with both analog and digital technologies

Page 2 of 3                                                rtalluri@yahoo.com

70



TJR 1/3/2023

**Business Unit Manager, Digital Still Camera**     **1999 – 2002**
**Business**
Texas Instruments, Dallas, Texas

top
http://focus.ti.com/apps
/catalog/overview/overview.j
html?templateId=1010&path
=templatedata/cm/level1/dat
a/vidimg_digstillcam_ovw

…Texas Instruments
now has the largest
market share of all the
merchant vendors of
digital still camera
solutions…

- Responsible for profit and loss of the World Wide, Digital Still Camera business unit
- Championed and developed the business strategy, DSC engine roadmap, third party value web and a strong customer base that resulted in TIs DSC solutions being used by 7 of the top 10 camera manufacturers. Led TI to over 20+% market share in this space
- Chief Architect of DSC21, a highly successful single chip solution for DSCs
- Developed new business opportunities for TI in emerging markets that include A/V juke boxes, tape less camcorders, camera phones, photo printers, multi-format DVD players using the digital still camera chipsets and their variants

top
http://www.ti.com/

**Manager, Video Technology, DSP R&D Center**     **1995 - 1999**
**Texas Instruments, Dallas, Texas**

… I started at Texas
Instruments as a
Member Technical
Staff. Within a short
period I was promoted
to manage the team. I
built a leading edge
video technology
team…

- Lead and manage research and development into various aspects of image and video technology and multi-media DSP architectures
- Lead the team that developed the coprocessor architectures for image processing and video compression in digital still cameras
- Chief Technologist of the Digital Still camera business responsible for chip architectures, silicon design, software and technical strategy
- Elected *Distinguished Member Technical Staff*. This is very distinguished recognition at TI and only 1% of the world wide technical population at TI is in this cadre.

top
http://www.ti.com/

                                                    **1993 – 1995**
**Member Technical Staff, DSP R&D Center**
**Texas Instruments, Dallas, Texas**

- Developed video compression techniques and for wireless and Internet applications. This technology is now part of the ISO MPEG4 and JPEG2000 standards.
- Represented Texas Instruments at ISO MPEG-4 and ITU H.324 standards; chaired adhoc groups and made several technical contributions to the standards

top
http://www.ti.com/

**Summer Intern, Computer Science Division,**     **Summer 1991**
**Texas Instruments, Dallas, Texas**

… two US patents resulted
from this work at TI…

Developed target tracking and range estimation techniques using image processing

top
http://www.isro.org/centers/c
en_isac.htm

**Scientist, ISRO Satellite Research Center,**     **1986 - 1987**
**Bangalore, India**

Developed image processing hardware and software for a Star Sensor used in the Indian Remote Sensing Satellite.

top
http://www.utexas.edu/

### Education

**Ph.D. in Electrical Engineering**     **1988 – 1993**
University of Texas at Austin, Austin, Texas

Page 3 of 3                       rtalluri@yahoo.com



http://www.ece.utexas.edu/projects/cvrc/

... and research Image Processing, Computer Vision and Robotics at one of the premier Computer Vision research labs in the world ...

top

http://www.annauniv.edu/

top

http://www.indiaxpress.com/au/coe/

top

http://www.ieee.org/

... these publications are a direct result of my work at Texas Instruments and my research work in academia..

top

http://www.uspto.gov/

.. these patents are a direct result of my work at Texas Instruments ...

top

**Ph. D. Dissertation**: *"Position Estimation Techniques for Autonomous Mobile Robots"*
Advisor: Dr. J. K. Aggarwal

**M. Engg**                                                    1984 – 1986
Anna University, Madras, India

**B. Engg**                                                    1980 – 1984
Andhra University, Waltair, India

## Publications

- Published over **35** journal articles, conference papers, and book chapters in many of the leading electrical engineering publications.
- Chaired sessions at many of the industry leading conferences and also ISO MPEG standard bodies
- Gave numerous invited talks and lectures at industry forums on compression, image processing and multi-media silicon solutions

## Patents

- 13 granted US patents and a few more under review on image processing, video compression, and media processor architectures
- Techniques patented on video compression are now adopted into the popular ISO MPEG4 standard

## Personal

- Citizen of United States of America
- Married with two children
- Languages: English, Hindi and Telugu.
- Hobbies:  Photography, Reading, Tennis, Badminton, Billiards, Traveling

Page 4 of 3                                                    rtalluri@yahoo.com

72

TJR 1/3/2023



TJR 1/3/2023



TJR 1/3/2023