Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE ENOVIX CORPORATION
SECURITIES LITIGATION

No: 3:23-cv-0071-SI

CLASS ACTION

**PLAINTIFFS' STATEMENT IN SUPPORT OF SEALING PER LOCAL RULE 79-5(f)(3) (DKT. NO. 219)**

## STATEMENT IN SUPPORT OF SEALING

Lead Plaintiff Discovery Global Opportunity Master Fund Ltd. and Lead Plaintiff Discovery Nymeria Master Fund, Ltd. (collectively, "Discovery Funds"), as well as Lead Plaintiff Gary Kung, Plaintiff Robert G. Lee, and Plaintiff Traci Selke (collectively, "Individual Plaintiffs" and, together with Discovery Funds, "Plaintiffs"), respectfully submit the following statement in support of sealing, pursuant to Local Rule 79-5(f)(3), in response to Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. No. 219).

Defendants' motion identifies a single piece of information for which Plaintiffs request sealing: the name of one of the confidential witnesses who communicated with Plaintiffs' investigator during Plaintiffs' investigation into the misconduct at issue (as highlighted in Exhibit A to Defendants' motion (Dkt. No. 219-2) and redacted in the public version thereof (Dkt. No. 218-6)). Given confidential witnesses' interests in avoiding potential recrimination or retaliation by current or future employers (*see* Dkt. No. 171-4), the Court previously ordered sealing of such names (Dkt. No. 183 at 5). Accordingly, continued sealing of such information is appropriate for the same reasons previously endorsed by the Court.

Dated: February 23, 2026

Respectfully submitted,

**ROLNICK KRAMER SADIGHI LLP**

By: */s/ Lawrence M. Rolnick*
Lawrence M. Rolnick (*pro hac vice*)
Marc B. Kramer (*pro hac vice*)
Nicole Castiglione (*pro hac vice*)
Shane Kunselman (*pro hac vice*)
1 Pennsylvania Plaza, Suite 3401
New York, NY 10119
Telephone: (212) 597-2800
lrolnick@rksllp.com
mkramer@rksllp.com
ncastiglione@rksllp.com
skunselman@rksllp.com

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (SBN 219683)
355 S. Grand Avenue, Suite 2450

Los Angeles, CA 90071
Telephone: (213) 785-2610
Email: lrosen@rosenlegal.com

Phillip Kim (*pro hac vice*)
Joshua Baker (*pro hac vice*)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
pkim@rosenlegal.com
jbaker@rosenlegal.com

*Co-Lead Counsel for Plaintiffs*

PLAINTIFFS' STATEMENT IN SUPPORT OF SEALING