**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE ENOVIX CORPORATION SECURITIES LITIGATION | Case No: 3:23-cv-71-SI |
| | CLASS ACTION |
| This Document Relates To: All Actions | |

**SUPPLEMENTAL DECLARATION OF JOSHUA BAKER IN FURTHER SUPPORT OF PLAINTIFFS' AMENDED MOTION FOR CLASS CERTIFICATION**

I, Joshua Baker, declare as follows:

1.      I am an attorney admitted *pro hac vice* before this Court. I am a partner with The Rosen Law Firm, P.A. ("Rosen"), Court-appointed Co-Lead Counsel for Lead Plaintiffs Gary Kung, Discovery Global Opportunity Master Fund Ltd., and Discovery Nymeria Master Fund, Ltd., and named Plaintiffs Traci Selke and Robert G. Lee (collectively, "Plaintiffs") and proposed Co-Class Counsel. I have personal knowledge of the facts set forth herein and if called upon to testify, I could and would do so truthfully and accurately. I make this supplemental declaration, together with the attached exhibits, in further support of Plaintiffs' Amended Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

2.      Attached as Exhibit 1 is a true and correct copy of screenshots from a spreadsheet produced by Defendants in native format as Enovix_0109839. As depicted, for the screenshot of the "Sheet4" tab, the spreadsheet was manipulated to select "Zone 4" under "Property group (Zone)."

3.      Attached hereto as Exhibit 2 is a true and correct copy of a screenshot of a spreadsheet produced by Defendants in native format as Enovix_0061172.

4.      Attached as Exhibit 3 is a true and correct copy of screenshots from a spreadsheet produced by Defendants in native format as Enovix_0061184.

5.      Attached as Exhibit 4 is a true and correct copy of a screenshot from a spreadsheet produced by Defendants in native format as Enovix_0061531.

6.      Attached as Exhibit 5 is a true and correct copy of a memorandum dated October 20, 2022, produced by Defendants as Enovix_0305018.

7.      Attached as Exhibit 6 is a true and correct copy of a PowerPoint presentation dated November 7, 2022, produced by Defendants as Enovix_0117481.

8.      Attached as Exhibit 7 is a true and correct copy of an email dated August 10, 2022, produced by Defendants as Enovix_0094889.

9.      Attached as Exhibit 8 is a true and correct copy of a screenshot of a spreadsheet produced by Defendants in native format as Enovix_0305024, as an attachment to Ex. 7.

- 1 -

SUPPLEMENTAL DECLARATION OF JOSHUA BAKER; 3:23-cv-71-SI

10.    Attached as Exhibit 9 is a true and correct copy of an email dated October 28, 2022, produced by Defendants as Enovix_0168619.

11.    Attached as Exhibit 10 is a true and correct copy of a memorandum dated December 16, 2022, produced by Defendants as Enovix_0101169.

12.    Attached as Exhibit 11 is a true and correct copy of an email chain between counsel for Plaintiffs and counsel for Defendants on March 13 and 16, 2026.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on March 19, 2026 in Jenkintown, Pennsylvania        */s/Joshua Baker*
                                                                Joshua Baker

SUPPLEMENTAL DECLARATION OF JOSHUA BAKER; 3:23-cv-71-SI