## Joshua Baker

| | |
|---|---|
| **From:** | Joshua Baker |
| **Sent:** | Monday, March 16, 2026 5:17 PM |
| **To:** | 'Brenna Nelinson'; Jack Vallar; Nicole Castiglione; Phillip Kim; Henry Bloxenheim; Richard Bodnar; Shane Kunselman |
| **Cc:** | Enovix |
| **Subject:** | RE: In re Enovix Securities Litigation -- Class Certification Hearing Correspondence |

Counsel:

We received your letter from 6:25pm on Friday baselessly demanding a response by Sunday evening. The letter mischaracterizes my representation to the Court, which was that Plaintiffs have a factual basis for denying (in large part) Defendants' RFA No. 1. Your informal request to identify the evidence supporting the basis for that denial is merely an interrogatory in disguise. Please serve your request as an interrogatory in the proper form and Plaintiffs will respond in due course. There is no apparent urgency for this request. At this stage we respond only that Plaintiffs' factual basis for largely denying Defendants' RFA No. 1 is based on documents produced by (and thus readily available to) Defendants. We also note that fact discovery is ongoing.

For the avoidance of doubt, we also emphatically dispute (1) your suggestion that I made any "misrepresentation to the Court," and (2) the characterizations of fact set forth in your letter.

Regards,

Josh Baker
THE ROSEN LAW FIRM, P.A.
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Tel: 215.600.2817
Fax: 212.202.3827
jbaker@rosenlegal.com
www.rosenlegal.com

---

**From:** Brenna Nelinson <brennanelinson@quinnemanuel.com>
**Sent:** Monday, March 16, 2026 1:47 PM
**To:** Jack Vallar <jackvallar@quinnemanuel.com>; Nicole Castiglione <nCastiglione@rksllp.com>; Joshua Baker <jbaker@rosenlegal.com>; Phillip Kim <philkim@rosenlegal.com>; Henry Bloxenheim <hbloxenheim@rosenlegal.com>; Richard Bodnar <rbodnar@rksllp.com>; Shane Kunselman <skunselman@rksllp.com>
**Cc:** Enovix <enovix@quinnemanuel.com>
**Subject:** RE: In re Enovix Securities Litigation -- Class Certification Hearing Correspondence

**[EXTERNAL EMAIL]**

Counsel,

We would appreciate if one of you could acknowledge that you have received this correspondence.

We are through the weekend.  The representation we are asking about was offered to the Court as a representation about information that you putatively had identified and had readily available as of Friday morning.  Our ask is

simple: immediately identify that evidence for us.  If you are unable to do so by the end of the day today, we will have to proceed with the reasonable understanding that the information you referenced that putatively demonstrates that Yinghe supplied equipment for zones of Fab-1 other than Zone 3 does not actually exist, and that you offered a misrepresentation to the Court.

We look forward to receiving your response promptly.

Thanks
Brenna

**Brenna Nelinson**

Quinn Emanuel Urquhart & Sullivan, LLP
295 5th Avenue
New York, NY 10016
212-849-7468 Direct
410-718-0000 Cell
212-849-7000 Main Office Number
212-849-7100 FAX
brennanelinson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Jack Vallar <jackvallar@quinnemanuel.com>
**Sent:** Friday, March 13, 2026 6:25 PM
**To:** Nicole Castiglione <nCastiglione@rksllp.com>; Joshua Baker <jbaker@rosenlegal.com>; Phillip Kim <philkim@rosenlegal.com>; Henry Bloxenheim <hbloxenheim@rosenlegal.com>; Richard Bodnar <rbodnar@rksllp.com>; Shane Kunselman <skunselman@rksllp.com>
**Cc:** Enovix <enovix@quinnemanuel.com>
**Subject:** In re Enovix Securities Litigation -- Class Certification Hearing Correspondence

Counsel,

Please see the attached correspondence. As requested in the letter, please respond by Sunday evening with the requested information.

Thanks,

Jack

**Jack Vallar**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7206 Direct
914-471-6872 Cell
jackvallar@quinnemanuel.com