UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ENOVIX CORPORATION SECURITIES LITIGATION | Case No. 23-cv-00071-SI <br><br> **ORDER STRIKING UNAUTHORIZED LETTER BRIEFS AND DENYING AS MOOT MOTIONS TO SEAL** <br><br> Re: Dkt. Nos. 228, 231, 232 |

On March 13, 2026, the Court held a hearing on plaintiffs' motion for class certification. Several days after the hearing, and for about ten days thereafter, the parties filed a series of unsolicited letter briefs (two per side), accompanied by a total of twelve exhibits and multiple motions to seal the material contained in the letter briefs and exhibits. *See* Dkt. Nos. 226 (Emily Kapur Letter), 227 (Joshua Baker Letter), 228 (Mot. to Seal Exhibits to Baker Letter), 230 (2d Kapur Letter), 231 (Mot. to Seal Exhibits to 2d Kapur Letter), 232 (Resp. to Dkt. No. 228), 233 (2d Baker Letter).

The Court did not solicit or authorize the filing of these "letters," which are really just single-spaced supplemental briefs on letterhead. Counsel is admonished that such behavior wastes the Court's resources as well as the resources of the clients. This is not the first time the parties in this case have exchanged barbs in unsolicited court filings. *See* Dkt. Nos. 172, 174; *see also* Dkt. No. 183 at 2 (resolving discovery dispute and noting accusations submitted in unsolicited letters).

The Court STRIKES the letter briefs from the docket, DENIES the administrative motions to seal as moot, and ADMONISHES counsel that if this behavior continues the Court will issue sanctions. Additionally, counsel are instructed to show a copy of this Order to their clients and to

United States District Court
Northern District of California

email sicrd@cand.uscourts.gov to confirm when they have done so.[1]

**IT IS SO ORDERED**.

Dated:  April 21, 2026

SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California

---

[1] The Court has reviewed the letters and the exhibits in full and determines that their contents do not alter either the reasoning or the outcome of the separately-issued order on class certification.

2