United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE ENOVIX CORPORATION
SECURITIES LITIGATION

Case No. 23-cv-00071-SI

**ORDER STAYING CASE PENDING
RESOLUTION OF RULE 23(f)
PETITION**

On April 21, 2026, the Court issued an Order denying plaintiffs' motion for class certification. Dkt. No. 234. Plaintiffs have filed a petition with the United States Court of Appeals for permission to appeal the denial of class certification, pursuant to Federal Rule of Civil Procedure 23(f). Dkt. No. 241. Plaintiffs now propose a stay of all further proceedings in this action pending resolution of their Rule 23(f) petition. Dkt. No. 244. Defendants do not oppose the stay request. *Id.*

As discussed at the May 15, 2026 case management conference, the Court hereby STAYS all further proceedings in this action pending resolution of plaintiffs' Rule 23(f) petition. The stay shall be lifted upon either: (A) denial of the Petition; or (B) if the Petition is granted, resolution of plaintiffs' appeal. Within 14 days after the stay is lifted, the parties will submit a joint letter updating the Court with respect to the status of further proceedings in this action.

**IT IS SO ORDERED**.

Dated: May 15, 2026

_____
SUSAN ILLSTON
United States District Judge