UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ENOVIX CORPORATION SECURITIES LIGITATION,

Defendants.

Case No. 23-cv-00071-SI

**ORDER FOR PLAINTIFFS TO FILE BRIEF OR STATUS REPORT**

Following the parties' July 1, 2026 joint letter (Dkt. No. 251) and the status conference held on July 31, 2026, the Court is of the view that *Microsoft Corp. v. Baker*, 582 U.S. 23 (2017), controls and that the next steps available to plaintiffs are those outlined in *Baker*, 582 U.S. at 34. Accordingly, plaintiffs are ordered to file either (1) a brief up to ten pages in length explaining why *Baker* does not control or (2) a status report indicating how plaintiffs intend to proceed. Plaintiffs' filing is due by **August 28, 2026.**

**IT IS SO ORDERED**.

Dated: August 14, 2026

SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California